UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 1 7 2017
```

Entesar Osman Kashef *et al.*,

                Plaintiffs,

–v–

BNP Paribas SA & BNP Paribas North America, Inc.,

                Defendants.

16-cv-3228 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On February 6, 2017, the Court received by email, pursuant to Rule 4.A of its Individual Practices in Civil Cases, a letter requesting that certain documents on the docket be sealed and replaced with redacted versions.

The Court has thoroughly reviewed Plaintiffs' proposed redactions. As Plaintiffs note in their February 6 letter to the Court, the redactions seek to conceal the identity of certain victims of sexual abuse and information related to their health. The proposed redactions are appropriately tailored to protect the parties' personal privacy interests and circumscribed in their scope. Accordingly, the Court finds that, to the extent that the documents are judicial documents, the proposed redactions are "necessary to preserve higher values" and "narrowly tailored to achieve that aim." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2010); *see also Scott v. Graham*, No. 16-CV-2372 (KPF) (JLC), 2016 WL 6804999, at *1 (S.D.N.Y. Nov. 17, 2016) (granting request to redact rape victim's name because "safeguarding the identity of a rape victim" is "a compelling reason to limit the general public's access to the documents filed in this case"); *Principal Nat'l Life Ins. Co. v. Coassin*, No. 3:13cv1520 (JBA),

1

2015 WL 3466111, at *2 (D. Conn. June 1, 2015) (permitting the defendants to "redact information about [a particular person's] health").

The Court hereby orders that Docket Numbers 1, 2, 3, 4, 5, 6, 8, 9, 16, 29, and 30 be placed under seal. Within two business days of this Order, Plaintiffs shall file redacted versions of these documents on ECF, along with a redacted version of the letter requesting that these documents be filed with redactions. Any questions should be directed to the ECF Help Desk at (212) 805-0136.

SO ORDERED.

Dated: February 16, 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge