# EXHIBIT A

CV/Publications

**Dr. Franz H. G. Werro**
Professor of Law
University of Fribourg and
Georgetown University Law Center, Washington DC

Département de droit privé,      Georgetown University Law Center,
11, Avenue de Beauregard,         600 New Jersey Ave, NW,
1700 Fribourg, Switzerland        Washington, DC 20001,
                                  United States of America

Telephone: +41 26 300 80 53; + 1 202 662 99 03
E-mail: Franz.Werro@unifr.ch; fgw@law.georgetown.edu

## FUNCTIONS AND RESPONSIBILITIES

- **Professor of Law** (*ordinarius*; tenured), Fribourg University Law School, Chair of Private Law, as of 1994; Associate Professor of Law, as of 1992
- **Full-time (tenured) professor** at the Georgetown University Law Center, Washington, D.C., as of 2001
- **Visiting Professor** at the *Ecole Polytechnique Fédérale*, Lausanne, as of 1992
- **Co-Director** of the Center for Transnational Legal Studies (CTLS), 2015/2016
- **Co-Director** of the Master of Laws (LL.M) in Cross-Cultural Business Practice at the Universities of Fribourg, Berne and Neuchâtel, as of 2009
- **Member** of the Council of the Swiss Institute of Comparative Law, Lausanne, as of 2005 (Member of the Steering Committee, as of 2007)
- **Legal consultant and arbitrator,** as of 1994 (Member of the Swiss Arbitration Association, as of 2001)
- **President** of the *Commission fédérale d'experts du secret en matière de recherche médicale*, as of 1998 until 2012
- **Chair** of the Tort Group in the Common Core of European Private Law Project, as of 2002
- **Member** of the Board of Editors of the "The Common Core of European Private", as of 2004 (with James Gordley, UC Berkeley/USA, and Antonio Gambaro, University of Milano/Italy)
- **Member** of the board of editors of HAVE/REAS (Swiss Tort and Insurance Law Review), as of 2002
- **Member** of the Advisory Board of the European Review of Private Law, as of 1998
- **Vice Dean** at the Fribourg University Law School, as of 2006 until 2008
- **Dean of International Studies** at the Fribourg University Law School, as of 2006

1

- **Co-director** of the *Institut de droit européen*, Fribourg University Law School, as of 1995 until 2006
- **Swiss Observer** at the Commission for European Contract Law, as of 1998 until 2002
- **Member of the Bar Exam Commission** of the Canton of Fribourg, as of 1995 until 2003
- Responsible for organizing continuing education for notaries in French Switzerland, as of 1995 until 2002
- **President** of the *3ème cycle romand de droit* (doctoral studies), as of 1997 until 2002
- *Rédacteur, Journal des Tribunaux*, as of 1999 until 2001
- **Visiting professor** at the Sorbonne, Paris, Fall of 2012
- **Co-Director** of the Centre of Transnational Legal Studies, London, 2009-2010
- **Visiting professor** at the International University College, Torino, May 2009
- **Visiting Professor** at the Bucerius Law School, Hamburg, September 2009 and October 2011
- **Professor** at the Tulane Summer School Law Program in Paris, as of 2001until 2009
- **Visiting Professor** at the Universities of Bordeaux and Pau, 1996, 1998 and 1999
- **Visiting Professor** at the Georgetown University Law Center (USA), Fall of 1999
- **Visiting Professor** at Cornell Law School (USA), Spring 2001
- **Lecturer** at the World Trade Institute (WTI, Universities of Berne, Fribourg and Neuchâtel), Fall 2000, 2002
- **Lecturer** at the Summer Institute of International and Comparative Law in Paris, Cornell Law school, July 2003
- **Visiting Professor** at the Scuola Superiore Santa Anna, University of Pisa/Italy, March 2004
- **Visiting Professor** at the Università degli Studi, Trieste/Italy, March 2006
- **Visiting Professor** at the Geneva University Law School, Fall 2007


## ACADEMIC DEGREES
- *Privat-Docent, Venia legendi* in Private and Comparative Law, University of Fribourg, 1993
- Master's degree (LL.M.) at Boalt Hall School of Law, Berkeley, University of California, 1986
- Docteur en droit (Ph.D), *summa cum laude*, University of Fribourg 1986


## AWARDS
- *Grand Prix Walter Hug* (National Award, jointly with Prof. T. Koller, University of Berne): Award for contributions to a systemic and comparative analysis of Swiss and European private law, 1997

- *Prix Walter Hug* and *Prix Gottlob*: Awards for doctoral dissertation, 1987

## TEACHING FIELDS
- Law of tort and contract, European private law (University of Fribourg)
- Comparative and European private law, International Business Transactions, EU jurisprudence, Comparative Privacy Law (Georgetown University Law Center)

## WORK IN PROGRESS
- Handbook on European Private Law, vol. II (co-author and co-editor: Mauro Bussani; in print); Book chapters, Articles on Swiss and European private law

LANGUAGES: French, German, Swiss German, English

**References and of Conferences**: available on demand

# LIST OF RECENT PUBLICATIONS

**Books**

*Author:*

*Le droit des contrats. Jurisprudence fédérale choisie et annotée* (Bern : Stämpfli 2012).

*La responsabilité civile* (2nd ed., Bern: Stämpfli, 2011 ; 3rd edition forthcoming).

*Editor*:

*La pratique contractuelle 5, Symposium en droit des contrats (avec Pascal Pichonnaz), Genève/Zurich/Bâle 2016.*

*Journées du droit de la circulation routière 2016 – Strassenverkehrsrechtstagung 2016 (avec Thomas Probst), Berne 2016.*

*Les relations entre la responsabilité civile et les assurances privées, Colloque du droit de la responsabilité civile 2015, Université de Fribourg (avec Pascal Pichonnaz), Berne 2016.*

*La pratique contractuelle 4, Symposium en droit des contrats* (with Pascal Pichonnaz) (Geneva/Basel/Zürich: Schulthess 2015)

*Journées du droit de la circulation routière 2014* (with Thomas Probst) (Bern: Stämpfli 2014).

3

*European Private Law. A Handbook,* vol. II (with Mauro Bussani) (Bern/Durham/Bruxelles: Stämpfli/Carolina Academic Press/Bruylant, 2014).

*Le dommage dans tous ses états, sans le dommage corporel ni le tort moral, Colloque du droit de la responsabilité civile 2013* (with Pascal Pichonnaz) (Bern: Stämpfli 2013).

*Journées du droit de la circulation routière 2012* (with Thomas Probst) (Bern: Stämpfli 2012).

*La pratique contractuelle 3, Symposium en droit des contrats* (with Pascal Pichonnaz) (Zürich: Schulthess 2012).

*Commentaire romand. Code des obligations I* (with Luc Thévenoz) (2nd ed., Basel: Helbing & Lichtenhahn, 2012).

*La pratique contractuelle 2, Symposium en droit des contrats* (with Pascal Pichonnaz) (Zürich: Schulthess 2011).

*Le procès en responsabilité civile* (with Pascal Pichonnaz) (Bern: Stämpfli 2011).

*Journées du droit de la circulation routière 2010 – Strassenverkehrsrechtstagung 2010* (with Thomas Probst) (Bern: Stämpfli 2010).

*European Private Law. A Handbook,* vol. I (with Mauro Bussani) (Bern/Durham/Bruxelles : Stämpfli / Carolina Academic Press / Bruylant 2009).

*La pratique contractuelle : actualité et perspectives, Symposium en droit des contrats* (with Pascal Pichonnaz) (Zürich: Schulthess 2009).

*Le préjudice corporel* (with Pascal Pichonnaz) (Bern: Stämpfli 2009).

*La pluralité des responsables* (Bern: Stämpfli 2009).

*Journées du droit de la circulation routière 2008 – Strassenverkehrsrechtstagung 2008* with Thomas Probst) (Bern: Stämpfli 2008).

*Mélanges en l'honneur de Pierre Tercier* (with Peter Gauch and Pascal Pichonnaz), (Zurich: Schulthess 2008).

## ARTICLES AND BOOK CHAPTERS

"*European Private Law : Quo Vadis?*" (forthcoming).

« La responsabilité pour produits pharmaceutiques défectueux dans la jurisprudence récente" (forthcoming).

4

« *Le point sur la partie spéciale du droit des obligations* », RSJ 2017 (forthcoming).

« *How to Engage in Legal Comparison* », in Samantha Besson / Lukas Heckendorn Urscheler / Samuel Jubé (eds), *Comparing Comparative Law,* Publications of the Swiss Institute of Comparative Law, Geneva/Zurich 2017, Schulthess Éditions Romandes, p. 163 *et seqq.*

" *Le langage des assureurs échappe au plus grand nombre* ", Plaidoyer 1/2016 6 seqqss.

"*La responsabilité contractuelle professionnelle : Entre mandat et entreprise*", in : Pascal Pichonnaz/Franz Werro (édit.), La pratique contractuelle 5, Genève/Zurich/Bâle 2016, p. 1 ss.

"*Le point sur la partie spéciale du droit des obligations* », RSJ 2016 302 ss.

"*The influence of EU legislation and international legal instruments on Swiss contract law*", in : Mauro Bussani/Lukas Heckendorn Urscheler (édit.), Comparisons in Legal Development, The Impact of Foreign and International Law on National Legal Systems, Zurich 2016, p. 149 ss.

"*Is MacPherson A legacy of Civilian Views?*", Journal of Tort Law 9(1-2)/2016 67 ss (with Claudia Hasbun).

"*Les limitations inattendues de couverture et le recours de l'assureur dommages*", in : Pascal Pichonnaz/Franz Werro (édit.), Les relations entre la responsabilité civile et les assurances privées, p. 46 ss (with Vincent Perritaz).

"Les véhicules connectés : un changement de paradigme pour la responsabilité civile ?", in : Franz Werro/Thomas Probst (édit.), Journées du droit de la circulation routière 23 - 24 juin 2016, Berne 2016, p. 1 ss (with Vincent Perritaz).

"Le défaut potentiel et les mesures préventives dans la responsabilité du fait des produits défectueux" (with Alborz Tolou), in: Astrid Epiney/Sian Affolter (eds), La Suisse et l'intégration européenne, Zürich/Basel/Geneva: Schulthess (2015), p. 261 *et seqq.*

"L'obligation de documenter du médecin" (with Alborz Tolou), in: REAS/HAVE 2015 282 *et seqq.*

"Un reflet de la jurisprudence récente en droit privé européen" (with Pascal Pichonnaz), in: Astrid Epiney et al. (eds), Annuaire suisse de droit européen 2014/2015, Zürich/Basel/Geneve: Schulthess (2015), p. 205 *et seqq.*

"Les conséquences d'une résiliation anticipée du contrat d'entreprise sans fixation d'un délai de grâce" (with Pascal Pichonnaz), in: BR/DC 2015 146 *et seqq.*

"Le recours interne de l'assurance dommages dans la solidarité imparfaite (art. 51 al. 2 CO)", in: BR/DC 2015 160 *et seqq.*

5

"Le contrat de mandat : quoi de neuf ?" (with Alborz Tolou), in: Pascal Pichonnaz/Franz Werro (eds), La pratique contractuelle 4, Symposium en droit des contrats, Geneva/Zürich/Basel: Schulthess (2015), p. 1 *et seqq.*

"Le recours de l'associé dans la société simple - Quelques considérations critiques sur la solidarité parfaite et la subrogation à partir de l'ATF 103 II 137" (with the collaboration of Vincent Perritaz), in : Marc Amstutz/Isabelle Chabloz/Michel Heinzmann/Inge Hochreutener (édit.), Mélanges en l'honneur de Walter A. Stoffel, Bern: Schulthess (2014), p. 35 *et seqq.*

"What is to be Gained from Comparative Research and Teaching? Thoughts for an Ideal Agenda", in: Christine Godt (ed.), *Hanse Law School in Perspective - Legal Teaching and Cross Border Research under Lisbon* (Baden-Baden: Nomos, 2014), p. 7.

"L'interruption de la prescription en cas de pluralité de responsables dans le projet du Conseil fédéral", REAS 2014 80 *et seqq.*

"La révision du droit de la prescription" (with Maxence Carron), in: Franz Werro/Thomas Probst (eds.), *Journées du droit de la circulation routière 26 – 27 juin 2014* (Bern: Stämpfli 2014), p. 1 et seqq.

"European Products Liability" (with Eric Mittereder), in: Mauro Bussani/Franz Werro (eds.), *European Private Law. A Handbook, Vol. II* (Bern/Durham/Bruxelles : Stämpfli / Carolina Academic Press / Bruylant, 2014).

"Le tort moral, le contrat et la perte d'une chose", in: Alexandra Rumo-Jungo et al. (eds.), *Une empreinte sur le Code Civil, Mélanges en l'honneur de Paul-Henri Steinauer* (Bern: Stämpfli 2013), p. 855 et seqq.

"Commentaires des articles 46 à 63 du Code des obligations 2020" (with Walter Fellmann and Christoph Müller), in: Claire Huguenin/Reto M. Hini (eds.), *Code des obligations 2020* (Zurich: Schulthess 2013).

"Le dommage: l'état d'une notion plurielle", in: Franz Werro/Pascal Pichonnaz (eds.), *Le dommage dans tous ses états, sans le dommage corporel ni le tort moral,* Colloque du droit de la responsabilité civile 2013 (Bern: Stämpfli 2013), p. 1 et seqq.

"La prescription de la créance en restitution des commissions d'état (art. 400 al. 1 CO) après l'ATF 138 III 755" (with Pascal Pichonnaz and Béatrice Hurni), PJA 2013 887 et seqq.

"Les enjeux et la concrétisation de la réforme de l'art. 404 CO" (with Maxence Carron and Jacques Douzals), PJA 2013 213 et seqq.

"Le tort moral en cas de violation d'un contrat", in: Christine Chappuis/Bénédict

6

Winiger (eds.), *Le tort moral en question, Journée de la responsabilité civile 2012* (Geneva/Zurich/Bern: Schulthess 2013), p. 55 et seqq.

"Le préjudice résultant du choc nerveux en cas d'accident de la circulation routière" (with Jessica Mabillard), in: Franz Werro/Thomas Probst, *Journées du droit de la circulation routière 11 – 12 juin 2012,* (Bern: Stämpfli 2012), p. 1 et seqq.

"Les prothèses à risques" (with Béatrice Hurni), REAS 2012 161 et seqq.

"Vers la révision du droit de la prescription, une appréciation critique de l'avant-projet", REAS 2012 70 et seqq.

"Comparative Studies in Private Law: Insights from a European Point of View", in: Mauro Bussani/Ugo Mattei (eds.), *Cambridge Companion to Comparative Law* (Cambridge University Press, 2012), p. 117 et seqq.

"Is There Such a Thing as Transnational Law. Suggestions for Defining the Object of Transnational Legal Studies", in: Recht zwischen Dogmatik und Theorie. Marc Amstutz zum 50. Geburtstag, (St Gallen/Baden-Baden: Dike/Nomos, 2012), p. 311 et seqq.

"Le contrat de leasing en pratique", in: Pascal Pichonnaz/Franz Werro (eds.), La pratique contractuelle 3, Symposium en droit des contrats (Zurich: Schulthess 2012), p. 1 et seqq.

"Commentaire des articles 41 ss du Code des obligations", in: Luc Thévenoz/Franz Werro (eds.), *Commentaire romand. Code des obligations I* (with Luc Thévenoz) (2nd ed., Basel: Helbing & Lichtenhahn, 2012).

"Commentaire des articles 394 ss du Code des obligations", in: Luc Thévenoz/Franz Werro (eds.), *Commentaire romand. Code des obligations I* (2nd ed., Basel: Helbing & Lichtenhahn, 2012).

"Un reflet de la jurisprudence récente en droit privé européen" (with Pascal Pichonnaz), in : Schweizerisches Jahrbuch für Europarecht/Annuaire suisse de droit européen 2010/2011, (Zurich: Schulthess 2012), p. 177 *et seqq*.

"La jurisprudence de la CJUE en matière de responsabilité du fait des produits et son impact sur l'application de l'art. 208 al. 2 CO", in : Stephan Fuhrer/Christine Chappuis (eds.), *Liber Amicorum Roland Brehm* (Bern : Staempfli, 2012), p. 472 *et seqq*.

"La preuve en droit de la responsabilité civile: panorama de la jurisprudence récente du Tribunal fédéral et questions choisies (with Christine Chappuis) ", in : Christine Chappuis/Benedict Winiger (eds.), *La preuve dans le droit de la responsabilité civile*, (Zurich : Schulthess 2011), p. 13 *et seqq*.

"La peine conventionnelle: quelques aspects saillants de l'actualité jurisprudentielle", in : Pascal Pichonnaz/Franz Werro (eds.), *La pratique contractuelle 2, Symposium*

7

*en droit des contrats* (Geneva/Zurich/Basel : Schulthess 2011), p. 1 *et seqq*.

"Délais de prescription et dommages différés: réflexions sur l'ATF 137 III 16 et sur la motion parlementaire 07.3763" (with Benoît Chappuis), REAS 2011 139 *et seqq*.

"Un reflet de la jurisprudence récente en droit privé européen" (with Pascal Pichonnaz and Béatrice Hurni), in : *Schweizerisches Jahrbuch für Europarecht/Annuaire suisse de droit européen 2010/2011*, (Zurich: Schulthess 2011), p. 203 *et seqq*.

"Are Offer and Acceptance Subject to the Form Requirements of the Future Contract ?- Or, What We Can Learn from a Four-Hand Analysis Based on *Dickinson* v *Dodds*", (with Christiana Fountoulakis), in : Andrea Büchler/Markus Müller-Chen (eds.), *Private Law, national-global-comparative, Band I, Festschrift für Ingeborg Schwenzer zum 60. Geburtstag* (Bern : Stämpfli 2011), p. 515 *et seqq*.

"La responsabilité du club sportif pour les actes de ses supporters", (with Benoît Chappuis, and in collaboration with Béatrice Hurni), in : Olivier Guillod/Christoph Müller (eds.), *Pour un droit équitable, engagé et respectueux, Mélanges en l'honneur de Pierre Wessner* (Basel : Helbing & Lichtenhahn 2011), p. 45 *et seqq*.

"Liability for Harm Caused by Things", in: A. Hartkamp et al. (eds.), *Towards a European Civil Code*, 4th revised an expanded ed. (Alphen aan den Rijn: Kluwer Law international 2011), p. 921 *et seqq*.

"La PPE sur plan", in : *Journées suisses du droit de la construction* (with Béatrice Hurni) (Fribourg : Institut pour le droit suisse et international de la construction 2011), p. 1 *et seqq*.

"Tüketici Kredisi Hukuku Alanında Bazı Yeni Gelişmeler", in: *Banka ve Tüketici Hukuku Sorunları Sempozyumu* (Translation : Ar. Gör. Doruk Gönen) (Istanbul, Nisan : On İki Levha Yayıncılık 2010), p. 209 *et seqq*.

"Le droit à l'information : un droit fondamental de la personne", in : Christine Chappuis/Bénédict Winiger, (eds.), *La responsabilité pour l'information fournie à titre professionnel* (Zurich: Schulthess 2010), p. 229 *et seqq*.

"Le tort moral et la circulation routière: actualités et perspectives", in: Franz Werro/Thomas Probst (eds.), *Journées du droit de la circulation routière 2010* (Bern: Stämpfli 2010), p. 1 *et seqq*.

"La vente dans la jurisprudence récente", in: Pascal Pichonnaz/Franz Werro (eds.), *La pratique contractuelle* (Zurich: Schulthess 2009), p. 1 *et seqq*.

"Le dommage ménager: notion et calcul", in: Franz Werro/Pascal Pichonnaz (eds.), *Le préjudice corporel* (Bern: Stämpfli 2009), p. 15 *et seqq*.

"La pluralité des responsables: quelques principes et distinctions", in: Franz Werro (ed.), *La pluralité des responsables* (Bern: Stämpfli 2009), p. 15 *et seqq*.

"La pluralité des responsables dans le projet de construction", in: *Journées suisses du droit de la construction* (Fribourg: Institut pour le droit suisse et international de la construction 2009), p. 29 *et seqq.*

"The Right to Inform v. the Right to Be Forgotten: A Transatlantic Clash" » in: Aurelia Colombi Ciacchi et al. (eds.), *Liber Amicorum für Gert Brüggemeier, Haftungsrecht im dritten Millennium Liability in the Third Millennium* (Baden-Baden: Nomos 2009), p. 285 *et seqq.*

"Le contrat de mandat dans la jurisprudence fédérale récente : questions choisies", in: Mario Postizzi/Mattia Annovazzi (eds.) *Il Contratto di Mandato Nell'Ordinamento Giuridico* (Basel/Lugano: Helbing & Lichtenhahn 2009), p. 3 *et seqq.*

"Les méfaits de la cafetière! Un cas d'application suisse de la responsabilité du fabricant", in: Giovanni Commandé et al. (eds.), *Liber Amicorum Francesco Busnelli. Il diritto civile tra principi e regole*, vol. 2 (Pisa: Giuffrè 2008), p. 501 *et seqq.*

"Le coût excessif de la réparation de l'ouvrage et la sanction du contrat en cas de déplaisir consécutif au défaut", in: *Baurecht/Droit de la construction 2008*, p. 116 *et seqq.*

"Le reflet de l'actualité en droit privé européen" in: *Schweizerisches Jahrbuch für Europarecht/Annuaire suisse de droit européen 2007/2008* (Zurich: Schulthess 2008), p. 93 *et seqq.*

"Les services Internet et la responsabilité civile", in: *Medialex 2008*, p. 119 *et seqq.*

"Le défaut du produit, ses catégories, sa preuve et les instructions du fabricant", in: *Schweizerische Juristen-Zeitung/Revue Suisse de Jurisprudence* 2008, p. 257 *et seqq.*

"L'animal, la route et le droit de la responsabilité civile", in: Franz Werro/Thomas Probst (eds.), *Journées du droit de la circulation routière 2008* (Berne: Stämpfli 2008), p. 1 *et seqq.*

"La protection de la personnalité, les médias et la Cour européenne des droits de l'Homme : Une illustration de la constitutionnalisation et de l'européanisation du droit civil" in: *Le Centenaire du Code civil suisse* (Paris: Société de législation comparée 2008), p. 53 *et seqq.*

"Une remise du gain sans gain", in : Peter Gauch/Franz Werro/Pascal Pichonnaz (eds.), *Mélanges en l'honneur de Pierre Tercier* (Zurich: Schulthess 2008), p. 495 *et seqq.*

## MISCELLANEOUS

Various case notes, in : *Baurecht/Droit de la Construction, Institut pour le droit suisse et international de la construction Fribourg* (Zurich : Schulthess).

9

"La PPE sur plan : une opération à risques !", in : *plädoyer – Magazin für Recht und Politik*, Jahr (29) 2011, n° 2 (Lausanne), p. 16-17.

"Pour un droit privé social et démocratique", *Universitas Friburgensis*, March 2008, p. 27.