# EXHIBIT A

## CV of Nagi Idris

**Nagi Idris**
39 Morecambe Gardens
Stanmore, Middx HA7 4SN
London, UK
Tel 0044 7903267252
Email: n.idris@lcilp.org

Nagi is a senior international lawyer, Fellow of the International Bar Association, Member of the Society of Legal Scholars and a Visiting Professor at Link Kampus Univeristy in Rome, with over 20 years of legal consultancy experience.

He is a Member of Arab Council of the London Court of International Arbitration, the International Law Association, the Constiutional Law Association and the British International Studies Association. and the He is also a member of the Sudanese Bar Union.

Nagi received his LLB (Hons) from the University of Khartoum in 1994 and sat for the Bar Exam in January 1995, and attended the CPE Conversion Law Course at the City University London. He also obtained international practice diplomas from the International Bar Association and the College of Law of England and Wales in International Arbitration, International Capital Markets, International Mergers and Acquisitions, International Business Organisations and International Joint Ventures. He holds a diploma in linguistics from the Chartered Institute of Linguists and the Islamic Finance Qualification from the Chartered Institute for Securities and Investment.

Works as Senior Legal Consultant at Peter Dovey & Co Solicitors and other international consultancies where he advises on international contracts, such as international infrastructure development, education and healthcare management and international commercial law as well as on cases involving immigration and Human Rights.

Nagi has a particular practice and research and interest in the area of international law and dispute resolution – including: land and maritime boundary disputes, international investment disputes and international energy law, international sanctions, anti corruption law and policy.

**KEY AREAS OF EXPERTISE**

- Senior international lawyer, capital markets and Islamic finance specialist with legal and business consultancy that spans over 20 years.
- Extensive knowledge and experience of legal and business aspects of international finance, international economic trends and the geopolitics of capital.
- Fellow of the International Bar Association and a certified International Lawyer in mergers and acquisitions, international banking, international business organisations, arbitration and JVs
- Expert knowledge of Public International Law and Dispute Resolution (including international boundary disputes, international investment disputes and international energy law)

- Scholar knowledge of the development and practice of Islamic Finance and advises on the structuring and execution of Sharia-compliant transactions. Actively participates within industry strategic forums and think tanks and contributes intrinsic knowledge of Islamic finance and commercial law.
- Expert knowledge and hands-on experience of international project finance gained through real involvement in mega projects for public and private sector clients. Real experience in drafting, negotiating and executing relevant contracts and agreements.
- Real experience in international trade finance both conventional and Islamic, structured financing solutions, export credit agencies and real links with major international players in the field.
- Built consortiums of major international banks, project managers, law firms and other professionals to execute major public and private projects.
- Certified linguist and a member of the Chartered Institute of Linguists, UK.

**PROFESSIONAL EXPERIENCE:**

**Director**                                                                 **January 2014 - present**
**London Centre for International Law Practice**

LCILP is an independent practice based organisation with a distinct operational profile placed equidistant between private legal practice and the academy, it draws its strength from a rigorous adherence to the peer reviewed intellectual, ethical and regulatory structures of both. The organisation's senior experts and advisory board members have a background in a wide range of public and private international law concerns with a focus on matters such as security, post-conflict state building, gender rights, natural resource allocation, and governmental policy development.

LCILP organises conferences and meetings on pressing international law issues and its consultants are renowned international practitioners in the public and private sectors across a range of legal disciplines and they provide a wealth of expertise, extensive knowledge and experience in international law, international relations, dispute resolution and geopolitics.

LCILP engages with State entities and NGOs to support the development of international legal frameworks and the implementation of policy. It has a diverse range of practice areas including all aspects of Private and Public International Law as well as advising on International Relations and other associated issues.

**Key Highlights:**

- Led the strategic development of the Centre and its engagement with international organisations, institutions and governments.
- Worked to build international partnerships with providers to increase the company's portfolio of services.
- Has brought together a team of legal professionals which has added to LCILP's portfolio of expertise.
- Advised on Public International Law cases including on a current case against an international organisation.
- Has participated in a number of international events on behalf of LCILP

- LCILP Event on LCILP "Counter-Terrorism: International Initiatives, Perspectives, and Challenges" – 25th November 2014
    - LCILP Conference on "Anti-Corruption: Recovering Proceeds of Corruption & Dealing with Government Contracts Procured by Bribes" – 9th December 2014
    - LCILP Conference on "International Sanctions: Legal, Policy and Business Challenges" - 19th March 2015
    - Oxford Energy Perspectives 2016 Conference at Said Business School: "Policy Trends for Energy Sustainability in the Middle East and Africa" – 27th May 2016.
    - Conference at Istanbul Aydin University on "The Curse of Military Regimes: Conflicts and State Disintegration in the Middle East and Africa" - 14th November 2016.
    - Conference at University of East London on "Sustainable Entrepreneurship and Social Enterprise in a Multi-cultural World" – 17th November 2016.
    - LCILP event on "International Law and the territorial gains and losses of non-state actors in Africa and the Middle East" – 27th October 2016

**Senior Legal Consultant**                                                  **2007- Present**
**Peter Dovey and Co Solicitors**
**London, UK**

**Key Highlights:**

- Advises on International contracts (including international infrastructure development in sectors such as healthcare development and management, education, Islamic finance and International commercial law.
- Advises clients from the MENA region on business incorporatioan and investment in the UK.
- Provides advice on immigration issue and Human Rights.

**Director - Legal and Islamic Finance**                      **July 2009- Jan 2014**
**Altra Capital, London, UK**

**Key Highlights:**

- Resident Legal Consultant at the Ministry of Labor in the Kingdom of Saudi Arabia and advised, as part of the company's team, in developing 38 e-Government PPP Projects including carrying out a PPP Readiness Assessment reviewing the PPP Environment within KSA (Laws, Decrees, Macro-economic factors, financial and banking environment, Legal and Regulatory Environment etc. Producing a PPP Implementation action plan based on the PPP Readiness Assessment. Drafting Procurement documentation, developing suitable contractual structures for the Kingdom and drafting Contractual documentation for pilot project (including PPP Contract, Payment Mechanisms, Performance Deduction Mechanisms and Output Specifications) and using those to develop standard documentation for general use with PPP Projects (June-December 2013)

- Advised on the development of an Islamic PPP model that was presented in major international forums, Saudi British Joint Business Council, Abu Dhabi Islamic PPP Summit and published in the UK PPP publication.
- Advised on and participated in a major healthcare strategy and public hospital redevelopment plan in Libya for a quasi government client
- Advised on the development of a branded hotel chain in Libya both for quasi governmental and private clients.
- Negotiated and executed the contract related to a major hotel in Cairo and subcontracted Vector management and Scott Wilson to do the technical work.
- Worked on the urban zoning and planning of a major real estate development in Malaga for a major North African client in collaboration with Spanish lawyers

**Director-Legal Islamic Finance:**                               **Aug 2002-October 2010**
**EN Consulting Group and associate company PSDA**
**London, UK**

**Key Highlights**:

- Among the team that advised on a syndicated lending facility of $150m for mixed used development in Bahrain for a major Saudi client. WestLB, BLME and EIIB were participants to the syndicate
- Assembled and led multidisciplinary teams legal, financial and technical advisory on a project in North Africa.
- Advised on the development of a cement plant in KSA
- Advised on the restructuring and streamlining of a major business group in KSA
- Among the team that advised on partial financing of an Internationally-branded real estate development in the Eastern province of KSA
- Advised on trade finance facilities through the regional export programmes
- Advised on the development of a cement plant in Tunisia for a Libyan client
- Advised on the development of a Pasta production plant for a Libyan private client.  The task also involved dealing with the Italian manufacutures and ECAs.
- Established a JV with a UK major ductile pipes manufacutrers.
- Advised on a JV between  a major agricultural company in Kazakhstan and institutional clients from the Middle East.
- Advised on the development and financing of an an international university complex in Dubai.

**Legal and Linguistics Services**            **April 2000- July 2002 London, UK**

Provided legal and linguistics services to law firms, local authorities and business in the UK.

**Legal Advisor**                        **Jan 1997-Aug 1999**
Alwalid Global Est, a company owned by HRH Prince Walid Bin Abdulmohsin Bin Abdul Aziz with a diverse business interests.

**Key Highlights:**

- Advised on legal issues and major international business contracts.

- Involved in the development of international links with major international companies in different sectors.
- Travelled to Europe and the region during employment and was involved in major international transactions.
- Advised on major real estate projects

**Legal Advisor                           February 1995- Dec 1996**
Provided legal consultancy in Sudan and Saudi Arabia

## QUALIFICATIONS

### The College of Law of England and Wales/International Bar Association:

International Practice Diploma in International Joint Ventures- July 2010-January 2012
International Practice Diploma in International Arbitration-July 2010-January 2012
International Practice Diploma in International Mergers and Acquisitions-2009 – 2009
International Practice Diploma in International Business Organisations-2009 – 2009
International Practice Diploma in International Capital Markets and Loans (ICML) 2008 – 2008

### Chartered Institute for Securities and Investment:

Islamic Finance Qualification IFQ, Islamic Finance-2007-2007

### PhD Candidate, Kings College London, Jan 2004-2005

Interrupted for family and business reasons

### Chartered Institute of Linguists, UK:

Diploma in Legal interpreting and translation, Linguistics-2000 – 2001

### Legal Profession Exam (Sudanese Bar) Jan.1995

### LLB (Hons), University of Khartoum, Sudan 1990-1994:

Awarded the University Prizes and awards for academic achievement