# McKool Smith

K. Lee Crawford
Direct Dial: (213) 694-1180
LBoyd@MckoolSmith.com

1 Cal Plaza
300 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Telephone: (213) 694-1200
Facsimile: (213) 694-1234

May 9, 2018

5/10/18

SO ORDERED:

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**VIA ECF**

Hon. Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

RE: *Kashef, et al. v. BNP Paribas S.A., et al.*, U.S. District Court for the Southern District of New York, Case No. 1:16-cv-03228
Letter ;Request for ORDER to Correct the Civil Docket

Dear Judge Nathan:

Per instructions by this Court's Docketing Department, we respectfully request this Court to issue an order correcting the Civil Docket for Case No. 1:16-cv-03228-AJN at the Court's earliest convenience as follows:

- Plaintiff **Shadika G. Hassan** should be deleted from the docket as this person does not exist. The correct name is listed as **Shafika G. Hassan**;

- Plaintiff Rose Abraham Wulle's name should be removed from the docket as she is now referred to as **"Judy Doe"**; and

- Plaintiff Clara Erneo Tabor's name should be removed from the docket as she is now referred to as **"Jane Doe."**

SO ORDERED

Once the Order is granted and docket is corrected per instruction of the Clerk of the Second Circuit Court of Appeals, , we request that a copy be submitted to the General Docket, Court of Appeals, Second Circuit in Case No. 18-1304

**McKool Smith**
A Professional Corporation • Attorneys

Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC

1363727v1

Hon. Alison J. Nathan
United States District Court
May 9, 2018
Page 2

                              Very truly yours,

                              */s/ K. Lee Crawford*

                              K. Lee Crawford

KLC:zch

IT IS SO ORDERED:

Dated: _____

                              _____
                              Honorable Alison J. Nathan