UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Entesar Osman Kashef, *et al.*,

        Plaintiffs,

—v—

BNP Paribas SA & BNP Paribas North America, Inc., *et al.*,

        Defendants.

16-cv-3228 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court hereby schedules oral argument on Defendants' motion to dismiss for 3:00 p.m. on October 24, 2019.

    SO ORDERED.

Dated: September 13, 2019
       New York, New York

                             _____
                               ALISON J. NATHAN
                              United States District Judge