UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Entesar Osman Kashef, *et al.*,

              Plaintiffs,

–v–

BNP Paribas SA, *et al.*,

              Defendants.

16-cv-3228 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court hereby orders the following schedule to govern discovery regarding Swiss law:

| Date | Event |
|---|---|
| May 1, 2020 | Defendants' Supplemental Expert Report and Authorities served on Plaintiffs |
| May 22, 2020 | Plaintiffs' Supplemental Expert Report and Authorities served on Defendants |
| June 5, 2020 | Defendants' Reply Supplemental Expert Report served on Plaintiffs |
| June 19, 2020 | Deadline for deposition of Defendants' expert |
| August 3, 2020 | Deadline for deposition of Plaintiffs' expert |
| August 17, 2020 | Defendants' Supplemental Brief |
| August 31, 2020 | Plaintiffs' Supplemental Brief in Opposition |
| September 7, 2020 | Defendants' Supplemental Reply Brief |

    After the completion of discovery, the Court will set a date for a hearing.

    SO ORDERED.

Dated: March 19, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge