**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2020

ENTESAR OSMAN KASHEF, et al.,

    Plaintiffs,

v.

BNP PARIBAS S.A., BNP PARIBAS S.A. NEW YORK BRANCH, BNP PARIBAS NORTH AMERICA, INC., and DOES 2-10,

    Defendants.

No. 1:16-cv-03228-AJN

## ORDER OF APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL

Having considered the arguments of the parties with respect to appointment of leadership for the putative class, the Court finds that Brent W. Landau and Kathryn Lee Boyd satisfy the requirements of Rule 23(g), and hereby GRANTS Plaintiffs' Motion with respect to appointment of Interim Co-Lead Class Counsel for Plaintiffs' putative class.

It is hereby ORDERED that Interim Co-Lead Class Counsel shall be responsible for the overall conduct of the litigation on behalf of Plaintiffs' putative class as follows:

    a. To brief and argue motions and to present to the Court and opposing parties the position of the putative class for all matters arising during all pretrial and trial proceedings;

    b. To designate attorneys to act as spokespersons at pretrial conferences;

    c. To conduct or coordinate discovery on behalf of the putative class consistent with the requirements of the Federal Rules of Civil Procedure, including the preparation of joint interrogatories, requests for production of documents, requests for admissions, and the examination of witnesses in depositions;

    d. To designate an attorney to enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

    e. To implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds by counsel are avoided;

    f. To sign any consolidated complaint, motions, briefs, discovery requests or objections, subpoenas, stipulations, or notices on behalf of the putative class;

    g. To conduct all pre-trial, trial, and post-trial proceedings on behalf of the putative class;

    h. To employ and consult with experts; and

    i. To conduct settlement negotiations with defense counsel on behalf of the putative class.

**IT IS SO ORDERED.**

Dated: June 24, 2020

                                                                 Hon. Alison J. Nathan
                                                                 United States District Judge