```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Entesar Osman Kashef, *et al.*,

        Plaintiffs,

—v—

BNP Paribas SA,

        Defendant.

16-cv-03228 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An oral argument in this matter scheduled for November 5, 2020, at 3:00 P.M. will proceed by teleconference. The conference can be accessed by dialing (888) 363-4749 and entering 9196964#.

    SO ORDERED.

Dated: October 15, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge