UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF, et al.,<br><br>            Plaintiffs,<br><br>   -against-<br><br>BNP PARIBAS S.A., BNP PARIBAS NORTH AMERICA, INC., AND DOES 1-10,<br><br>            Defendants. | Civil No. 1:16-Civ-03228-AJN |

## DECLARATION OF AVRAM E. LUFT

I, Avram E. Luft, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of the State of New York and am admitted to practice before the United States District Court for the Eastern District of New York. On May 31, 2016, I entered a Notice of Appearance in the above captioned case.

2. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 in support of my motion for leave to withdraw as counsel for Defendants BNP Paribas S.A. and BNP Paribas North America, Inc. in this action.

3. Effective October 23, 2020, I will no longer be affiliated with Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), and accordingly will no longer actively work on this matter.

4. Other attorneys from Cleary Gottlieb, including Alexis Collins, Carmine Boccuzzi, and Jonathan I. Blackman have also appeared in this action on behalf of BNP Paribas S.A. and BNP Paribas North America, Inc. and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

    5.  No retaining or charging lien is being asserted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2020 at New York, NY.

                /s/Avram E. Luft