UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF, et al.,<br><br>          Plaintiffs,<br><br>     -against-<br><br>BNP PARIBAS S.A., BNP PARIBAS NORTH AMERICA, INC., AND DOES 1-10,<br><br>          Defendants. | Civil No. 1:16-Civ-03228-AJN<br><br>Hon. Alison J. Nathan |

**[PROPOSED] ORDER**

Upon the motion for Avram E. Luft for leave to withdraw as counsel for Defendants BNP Paribas S.A. and BNP Paribas North America, Inc., **IT IS HEREBY ORDERED**:

The motion is granted.

SO ORDERED.

Dated:

_____
United States District Judge