UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ENTESAR OSMAN KASHEF, *et al.*,

    *Plaintiffs*,

v.

BNP PARIBAS S.A., BNP PARIBAS S.A. NEW YORK BRANCH, BNP PARIBAS NORTH AMERICA, INC., and DOES 2-10,

    *Defendants*.

No. 1:16-cv-03228-AJN

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sandi (Sunday) Georgari Marjan, by and through his attorneys, hereby gives notice that he is voluntarily dismissing his claims in this action against Defendants without prejudice.

**SO ORDERED.**

*/s/ Alison J. Nathan*
4/26/2021

Dated: April 14, 2021
       New York, New York

Respectfully submitted,

/s/ *Kathryn Lee Boyd*
Kathryn Lee Boyd
Shira Lauren Feldman
Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, NY 10017
(646) 502-9515
(646) 480-1453
lboyd@hechtpartners.com
sfeldman@hechtpartners.com

/s/ *Brent W. Landau*
Brent W. Landau
Hausfeld LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3273
blandau@hausfeld.com

Michael D. Hausfeld
Richard S. Lewis
Scott A. Gilmore
Amanda Erin Lee-DasGupta

Hausfeld LLP
888 16th Street NW, Suite 300
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeld.com
rlewis@hausfeld.com
sgilmore@hausfeld.com
alee@hausfeld.com

*Counsel for Plaintiffs*