# EXHIBIT L

THE SUDAN
International boundary
State boundary
National capital
State capital
N
S
E
W
Graphic scale:
0
150
300 km
LIBYA
EGYPT
SAUDI ARABIA
CHAD
ERITREA
ETHIOPIA
CENTRAL AFRICAN REPUBLIC
DEMOCRATIC REPUBLIC OF THE CONGO
UGANDA
KENYA
ASMARA
ADDIS ABABA
KHARTOUM
Lake Nasser
Lake Nubia
Lake Albert
Lake Turkana
NORTHERN STATE
Dongola
RIVER NILE
Ed Damer
RED SEA
Port Sudan
KASSALA
Kassala
KHARTOUM
GEZIRA
Wad Medani
Gedaref
GEDAREF
Sinnar
SINNAR
NORTHERN DARFUR
Al Fasher
WESTERN DARFUR
Geneina
NORTHERN KORDOFAN
El Obeid
Kosti
WHITE NILE
WESTERN KORDOFAN
Al Fula
SOUTHERN KORDOFAN
Kadugli
SOUTHERN DARFUR
Nyala
Ed Damazin
BLUE NILE
UPPER NILE
Malakal
UNITY STATE
Bentiu
WESTERN BAHR AL GHAZAL
NORTHERN BAHR
Awell
Warab
WARAB
Wau
JONGLI
Rumbek
BUHEYRAT
Bor
WESTERN EQUATORIA
Yambio
Juba
BAHRAL JEBEL
EASTERN EQUATORIA
Torit

