# EXHIBIT M



U.S. Agency for International Development (USAID)
Office of U.S. Foreign Disaster Assistance (OFDA)
Originale Karte: UN Cartographic Section
-- Informationen zu Ölkonzessionen: rightsmap.com

**FELDER** — **INHABER VON ÖL- UND GASKONZESSIONEN**

1 (Unity)    Greater Nile Petroleum Operating Company

2 (Heglig)   Talisman Energy Inc. (Kanada)

3 (Adar)     Gulf Petroleum Corporation (Katar)

4 (Kailkang) Petronas Carigali (Malaysia), Sudapet (Sudan)
             und China National Petroleum Corporation (CNPC)

5 (Central)  TotalElFina (Frankreich)

5a           Lundin Oil AB International Petroleum Corporation
             (IPC) (Schweden), Petronas Carigali (Malaysia)
5b           OMV Sudan Exploration GmbH (Österreich) und
             Sudapet (Sudan)

6            China National Petroleum Corporation (CNPC)

7 (Mellut)   Sudapet (Sudan) und China National Petroleum
             Corporation (CNPC)

**SUDAN** (legend)

— Öl-/Gasfeld Lizensiert

···· Öl-/Gasfeld offen

▮ Gebiete, die von Oppositionsgruppen kontrolliert werden

— Historische Nord-Süd-Grenze

— Ölpipeline

⚒ ▯ Ölfeld

? Basis der Operation Lifeline Sudan (OLS)

◎ Sehenswürdigkeit

● Stadt im Südsudan unter Kontrolle der sudanesischen Regierung

○ Unter Kontrolle der SPLM/A

8.1.2001

USAID/OFDA