# EXHIBIT O



Map No. 4458 Rev.2    UNITED NATIONS
March 2012

Department of Field Support
Cartographic Section