USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ENTESAR OSMAN KASHEF, *et al.*,

    *Plaintiffs*,

v.

BNP PARIBAS S.A., BNP PARIBAS S.A. NEW YORK BRANCH, and BNP PARIBAS US WHOLESALE HOLDINGS, CORP. (f/k/a BNP PARIBAS NORTH AMERICA, INC.),

    *Defendants*.

No. 1:16-cv-03228-AJN
Hon. Alison J. Nathan

REVISED
SCHEDULING ORDER

Upon consideration of the Parties' January 24, 2022 joint request for: (1) a one-week extension of time for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss for *Forum Non Coveniens*, filed on December 8, 2021 (ECF Nos. 261-265), and a corresponding two-week extension for Defendants to file their Reply; and (2) a two-and-a-half-month extension of fact discovery and corresponding changes to other deadlines contained in this Court's Civil Case Management Plan and Scheduling Order of May 6, 2021 (ECF No. 229), it is ORDERED that the request is GRANTED.

The Court therefore sets the following revised deadlines as agreed upon by the Parties:

| Event | Revised Date |
|---|---|
| • Plaintiffs' Opposition to Defendants' Motion to Dismiss for *Forum Non Conveniens* ("FNC Motion") | Filed by February 4, 2022 |
| • Defendants' Reply to FNC Motion | Filed by March 4, 2022 |
| **Completion of Fact Discovery** | Completed by June 15, 2022 |
| • Interrogatories (other than contention interrogatories) | Served by April 15, 2022 |
| • Requests for admissions and contention interrogatories | Served by May 13, 2022 |
| • Depositions | Completed by June 15, 2022 |
| **Completion of Expert Discovery** | Completed by December 23, 2022 |
| • Opening reports | Served by August 2, 2022 |
| • Opposing reports | Served by October 4, 2022 |
| • Reply reports | Served by December 2, 2022 |
| **Summary Judgment, *Daubert*, and Class Certification Motions** | |
| • Opening briefs | Filed by January 27, 2023 |
| • Opposing briefs | Filed by April 14, 2023 |
| • Reply briefs | Filed by June 2, 2023 |

Except as modified above, the provisions of the Court's Civil Case Management Plan and Scheduling Order of May 6, 2021 (ECF No. 229) remain in effect.

**SO ORDERED.**

Dated: 1/25/22
New York, New York

JUDGE ALISON J. NATHAN
United States District Judge

2