# APPENDIX A

**APPENDIX A**

**Curriculum Vitae and Publications**

| | |
|---|---|
| Name | Ramon Olivier Mabillard |
| Position | Full Professor, University of Fribourg, Faculty of Law, Beauregard 13, 1700 Fribourg, Switzerland<br>Partner, burckhardt, Attorneys, Steinentorstrasse 23, PO Box 258, 4010 Basel, Switzerland |
| Phone | +41 26 300 81 31 (University)<br>+41 58 881 00 40 (Law firm) |
| E-Mail | ramon.mabillard@unifr.ch (University)<br>mabillard@burckhardtlaw.com (Law firm) |
| Languages | German, French, English |

| Education | | |
|---|---|---|
| | 1996 | University of Basel, Faculty of Law (MLaw) |
| | 1999 | Supreme Court of the Canton Basel-City (Bar) |
| | 2004 | University of Fribourg, Faculty of Law (Doctorate) |
| | 2004 | Columbia University, School of Law, New York (LLM) |
| | 2007 | Department of Justice Basel-City (Civil Law Notary) |
| | 2015 | University of Fribourg, Faculty of Law (Lecture Qualification) |

| Practice | | |
|---|---|---|
| | 1997 | Commercial Register of the Canton Basel-City, Basel |
| | 1997/98 | District Court XIII of the Canton Bern, Saanen |
| | 1998 | Saner Boos Degen Müller, Attorneys, Basel |
| | 1999-01 | Assistant to Prof. Dr. Paul Volken LL.M., Fribourg |
| | 1999-01 | Committee of Appeal, University of Fribourg, Fribourg |
| | 2001 | Cadastral Register of the Canton Basel-City, Basel |
| | 2001-10 | VISCHER, Attorneys, Basel and Zurich |
| | since 2007 | Administrative Tribunal of the Bank for International Settlements (BIS), Basel, Registrar |
| | 2008-17 | Chair of Procedure (Civil Procedure/Insolvency) and Fundamentals of Law, University of Fribourg, Fribourg |
| | since 2010 | burckhardt, Attorneys, Basel, Partner |
| | since 2015 | Dege Holding Ltd, Basel, Chairman |
| | since 2016 | Court of Appeal of the Canton Basel-Stadt, Basel, Judge |
| | since 2017 | Notary Exam Commission of the Canton Fribourg, Fribourg, Member |

|  | since 2017 | Chair of Procedure (Civil Procedure/Insolvency) and International Private Law, University of Fribourg, Fribourg |
|---|---|---|
| Teaching | since 2000 | Commercial and Company Law, Exercises and Lecture, University of Fribourg and Swiss Distance University |
|  | since 2007 | Restructuring and Insolvency Law, Lecture, University of Fribourg |
|  | 2008-18 | General Introduction to Law, Lecture, University of Fribourg |
|  | since 2008 | General Introduction to Law, Lecture, Swiss Distance University |
|  | since 2008 | Civil Procedure, Lecture, University of Fribourg |
|  | since 2008 | Debt enforcement and Bankruptcy Law, Lecture, University of Fribourg |
|  | since 2015 | International Private Law, Lecture, University of Fribourg |
| Membership |  | SAV – Swiss Bar Association |
|  |  | Chamber of Attorneys of the Canton Basel-City |
|  |  | SFN – Swiss Federation of Notaries |
|  |  | Chamber of Notaries of the Canton Basel-City |
|  |  | Association for Debt Enforcement and Bankruptcy Law |
|  |  | Swiss Conference of the Professors of Civil Procedure |
|  |  | Association of the Professors of Civil Procedure of Germany, Austria and Switzerland |

## PUBLICATIONS

### Monographs

| Nr. | Title | Author | Editor | Publisher | Year |
|---|---|---|---|---|---|
| 1. | Besitzesschutz bei Hausbesetzungen – Gutachten zur Motion Feller (15.3531) (Gutachten) (https://www.bj.admin.ch/bj/de/home/ publiservice/publikationen/externe/2018-08-201.html) | Mabillard Ramon | Bundesamt für Jusitz | EDMZ, Bern | 2019 |
| 2. | Ausgewählte Klagen des Aktienrechts – Legitimation und Prozessführungsbefugnis (Habilitationsschrift) | Mabillard Ramon | Mabillard Ramon | Uniprint, Freiburg i. Ue. | 2015 |
| 3. | Gesellschaftsrechtliche Aspekte der Vertragsverhandlungen – Eine Untersuchung der Culpa in Contrahendo (Dissertation) | Mabillard Ramon | Niggli Marcel/ Amstutz Marc | Helbing & Lichtenhahn, Basel, Genf, München | 2004 |

### Commentaries

| Nr. | Title | Author | Editor | Publisher | Year |
|---|---|---|---|---|---|
| 4. | Commentaire, Introduc- tion à la Lfus (3 éd.) (im Erscheinen) | Amstutz Marc/ Mabillard Ramon | Tercier Pierre/ Trigo Trinidade Rita | Helbing & Lichtenhahn, Basel, Genf, München | 2022 |
| 5. | Kommentar zu Art. 6 UWG | Mabillard Ramon | Spitz Philippe/ Jung Peter | Stämpfli Verlag, Bern | 2022 |

(3. Aufl.)
(im Erscheinen)

| | | | | | |
|---|---|---|---|---|---|
| 6. | Kommentar zu Art. 23–26 SchKG (3. Aufl.) | Mabillard Ramon | Staehelin Daniel/ Bauer Thomas/ Lorandi Franco | Helbing & Lichtenhahn, Basel, Genf, München | 2021 |
| 7. | Kommentar zu Art. 678–679 OR (1. Aufl.) | Mabillard Ramon | Schmid Jörg/ Handschin Lukas/ Jung Peter | Schulthess Verlag, Zürich | 2021 |
| 8. | Kommentar zu Art. 25–32, 149 IPRG (4. Aufl.) | Däppen Robert/ Mabillard Ramon | Honsell Peter/ Vogt Nedim Peter/ Schnyder Anton K./ Berti Stephen | Helbing & Lichtenhahn, Basel, Genf, München | 2020 |
| 9. | Kommentar zu Art. 166–169 IPRG (4. Aufl.) | Mabillard Ramon | Honsell Peter/ Vogt Nedim Peter/ Schnyder Anton K./ Berti Stephen | Helbing & Lichtenhahn, Basel, Genf, München | 2020 |
| 10. | Kommentar zu Art. 171 IPRG (4. Aufl.) | Mabillard Ramon | Honsell Peter/ Vogt Nedim Peter/ Schnyder Anton K./ Berti Stephen | Helbing & Lichtenhahn, Basel, Genf, München | 2020 |
| 11. | Kommentar Art. 177 IPRG (4. Aufl.) | Mabillard Ramon | Honsell Peter/ Vogt Nedim Peter/ Schnyder | Helbing & Lichtenhahn, Basel, Genf, München | 2020 |

|  |  |  | Anton K./ Berti Stephen |  |  |
|---|---|---|---|---|---|
| 12. | Kommentar zu Art. 183, 185, 193 IPRG (4. Aufl.) | Mabillard Ramon | Honsell Peter/ Vogt Nedim Peter/ Schnyder Anton K./ Berti Stephen | Helbing & Lichtenhahn, Basel, Genf, München | 2020 |
| 13. | Kommentar zu Art. 637– 640 ZGB (4. Aufl.) | Mabillard Ramon/ Hobi Manuela | Abt Daniel/ Weibel Thomas | Helbing & Lichtenhahn, Basel, Genf, München | 2019 |
| 14. | Kommentar zu Art. 317– 331 SchKG (1. Aufl.) | Mabillard Ramon | Kren Kostkiewicz Jolanta/ Vock Dominik | Schulthess Verlag, Zürich | 2017 |
| 15. | Commentaire, Introduction à la Lfus (2 éd.) | Amstutz Marc/ Mabillard Ramon | Tercier Pierre/ Amstutz Marc | Helbing & Lichtenhahn, Basel, Genf, München | 2017 |
| 16. | Kommentar zu Art. 6 UWG (2. Aufl.) | Mabillard Ramon | Spitz Philippe/ Jung Peter | Stämpfli Verlag, Bern | 2016 |
| 17. | Kommentar zu Art. 643–645 OR (1. Aufl.) | Mabillard Ramon | Schmid Jörg/ Handschin Lukas | Schulthess Verlag, Zürich | 2016 |
| 18. | Kommentar zu Art. 26– 30 LugÜ (2. Aufl.) | Mabillard Ramon | Oetiker Christian/ | Helbing & Lichtenhahn, | 2015 |

| | | | Weibel Thomas | Basel, Genf, München | |
|---|---|---|---|---|---|
| 19. | Kommentar zu Art. 637–640 ZGB (3. Aufl.) | Mabillard Ramon | Abt Daniel/ Weibel Thomas | Helbing & Lichtenhahn, Basel, Genf, München | 2015 |
| 20. | Kommentar zu Art. 25–32, 149 IPRG (3. Aufl.) | Däppen Robert/ Mabillard Ramon | Honsell Peter/ Vogt Nedim Peter/ Schnyder Anton K./ Berti Stephen | Helbing & Lichtenhahn, Basel, Genf, München | 2013 |
| 21. | Kommentar zu Art. 166–169 IPRG (3. Aufl.) | Berti Stephen/ Mabillard Ramon | Honsell Peter/ Vogt Nedim Peter/ Schnyder Anton K./ Berti Stephen | Helbing & Lichtenhahn, Basel, Genf, München | 2013 |
| 22. | Kommentar zu Art. 171 IPRG (3. Aufl.) | Berti Stephen/ Mabillard Ramon | Honsell Peter/ Vogt Nedim Peter/ Schnyder Anton K./ Berti Stephen | Helbing & Lichtenhahn, Basel, Genf, München | 2013 |
| 23. | Kommentar Art. 177 IPRG (3. Aufl.) | Mabillard Ramon | Honsell Peter/ Vogt Nedim Peter/ Schnyder Anton K./ Berti Stephen | Helbing & Lichtenhahn, Basel, Genf, München | 2013 |
| 24. | Kommentar zu Art. 183, 185, 193 IPRG (3. Aufl.) | Mabillard | Honsell Peter/ Vogt Nedim | Helbing & Lichtenhahn, | 2013 |

|  |  | Ramon | Peter/ Schnyder Anton K./ Berti Stephen | Basel, Genf, München |  |
|---|---|---|---|---|---|
| 25. | Kommentar zu Art. 26–30 LugÜ (1. Aufl.) | Mabillard Ramon | Oetiker Christian/ Weibel Thomas | Helbing & Lichtenhahn, Basel, Genf, München | 2011 |
| 26. | Kommentar zu Art. 637–640 ZGB (2. Aufl.) | Mabillard Ramon | Abt Daniel/ Weibel Thomas | Helbing & Lichtenhahn, Basel, Genf, München | 2011 |
| 27. | Kommentar zu Art. 6 und 15 UWG (1. Aufl.) | Mabillard Ramon | Spitz Philippe/ Jung Peter | Stämpfli Verlag, Bern | 2010 |
| 28. | Kommentar zum Fusionsgesetz – Systematischer Teil, Art. 1–111 FusG | Amstutz Marc/ Mabillard Ramon | Amstutz Marc/ Mabillard Ramon | Helbing & Lichtenhahn, Basel, Genf, München | 2008 |
| 29. | Commentaire, Introduction à la Lfus (1. Aufl.) | Amstutz Marc/ Mabillard Ramon | Tercier Pierre/ Amstutz Marc | Helbing & Lichtenhahn, Basel, Genf, München | 2008 |
| 30. | Kommentar zu Art. 637–640 ZGB (1. Aufl.) | Mabillard Ramon | Abt Daniel/ Weibel Thomas | Helbing & Lichtenhahn, Basel, Genf, München | 2007 |

## Articles

| Nr. | Title | Author | Editor | Publisher | Year |
|-----|-------|--------|--------|-----------|------|
| 31. | Prospekte zwischen Delikts- und Vertrauenshaftung – Gedanken zur Sorgfaltspflichtverletzung (FS Franz Werro) (im Erscheinen) | Mabillard Ramon | Belser Eva Maria/ Pischonnaz Pascal/ Stöckli Hubert | Stämpfli Verlag, Bern | 2022 |
| 32. | Der Einsatz treuhänderisch verwalteter Register-Schuldbriefe – Gedanken zu Schuldnereinreden aus einem Vertragsnetzwerk | Mabillard Ramon | ZBGR/RNRF | Zürcher Notariatsverein, Zürich | 2021 Nr. 6 344 ff. |
| 33. | Zwischen Beweisanspruch und freier Beweiswürdigung im Zivilprozess – Von den Internetrecherchen bis zum gerichtlichen Gutachten | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2021 Nr. 5 518 ff. |
| 34. | Kreditgebende Banken in der Sanierung – von der rechtlichen Bedeutung des Sanierungskonzepts (FS Lukas Handschin) | Mabillard Ramon | Jung Peter/ Krauskopf Frédéric/ Cramer Conradin | Schulthess Verlag, Zürich | 2020 475 ff. |
| 35. | Attraktivität des Schiedsplatzes «Schweiz» – Revision des 12. Kapitels des Bundesgesetzes über das | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2019 Nr. 5 471 ff. |

Internationale Privatrecht (IPRG)

| | | | | | |
|---|---|---|---|---|---|
| 36. | Grundsätze zur Formulierung der Rechtsbegehren | Mabillard Ramon | Markus Alexander/ Kren Kostkiewicz Jolanta | Stämpfli Verlag, Bern | 2016 1 ff. |
| 37. | 5 Jahre ZPO aus der Sicht der Lehre – Forderungen für die Zukunft | Mabillard Ramon | Praxisinstitut für Zivilprozess und Zwangsvollstre k-kung | Schulthess Verlag, Zürich | 2016 1 ff. |
| 38. | Gedanken zum Liquidationsvergleich gemäss Art. 317 ff. SchKG – Prozessuale Einheit der gestalterischen Vielfalt (FS Thomas Sutter-Somm) | Mabillard Ramon | Widmer Corinne/ Fankhauser Roland/ Klingler Rafael/ Seiler Benedikt | Schulthess Verlag, Zürich | 2016 1117 ff. |
| 39. | Fusionsrechtliche Klagen – Ein Klagesystem zur dynamischen Regulierung von Verhandlungsprozessen | Mabillard Ramon | Amstutz Marc/ Müller Roland M. | Growth Publisher Law, Zürich | 2015 169 ff. |
| 40. | Kann der Konzern saniert werden? – Die einfache Gesellschaft als Wegbereiterin zu einem Konzerninsolvenzrecht (FS Walter Stoffel) | Mabillard Ramon | Amstutz Marc/ Chabloz Isabelle/ Heinzmann Michel | Schulthess Verlag, Zürich | 2014 275 ff. |

| | | | | |
|---|---|---|---|---|
| 41. Streitgenossenschaften in Rückerstattungsprozessen des Aktienrechts – Formellrechtliche Lösung eines materiellrechtlichen Problems? (FS Fernstudien Schweiz) | Mabillard Ramon | Fernstudien Schweiz | Growth Publisher Law, Bern | 2014 121 ff. |
| 42. Die Arbeitnehmer im Sanierungsprozess – Die rechtliche Vergegenwärtigung der ökonomischen Zukunft | Mabillard Ramon | BlSchK | Stutz Druck AG, Wädenswil | 2014 Nr. 2 41 ff. |
| 43. Gefährdung der Sanierung durch Mobiliarhypotheken und pfandrechtsähnliche Sicherungsgeschäfte? – Gedanken zur Neuordnung der Mobiliarhypothek unter Berücksichtigung der anstehenden Revision des schweizerischen Sanierungsrechts (FS Paul-Henri Steinauer) | Mabillard Ramon | Rumo-Jungo Alexandra/ Pichonnaz Pascal/ Hürlimann-Kaup Bettina/ Fountoulakis Christiana | Stämpfli Verlag, Bern | 2013 495 ff. |
| 44. Das schweizerische Sanierungsrecht in Revision – Eine Programmierung unter Berücksichtigung zivilprozessualer Möglichkeiten | Mabillard Ramon | ZZP | Carl Heymanns Verlag, Köln | 2012 317 ff. |

| | | | | | |
|---|---|---|---|---|---|
| 45. | Europäische Rechtshängigkeit im Wandel – Chancen einer Koordination ? –Ein hermeneutischer Entwurf gestützt auf Reflexivität, *ordre public* und Interlegalität (FS Marc Amstutz) | Mabillard Ramon | Wiprächtiger Stephan/ Keller Stephan | Dike Verlag, Zürich; Nomos, Baden-Baden | 2012 199 ff. |
| 46. | Rechtsschutz in klaren Fällen und provisorische Rechtsöffnung | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2011 Nr. 5 435 ff. |
| 47. | L'Esprit de la loi sur la fusion – Réflexions sur l'admissibilité des opération hors Lfus | Amstutz Marc/ Mabillard Ramon | SZW | Schulthess Verlag, Zürich | 2011 Nr. 4 349 ff. |
| 48. | Kursrelevanz zwischen ökonomischer Beobachtung und rechtlicher Steuerung – Prozedural-institutionelle Ausdifferenzierung der *ad hoc*-Publizität durch die Praxis der SIX Swiss Exchange | Mabillard Ramon/ Ammann Matthias | GesKR | Dike Verlag, Zürich | 2011 Nr. 2 155 ff. |
| 49. | Kündigung der Dauerschuldverhältnisse im ordentlichen Nachlassverfahren – | Mabillard Ramon | BlSchK | Stutz Druck AG, Wädenswil | 2010 Nr. 5 |

|     |                                                                                                                                                                                                                      | Author              | Journal / Editor                              | Publisher                                          | Year / Page                    |
| --- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------------- | --------------------------------------------- | -------------------------------------------------- | ------------------------------ |
|     | Prozessuale Kompensation des materiell-rechtlichen Eingriffs gemäss Art. 297a VE-SchKG                                                                                                                                |                     |                                               |                                                    | 189 ff.                        |
| 50. | Unternehmensrechtliche Nichtigkeitsklage – Offene Fragen bei der Durchsetzung der Mitwirkungsrechte der Arbeitnehmer gemäss Fusionsgesetz? (FS Erwin Murer)                                                            | Mabillard Ramon     | Riemer-Kafka Garbiela / Rumog-Jungo Alexandra | Schulthess Verlag, Zürich                          | 2010 443 ff.                   |
| 51. | Konkursaufschub: Provisorische Nachlassstundung ohne Sachwalter? – Konzeptionelle Überlegungen zum Vorentwurf eines neuen Sanierungsverfahrens                                                                        | Mabillard Ramon     | ZZZ                                           | Dike Verlag, Zürich                                | 2009 Nr. 19 363 ff.            |
| 52. | Vorsorgliche Massnahmen gegen Handelsregistersperren                                                                                                                                                                  | Mabillard Ramon     | Anwaltsrevue                                  | Helbing & Lichtenhahn, Basel, Genf, München        | 2008 Nr. 11 502 ff.            |
| 53. | Anwaltsgeheimnis als verfassungsrechtliche Schranke für Zwangsmassnahmen am Beispiel der Durchsuchung und                                                                                                             | Mabillard Ramon     | SJZ                                           | Schulthess Verlag, Zürich                          | 2005 Nr. 9 209 ff.             |

|     | Beschlagnahme von Papieren | | | | |
|-----|---------------------------|-----------|----------|--------------------|------|
| 54. | Rechtsnatur, anwendbare Gesetzesbestimmungen und Zulässigkeit der unechten Konventionalstrafe | Mabillard Ramon | AJP | Dike Verlag, St. Gallen | 2005 Nr. 5 547 ff. |
| 55. | Culpa in Contrahendo | Mabillard Ramon | Jusletter | Weblaw, Bern | 2004 |

## Comments on Case Law

| Nr. | Title | Author | Editor | Publisher | Year |
|-----|-------|--------|--------|-----------|------|
| 56. | Note zu 5A_699/2019 vom 30. März 2020 (BGE 146 III 247) Kollokationsplan: Zustellung des Anerkennungsentscheids | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2021 Nr. 2 157 ff. |
| 57. | Note zu 5A_671/2018 vom 8. September 2020 Sanierungsdarlehen | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2021 Nr. 1 60 ff. |
| 58. | Note zu 5A_416/2019 vom 11. Oktober 2019 Tatbestandswirkung der Verjährung | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2020 Nr. 1 72 ff. |
| 59. | Note zu 5A_58/2019 vom 25. September 2019 Notorietät ausländischer | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, | 2020 Nr. 1 |

| | | | | | |
|---|---|---|---|---|---|
| | Handelsregistereinträge und Wahrung des rechtlichen Gehörs | | | Basel, Genf, München | 76 ff. |
| 60. | Note zu 5A_67/2019 vom 25. Februar 2019 Noven in der Beschwerde gegen Konkursdekrete | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2019 Nr. 3 283 ff. |
| 61. | Note zu 4A_623/2017 vom 24. August 2018 Aktivlegitimation zur paulianischen Anfechtung | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2018 Nr. 6 528 ff. |
| 62. | Note zu 5A_790/2018 vom 3. September 2018 Zahlungseinstellung infolge Überschuldung | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2018 Nr. 6 523 ff. |
| 63. | Note zu 5A_879/2017 vom 13. Dezember 2017 Abtretung gemäss Art. 260 SchKG an mehrere Gläubiger | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2018 Nr. 2 158 ff. |
| 64. | Note zu 5A_177/2017 vom 16. November 2017 Rangrücktritt zwecks Abwendung der Konkurseröffnung | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2018 Nr. 2 156 ff. |
| 65. | Note zu 5A_243/2015 vom 12. August 2015 Entscheid über die | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, | 2015 Nr. 6 |

| | | | | Basel, Genf, München | 540 ff. |
|---|---|---|---|---|---|
| definitive Nachlassstundung | | | | | |
| 66. | Note zu 5D_141/2014 vom 22. Januar 2015 Anspruch auf öffentliche Verhandlung im Verfahren um definitive Rechtsöffnung | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2015 Nr. 3 211 ff. |
| 67. | Note zu 5A_29/2014 vom 17. Juni 2014 Sachliche Zuständigkeit des Handelsgerichts für Widerspruchsklagen | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2014 Nr. 5 489 |
| 68. | Note zu 5A_144/2014 vom 23. Juni 2014 Definitive Rechtsöffnung für den Rechtsnachfolger einer rechtskräftig beurteilten Forderung | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2014 Nr. 5 479 ff. |
| 69. | Note zu 5A_40/2013 vom 29. Oktober 2013 Anerkennung einer Schuld des Erblassers | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2014 Nr. 1 59 f. |
| 70. | Note zu 5A_445/2012 vom 2. Oktober 2013 Überprüfung einer Resolutivbedingung gemäss Art. 80 f. und Art. 85a SchKG | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2014 Nr. 1 64 f. |
| 71. | Note zu 5A_170/2012 vom 24. August 2012 | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, | 2013 Nr. 1 |

| | | | | | |
|---|---|---|---|---|---|
| | Abtretung gemäss Art. 260 SchKG im IPR-Konkurs | | | Basel, Genf, München | 48 f. |
| 72. | Note zu 5A_555/2011 vom 16. März 2012 Beweis des Verkehrswerts gemäss Art. 286 Abs. 2 Ziff. 1 SchKG | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2012 Nr. 5 449 f. |
| 73. | Note zu 5D_181/2011 vom 11. April 2012 Recht auf öffentliche Verhandlung bei definitiver Rechtsöffnung gemäss Art. 6 Ziff. 1 EMRK | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2012 Nr. 4 348 ff. |
| 74. | Note zu 5A_554/2011 vom 16. Januar 2012 Rechtsfragen von grundsätzlicher Bedeutung und Beweis der Tilgung im Rechtsöffnungsverfahren | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2012 Nr. 3 255 ff. |
| 75. | Note zu 5A_650/2011 vom 27. Januar 2012 Elektronische Zustellung von Beschwerden gemäss ZPO | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2012 Nr. 3 263 ff. |
| 76. | Note zu 5A_786/2011 vom 26. Januar 2012 Bezeichnung der Parteien und Akteneinsicht im Rechtsöffnungsverfahren | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2012 Nr. 3 252 ff. |
| 77. | Note zu 5A_587/2011 vom 9. November 2011 Beweislast und | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, | 2012 Nr. 2 |

|     |                                                                                                                                  |                       |      |                                                   |                           |
| --- | -------------------------------------------------------------------------------------------------------------------------------- | --------------------- | ---- | ------------------------------------------------- | ------------------------- |
|     | Aktivlegitimation bei der Konkurseröffnung infolge Überschuldungsanzeige und betrügerischer Handlung                              |                       |      | Basel, Genf, München                              | 175 ff.                   |
| 78. | Note zu 5A_611/2011 vom 8. November 2011 Willkürkognition des Bundesgerichts beim Nachweis ausländischen Rechts gemäss Art. 16 Abs. 1 IPRG | Mabillard Ramon       | SZZP | Helbing & Lichtenhahn, Basel, Genf, München       | 2012 Nr. 2 167 ff.        |
| 79. | Note zu 5A_326/2011 vom 6. September 2011 Darlehensauszahlung als Schuldanerkennung im Rahmen der Basler Rechtsöffnungspraxis      | Mabillard Ramon       | SZZP | Helbing & Lichtenhahn, Basel, Genf, München       | 2012 Nr. 1 63 ff.         |
| 80. | Note zu 5A_415/2011 vom 21. September 2011 Hilfskonkurs im internationalen Bankenkonkurs                                          | Mabillard Ramon       | SZZP | Helbing & Lichtenhahn, Basel, Genf, München       | 2012 Nr. 1 38 ff.         |
| 81. | Note zu 4A_223/2011 vom 12. Juli 2011 Vorläufige Einstellung der Betreibung und nicht wieder gutzumachender Nachteil              | Mabillard Ramon       | SZZP | Helbing & Lichtenhahn, Basel, Genf, München       | 2011 Nr. 6 508 f.         |
| 82. | Note zu 5A_282/2011 vom 23. Juni 2011 Rückweisungsentscheid und Lohnpfändung                                                      | Mabillard Ramon       | SZZP | Helbing & Lichtenhahn, Basel, Genf, München       | 2011 Nr. 6                |

| | | | | | 503 ff. |
|---|---|---|---|---|---|
| 83. | Note zu 5A_109/110/2011 vom 24. Juni 2011 Vereinigung von Beschwerden in Zivilsachen / Gegenstand des Lastenbereinigungsprozesse | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2011 Nr. 5 421 ff. |
| 84. | Note zu 5A_230/2011 vom 12. Mai 2011 Aufhebung der Konkurseröffnung infolge Zahlungsfähigkeit | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2011 Nr. 5 428 ff. |
| 85. | Note zu 5A_757/2010 vom 20. April 2011 Arrestkaution nach dem Erlass einer Arrestbewilligung | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2011 Nr. 4 341 ff. |
| 86. | Note zu 5A_781/2010 vom 16. Februar 2011 Untersuchungsmaxime; Mitwirkungspflicht; Aufklärungspflicht; unentgeltliche Rechtspflege | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2011 Nr. 3 236 ff. |
| 87. | Note zu 5A_872/2010 vom 1. März 2011 Beschränkte Untersuchungsmaxime, Beweislast und Beweismass in der Konkurseröffnung | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2011 Nr. 3 247 ff. |
| 88. | Note zu 5A_712/2011 vom 2. Februar 2011 | Mabillard | SZZP | Helbing & Lichtenhahn, | 2011 Nr. 3 |

| | | | | | |
|---|---|---|---|---|---|
| | Fragepflicht im Arrestverfahren gegen Solidarschuldner | Ramon | | Basel, Genf, München | 261 ff. |
| 89. | Note zu 5A_826/2010 vom 1. März 2011 Beschwerdelegitimation, Begründungspflicht und Novenrecht in der Konkurseröffnung | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2011 Nr. 3 252 ff. |
| 90. | Note zu 5A_260/2010 vom 15. November 2010 Inzidente Exequatur öffentlicher vollstreckbarer Urkunden im defintiven Rechtsöffnungsverfahren | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2011 Nr. 2 137 ff. |
| 91. | Note (Die Fallbesprechung) zu BGer 5A_269/2010 vom 3. September 2010 Prozessuale Koordination der Konkurseröffnung infolge Überschuldungsanzeige nach dem Nachlassverfahren | Mabillard Ramon | SZZP | Helbing & Lichtenhahn, Basel, Genf, München | 2011 Nr. 1 71 ff. |

## Conferences/Panels/Presentations/Critics

| Nr. | Title | Participant | Editor | Publisher | Year |
|---|---|---|---|---|---|
| 92. | Stanischewski Flora, Die Verrechnung im Zivilprozess unter der Schweizerischen Zivilprozessordnung, Basel 2020 (Rezension) | Mabillard Ramon | ZZZ | Helbing & Lichtenhahn, Basel, | 2022 Nr. ff. |

| | | | Genf, München | |
|---|---|---|---|---|
| 93. | Service Pack 2021 – Zivilprozess (Vortrag) | Mabillard Ramon | Alumni Ius Frilex | Freiburg i.Ue. | 22. Oktober 2021 |
| 94. | Schneller Weg zum Recht – Praktische Herausforderungen ausgewählter Summarverfahren (Panel-Diskussion) | Mabillard Ramon | Schweizerische Tagung für Zivilverfahrensrecht | Tagung Bern | 4. September 2020 |
| 95. | Service Pack 2019 – Zivilprozess (Vortrag) | Mabillard Ramon | Alumni Ius Frilex | Freiburg i.Ue. | 13. September 2019 |
| 96. | Service Pack 2018 – Zivilprozess (Vortrag) | Mabillard Ramon | Alumni Ius Frilex | Freiburg i.Ue. | 14. September 2018 |
| 97. | Rechtshängigkeit – national und international (Panel-Diskussion) | Mabillard Ramon | Schweizerische Tagung für Zivilverfahrensrecht | Tagung Bern | 7. September 2018 |
| 98. | Der Beweis im Zivilprozess (Vortrag) | Mabillard Ramon | IDÉ Institut de droit économique Forum Verfahrensrecht | Freiburg i.Ue. | 5. September 2018 |
| 99. | Vorläufiger Rechtschutz (Vortrag) | Mabillard Ramon | Advokatenkammer Basel, | Basel | 25. Mai 2018 |

| | | | | |
|---|---|---|---|---|
| | | Lehrgang Advokatur | | |
| 100 | Grundsätze zur Formulierung der Rechtsbegehren (Vortrag) | Mabillard Ramon | CIVPRO Schweizerische Tagung für Zivilverfahrensrecht | Stämpfli Verlag, Bern | 26. August 2016 |
| 101. | 5 Jahre ZPO aus der Sicht der Lehre – Forderungen für die Zukunft (Vortrag) | Mabillard Ramon | Praxisinstitut für Zivilprozess und Zwangsvollstrek-kung | Schulthess Verlag, Zürich | 25. Februar 2016 |
| 102. | Prozessuale Aspekte des neunen Nachlassverfahrens unter besonderer Berücksichitung des ausserordentlichen Nachlassvergleichs (Vortrag) | Mabillard Ramon | Universität St. Gallen (SchKG-Tagung) | Luzern | 17. September 2015 |
| 103. | Evolution dans le domanine de la procédure civile depuis l'entré en vigueur du CPC Suisse (Vortrag) | Mabillard Ramon | Universität Freiburg i.Ue./ Anwaltsverband Wallis | Sion VS | 27. November 2013 |
| 104. | Prozessuale Lösungsansätze zu Problemen mit dem Fusionsgesetz in parxi (Vortrag) | Mabillard Ramon | Idé – Institut Droit et Economie | Schulthess Verlag, Zürich (Tagung Zürich) | 11. September 2013 |

| 105. | Rechtsöffnung und Zivilprozess – national und international (Panel-Diskussion) | Mabillard Ramon | Schweizerische Tagung für Zivilverfahrensrecht | Tagung Bern | 6. September 2013 |
|---|---|---|---|---|---|
| 106. | Das Fusionsgesetz: Bewährungsprobe nach dem 8. Jahr (Vortrag) | Mabillard Ramon | Idé – Institut Droit et Economie | Schulthess Verlag, Zürich (Tagung Zürich) | 11. September 2012 |
| 107. | Beweisrecht der neuen ZPO: Chancen und Risiken (Panel-Diskussion) | Mabillard Ramon | Schweizerische Tagung für Zivilverfahrensrecht | Tagung Bern | 7. September 2012 |
| 108 | Revision des schweizerischen Sanierungsrechts (Vortrag) | Mabillard Ramon | Vereinigung der Zivilprozessrechtslehrer, Köln | Tagung Halle/Saale | 28. März 2012 |
| 109. | Rechtshängigkeit und in Zusammenhang stehende Verfahren, Gerichtsstandsvereinbarungen, einstweilige Massnahmen, in: Revision der Verordnung 44/2001 (Brüssel I) – Welche Folgen für das Lugano Übereinkommen?, Veröffentlichungen des Schweizerischen Instituts für Rechtsvergleichung Bd. 69 (Panel-Diskussion) | Mabillard Ramon | Bonomi Andrea/ Schmid Christina | Schulthess Verlag, Zürich (Tagung Lausanne) | 2011 Bd. 69 138 ff. |

| 110. | Änderungen des Exequaturverfahrens gemäss LugÜ 2007 (Vortrag) | Mabillard Ramon | Schweizerisch-Türkische Anwalts- und Juristenvereinigung | Tagung Basel | 30. Oktober 2010 |
| 111. | Evolutions récentes dans le domaine du Droit international privé en Suisse – dNotamment l'entrée en vigueur imminente de la Convention de Lugano révisée (Vortrag) | Mabillard Ramon | Journée Franco-Suisse, Université Paris II – Université de Fribourg | Tagung Freiburg i.Ue. | 5. März 2010 |
| 112. | Konzeptionelle Überlegungen zur Revision des Sanierungsrechts (Vortrag) | Mabillard Ramon | Schweizerische Konferenz der Hochschullehrer für Zivilverfahrensrecht | Tagung Zürich | 15. Mai 2009 |
| 113. | Neuerungen der GmbH-Rechtsrevision (Vortrag) | Mabillard Ramon | VISCHER AG, Basel | Interne Weiterbildung | August 2008 |

## Editing

| Nr. | Title | Author | Editor | Publisher | Year |
| --- | --- | --- | --- | --- | --- |
| 114. | Schriften zum Schweizerischen Zivilprozessrecht / | Diverse | Berti Stephen/ Bohnet François/ Haas Ulrich/ Haldy | Dike Verlag, Zürich | 2009 - heute |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Etudes de droit de procédure civile suisse |  | Jacques/ Jeandin Nicolas / Mabillard Ramon/ Markus Alexander R./ Oberhammer Paul/ Schwander Ivo/ Sutter-Somm Thomas/Tappy Denis |  |  |
| 115. | Schweizerische Zeitschrift für Zivilprozessrecht (SZZP) / Revue suisse de procédure civile (RSPC) / Rivista svizzera di procedura civile (RSPC) | Diverse | Berti Stephen/ Bohnet François/ Droese Lorenz/ Mabillard Ramon/ Schweizer Philippe/ Trezzini Francesco/ Walther Fridolin | Helbing Lichtenhahn Verlag, Basel | 2011 – heute |
| 116. | Quid? – Fribourg Law Review | Diverse | Al Kanawati Nadja/ Balogh Krisztina/ Bruderer Hélène/ Denes Barnabas/ Florinetti Philippe/ Lanzoni Matthias/ Muskens Louis | Europ'imprim, Neuchâtel | 2014 - 2016 |

| | | | Advisors: Besson Samantha/ Mabillard Ramon | | |
|---|---|---|---|---|---|
| 117. | Contra Legem | Diverse | Niggli Marcel A./ Maeder Stefan/ Muskens Louis F. | hep verlag ag, Bern | 2018 - heute |
| | | | Advisor: Amstutz Marc/ Mabillard Ramon/ Riedo Christof/ Werro Franz | | |

**Skripts/Text Books/Case Books**

| Nr. | Title | Author | Editor | Publisher | Year |
|---|---|---|---|---|---|
| 118. | Grundlagen des Internationalen Privatrechts | Mabillard Ramon | Mabillard Ramon | Uniprint, Freiburg i. Ue. | 2017 |
| 119. | Internationale Rechtshilfe, Insolvenzrecht und Schiedsgerichtsbarkeit | Mabillard Ramon | Mabillard Ramon | Uniprint, Freiburg i. Ue. | 2017 |
| 120. | Räumungsverfahren (Fall 11), in: Fälle im | Mabillard | Spühler Karl/ | Schulthess Verlag, Zürich | 2016 |

| | | | | |
|---|---|---|---|---|
| | Zivilprozessrecht sowie im Schuldbetreibungs- und Konkursrecht (4. Aufl.) | Ramon | Kren Kostkiewicz Jolanta/ Mabillard Ramon/ Gehri Myriam | | |
| 121. | Widerspruchsverfahren (Fall 12), in: Fälle im Zivilprozessrecht sowie im Schuldbetreibungs- und Konkursrecht (4. Aufl.) | Mabillard Ramon | Spühler Karl/ Kren Kostkiewicz Jolanta/ Mabillard Ramon/ Gehri Myriam | Schulthess Verlag, Zürich | 2016 |
| 122. | Einführung in das Recht | Mabillard Ramon | Mabillard Ramon | Uniprint, Freiburg i. Ue. | 2011 |
| 123. | Grundlagen Schuldbetreibungs- und Zivilprozessrecht | Mabillard Ramon | Mabillard Ramon | Uniprint, Freiburg i. Ue. | 2010 |
| 124. | Übungen zum Handels- und Gesellschaftsrecht | Mabillard Ramon | Mabillard Ramon | Uniprint, Freiburg i. Ue. | 2002 |
| 125. | Anlagefondsrecht | Diverse | Volken Paul/ Mabillard Ramon | Uniprint, Freiburg i. Ue. | 2000 |