UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KASHEF ET AL,

                                    Plaintiffs,

      -against-

BNP PARIBAS S.A. ET AL,

                                  Defendants.
-----------------------------------------------------------------X

**ORDER**

**16-CV-3228 (AJN) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On February 18, 2022, general pretrial supervision of this matter was referred to the undersigned, including all discovery motions and particular dispositive motions. ECF No. 288. A conference in this matter is scheduled for **Tuesday, March 22, 2022 at 2:30 p.m.** at United States Courthouse, 500 Pearl Street, New York, New York. The courtroom number will be sent to the parties via e-mail in advance of the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.**

By **Tuesday, March 15, 2022**, the parties shall file a joint letter no longer than three pages in length advising the Court of the status of this matter, including but not limited to any pending motions, upcoming conferences, or outstanding discovery matters which the parties would like to discuss at the conference.

      SO ORDERED.

DATED:    New York, New York
               February 25, 2022

                                                                 _____
                                                                 JENNIFER E. WILLIS
                                                                 United States Magistrate Judge