UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KASHEF ET AL,

                                            Plaintiffs,

-against-

BNP PARIBAS S.A. ET AL,

                                            Defendants.
------------------------------------------------------------------X

**ORDER**

**16-CV-3228 (AJN) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On May 26, 2022 a conference was held to discuss Plaintiffs' letter motion regarding a subpoena under the Walsh Act, as well as other outstanding discovery issues. Dkt. Nos. 342; 344. For the reasons stated on the record, the Court orders as follows:

Plaintiffs' request for a subpoena pursuant to the 28 U.S.C.§ 1783 (the "Walsh Act") is granted, in the manner described in Plaintiffs' letter motion. Dkt. No. 342.

A 30-day extension of the discovery schedule is granted. Thus, the discovery deadlines are as follows:

- Fact discovery to be completed by **July 15, 2022**.
    - Defendants to complete production of documents that were previously produced to the DOJ by **June 8, 2022**.
    - Depositions to be completed by **July 15, 2022**.
    - Requests for admission to be exchanged by **July 15, 2022**.

- Expert discovery to be completed by **January 23, 2022**.
    - Opening expert reports to be served by **September 2, 2022**.
    - Opposing expert reports to be served by **November 4, 2022**.
    - Reply export reports to be served by **January 2, 2022**.

- Summary judgment, *Daubert*, and Class Certification Motions to be filed by **February 27, 2023**.
    - Opposing briefs to be filed by **May 14, 2023**.
    - Reply briefs to be filed by **July 2, 2023**.

The parties are directed to order a copy of the hearing transcript in accordance with Judge Willis's Individual Rules. The Clerk of Court is respectfully requested to terminate the motion at Dkt. No. 342.

SO ORDERED.

DATED:   New York, New York
         May 27, 2022

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge