UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KASHEF, *et al.*,

                       Plaintiffs,

            -against-

BNP PARIBAS S.A., *et al.*,

                       Defendants.
-----------------------------------------------------------------X

**ORDER**

**16-CV-3228 (AKH) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Plaintiffs have filed two letter motions regarding on-going discovery issues in this matter. Dkt. Nos. 353-356. As the current discovery deadline is near, a Rule 37.2 conference will be held at **3:00 PM on July 12, 2022**. The Court will address the letter motions at that time. Defendants are instructed to file their response letters by no later than noon on July 11, 2022.

    On July 6, 2022 Plaintiffs filed a letter motion to seal at Dkt. No. 354. That motion is GRANTED. The Clerk of Court is respectfully requested to terminate the motion at Dkt. No. 354.

        SO ORDERED.

DATED:    New York, New York
               July 7, 2022

                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge