UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KASHEF, *et al.*,

                            Plaintiffs,

                -against-

BNP PARIBAS S.A., *et al.*,

                            Defendants.
-----------------------------------------------------------------X

**ORDER**

**16-CV-3228 (AKH) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Since this Court's last Order dated July 7, 2022, Plaintiffs have filed another letter motion to compel. Dkt. No. 369-370. In light of the impending discovery deadline, the Court will hear that motion at the discovery conference scheduled for July 12, 2022. Should Defendants wish to write on this newly-raised motion, the Court will review any documents filed by noon on July 12, 2022.

The motions to seal at Dkt. Nos. 363 and 368 are GRANTED. The Court of Clerk is respectfully requested to terminate those motions.

        SO ORDERED.

DATED:    New York, New York
               July 11, 2022

                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge