UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KASHEF, et al.,

                                Plaintiffs,

-against-

BNP PARIBAS S.A., et al.,

                                Defendants.
-----------------------------------------------------------------X

**ORDER**

**16-CV-3228 (AKH) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 12, 2022 a hearing was held to address several letter motions to compel regarding outstanding discovery disputes. For the reasons stated on the record, the Court rules as follows:

- The Letter Motion to Compel Depositions of Jacques d'Estais and Michel Konczaty, Dkt. Nos. 355-356, is GRANTED.

- The Letter Motion to Compel Removal of Overbroad Redactions, Dkt. Nos. 359-360, requires *in camera* review of the documents. BNPP is directed to produce the unredacted documents to the Court by **noon on Friday, July 15, 2022**.

- The Letter Motion to Compel Production of Information About Pre-2002 Transactions, Dkt. Nos. 369-370, is moot in light of BNPP's agreement to confirm via verified interrogatory whether any information or knowledge of such transactions exists by **July 22, 2022**.

- The Letter Motion to Compel Production of Withheld Responsive Documents and Attachments, Dkt. Nos. 373-374, is DENIED.

The close of discovery is moved to **August 12, 2022** to allow the Parties to resolve all outstanding matters.

The motions to seal at Dkt. Nos 372 and 376 are GRANTED. The Clerk of Court is respectfully requested to close all the docket entries mentioned in this Order.

SO ORDERED.

DATED:   New York, New York
         July 13, 2022

                                                                                                               _____
                                                                                                               JENNIFER E. WILLIS
                                                                                                               United States Magistrate Judge