UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
ENTESAR OSMAN KASHEF et al.,  :
:
                  Plaintiffs,  :  **ORDER REGULATING PROCEEDINGS**
    -against-  :
:  16 Civ. 3228 (AKH)
BNP PARIBAS SA, et al.,  :
:
                  Defendants.  :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       A status conference was held to discuss the status of the case and discovery.

       The Court adopts the order of reference, issued by Judge Alison Nathan on February 18, 2022 (ECF No. 288), delegating the presiding over all pretrial and discovery issues to United States Magistrate Judge Jennifer E. Willis.

       The parties have agreed to complete their discovery by March 17, 2023, or any modified date approved by Judge Willis. Once the date is set, there will be no further adjournments.

       The parties shall appear for a status conference on March 31, 2023, at 10:00 a.m., to discuss the sequencing and scheduling of motions for class certification, motions for summary judgment, and motions in limine of trial, including *Daubert* motions. In advance of the status conference, the parties jointly shall submit a proposed agenda and schedule, pointing out any differences in view and stating the parties' respective positions.

       SO ORDERED.

Dated:   September 9, 2022             /s/ Alvin K. Hellerstein
            New York, New York        ALVIN K. HELLERSTEIN
                                          United States District Judge