UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KASHEF, *et al.*,

                              Plaintiffs,

               -against-

BNP PARIBAS S.A., *et al.*,

                              Defendants.
-----------------------------------------------------------------X

**ORDER**

**16-CV-3228 (AKH) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On January 24, 2023, Plaintiffs filed a letter seeking Court intervention regarding the scheduling of expert depositions. Dkt. No. 407. Plaintiffs seek to take certain of those depositions in the two weeks prior to service of reply expert reports. Id. On January 27, 2023, Defendants responded, objecting to having to take part in depositions prior to the submission of all expert reports. Dkt. No. 408. Both Parties raise good points. As such, the Court will extend the expert discovery deadline by two weeks, to **April 28, 2023**. Plaintiffs will have the extra two weeks they seek, and Defendants will not suffer any prejudice by not having received all the reply reports.

The Court emphasizes, however, that this is a final extension. All discovery will be complete by April 28, 2023, and absent extraordinary circumstances no further delays will be welcomed or considered by the Court.

SO ORDERED.

DATED:    New York, New York
              January 27, 2023

                                                                       JENNIFER E. WILLIS
                                                                       United States Magistrate Judge