UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF *et al.*,<br><br>                       Plaintiffs,<br><br>               -against-<br><br>BNP PARIBAS S.A., BNP PARIBAS S.A. NEW YORK BRANCH, and BNP PARIBAS US WHOLESALE HOLDINGS, CORP.,<br><br>                       Defendants. | Civil No. 1:16-Civ-03228-AKH<br><br>Hon. Alvin K. Hellerstein |

## NOTICE OF DEFENDANTS BNP PARIBAS S.A. AND BNP PARIBAS US WHOLESALE HOLDINGS, CORP.'S *DAUBERT* MOTION TO EXCLUDE THE PROPOSED EXPERT TESTIMONY OF PRAKASH KHATRI

PLEASE TAKE NOTICE that the undersigned, attorneys for BNP Paribas S.A. and BNP Paribas US Wholesale Holdings, Corp. (collectively, the "BNPP Defendants"), will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a date and time to be determined by this Court, for an order excluding the testimony of Plaintiffs' proposed expert Prakash Khatri under Federal Rule of Evidence 702. In support of this motion, the BNPP Defendants submit the accompanying Memorandum of Law in Support of BNP Paribas S.A. and BNP Paribas US Wholesale Holdings, Corp.'s *Daubert* Motion To Exclude the Proposed Expert Testimony of Prakash Khatri.

Dated: July 21, 2023

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SULLIVAN & CROMWELL LLP |
|---|---|

*/s/ Carmine D. Boccuzzi, Jr.*
Carmine D. Boccuzzi, Jr.
Abena Mainoo
Charity E. Lee
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
cboccuzzi@cgsh.com
amainoo@cgsh.com
charitylee@cgsh.com

*/s/ Karen Patton Seymour*
Karen Patton Seymour
Suhana S. Han
Alexander J. Willscher
John C. Wynne
125 Broad Street
New York, New York  10004
T: 212-558-3196
seymourk@sullcrom.com
hans@sullcrom.com
willschera@sullcrom.com
wynnej@sullcrom.com

Oliver W. Engebretson-Schooley
(*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C.  20006
(202) 956-7500
engebretsono@sullcrom.com

*Counsel for Defendants BNP Paribas, S.A. and BNP Paribas US Wholesale Holdings, Corp.*