**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENTESAR OSMAN KASHEF, *et al.*,<br><br>*Plaintiffs*,<br><br>-against-<br><br>BNP PARIBAS S.A., BNP PARIBAS S.A. NEW YORK BRANCH, and BNP PARIBAS US WHOLESALE HOLDINGS, CORP.,<br><br>*Defendants*. | No. 1:16-cv-03228-AKH-JW<br><br>Hon. Alvin K. Hellerstein |

## NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE OF CONOR B. MCDONOUGH

PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 1.4 and the Declaration of Conor B. McDonough filed concurrently herewith, Conor B. McDonough, a former attorney with the law firm of Hecht Partners LLP and counsel for Plaintiffs Entesar Osman Kashef, Abubakar Abakar, Abbo Ahmed Abakar, Hamdan Abakar, Abulgasim Suleman Abdalla, Turjuman Ramadan Adam, Isaac Ali, Jane Doe, John Doe, Judy Doe, Shafika G. Hassan, Halima Samuel Khalifa, Nicolas Hakim Lukudu, Hawa Mohamed Omar, Jane Roe, Judy Roe, Kuol Shbur, Nyanriak Tingloth, and Ambrose Martin Ulau, on behalf of themselves and all those similarly situated, respectfully requests that the Court permit Mr. McDonough to withdraw as an attorney of record in the above-captioned action, as he has left the law firm of Hecht Partners LLP.

No delay in the progress of this action will result from this withdrawal. Kathryn Lee Boyd, Kristen Nelson, Theodor Bruening, and Mike Eggenberger of Hecht Partners LLP, and Michael D. Hausfeld, Scott A. Gilmore, Amanda E. Lee-DasGupta, Mary S. Van Houten Harper, and Claire A. Rosset of Hausfeld LLP, will continue to represent Plaintiffs in this action.

Mr. McDonough will not be asserting a retaining or charging lien in connection with this action, as stated in his declaration.

Dated: March 26, 2024

Respectfully submitted,

/s/ Kathryn Lee Boyd
Kathryn Lee Boyd
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
(212) 851-6821

*Counsel for Plaintiffs*