UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
ENTESAR OSMAN KASHEF et al.,

                        Plaintiffs,

     -against-

BNP PARIBAS SA, et al.,

                     Defendants.
------------------------------------------------------------- x

**ORDER**

16 Civ. 3228 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court requests the parties submit a proposed order for sealing, with specific instructions for the Clerk, by May 6, 2024 at 12 p.m.

        SO ORDERED.

Dated:    May 2, 2024                  /s/ Alvin K. Hellerstein
           New York, New York       ALVIN K. HELLERSTEIN
                                          United States District Judge