UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>BNP PARIBAS S.A., BNP PARIBAS S.A. NEW YORK BRANCH, and BNP PARIBAS US WHOLESALE HOLDINGS, CORP.,<br><br>Defendants. | Civil No. 1:16-Civ-03228-AKH-JW<br><br>[~~PROPOSED~~] ORDER REGARDING SEALING |

In connection with the parties' summary judgment and class certification briefing, the parties filed several motions for leave to file portions of that briefing and certain accompanying exhibits under seal. *See* ECF Nos. 416, 428, 432, 445, 455, 467, 468. At oral argument on September 27, 2023, the Court instructed the parties to come up with an agreed solution to resolve outstanding disputes about the parties' pending sealing requests. By letter dated May 1, 2024, the parties informed the Court that the parties have reached agreement on all outstanding sealing disputes whereby the parties have agreed to unseal the materials in question, subject to narrowly tailored redactions applied to individuals' names and other personal information and certain transaction information not at issue in this action. ECF No. 500.

Accordingly, it is hereby ORDERED that the pending motions to seal (ECF Nos. 416, 432, 445, 455, 468) are granted in part and denied in part as moot.

The Clerk of Court is instructed to unseal the following filings: ECF No. 434; ECF No. 439.

The Clerk of Court is further instructed to maintain the following provisionally sealed filings under seal: ECF No. 421; ECF No. 422 (and accompanying attachments); ECF No. 435 (and accompanying attachments); ECF No. 437; ECF No. 457; ECF No. 463; ECF No. 464 (and

accompanying attachments); ECF No. 465; ECF No. 470; ECF No. 472; and ECF No. 469 (and accompanying attachments). They should be viewable only to the parties to the case as listed on tECF and Court personnel.

The parties are hereby ORDERED to file on the docket within 21 days of this order public copies of the foregoing materials with redactions applied consistent with the parties' agreement and this order. The Clerk shall terminate the open motions at ECF Nos. 416, 432, 445, 455, and 468.

**SO ORDERED.**

Dated: May 6, 2024

Hon. Alvin K. Hellerstein
United States District Judge