UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ENTESAR OSMAN KASHEF et al., :
: 
                      Plaintiffs, : **SCHEDULING ORDER**
:
   -against- :
: 16 Civ. 3228 (AKH)
BNP PARIBAS SA, et al., :
:
                      Defendants. :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendants shall state their opposition to the request at ECF 506, if they oppose, by May 15, 2024 at 12 p.m.

        SO ORDERED.

Dated:    May 13, 2024                    /s/ Alvin K. Hellerstein
            New York, New York        ALVIN K. HELLERSTEIN
                                           United States District Judge