UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ENTESAR OSMAN KASHEF et al.,

               Plaintiffs,

   -against-

BNP PARIBAS SA, et al.,

               Defendants.

**SCHEDULING ORDER**

16 Civ. 3228 (AKH)
23 Civ. 4986 (AKH)
23 Civ. 5552 (AKH)
23 Civ. 7468 (AKH)
24 Civ. 3639 (AKH)
24 Civ. 3640 (AKH)
24 Civ. 3641 (AKH)

---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The conference scheduled for June 11, 2024 is adjourned until June 24, 2024 at 4:00 p.m. in Courtroom 14D. The individual Plaintiffs shall confer with each other and file by June 20, 2024 at 12 p.m. their plans for proceeding in individual cases, either in a class action or separately.

       SO ORDERED.

Dated:   May 17, 2024            /s/ Alvin K. Hellerstein
          New York, New York      ALVIN K. HELLERSTEIN
                                     United States District Judge