UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF, *et al.*,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP.,<br><br>                    Defendants. | No. 1:16-cv-03228-AKH-JW<br><br>Hon. Alvin K. Hellerstein |

**PLAINTIFFS' PRELIMINARY ASSESSMENT OF NOTICE PROGRAM AND PROPOSAL OF PRE-TRIAL DEADLINES**

**EXHIBIT LIST**

| Exhibit | Description |
|---|---|
| Ex. 1 | Declaration of Gina Intrepido-Bowden Regarding Proposed Notice Program |
| Ex. 2 | Proposed Summary Notice of Pending Class Action |