May 24, 2024

**VIA CM/ECF AND FAX**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
May 28, 2024

Re:     *Kashef v. BNP Paribas S.A.*, No. 16-cv3228(AKH)(JW)

Dear Judge Hellerstein:

Pursuant to Rule 1.D. of this Court's Individual Rules, the Parties submit this joint request for a two-week extension of time to file public copies of documents previously filed provisionally under seal in connection with the Parties' class certification and summary judgment briefing, subject to narrowly tailored redactions. *See* Order Regarding Sealing, ECF No. 504.

The Parties' current deadline is May 28, 2024. *See id*. The Parties respectfully request that the Court extend the deadline for filing public copies of the documents by two weeks to June 11, 2024.

There have been no prior requests for an extension of this deadline and it accounts for the time-intensive nature of conferring on redactions, re-processing hundreds of exhibits and other documents, re-filing the exhibits and other documents on the public docket, as well as the holiday weekend. The Parties presently have a few more largely logistical issues to resolve.

We would be happy to address any questions the Court may have.

Respectfully submitted,

Hon. Alvin K. Hellerstein
Page 2 of 2

*/s/ Kathryn Lee Boyd*
Kathryn Lee Boyd
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
(646) 502-9515
lboyd@hechtpartners.com

*Attorneys for Plaintiffs*

*/s/ Karen Patton Seymour*
Karen Patton Seymour
125 Broad Street
New York, New York  10004
T: 212-558-3196
seymourk@sullcrom.com

*/s/ Carmine D. Boccuzzi, Jr.*
Carmine D. Boccuzzi, Jr.
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
cboccuzzi@cgsh.com

*Attorneys for BNP Paribas and BNP Paribas US Wholesale Holdings, Corp.*

Pursuant to Section 8.5(b) of the Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York, the use of conformed electronic signatures is with the consent of all signatories to this filing.