UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
:
ENTESAR OSMAN KASHEF et al.,  :   **ORDER REGULATING**
:   **PROCEEDINGS**
                Plaintiffs,  :
:
   -against-  :   16   Civ.   3228   (AKH)
:
BNP PARIBAS SA, et al.,  :
:
                Defendants.  :
:
:
:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        A conference was held on June 24, 2024 to discuss issues regarding the class pursuant to the previous class certification order. *See* ECF No. 505.

1) Plaintiff shall address a letter pursuant to *Touhy* and 6 C.F.R. § 5.45 to obtain the identities of class members and procedures for the release of names to the Court and provide an appropriate protective order for class notice. The identities of people on the list who are not in the class are not a concern as long as potential class members are identified and given notice. The other notice procedures identified are sufficient under Fed. R. Civ. P. 23(c)(2).

2) Counsel shall make efforts towards an agreed-upon form of notice.

3) The trial of class issues will be by jury. The Court reserves determination as to whether the final order provides for a monetary judgment.

4) Plaintiffs' request for a stay at ECF No. 540 is denied as long as there is common representation between those cases and the class action. Further proceedings with respect to those cases are postponed until the next status conference. These considerations will include whether more than one plaintiff can be included in the same caption.

The next status conference is scheduled for September 24, 2024 at 2:30 p.m. in Courtroom 14D.

SO ORDERED.

Dated:  June 25, 2024                    /s/ Alvin K. Hellerstein
        New York, New York              ALVIN K. HELLERSTEIN
                                        United States District Judge