# HAUSFELD

August 29, 2024

**Michael D. Hausfeld**
**Chair Emeritus**

**By CM/ECF**

888 16th Street NW
Suite 300
Washington, D.C., 20006

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

T: 202-540-7140
E: mhausfeld@hausfeld.com

Re:   *Kashef v. BNP Paribas SA*, No. 16-cv-3228 (AKH)(JW)

Dear Judge Hellerstein:

Class Counsel respectfully writes to further update the Court in connection with the Court's June 26, 2024, Order Regulating Proceedings (ECF No. 544), instructing Plaintiffs to issue a *Touhy* request to relevant government agencies for purposes of identifying and distributing notice to Class Members.

On August 26, 2024, the U.S. Department of Homeland Security (and its subpart, U.S. Immigration and Citizenship Services) and the U.S. Department of State requested an extension to respond to Plaintiffs' *Touhy* request from August 29, 2024, until September 5, 2024. Plaintiffs consented to the request.

Respectfully submitted,

*/s/ Michael D. Hausfeld*

Michael D. Hausfeld

*[Handwritten note by Judge:]* Plaintiffs shall report promptly after September 5, 2024.

9-3-24

*[Signature: Hellerstein]*

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC