UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BNP PARIBAS S.A., and BNP PARIBAS US WHOLESALE HOLDINGS, CORP. (f/k/a BNP PARIBAS NORTH AMERICA, INC.), <br><br> *Defendants*. | No. 1:16-cv-03228-AKH <br><br> Hon. Alvin K. Hellerstein |

### [PROPOSED] ORDER APPOINTING NOTICE ADMINISTRATOR and Regarding Notice

Upon consideration of Plaintiffs' Motion for Appointment of Notice Administrator (ECF No. 559, the "Motion"), the Declaration of Cameron R. Azari on Notice Plan Administration Expertise (ECF No. 559-1), and the Supplemental Declaration of Cameron R. Azari Regarding Noticing and Potential Class Member Data, dated November 12, 2024 ("Epiq's Supp. Decl."), **IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Epiq Class Action and Claims Solutions, Inc. ("Epiq") is hereby appointed as notice administrator, accountable to the Court, to provide the requisite notice pursuant to Fed. R. Civ. P. 23(c)(2) in the above-captioned case.

As notice administrator, Epiq shall take all steps reasonably necessary to safeguard the identity, privacy and confidentiality of the potential class members notified and the information and data gained concerning said potential class members. The specific steps Epiq shall take are outlined in greater detail in Epiq's Supp. Decl. and the contemporaneous Protective Order Granting Plaintiffs' Motion to Compel and Governing Production and Use of Produced Data.

It is further ordered that Epiq will, as soon as practicable and in coordination with the parties' ongoing efforts to finalize an agreed upon Short and Long Form Notice, submit for the Court's approval a Formal Notice Plan, which among other things shall:

1. Attach the proposed Short and Long Form Notices;

2. Describe the means by which Epiq shall disseminate direct and indirect notice to the class, and the reasons why Epiq's plan will provide the best notice practicable pursuant to Fed. R. Civ. P. 23(c)(2); and

3. Propose a monthly schedule for updating the Court and the parties after notice begins as to: (i) the implementation of the notice plan, and (ii) the number of class members that elect to opt-out. At the end of the notice period, Epiq will update the Court and the parties as to the final calculated reach of the notice program as implemented, and the final number of class members that elected to opt-out.

**IT IS SO ORDERED.**

Dated: Nov. 18, 2024

Hon. Alvin K. Hellerstein
United States District Judge