**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ENTESAR OSMAN KASHEF, *et al.*,

      *Plaintiffs*,

      v.

BNP PARIBAS S.A. and BNP PARIBAS US
WHOLESALE HOLDINGS, CORP. (f/k/a
BNP PARIBAS NORTH AMERICA, INC.),

      *Defendants*.

No. 1:16-cv-03228-AKH-JW

Hon. Alvin K. Hellerstein

## DECLARATION OF CAMERON R. AZARI REGARDING NOTICE PLAN

I, Cameron R. Azari, Esq., hereby declare and state as follows:

1.     I am the Senior Vice-President of Epiq Class Action and Claims Solutions, Inc. ("Epiq" or "Epiq Legal Noticing") and the Managing Director of Legal Notice for Epiq Legal Noticing (aka Hilsoft Notifications), a firm that specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plans.

2.     I am a nationally recognized expert in the field of legal notice, and I have served as an expert in hundreds of federal and state cases involving class action notice plans.

3.     I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

4.     I previously executed my *Declaration of Cameron R. Azari, Esq. on Notice Plan Administration Expertise* ("Notice Plan Expertise Declaration") on September 16, 2024, which detailed Hilsoft's class action notice expertise, and attached Epiq's and Hilsoft's curriculum vitaes. *See* ECF No. 559-1.  I also provided my educational and professional experience relating to class actions and my ability to render opinions on overall adequacy of notice plans.  *Id.*  Subsequently, I executed my *Declaration of Cameron R. Azari, Esq. Regarding Noticing* ("Noticing Declaration") on October 17, 2024, which detailed Epiq's high-level data security and privacy safeguards.  *See* ECF No. 575-1.  I also detailed Epiq's experience and the effectiveness of using address research

provided by third-party address look-up services for older or outdated address data as an effective way to identify updated address information for potential class members. *Id.* Most recently, I executed my *Supplemental Declaration of Cameron R. Azari, Esq. Regarding Noticing and Potential Class Member Data* ("Supplemental Noticing Declaration") on November 12, 2024, which detailed Epiq's practices for protecting and securing data, and safeguards to protect privacy and confidentiality of potential class member data. *See* ECF No. 585.

5.    Pursuant to the *Order Appointing Notice Administrator and Regarding Notice* issued on November 18, 2024, Epiq was appointed as the Notice Administrator, accountable to the Court, to provide the requisite notice pursuant to Fed. R. Civ. P. 23(c)(2) in the above-captioned case. *See* ECF No. 593.

## OVERVIEW

6.    This declaration details the proposed Notice Plan to disseminate direct and indirect notice to the class, and the reasons why this Notice Plan will provide the best notice practicable pursuant to Fed. R. Civ. P. 23(c)(2). This declaration also proposes a monthly schedule for updating the Court and the parties after notice begins as to: 1) the implementation of the Notice Plan, including the final calculated reach of the Notice Plan as implemented, 2) the number of potential class members that elect to opt-out, 3) the number of potential class members that elect to opt-in, and 4) the number of potential class members who have submitted questionnaires, including a final report filed under seal with the Court. The proposed Notice Plan is included as **Attachment A**.

7.    For purposes of this declaration, I have reviewed the *Order Regulating Proceedings* ("Order"), issued by the Court on October 30, 2024. ECF No. 581. It is my understanding from reviewing the Order that the class is defined as: "All refugees or asylees admitted by the United States who formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011."

8.    Epiq designed this Notice Plan based on our extensive prior experience and research into the notice issues particular to this case. We have analyzed and proposed the most effective method practicable of providing notice to the potential class members. Epiq also consulted with Class Counsel in designing this Notice Plan, to be informed by Class Counsel's personal experience with class members, including as to where class members reside and what media class members consume.

9.    The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of my business at Epiq.

## NOTICE PLANNING METHODOLOGY

10.    Federal Rule of Civil Procedure 23 directs that notice must be "the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort" and "the notice may be by one or more of the following: United States mail, electronic means, or other appropriate means."[1]  This proposed Notice Plan will satisfy these requirements.

11.    This proposed Notice Plan is designed to reach the greatest practicable number of potential class members.  This Notice Plan will reach potential class members with individual notice, media notice, community outreach, and a case website.  In my experience, this Notice Plan is consistent with other court-approved notice plans, is the best notice practicable under the circumstances of this case, and has been designed to satisfy the requirements of due process, including its "desire to actually inform" requirement.[2]

12.    Data sources and tools that are commonly employed by experts in this field were used to analyze and develop the media portion of this Notice Plan.  These include MRI-Simmons[3] data, which provides statistically significant readership and product usage data, and Comscore,[4] and

---

[1] Fed. R. Civ. P. 23 (c)(2)(B).

[2] *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 315 (1950) ("But when notice is a person's due, process which is a mere gesture is not due process.  The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it.  The reasonableness and hence the constitutional validity of any chosen method may be defended on the ground that it is in itself reasonably certain to inform those affected . . .").

[3] MRI-Simmons is a leading source of publication readership and product usage data for the communications industry.  MRI-Simmons is the new name for the joint venture of GfK Mediamark Research & Intelligence, LLC ("MRI") and Simmons Market Research. MRI-Simmons offers comprehensive demographic, lifestyle, product usage and exposure to all forms of advertising media collected from a single sample.  As the leading U.S. supplier of multimedia audience research, the company provides information to magazines, televisions, radio, Internet, and other media, leading national advertisers, and over 450 advertising agencies—including 90 of the top 100 in the United States.  MRI-Simmons's national syndicated data is widely used by companies as the basis for the majority of the media and marketing plans that are written for advertised brands in the U.S.

[4] Comscore is a global Internet information provider on which leading companies and advertising agencies rely for consumer behavior insight and Internet usage data.  Comscore maintains a

DECLARATION OF CAMERON R. AZARI REGARDING NOTICE PLAN

Alliance for Audited Media ("AAM")[5] statements, which certify how many readers buy or obtain copies of publications. These tools, along with demographic breakdowns indicating how many people use each media vehicle, as well as computer software that take the underlying data and factor out the duplication among audiences of various media vehicles, allow us to determine the net (unduplicated) reach of a particular media schedule. We combine the results of this analysis to help determine notice plan sufficiency and effectiveness.

13. ***Tools and data trusted by the communications industry and courts.*** Virtually all the nation's largest advertising agency media departments utilize, scrutinize, and rely upon such independent, time-tested data and tools, including net reach and de-duplication analysis methodologies, to guide the billions of dollars of advertising placements that we see today, providing assurance that these figures are not overstated. These analyses and similar planning tools have become standard analytical tools for evaluations of notice programs and have been regularly accepted by courts. The following are recent cases in the United States District Court, Southern District of New York, that Epiq handled which included media noticing (all have received final approval).

| Case Name | Case No. |
|---|---|
| *In Re Libor-Based Financial Instruments Antitrust Litigation* | MDL 2262 1:11-md-2262 |
| *Sonterra Capital Master Fund Ltd. v. Credit Suisse Group AG et al.* | 1:15-cv-00871 |
| *Dickens et al. v. Thinx, Inc.* | 1:22-cv-04286 |

proprietary database of more than two million consumers who have given Comscore permission to monitor their browsing and transaction behavior, including online and offline purchasing. Comscore panelists also participate in survey research that captures and integrates their attitudes and intentions.
[5] Established in 1914 as the Audit Bureau of Circulations ("ABC") and rebranded as Alliance for Audited Media ("AAM") in 2012, AAM is a non-profit cooperative formed by media, advertisers, and advertising agencies to audit the paid circulation statements of magazines and newspapers. AAM is the leading third-party auditing organization in the U.S. It is the industry's leading, neutral source for documentation on the actual distribution of newspapers, magazines, and other publications. Widely accepted throughout the industry, it certifies thousands of printed publications as well as emerging digital editions read via tablet subscriptions. Its publication audits are conducted in accordance with rules established by its Board of Directors. These rules govern not only how audits are conducted, but also how publishers report their circulation figures. AAM's Board of Directors is comprised of representatives from the publishing and advertising communities.

DECLARATION OF CAMERON R. AZARI REGARDING NOTICE PLAN

| Case Name | Case No. |
|---|---|
| *Alaska Electrical Pension Fund v. BofA* | 14-cv-7126 |
| *Gordon v. Amadeus IT Group, S.A., et al.* | 1:15-cv-05457 |
| *In re Morgan Stanley Data Security Litigation* | 1:20-cv-05914 |

14.     In fact, advertising and media planning firms around the world have long relied on audience data and techniques: AAM data has been relied on since 1914; 90 to 100% of media directors use reach and frequency planning;[6] all the leading advertising and communications textbooks cite the need to use reach and frequency planning.[7]  Ninety of the top one hundred media firms use MRI data, and Comscore is used by the major holding company agencies worldwide which includes Dentsu Aegis Networking, GroupM, IPG and Publicis, in addition to independent agencies for TV and digital media buying and planning, and at least 25,000 media professionals in 100 different countries use media planning software.

## NOTICE PLAN DETAIL

### *Individual Notice - Direct Mail*

15.     **Class Data.**  Epiq will send a Summary Notice in both English and Sudanese Arabic to potential class members using contact information data, including last known names, addresses, and other contact information, as available, as recorded on the Central Index System ("CIS 2") database maintained by the U.S. Department of Homeland Security and provided by the Government to Epiq (herein, "the Government Data"), as well as other contact information data (last known names, email addresses and/or other contact information) for over 2,500 potential class members,

---

[6] *See generally* Peter B. Turk, *Effective Frequency Report: Its Use And Evaluation By Major Agency Media Department Executives*, 28 J. ADVERTISING RES. 56 (1988); Peggy J. Kreshel et al., *How Leading Advertising Agencies Perceive Effective Reach and Frequency*, 14 J.ADVERTISING 32 (1985).

[7] Textbook sources that have identified the need for reach and frequency for years include: JACK S. SISSORS & JIM SURMANEK, ADVERTISING MEDIA PLANNING, 57-72 (2d ed. 1982); KENT M. LANCASTER & HELEN E. KATZ, STRATEGIC MEDIA PLANNING 120-156 (1989); DONALD W. JUGENHEIMER & PETER B. TURK, ADVERTISING MEDIA 123-126 (1980); JACK Z. SISSORS & LINCOLN BUMBA, ADVERTISING MEDIA PLANNING 93 122 (4th ed. 1993); JIM SURMANEK, INTRODUCTION TO ADVERTISING MEDIA: RESEARCH, PLANNING, AND BUYING 106-187 (1993).

DECLARATION OF CAMERON R. AZARI REGARDING NOTICE PLAN

which will be provided by Class Counsel. Epiq received the Government Data. It is my understanding the Government Data contains 24,680 records. Epiq is in the process of deduplicating, rolling up the records, reviewing the data for valid contact information, and loading the data into the database for the case. Currently, there are 11,741 records with data in a mailing address field, 19,058 records with data in a telephone number field, and 9,317 records with data in an email address field. It is possible these initial counts reflect data within these fields that are not valid for providing notice (invalid or incomplete contact information).

16. **Third-Party Address Look-up Service.** To update or verify the Government Data, sophisticated tools and third-party services will be used in compliance with all applicable Court orders, including the *Order Appointing Notice Administrator and Regarding Notice* and the *Protective Order Granting Plaintiffs' Motion to Compel and Governing Production and Use of Produced Data*, as well as industry standards and strict privacy protections. *See* ECF Nos. 591 and 593. Epiq will use one or more third-party address look-up services, such as one of the three major credit bureaus to perform address research using their extensive databases. Name and address data will be securely transmitted both to and from the third-party address look-up services. Through the third-party address look-up services, Epiq will have the option to use different, sophisticated tools to identify updated address data for the identified potential class members. By completing a simple and/or complex level of searches (as needed), the database search of each name and address will be matched to identify the most likely current physical mailing address for identified potential class members.

17. The updated contact information will then be used to provide individual notice to all identified potential class members for whom physical address information is available. Epiq does not recommend relying solely on the data provided by the Government, including any last known address data in the Government's possession to provide direct notice to identified potential class members. Instead, Epiq recommends utilizing name and address data in the Government Data along with results from the address lookup research.

18. **National Change of Address Database.** As part of the third-party address research, Epiq will also instruct that names and mailing addresses alone be checked against the National Change of Address ("NCOA") database maintained by the United States Postal Service ("USPS")

to ensure the address information for the identified potential class members is up-to-date and accurately formatted for mailing.

19.    **Additional Address Certification.**    After third-party address research and NCOA data lookup is complete, the addresses will be certified via the Coding Accuracy Support System ("CASS") to ensure the quality of the zip code and verified through Delivery Point Validation ("DPV") to verify the accuracy of the addresses.  This address updating process is standard for the industry and for the majority of promotional mailings that occur today.  This address updating process will be done at and by Epiq.

20.    **Individual Notice.**    Epiq will send the Court approved Summary Notice in both English and Sudanese Arabic in a fully enclosed envelope that will be mailed via the USPS first-class mail as follows:  1) masked return address with "Epiq Administration" as the sender; 2) no call outs on the envelope to draw attention to the contents of the mail piece; 3) bank-grade security envelope with internal security tint for privacy and confidentiality, as used to send checks; 4) the name and address of the potential class member visible on the exterior of the envelope; and 5) a separate paper insert that completely covers the Summary Notice so no potential class member identifying information beyond name and address is visible.

21.    The Summary Notice will include the case website address where notice recipients will be able to access the Long Form Notice in both English and Sudanese Arabic, the opt-in or opt-out form, and other information about the case.

22.    **Undeliverable Notices.**    The Notices will be mailed in such a way so that the Notices will be automatically forwarded by the USPS at the post office when an available forwarding address order has not expired ("Postal Forwards") – such as when a potential class member just moved and provided their new address to the USPS.  Notices returned to Epiq as undeliverable will be re-mailed to any new address available through USPS information (for example, to the address provided by the USPS on returned mail pieces for which the automatic forwarding order has expired, but is still within the time period in which the USPS returns the piece with the address indicated).  Upon successfully receiving any updated addresses, Notices will be promptly remailed by Epiq.

*Individual Notice – Email*

DECLARATION OF CAMERON R. AZARI REGARDING NOTICE PLAN

23.     Pursuant to Court approval, Epiq will send a Summary Email Notice in both English and Sudanese Arabic to all identified potential class members for whom a valid email address is available after email address validation efforts are complete.  The following industry standard best practices will be followed for the Email Notice efforts.  The Email Notice subject line, the sender, and the body of the message will be drafted in such a way to attempt to avoid SPAM filters and ensure readership to the fullest extent reasonably practicable.  For instance, the Email Notice will use an embedded html text format.  This format will provide easy-to-read text without graphics, tables, images and other elements that in our experience would increase the likelihood that the message could be blocked by Internet Service Providers (ISPs) and/or SPAM filters for this type of email communication.  The Email Notices will be sent from an IP address known to major email providers as one not used to send bulk "SPAM" or "junk" email blasts.  Each Email Notice will be transmitted with a digital signature to the header and content of the Email Notice, which will allow ISPs to programmatically authenticate that the Email Notices are from our authorized mail servers. The Email Notice will include an embedded link to the case website.  By clicking the link to the case website, notice recipients will be able to access the Long Form Notice in both English and Sudanese Arabic and other information about the case, as well as the opt-in or opt-out form.

24.     If the receiving email server cannot deliver the message, a "bounce code" will be returned along with the unique message identifier.  For Email Notices for which a bounce code is received indicating that the message was undeliverable for reasons such as an inactive or disabled account, the recipient's mailbox was full, technical autoreplies, etc., two additional attempts will be made to deliver the Notice by email.

25.     Epiq will send three additional reminder Summary Email Notices in both English and Sudanese Arabic to all identified potential class members for whom a valid email address is available after email address validation efforts are complete to class members whose initial Summary Email Notice is not returned as undeliverable or the class members did not opt-out or opt-in of the case.

### *Individual Notice – Text Message Notice*

26.     Pursuant to Court approval, Epiq will send a Text Message Notice in both English and Sudanese Arabic to identified potential class members for whom a valid telephone number is available.

DECLARATION OF CAMERON R. AZARI REGARDING NOTICE PLAN

27.     The Text Message Notice will direct notice recipients to the case website to access the Long Form Notice in both English and Sudanese Arabic and additional information about the case, as well as the opt-in or opt-out form.  Text messaging refers to standard text messages sent over wireless networks using a cellular signal.

28.     The following industry standard best practices will be followed for the Text Message Notice efforts.  The Text Message Notice will be an easy-to-read text message without graphics, tables, images, attachments, and other elements.  It will be limited to 160 characters or less, including spaces (the maximum number of characters allowed to deliver a message as a single text message, rather than a lengthier notice text that would extend into multiple text messages).  The Text Message Notice will include information indicating how each recipient can "opt-out" of receiving future text messages regarding the case.  It will be drafted with a direct call to action – to motivate the recipients to take action.  The text of the Notice will avoid use of capital letters, special characters and adjectives, specific words which can negatively impact delivery of text messages.  All Text Message Notices sent will be tracked and confirmed to be "delivered," "not delivered," or a "suppressed landline."

29.     Epiq will send three additional reminder Text Message Notices in both English and Sudanese Arabic to all identified potential class members for whom a valid telephone number is available and was deliverable.

### *Media Plan Summary*

30.     The Media Plan component of this Notice Plan includes various methods of providing notice.  The Notice will be translated and published in Sudanese Arabic, when available, to reach those that may not also speak English.  The comprehensive Media Plan includes the following components:

- **Online Display Banners** – paid notice on the *Google* display network targeting Adults 18+ who are likely to be Sudanese American as well as select website and app targeting for Sudanese content;

- **Social Media** – paid notice across major social media platforms including *Facebook, Instagram, X (Twitter)*, *Reddit, TikTok* and *YouTube*;

- **Internet Sponsored Search** – paid notice on *Google*, *Yahoo!*, and *Bing;*

- **Streaming/Connected TV** – 30-second paid video placements on streaming

platforms such as *Al Jazeera, Al Rabaa TV*, *Africa News*, and/or other Arabic language channels; and

- **Informational Release** – national informational release in English over PR Newswire's national newsline with additional distribution to contacts with Arab American and/or Islamic interests.

*Community Outreach*

31.    It is my understanding from Class Counsel that numerous organizations and established groups have assisted potential class members as a result of their displacement from Sudan and resettlement in the United States.  Providing notice and community outreach to these groups will be another valuable way to provide notice to potential class members.  The community outreach efforts will request the support of the identified organizations and groups to notify potential class members about the class action.

32.    Epiq will work with Class Counsel to disseminate the Court approved Notice to: 1) refugee resettlement partners that were paired with each and every refugee potential class member; 2) Sudanese-American associations and other Sudanese community groups – over 150 Sudanese community leaders, as well as regional Sudanese civil society groups, across at least 20 states, and churches and mosques; 3) refugee advocacy organizations; and 4) common employers for large groups of potential class members (e.g., a number of individuals in the San Diego Sudanese community are employed by Barona Resort and Casino; in Grand Island, Nebraska, many potential class members are employed by JSB Foods, a meat processing plant; etc.).

33.    Epiq will disseminate the Court approved Notice (including short and long form notices, email, flyer, and text message) directly to the aforementioned groups and organizations. Epiq will ask the groups and organizations to disseminate the Notice to their subscribers and/or members, if relevant and appropriate. The manner by which Epiq disseminates the Notice to the groups and organizations, and the content of any instructions or communications between Epiq and the groups and organizations, will be approved by Class Counsel and counsel for Defendants. Epiq will ask, but not require, the groups and organizations to disclose the manner by which they will disseminate the Notice to their subscribers and/or members, and instruct the groups and

organizations to limit the content of any relevant communications to their subscribers and/or members to that which is in the approved notice documents. Epiq will track which groups and organizations to which it disseminates the Notice.

### *Case Website*

34.     Epiq will create and maintain a new dedicated website for the case using the existing domain name Class Counsel previously established: www.kashefvbnpp.com.  The case website address will be prominently displayed in the Notices and Digital Notices will link directly to the case website.  The case website and all documents on the website will be accessible in both English and Sudanese Arabic.

35.     Relevant documents and information will be on the case website, including: (i) information concerning the opt-in/opt-out deadlines, and the dates and locations of relevant Court proceedings; and (ii) the Summary Class Notice and Long Form Notice both in English and Sudanese Arabic.  In addition, the case website will include answers to frequently asked questions ("FAQs"), jointly prepared by Class Counsel and counsel for Defendants, as well as contact information for the Notice Administrator and Class Counsel, and how to obtain other case-related information.

36.     The case website will include instructions for how class members may opt-out (request exclusion) or opt-in (pursue individual damages).  The case website will contain the hyperlinks to the opt-in or opt-out form for class members to use.  If class members elect to opt-in, the link on the case website will then direct class members to the Questionnaire developed by the Parties and ordered by the Court to be completed and signed under oath.  A short informational/instructional video in both English and Sudanese Arabic can also be available on the website for those who read neither English nor Sudanese Arabic.

### **REPORTING TO THE COURT**

37.     Per the Court's *Order Appointing Notice Administrator and Regarding Notice* issued on November 18, 2024, as the Notice Administrator, Epiq will provide ongoing updates and reporting to the Court on the dates set-forth in any Orders issued by the Court.  *See* ECF No. 593.  Any such reporting provided to the Court that necessitates providing the names of potential class members will be filed under seal.  Epiq fully understands it will be accountable directly to the Court

DECLARATION OF CAMERON R. AZARI REGARDING NOTICE PLAN

for effectuating its responsibilities as the Notice Administrator.  In addition to providing regular updates, I will be available to testify before the Court at any point.

| Required Filing | Proposed Deadline for Filing with the Court |
|---|---|
| First Monthly Status Report | January 15, 2025 |
| Notice Commencement (individual notice and media notice) | January 18, 2025 |
| Notice Commencement Declaration, informing the Court that notice has begun | 14 days after notice commences |
| Notice Implementation Declaration | 90 days after notice commences |
| Subsequent Monthly Status Reports | 10th business day of every month |
| Supplemental Implementation Declaration – including Opt-Out Report | July 17, 2025 |

## **CONCLUSION**

38.    In class action notice planning, execution, and analysis, we are guided by due process considerations under the United States Constitution, and by case law pertaining to the recognized notice standards under Federal Rule of Civil Procedure 23.  This framework directs that the notice plan be optimized to reach the class, and to provide class members with easy access to the details of how the class action may impact their rights.  All these requirements will be met in this case.

39.    This Notice Plan will reach potential class members with individual notice, media notice, organizational outreach, and a case website.  In my experience, this Notice Plan is consistent with other court-approved notice plans, and is the best notice practicable under the circumstances of this case.

40.    In my opinion, this Notice Plan follows the guidance for how to satisfy due process obligations that a notice expert gleans from the United States Supreme Court's seminal decisions, which are: a) to endeavor to actually inform the class, and b) to demonstrate that notice is reasonably calculated to do so:

   a)    "But when notice is a person's due, process which is a mere gesture is not due process.  The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it." *Mullane v. Central Hanover Trust*, 339 U.S. 306, 315 (1950).

DECLARATION OF CAMERON R. AZARI REGARDING NOTICE PLAN

b) "[N]otice must be reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Eisen v. Carlisle & Jacquelin*, 417 U.S. 156 (1974) (citing *Mullane*, 339 U.S. at 314).

41. This Notice Plan will provide the best notice practicable under the circumstances of this case, conform to all aspects of Federal Rule of Civil Procedure 23, comport with the guidance for effective notice articulated in the Manual for Complex Litigation 4th Ed. and Federal Judicial Center guidance, and meet the requirements of due process, including its "desire to actually inform" requirement.

42. This Notice Plan will be implemented to afford sufficient time to provide full and proper notice to the Class before the opt-out/opt-in deadlines.

I declare under penalty of perjury that the foregoing is true and correct. Executed December 20, 2024.

_____
Cameron R. Azari, Esq.

# Attachment A



# Notice Program

*ENTESAR OSMAN KASHEF, et al., v. BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP. (f/k/a BNP PARIBAS NORTH AMERICA, INC.), No. 1:16-cv-03228-AKH-JW (S.D.N.Y.)*



# TABLE OF CONTENTS

1. INTRODUCTION                                                    3

2. OVERVIEW/SUMMARY                                                3

3. NOTICE SCHEDULE FLOWCHART                                       4

4. TARGET AUDIENCE                                                 5

5. DIRECT INDIVIDUAL NOTICE                                        5

6. MEDIA NOTICE PROGRAM OVERVIEW                                   7

7. PLAN DELIVERY SUMMARY                                           8

8. ONLINE DISPLAY BANNERS                                          8

9. SOCIAL MEDIA                                                    10

10. SPONSORED SEARCH LISTINGS                                      12

11. STREAMING TV AND PODCASTS                                      13

12. INFORMATIONAL RELEASE                                          13

13. ORGANIZATIONAL OUTREACH                                        14

14. CASE WEBSITE                                                   14

15. NOTICE DESIGN STRATEGY                                         15

16. NOTICES                                                        15

17. NOTICE IMPLEMENTATION DECLARATION                             16



# 1. INTRODUCTION

The "Notice Plan" or "Notice Program" (or "Program") for the Certified Class Action that follows, details the dissemination effort that will be undertaken to provide comprehensive notice to the Class in *Entesar Osman Kashef, et al., v. BNP Paribas S.A. and BNP Paribas US Wholesale Holding, Corp. (f/k/a BNP Paribas North America, Inc.), No. 1:16-cv-03228-AKH-JW (S.D.N.Y.)*. The Program is based on meeting key objectives and utilizes extensive and appropriate prior class action notice experience.

Epiq Legal Noticing[1] developed this Notice Program, in consultation with Class Counsel, and was informed by Class Counsel's personal experience with class members, including as to where class members reside and what media class members consume. With experience in more than 700 cases, Epiq's notices have appeared in 53 languages with worldwide distribution. Courts have recognized and approved numerous Epiq notice plans. Senior Vice President Cameron R. Azari, Esq., will oversee the implementation and successful completion of the Program.

# 2. OVERVIEW/SUMMARY

**Objective.** To provide the best notice that is practicable under the circumstances, including individual notice to all class members who can be identified through reasonable effort, and to provide them with opportunities to be exposed to the Notice, to see, review, understand, and be reminded about it, and to respond appropriately if they choose.

**Imperatives.** Key factors guide the dissemination methods needed to achieve the best notice that is practicable under the circumstances:

- The Class is national in scope and includes refugee and asylee class members.
- Data was provided by the United States Department of Homeland Security for the last known names, addresses, and available contact information of potential class members; however, it is unknown whether most or some of that data is still current. Contact information data for certain class members will also be provided by Class Counsel, including last known names, email addresses and/or other contact information for over 2,500 potential class members.
- High quality notice methods are needed to convey the importance of information affecting the rights of the members of the Class.

**Class Composition.** The Class is defined as "All refugees or asylees admitted by the United States who formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011."

---

[1] As used herein, "Epiq Legal Noticing" has the same meaning as "Epiq."



**Strategies.** A Notice will be mailed to known and likely Class Members, compiled from data provided by the United States Department of Homeland Security. In addition, a schedule of media placements has been developed to reach Class Members across the United States.

**Notice Tactics.** The following notice tactics have been selected to best reach Class Members:
- Direct Notice (Individual Mail, E-mail, and text message Notice)
- Online Display Banners
- Social Media
- Internet Sponsored Search
- Streaming/Connected TV
- Informational Release
- Outreach to Sudanese American refugee and asylum organizations
- Case Website

**Message Content.** The Notices have been designed to provide a clear, concise, plain language statement of the legal rights and options of members of the Class. The Notices alert members of the Class that the message may affect them. Online notices will link directly to the case website for more information.

## 3. NOTICE SCHEDULE FLOWCHART

The chart below shows an approximate schedule that would allow for the completion of the paid media notice program within six to ten weeks of the beginning of the Notice period. The case website would go live the night before the Notice period would commence with the Informational Release, Banner/Social Media Ads, and Search Ads launching early in the morning on day one. Direct Notice would also launch during the first week with Emails and Text messages being delivered quickly and physical mail being sent, arriving to various individuals throughout the next week based on where they are located in the United States. The case website would remain operational through the completion of the Notice Program and beyond.

| Notice Tactic | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Weeks 7-10 (as needed) |
|---|---|---|---|---|---|---|---|
| Case Website is live | | | | | | | |
| Direct Notice – Email | | | | | | | |
| Direct Notice – Mail | | | | | | | |
| Direct Notice – SMS Text | | | | | | | |
| Informational Release | | | | | | | |
| Organizational Outreach | | | | | | | |



| Banner/Social Media Ads | |
|---|---|
| Search Ads | |

## 4. TARGET AUDIENCE

The below map shows the geographic dispersion of potential class members throughout the United States, based on the Government Data and information provided by Class Counsel. The Notice Plan will target these geographies.

Potential Class Members



## 5. DIRECT INDIVIDUAL NOTICE

### a. MAILED NOTICE

Epiq has received data from the United States Department of Homeland Security with last known names, addresses, and available contact information for potential class members. In total, Epiq has received 24,680 records which currently include 11,741 records with data in a mailing address field, 19,058 records with data in a telephone number field, and 9,317 records with data in an email address field. Epiq is in the process of deduplicating, rolling up the records, reviewing the data for valid contact information, and loading the data into the database for the case. It is also possible these initial counts reflect data within these fields that are not valid for providing notice (invalid or incomplete contact information).



Upon receipt of the Initial Data Transfer, Epiq has begun reasonable efforts to process and update the contact information data, in accordance with the Court's *Protective Order Granting Plaintiffs' Motion to Compel and Governing Production and Use of Produced Data* (Dkt No. 591) and industry best practices, in order to enhance the deliverability of direct notice to the Class.[2]

Epiq will send the Court approved Notice (in both English and Sudanese Arabic) in a fully enclosed envelope that will be mailed via the USPS first-class mail as follows:  1) masked return address with "Epiq Administration" as the sender; 2) no call outs on the envelope to draw attention to the contents of the mail piece; 3) bank-grade security envelope with internal security tint for privacy and confidentiality, as used to send checks; 4) the name and address of the potential class member visible on the exterior of the envelope; and 5) a separate paper insert that completely covers the Summary Notice, so no potential class member identifying information beyond name and address is visible. *See* Attachment 1.

### b. EMAIL NOTICE

Pursuant to Court approval, Epiq will send an Email Notice to all identified Class Members for whom a valid email address is available after email address validation efforts are complete.

The following industry standard best practices will be followed for the Email Notice efforts.  The Email Notice will be drafted in such a way that the subject line, the sender, and the body of the message will be drafted in such a way to attempt to avoid SPAM filters and ensure readership to the fullest extent reasonably practicable.  For instance, the Email Notice will use an embedded html text format.  This format will provide easy-to-read text without graphics, tables, images and other elements that in our experience would increase the likelihood that the message could be blocked by Internet Service Providers (ISPs) and/or SPAM filters for this type of email communication. The Email Notices will be sent from an IP address known to major email providers as one not used to send bulk "SPAM" or "junk" email blasts.  Each Email Notice will be transmitted with a digital signature to the header and content of the Email Notice, which will allow ISPs to programmatically authenticate that the Email Notices are from our authorized mail servers.  Each Email Notice will also be transmitted with a unique message identifier. The Email Notice will include an embedded link to the case website.  By clicking the link to the case website, notice recipients will be able to access the Long Form Notice and other information about the case, as well as the opt-in or opt-out form.

If the receiving email server cannot deliver the message, a "bounce code" will be returned along with the unique message identifier.  For Email Notices for which a bounce code is received indicating that the message was undeliverable for reasons such as an inactive or disabled account, the recipient's mailbox was full, technical autoreplies, etc., two additional attempts will be made to deliver the Notice by email.  *See* Attachment 2 (not filed).

Epiq will send three additional reminder Summary Email Notices in both English and Sudanese Arabic to all identified potential class members for whom a valid email address is available after email address validation efforts are complete to class members whose initial Summary Email Notice is not returned as undeliverable or the class members did not opt-out or opt-in of the case.

---

[2] *See Declaration of Cameron R. Azari, Esq. Regarding Noticing*, executed October 17, 2024, Dkt No. 575-1.



## c. TEXT MESSAGE NOTICE

Pursuant to Court approval, Epiq will send Text Message Notices to identified potential class members for whom a valid telephone number is available. The Text Message Notice will direct notice recipients to the case website to access additional information about the case, as well as the opt-in or opt-out form. Text messaging refers to standard text messages sent over wireless networks using a cellular signal.

The following industry standard best practices will be followed for the Text Message Notice efforts. The Text Message Notice will be an easy-to-read text message without graphics, tables, images, attachments, and other elements. It will be limited to 160 characters or less, including spaces (the maximum number of characters allowed to deliver a message as a single text message, rather than a lengthier notice text that would extend into multiple text messages). The Text Message Notice will include information indicating how each recipient can "opt-out" of receiving future text messages regarding the Litigation. It will be drafted with a direct call to action – to motivate the recipients to take action. The text of the Notice will avoid use of capital letters, special characters and adjectives, specific words which can negatively impact delivery of text messages. All Text Message Notices sent will tracked and confirmed to be "delivered," "not delivered," or a "suppressed landline." *See* Attachment 3 (not filed).

Epiq will send three additional reminder Text Message Notices in both English and Sudanese Arabic to all identified potential class members for whom a valid telephone number is available and was deliverable.

## 6. MEDIA NOTICE PROGRAM OVERVIEW

In addition to the individual notice efforts described above, the Notice Program will provide members of the Class with notice of the Class Certification through a targeted, paid media campaign. This media notice efforts will reinforce and remind members of the Class who receive direct notice about their rights and will reach other members of the Class who cannot be individually identified, or for whom adequate contact information is unavailable. The Notice Program targets media notice to Sudanese Americans adults where available.

Given the comprehensive proposed media notice campaign, Epiq may substitute similar media as needed should a website change or no longer offer the targeting and impressions described below.

**Media Notice –** Epiq will provide notice to members of the Class, including those who cannot be individually identified, with a robust media campaign targeting groups of individuals most likely to be refugees or asylees in the United States:

- **Online Display Banners** – paid notice on the *Google* display network targeting Adults 18+ who are likely to be Sudanese American as well as select website and app targeting for Sudanese content;
- **Social Media** – paid notice across major social media platforms including *Facebook, Instagram, X (Twitter)*, *Reddit, TikTok* and *YouTube*;
- **Internet Sponsored Search** – paid notice on *Google*, *Yahoo!*, and *Bing;*
- **Streaming/Connected TV** – 30-second paid video placements on streaming platforms such as *Al Jazeera, Al Rabaa TV, Africa News* and other Arabic language channels;
- **Informational Release** – national informational release in English over PR Newswire's national newsline with additional distribution to contacts with Arab American and/or Islamic interests; and



- **Organizational Outreach** – Epiq will work with Class Counsel to disseminate the Court approved notice to various organizations and community groups/leaders either identified by Epiq's research or through organizations known by Class Counsel.

## 7. PLAN DELIVERY SUMMARY

| | |
|---|---|
| *Estimated Digital Notice (Display & Social) Impressions* | ≈112,500,000 |
| *Streaming TV Impressions* | ≈1,500,000 |
| *Internet Sponsored Search Impressions/Clicks* | TBD |
| *Informational Release Media Outlet Postings* | TBD |

An ad impression as shown above is the number of times the ad will be exposed to a potential viewer or web user, essentially an opportunity for someone to see or hear the ad.

## 8. ONLINE DISPLAY BANNERS

MRI-Simmons syndicated media research indicates that 97% of adults in the United States are online. Additionally, MRI-Simmons reports that 84% of adults use social media. Ads will run across display, social and search networks on mobile, desktop and tablet devices.[3]

### Digital Notices

Targeted digital display advertising will be used to reach potential class members who are not actively seeking information about the Litigation or who may be unaware of it. Multiple Digital Notice ad unit sizes across the *Google Display Network* will target those likely to be Sudanese Americans and/or refugees.



---

[3] MRI-Simmons 2022 Survey of the American Consumer®. MRI-Simmons is a leading source of publication readership and product usage data for the communications industry. MRI-Simmons is a joint venture of GfK Mediamark Research & Intelligence, LLC ("MRI") and Simmons Market Research. MRI-Simmons offers comprehensive demographic, lifestyle, product usage and exposure to all forms of advertising media collected from a single sample. As the leading U.S. supplier of multimedia audience research, the company provides information to magazines, televisions, radio, internet, and other media, leading national advertisers, and over 450 advertising agencies—including 90 of the top 100 in the United States. MRI-Simmons's national syndicated data is widely used by companies as the basis for the majority of the media and marketing plans that are written for advertised brands in the United States.



Use of advanced algorithms from *Google Display Network* will help to identify consumer audience targets that match the Class.[4]

- Affinity Audiences allow Digital Notices to be targeted to specific website content, here meaning websites, blogs, etc. that include relevant content.

- Top geographic areas that will be targeted are: San Diego, CA; Denver, CO; Kansas City, MO; Louisville, KY; Phoenix, AZ; Aurora, CO; Omaha, NE; Des Moines, IA; Dayton, OH; Lexington, NE; Syracuse, NY; Houston, TX; Iowa City, IA; Carlisle, PA; Clarkston, GA; Grand Island, NE; Salt Lake City, UT; Glendale, AZ; El Cajon City, CA; Stone Mt., GA; Utica, NY; Lincoln, NE; Greensboro, NC; Buffalo, NY, Brooklyn, NY; Chicago, IL; Sioux Falls, SD; Dallas, TX; Nashville, TN; Baltimore, MD; Tucson, AZ; Philadelphia, PA; Jacksonville, FL; Portland, ME; Alexandria, VA; Twin Falls, ID; Rochester, MN; Wichita, KS; Lansing, MI; New York, NY; Fort Worth, TX; Grand Rapids, MI; Amarillo, TX; Indianapolis, IN; Fargo, ND; Columbus, OH; Cleveland, OH; Manchester, NH; Charlotte, NC; Memphis, TN; Silver Spring, MD; Los Angeles, CA; Spokane, WA; and Austin, TX. These locations were identified from data provided by the United States Department of Homeland Security and from information provided by Class Counsel. The locations in both datasets showed a significant amount of overlap, which reinforces the choice to geo-target these specific metropolitan areas.

  - Select website target may include: alhadath.net, skynewsarabia.com, sudaneseonline.com, sudantribune.com, talkofjuba.com, hotinjuba.com, sudanakhbar.com, alnilin.com, rakobanews.com, alrakoba.net, koorasudan.net, alhamish.com, dabangasudan.org, eyeradio.org, and/or AlJazeera.com.

  - Select app targeting may include: Sudan Channels, Sudan Radios Music & News, Sudanese Radio Stations, Radio Sudan/Radio Sudan FM, News Sudan All Newspaper, Domanah Sudanese and/or Sudan Musicworld.

- Digital Notices will include a headline and urge readers to click to the case website for additional information. *See* Attachment 4 (not filed).

- The chart below details the different target audiences as described above and the number of impressions that will run against each. Each line item will run the same ad sizes, languages, and for the same duration (in parallel with each other). It is only the various target audiences and impressions that vary by row.

---

[4] The third-party ad management platform, ClickCease, will be used to audit any Digital Notice ad placements. This type of platform tracks all Digital Notice ad clicks to provide real-time ad monitoring, fraud traffic analysis, blocks clicks from fraudulent sources, and quarantines dangerous IP addresses. This helps reduce wasted, fraudulent or otherwise invalid traffic (*e.g.*, ads being seen by 'bots' or non-humans, ads not being viewable, etc.).



| Digital Plan | Impressions[5] | Duration | Target Audience | Language | Ad Size |
|---|---|---|---|---|---|
| *Google Display Network* | 20,000,000 | 6 – 10 Weeks | Adults 18+ and Affinity Audience for Sudanese American | English & Sudanese Arabic (as available) | 728x90, 300x250, 300x600 & 970x250 |
| *Google Display Network* | 5,000,000 | 6 – 10 Weeks | Adults 18+ and Affinity Audience for Sudanese American plus geo-targeting | English & Sudanese Arabic (as available) | 728x90, 300x250, 300x600 & 970x250 |
| *Google Display Network* | 20,000,000 | 6 – 10 Weeks | Adults 18+ and select website targeting | English & Sudanese Arabic (as available) | 728x90, 300x250, 300x600 & 970x250 |
| *Google Display Network* | 10,000,000 | 6 – 10 Weeks | Adults 18+ and select app targeting | English & Sudanese Arabic (as available) | 728x90, 300x250, 300x600 & 970x250 |
| *Subtotal:* | *55,000,000* | | | | |

## 9. SOCIAL MEDIA

*Facebook*, *Instagram*, *X* (*Twitter), TikTok, YouTube* and *Reddit* will play a central role in the digital notice campaigns. As noted above, MRI-Simmons data reports that 84% of Adults in the U.S. use social media. Additionally, Statista[6] research reports that *Facebook* is the most popular social networking site in the U.S. with 49.9% of all social media usage.[7] As with display advertising, Social Media Notices will be targeted to adults likely to be potential class members. *See* Attachment 4 (not filed).

Specifically, the Social Media Notices will target:

- Adults 18+ with interest in Sudan and/or the Sudan National football team on *Facebook* and *Instagram*.
- Members of the public Facebook groups *Sudan News, Sudan Experts, Sudan Football, South Sudan Culture, South Sudan World Intellectuals Forum, Stop War in Sudan, Sudanese Celebrity,* and more on *Facebook* and *Instagram*.
- Adults 18+ and Post Engagement Targeting for Sudan and/or Sudanese American on *X (Twitter).*

---

[5] Impression inventory at time of booking may vary slightly.

[6] Statista, founded in 2007, is a leading provider of worldwide market and consumer data and is trusted by thousands of companies around the world for data. Statista.com consolidates statistical data on over 80,000 topics from more than 22,500 sources and makes it available in German, English, French and Spanish.

[7] Statista StatCounter; August 2024.



- Adults 18+ with interests in Sudan, Sudan news, Sudan sports and/or Sudan music on *TikTok*.
- Adults 18+ and targeting on the Al Jazeera & Radio Dabanga channels on *YouTube*.
- Adults 18+ targeted to the feed r/Sudan on *Reddit*.
- Adults 18+ and keyword targeting: Sudan and/or Sudanese American on *Reddit*.

Social Media Notices will link directly to the case website for additional information.



The chart below details the different target audiences as described above for each social media outlet and the number of impressions that will run against each. Each social media outlet has a slightly different ad size based on their format and character restrictions for ad content. All social media ads will run in the same languages (English and Sudanese Arabic) and for the same duration (running in parallel with each other).

| Digital Plan | Impressions[8] | Duration | Target/ Section | Language | Ad Size |
|---|---|---|---|---|---|
| *Facebook* | 10,000,000 | 6 – 10 Weeks | Adults 18+ with interest in Sudan and/or Sudan Football Team | English & Sudanese Arabic (as available) | Newsfeed & Right Hand Column |
| *Facebook* | 2,000,000 | 6 – 10 Weeks | Members of Sudan Facebook Groups | English & Sudanese Arabic (as available) | Newsfeed & Right Hand Column |
| *Instagram* | 7,000,000 | 6 – 10 Weeks | Adults 18+ with interest in Sudan and/or Sudan Football Team | English & Sudanese Arabic (as available) | Newsfeed |
| *Instagram* | 1,500,000 | 6 – 10 Weeks | Members of Sudan Facebook Groups | English & Sudanese Arabic (as available) | Newsfeed |
| *X (Twitter)* | 2,500,000 | 6 – 10 Weeks | Adults 18+ and Post Engagement Targeting for Sudan | English & Sudanese Arabic (as available) | Twitter Feed Ads |

---

[8] Impression inventory at time of booking may vary slightly.



| Digital Plan | Impressions[8] | Duration | Target/ Section | Language | Ad Size |
|---|---|---|---|---|---|
| *X (Twitter)* | 1,000,000 | 6 – 10 Weeks | Adults 18+ and Post Engagement Targeting for Sudanese American | English & Sudanese Arabic (as available) | Twitter Feed Ads |
| *TikTok* | 2,000,000 | 6 – 10 Weeks | Adults 18+ with interest in Sudan, Sudan news, Sudan sports and/or Sudan music | English & Sudanese Arabic (as available) | Video Ads |
| *YouTube* | 10,000,000 | 6 – 10 Weeks | Adults 18+ and Affinity Audience for Sudanese American | English & Sudanese Arabic (as available) | :30 second video ads |
| *YouTube* | 21,000,000 | 6 – 10 Weeks | Adults 18+ and Al Jazeera & Radio Dabanga channels | English & Sudanese Arabic (as available) | :30 second video ads |
| *Reddit* | 500,000 | 6 – 10 Weeks | Adults 18+ and keyword targeting for Sudan and/or Sudanese American | English & Sudanese Arabic (as available) | Reddit Feed Ads |
| *Reddit* | 250,000 | 6 – 10 Weeks | Adults 18+ and feed r/sudan | English & Sudanese Arabic (as available) | Reddit Feed Ads |
| *Subtotal:* | **57,750,000** | | | | |

## 10. SPONSORED SEARCH LISTINGS

Social media and display notice efforts will be supplemented by a search campaign designed to reach members of the Class who are searching for information online relating to the Litigation.

To facilitate locating the case website, sponsored search listings will be acquired on the three most highly visited internet search engines:  *Google*, *Yahoo!*, and *Bing*.  When search engine visitors search on selected common keyword combinations related to the Litigation, the sponsored search listing will be generally displayed at the top of the visitor's website page prior to the search results or in the upper right-hand column of the web-browser screen.  The sponsored search listings will be displayed nationwide.  All sponsored search listings will link directly to the case website.





## 11. STREAMING TV

In addition to the social media *YouTube* impressions mentioned above, 30-second video placements will run across streaming/connected TV such as *Al Jazeera, Al Rabaa TV*, *Africa News,* and/or other Arabic language channels.  *See* Attachment 5 (not filed).

Connected television refers to television that is connected to the internet, allowing it to stream content from various platforms.

  

| Media | Impressions[9] | Duration | Target/ Section | Language | Ad Type |
|---|---|---|---|---|---|
| *Connected TV* | 1,500,000 | 6 – 10 Weeks | *Al Rabaa TV, Africa News* and more | English & Sudanese Arabic (as available) | Video ads |
| *Subtotal:* | *1,500,000* | | | | |

## 12. INFORMATIONAL RELEASE

To build additional reach and extend exposures, an informational release will be distributed nationally over PR Newswire's US1 newsline in English.  *See* Attachment 6 (not filed).



---

[9] Impression inventory at time of booking may vary slightly.



Additionally, PR Newswire compiles "Influencer Lists" which are journalists who have specifically requested content and/or stories on certain subjects. For this matter the informational release will be sent to over 70 journalists covering Arab American and/or Islamic interests.

This party-neutral Informational Release will be issued to general local media (print and broadcast) outlets, including newspapers, magazine, television and radio broadcast media, as well as an online distribution to Internet networks and social networking media.

The Informational Release will serve a valuable role by providing additional notice exposures beyond those already provided by the paid media.

## 13. ORGANIZATIONAL OUTREACH

Epiq will work with Class Counsel to disseminate the Court approved Notice to: 1) refugee resettlement partners that were paired with each and every refugee potential class member; 2) Sudanese-American associations and other Sudanese community groups - over 150 Sudanese community leaders, as well as regional Sudanese civil society groups, across at least 20 states, and churches and mosques; 3) refugee advocacy organizations; and 4) common employers for large groups of potential class members (e.g., a number of individuals in the San Diego Sudanese community are employed by Barona Resort and Casino; in Grand Island, Nebraska, many Class Members are employed by JSB Foods, a meat processing plant, etc.).

Epiq will disseminate the Court approved Notice (including short and long form notices, email, flyer, and text message) directly to the aforementioned groups and organizations. Epiq will ask the groups and organizations to disseminate the Notice to their subscribers and/or members, if relevant and appropriate. The manner by which Epiq disseminates the Notice to the groups and organizations, and the content of any instructions or communications between Epiq and the groups and organizations, will be approved by Class Counsel and counsel for Defendants. Epiq will ask, but not require, the groups and organizations to disclose the manner by which they will disseminate the Notice to their subscribers and/or members, and instruct the groups and organizations to limit the content of any relevant communications to their subscribers and/or members to that which is in the approved notice documents. Epiq will track which groups and organizations to which it disseminates the Notice.

## 14. CASE WEBSITE

Epiq will create and maintain a new dedicated website for the case using the existing domain name Class Counsel previously established: www.kashefvbnpp.com. The website address will be prominently displayed in the Notices and Digital Notices will link directly to the case website. The case website and all documents on the website will be accessible in both English and Sudanese Arabic.

Relevant documents and information will be on the case website, including: (i) information concerning the opt-in/opt-out deadline, and the dates and locations of relevant Court proceedings; and (ii) the Class Notice in English and Sudanese Arabic. In addition, the case website will include answers to frequently asked questions ("FAQs"),



jointly prepared by Class Counsel and counsel for Defendants, as well as contact information for the Notice Administrator and Class Counsel, and how to obtain other case-related information.

The case website will include instructions for how class members may opt-out (request exclusion) or opt-in (pursue individual damages). The case website will contain the hyperlinks to the opt-in or opt-out form for class members to use. If class members elect to opt-in, the link on the case website will then direct class members to the Questionnaire developed by the Parties and ordered by the Court to be completed and signed under oath. A short informational/instructional video in both English and Sudanese Arabic can also be available on the website for those who read neither English nor Sudanese Arabic.

## 15. NOTICE DESIGN STRATEGY

The Notices will be designed to motivate members of the Class to view the message and convey a clear message outlining the legal rights of members of the Class. The strategic approach to content and design is entirely consistent with guidelines developed by the Federal Judicial Center ("FJC"). The Notices will include a headline to alert potential class members that they should read the Notices and why they are important.  Additionally, plain language use will concisely and clearly state information about the Litigation to enhance comprehension.  Notices will invite response by providing the case website address to obtain additional information. Finally, the Notices, as applicable will be translated and published in Sudanese Arabic, when available, to reach those that may not speak English.

## 16. NOTICES

All notice documents have been developed by Epiq based on the Summary Notice and the Long Form Notice language agreed upon by the parties in consultation with the court-appointed Special Master, and are subject to the approval of the Court.  These documents include:

• **Class Notice (Attachment 1)** in English and Sudanese Arabic will be mailed and posted on the case website and mailed to those who request one.

• **Email Notice (Attachment 2 – not filed).**

• **Text Message Notice (Attachment 3 – not filed)**.

• **Internet Banner & Social Media Notices (Attachment 4 – not filed)** that will be posted on a variety of web properties.

• **Audio/Video Script (Attachment 5 – not filed)** for YouTube, TikTok, TV, Podcasts and for posting to the case website.

• **Informational Release (Attachment 6- not filed)** that will be issued to news outlets throughout the U.S.

• **Informational Flyer (Attachment 7 – not filed)** that will be posted in a variety of community hubs such as churches, mosques, or common workplaces.

• **Long Form Notice (Attachment 8).**



## 17. NOTICE IMPLEMENTATION DECLARATION

After the Notice Program has been implemented, Epiq will provide a notice implementation declaration for filing with the Court detailing the successful implementation of the notice elements included in the Notice Program and administration results to date.

# ATTACHMENT LIST

- **Attachment 1 - Class Notice**
- **Attachment 2 - Email Notice (not filed)**
- **Attachment 3 – Text Message Notice (not filed)**
- **Attachment 4 – Internet Banner & Social Media Notices (not filed)**
- **Attachment 5 – Audio/Video Script (not filed)**
- **Attachment 6 – Informational Release (not filed)**
- **Attachment 7 – Informational Flyer (not filed)**
- **Attachment 8 – Long Form Notice**

Attachment 1

# If you formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011 and have refugee or asylum status in the United States, a class action lawsuit may affect your rights. Please read this Notice carefully.

*A United States Federal Court authorized this notice. You are not being sued.*

This notice is also available in Sudanese Arabic at **www.kashefvbnpp.com**

## NOTICE OF PENDING CLASS ACTION

**What is this class action lawsuit about?**

The French bank BNP Paribas, S.A. ("BNPP SA") and its U.S. affiliate ("BNPP US") (together the "Defendants") are accused of knowingly funding the Government of Sudan's human rights abuses between November 1997 and December 2011. Defendants deny these allegations. The lawsuit is *Kashef v BNP Paribas SA*, 16 Civ. 3228(AKH) in federal court in the Southern District of New York.

**Who is a member of the class action lawsuit?**

If you were granted refugee or asylum status by the U.S. government, and formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011, you are a member of the Class and may be able to seek money compensation for your injuries.

**What happens next?**

Those who wish to be eligible to seek individual damages will have to so indicate by opting in. Promptly after they do so, they will receive a questionnaire, by which they can advise the lawyers and the Court of the necessary details about their claims. One or more trials, or a settlement, may follow.

**Do I need to get a lawyer?**

No. The Court appointed Kathryn Lee Boyd, of Hecht Partners LLP, and Michael Hausfeld, of Hausfeld LLP, to represent Class Members (the "Class Counsel") at the trial. You do not need to get your own attorney, but you may do so if you wish.

**How can I seek money compensation for my injuries as part of the class action?**

**You MUST complete an opt-in form and a questionnaire online by midnight ET on July 1, 2025.**

**Personally identifiable information you provide will be protected and kept confidential by order of the Court, and will be available only to the Special Master, the Court, and internal and external legal counsel for the parties in this lawsuit. Even if you have provided information to Class Counsel in the past, you MUST complete the opt-in form and the questionnaire, to be sent to the Special Master.**

**Instructions for accessing and completing the opt-in form and the questionnaire are available at**

**www.kashefvbnpp.com** (Sudanese Arabic available)



| | | |
|---|---|---|
| **IF YOU ARE A MEMBER OF THE CLASS,**<br>**THE FOLLOWING LEGAL RIGHTS AND OPTIONS ARE AVAILABLE TO YOU** | | |
| **ASK TO BE EXCLUDED FROM THE CLASS ACTION** | • You will be <u>excluded</u> from the lawsuit.<br>• You will <u>not</u> receive any money, if money is awarded to Class Members.<br>• To bring your own case against the Defendants, you must find a new attorney, or proceed without an attorney. You may need to file a new lawsuit within two days of asking to be excluded and should consult with an attorney about that timing. | **To ask to be excluded from this class action, you must complete an opt-out form that is available on the website www.kashefvbnpp.com by midnight ET on July 1, 2025** |
| **YOU MUST TAKE ACTION TO SEEK MONEY COMPENSATION**<br>**FOR YOUR INJURIES AND LOSSES** | | |
| **IF YOU DO NOT ASK TO BE EXCLUDED…** | • You are <u>included</u> in the lawsuit and <u>accept</u> the outcome of the trial.<br>• **IMPORTANT**: You must complete the opt-in form and answer the questionnaire (see below) to seek any money compensation for your injuries.<br><br>**If you do not complete the opt-in form and the questionnaire, you will NOT be able to seek any money compensation for your injuries.** | |
| **SEEK MONEY COMPENSATION FOR YOUR INJURIES** | **IF:**<br>• Between November 4, 1997 and December 31, 2011<br>• You suffered injuries or lost property<br>• By the Government of Sudan's military, security services, police, or militias, including the Janjaweed<br><br>**THEN:**<br>• You may be able to seek money compensation if you complete the opt-in form and the questionnaire. | **To seek money compensation for your injuries,**<br>**You MUST**<br>**Complete the opt-in form and answer the questionnaire by midnight ET on July 1, 2025. The opt-in form and the questionnaire are available at:**<br>**www.kashefvbnpp.com**<br>(Sudanese Arabic available)<br>**You must do this by midnight ET on July 1, 2025** |
| **IF YOU HAVE ANY QUESTIONS:** | | |

Find more information online at: **www.kashefvbnpp.com** (Sudanese Arabic available)

OR Call Class Counsel

Kathryn Lee Boyd at [xxx-xxx-xxxx-]

or

Michael Hausfeld at [xxx-xxx-xxxx]
(Sudanese interpreters available)

# Attachment 2
# Not Filed

# Attachment 3
# Not Filed

# Attachment 4
# Not Filed

# Attachment 5
# Not Filed

# Attachment 6
# Not Filed

# Attachment 7
# Not Filed

# Attachment 8

# If you formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011 and have refugee or asylum status in the United States, a class action lawsuit may affect your rights

*A United States Federal Court authorized this notice. This is not a solicitation.*

- The lawsuit claims that the French bank BNP Paribas, S.A. ("BNPP SA") and its U.S. affiliate BNP Paribas US Wholesale Holdings, Corp. (f/k/a BNP Paribas North America, Inc.) ("BNPP US") (together the "Defendants"), knowingly funded the Government of Sudan's campaign of persecution and human rights abuses, between November 4, 1997 and December 31, 2011. The lawsuit claims that the Defendants provided the Government of Sudan ("GOS") with access to billions of U.S. dollars, in violation of U.S. sanctions laws. The lawsuit also claims that this money contributed to the scale and magnitude of the Government of Sudan's human rights abuses, and that the Defendants knew or should have known that this would occur. The lawsuit further claims that Defendants' support helped the Government of Sudan fund its armed forces, including the Janjaweed militia and the Sudanese National Intelligence and Security Services ("NISS"); obtain armored vehicles; and maintain airfields used to bomb civilians. The Defendants deny these allegations.

- The Court has certified a class action for all those found by the United States to be refugees or asylees, who formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011. The refugees and asylees who are included in the case are called "Class Members," defined more fully in the answer to Question 10, below. The lawsuit claims that the Class Members were subjected to human rights abuses by the Government of Sudan and forcibly displaced from Sudan and unable to return to their home and country, and that many Class Members also suffered additional injuries. The Defendants deny that they are responsible for the alleged forcible displacement and other injuries of every refugee and asylee who lived in Sudan over a fourteen-year time period.

> Class Members who suffered injuries by the Government of Sudan's military, security services, police, or militias, including the Janjaweed, **MUST complete an opt-in form and a questionnaire online by midnight ET on July 1, 2025. Even if you have provided information to Class Counsel in the past, you MUST complete the opt-in form and the questionnaire by midnight ET on July 1, 2025.**
>
> Personally identifiable information you provide will be protected and kept confidential by order of the Court, and will be available only to Professor Daniel Capra, the Special Master appointed by the Court, the Court, and internal and external legal counsel for the parties in this lawsuit.
>
> **Instructions for how to access the opt-in form and the questionnaire are available at <u>www.kashefvbnpp.com</u> (Sudanese Arabic available).**

- This notice is being provided to you following the Court's decision to certify a class action. Defendants deny all allegations of wrongdoing specific to this lawsuit and no judge or jury has concluded that Defendants are liable for the claims in the lawsuit. For this reason, there is no money available now and no guarantee there ever will be.

- If you are a Class Member, however, you have a choice to make now:

| YOUR LEGAL RIGHTS AND OPTIONS | |
|---|---|
| **THE RIGHT TO BE EXCLUDED FROM THE CLASS ACTION** | **Get out of this lawsuit. Get no money compensation from it if any is ultimately awarded. Keep the right to sue separately with a different lawyer.**<br><br>If you ask to be excluded from the lawsuit and money is later awarded, you will not be eligible to share in that money. But you will keep any rights to sue the Defendants separately over the legal claims in this lawsuit. To bring your own case against the Defendants, you must find a new attorney, or proceed without an attorney. You may need to file a new lawsuit within two days of asking to be excluded and should consult with an attorney about that timing.  If you wish to be excluded, you must complete an opt-out form online by midnight ET on July 1, 2025. |
| **THE RIGHT TO DO NOTHING AND REMAIN IN THE CASE** | **Stay in this lawsuit. Await the outcome. Give up the right to sue separately.**<br><br>If you are in the Class and do nothing, you will be bound by any final judgment, but you will not be able to seek any money compensation for the injuries you have suffered if you do not complete the opt-in form and the questionnaire online by midnight ET on July 1, 2025. |
| **THE RIGHT TO SEEK MONEY COMPENSATION FOR YOUR INJURIES** | **Stay in this lawsuit. Seek money compensation for your injuries.**<br>**IF:**<br>• Between November 4, 1997 and December 31, 2011<br>• You suffered injuries or lost property<br>• By the Government of Sudan's military, security services, police, or militias, including the Janjaweed<br>**THEN:**<br>• You may be able to seek money compensation if you complete the opt-in form and the questionnaire by midnight ET on July 1, 2025. |

- Your options are explained in this notice.  To ask to be excluded, you must act before **midnight ET on July 1, 2025.**

- You have a lawyer in this case. The Court appointed Kathryn Lee Boyd, of Hecht Partners LLP, and Michael Hausfeld, of Hausfeld LLP, to represent Class Members (the "Class Counsel") at the trial. You do not need to get your own lawyer, but you may do so if you wish.

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION** ...................................................................................................**PAGE 4**
    1.  Why was this notice issued?
    2.  What is a class action?
    3.  Is there any money available now?

**WHAT THE LAWSUIT IS ABOUT** ..................................................................... **PAGES 4-6**
    4.  What is this lawsuit about?
    5.  Does this lawsuit seek money compensation for physical injuries and other trauma I may have suffered?
    6.  If I suffered injury or other trauma, is there something else I should do?
    7.  What are the Plaintiffs asking for?
    8.  What do the Defendants say?
    9.  Has the Court decided who has won the case?

**WHO IS IN THE CLASS** .......................................................................................**PAGE 6**
    10. How do I know if I am part of this Class Action?
    11. I'm still not sure if I am included in the Class.

**YOUR RIGHTS AND OPTIONS** ...................................................................... **PAGES 6-7**
    12. What happens if I do nothing at all?
    13. What happens if I exclude myself?
    14. How do I request to be excluded?

**THE LAWYERS REPRESENTING THE CLASS IN THIS CASE**................................................**PAGE 7**
    15. Do I have a lawyer in this case?
    16. How will the lawyers be paid?
    17. May I get my own lawyer?

**TRIAL** ...........................................................................................................**PAGES 7-8**
    18. How and when will the Court decide who wins?
    19. Do I have to come to the trial?
    20. Will I get money after the trial?

# BASIC INFORMATION

## 1. Why was this notice issued?

A Court has established, or "certified," this case as a class action lawsuit.

If you are a Class Member, you have legal rights and options before the Court decides whether the claims being made on your behalf are correct. This notice explains all of these things.

Judge Alvin K. Hellerstein of the United States District Court for the Southern District of New York (the "Court") is currently overseeing this case. The case is known as *Kashef v BNP Paribas SA* 16 Civ. 3228(AKH). The people who sued are called the Plaintiffs. There are two Defendants: the French bank BNP Paribas SA ("BNPP SA"), and its U.S. affiliate, BNP Paribas U.S. Wholesale Holdings, Corp. (f/k/a BNP Paribas North America, Inc.) ("BNPP US") (together the "Defendants").

## 2. What is a class action?

In a class action, one or more people called "Class Representatives" sue on behalf of people who have similar claims, called the "Class" or "Class Members." One court resolves the issues for all Class Members, except for those who exclude themselves from the Class.

The Court decided that claims in this lawsuit can proceed as a class action.

## 3. Is there any money available now?

No. The Court has not decided yet whether the Defendants are responsible for Class Members' injuries and losses, or whether any Class Members are entitled to money compensation, so there is no money available to the Class at this time and no guarantee that there ever will be.

You **MUST complete an opt-in form and a questionnaire online by midnight ET on July 1, 2025** if you want to seek money compensation for your injuries. More information on this is detailed below at Questions 5 and 6.

# WHAT THE LAWSUIT IS ABOUT

## 4. What is this lawsuit about?

In this lawsuit, Plaintiffs claim that Defendants knowingly funded the Government of Sudan's human rights abuses, between November 4, 1997 and December 31, 2011. Plaintiffs claim that Defendants provided the Government of Sudan with access to billions of U.S. dollars in violation of U.S. sanctions laws. Plaintiffs allege that this money contributed to the scale and magnitude of the Government of Sudan's human rights abuses, and that Defendants knew or should have known that this would occur. Defendants deny these allegations.

The Court has certified a class action for those found by the United States to be refugees or asylees who formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011. The refugees and asylees who are included in the case are called "Class Members," defined more fully in the answers to Questions 10 and 11, below. The lawsuit claims that Class Members were forcibly displaced from Sudan and unable to return to their home and country and that many Class Members also suffered additional injuries. The lawsuit further claims that the Defendants' support helped the Government of Sudan fund its armed forces, including the Janjaweed militia and the Sudanese National Intelligence and Security Services ("NISS"); obtain armored vehicles; and maintain airfields used to bomb civilians. Defendants deny that they are responsible for the alleged forcible displacement

4

and other injuries of every refugee and asylee who formerly lived in Sudan over a fourteen-year time period.

The Third Amended Complaint and the Plaintiffs' Opposition to Defendants' Motion for Summary Judgment include long and detailed descriptions of the allegations against Defendants.

Class Members who suffered injuries by the Government of Sudan's military, security services, police, or militias, including the Janjaweed, **MUST complete an opt-in form and answer a questionnaire online by midnight ET on July 1, 2025. Even if you have provided information to Class Counsel in the past, you MUST complete the opt-in form and answer the questionnaire online at www.kashefvbnpp.com by midnight ET on July 1, 2025.**

Personally identifiable information you provide will be protected and kept confidential by order of the Court, and will be available only to Professor Daniel Capra, the Special Master appointed by the Court, the Court, and internal and external legal counsel for the parties in this lawsuit.

Instructions for accessing and completing the opt-in form and the questionnaire are available at www.kashefvbnpp.com (Sudanese Arabic available).

### 5. Does this lawsuit seek money compensation for physical injuries and other trauma I may have suffered?

This lawsuit seeks money for Class Members based on Defendants' alleged conduct, which Plaintiffs claim caused Class Members to suffer forced displacement and other injuries.

Class Members who suffered injuries by the Government of Sudan's military, security services, police, or militias, including the Janjaweed **MUST complete an opt-in form and answer a questionnaire online by midnight ET on July 1, 2025. Even if you have provided information to Class Counsel in the past, you MUST complete the opt-in form and answer the questionnaire by midnight ET on July 1, 2025.**

Personally identifiable information you provide will be protected and kept confidential by order of the Court, and will be available only to Professor Daniel Capra, the Special Master appointed by the Court, the Court, and internal and external legal counsel for the parties in this lawsuit.

Instructions for accessing and completing the opt-in form and the questionnaire are available at www.kashefvbnpp.com (Sudanese Arabic available).

### 6. If I suffered injury or other trauma, is there something I should do?

Class Members who suffered injuries by the Government of Sudan's military, security services, police, or militias, including the Janjaweed, **MUST complete an opt-in form and a questionnaire online by midnight ET on July 1, 2025. Even if you have provided information to Class Counsel in the past, you MUST complete the opt-in form and the questionnaire.**

**Instructions for accessing and completing the opt-in form and the questionnaire online are available at www.kashefvbnpp.com (Sudanese Arabic available)**.

Personally identifiable information you provide will be protected and kept confidential by order of the Court, and will be available only to the Special Master, the Court, and internal and external legal counsel for the parties in this lawsuit.

**If you do not complete the opt-in form and the questionnaire online by midnight ET on July 1, 2025 you will not be able to seek money compensation for your injuries and losses.**

### 7. What are the Plaintiffs asking for?

The lawsuit seeks the following:

- Final decision and judgment be entered against Defendants determining that they are responsible for Plaintiffs' injuries, as alleged in the Third Amended Complaint;
- An award of money damages to the full extent legally available; and
- Further relief as the Court may deem just and proper.

More information about the lawsuit is in the Third Amended Complaint.

### 8. What do the Defendants say?

Defendants deny all of Plaintiffs' allegations. Defendants deny that the financial services provided to Sudanese banks and commercial entities contributed to the injuries alleged by Plaintiffs, including forcible displacement and other injuries. Defendants further deny knowledge of any purported connection between these injuries and the financial services provided.

### 9. Has the Court decided who has won the case?

No. The Court has not yet decided whether the Class Members or Defendants win the lawsuit.

## WHO IS IN THE CLASS

### 10. How do I know if I am part of this Class Action?

The Court has decided that everyone who fits the following description is a Class Member (part of the case):

All refugees or asylees admitted by the United States who formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011.

### 11. I'm still not sure if I am included in the Class.

If you are still not sure whether you are included in the Class, you can visit the website www.kashefvbnpp.com.

## YOUR RIGHTS AND OPTIONS

If you are a Class Member, you must decide whether to stay in this case and complete an opt-in form and answer a questionnaire or whether to exclude yourself before the trial. You have to decide this no later than **midnight ET on July 1, 2025**.

### 12. What happens if I do nothing at all?

If you are a Class Member and you do nothing, you will stay in the Class. You will be legally bound by the results of the trial. But you will not be able to seek money compensation for the injuries you have suffered if you do not complete an opt-in form and answer a questionnaire and provide the necessary information before **midnight ET on July 1, 2025**.

## 13. What happens if I exclude myself?

If you exclude yourself from the Class and the Class obtains any money compensation, you will not be eligible to claim any of that money. You also will not be legally bound by the outcome of the trial if you exclude yourself, including to the extent the jury rules in favor of Defendants. You will be able to sue (or continue to sue) Defendants on your own about the legal claims that are involved in this case, now or in the future, assuming your claims are not time-barred or otherwise prohibited (you should immediately consult your own attorney to make such a determination).

## 14. How do I request to be excluded?

To exclude yourself from this Class Action, you must complete an opt-out form that is available on the website www.kashefvbnpp.com by **midnight ET on July 1, 2025**.

# THE LAWYERS REPRESENTING THE CLASS IN THIS CASE

## 15. Do I have a lawyer in this case?

Yes. The Court appointed Kathryn Lee Boyd of Hecht Partners LLP and Michael Hausfeld of Hausfeld LLP to represent you as "Class Counsel." You do not have to pay Class Counsel out of your own pocket. If you want to be represented by another lawyer and have that lawyer appear in court for you in this case, you may hire one at your own expense.

## 16. How will the lawyers be paid?

If Class Counsel obtains money compensation for the Class, the lawyers may ask the Court for fees and expenses. You will not have to pay these fees and expenses out of your own pocket. If the Court grants their request, the fees and expenses would either be deducted from any money obtained for the Class or paid separately by Defendants.

## 17. May I get my own lawyer?

If you are a Class Member, you are not required to hire your own lawyer because Class Counsel is working on your behalf. But if you want your own lawyer, you are entitled to retain one at your own expense.

# TRIAL

## 18. How and when will the Court decide who wins?

If the case is not settled, the Plaintiffs will have to prove their case at a trial. During the trial, a jury will hear evidence in order to determine whether the Plaintiffs or Defendants are right about the claims in the lawsuit. There is no guarantee that the Plaintiffs will win any money compensation.

There may also be negotiations to settle all Class Members' claims for money compensation.

## 19. Do I have to come to the trial?

You will not need to attend the trial in New York unless you choose to do so or you are required to attend by the Court. You and/or your own lawyer are welcome to attend at your own expense.

## 20. Will I get money after the trial?

If the jury in the trial finds in favor of Class Members, you will be notified about the additional trials or procedures you must follow in order to pursue your individual claims, including whether you need to submit additional information, in English and/or in Sudanese Arabic, which will be posted on the website www.kashefvbnpp.com as it becomes available. You can access the website whether you stay in the lawsuit or exclude yourself.

Class Members who suffered injuries by the Government of Sudan's military, security services, police, or militias, including the Janjaweed, **MUST complete an opt-in form and answer a questionnaire by midnight ET on July 1, 2025. Even if you have provided information to Class Counsel in the past, you MUST complete the opt-in form and the questionnaire, to be sent to the Special Master.**

Personally identifiable information you provide will be protected and kept confidential by order of the Court, and will be available only to Professor Daniel Capra, the Special Master appointed by the Court, the Court, and internal and external legal counsel for the parties in this lawsuit.

Instructions for accessing and completing the opt-in form and the questionnaire are available at www.kashefvbnpp.com (Sudanese Arabic available).

If you have any questions, please call Class Counsel Kathryn Lee Boyd at [xxx-xxx-xxxx] or Michael Hausfeld at [xxx-xxx-xxxx] (Sudanese interpreters available).