**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ENTESAR OSMAN KASHEF, *et al.*,

        Plaintiffs,

-against-

BNP PARIBAS S.A., BNP PARIBAS S.A.
NEW YORK BRANCH, and BNP PARIBAS
US WHOLESALE HOLDINGS, CORP.,

        Defendants.

~~[PROPOSED] CONSENT~~ ORDER RE: *Approving*
QUESTIONNAIRE

No. 1:16-cv-03228-AKH

ALVIN K. HELLERSTEIN, U.S.D.J.:

1.     The parties, with the approval of the Special Master, request the approval of the Questionnaire attached hereto. Potential class members who opt in will be able to access the Questionnaire via the Notice website once it is operational, at www.kashefvbnpp.com.

2.     The Questionnaire was negotiated by the parties, with the assistance of the Special Master.

3.     The content of the attached Questionnaire is agreed upon, except as to whether write-in questions, asking claimants to describe in their own words what happened to them, should be optional or mandatory.

4.     The Court having considered the parties' positions, hereby orders that the write-in questions contained in the Questionnaire shall be [~~optional~~/mandatory].

SO ORDERED.

Dated: January 13, 2025
     New York, New York

ALVIN K. HELLERSTEIN

The undersigned hereby apply for and consent to the entry of this [Proposed] Consent Order Re:

Questionnaire.

Respectfully submitted,

/s/ Michael D. Hausfeld
HAUSFELD LLP
Michael D. Hausfeld
888 16th Street, Suite 300
Washington, DC 20006
(202) 540-7140
mhausfeld@hausfeld.com

/s/ Carmine D. Boccuzzi, Jr
CLEARY GOTTLIEB STEEN
 & HAMILTON LLP
Carmine D. Boccuzzi, Jr.
One Liberty Plaza
New York, NY 10006
(212) 225-2000
cboccuzzi@cgsh.com

/s/ Kathryn (Lee) Boyd
HECHT PARTNERS LLP
Kathryn (Lee) Boyd
125 Park Avenue, 25th Floor
New York, NY 10017
(646) 502-9515
lboyd@hechtpartners.com

/s/ Karen Patton Seymour
SULLIVAN & CROMWELL LLP
Karen Patton Seymour
125 Broad Street
New York, NY 10004
(212) 558-4000
seymourk@sullcrom.com

*Attorneys for Plaintiffs*

*Attorneys for BNPP Defendants*

Pursuant to section 8.5(b) of the Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York, the use of conformed electronic signatures is with the consent of all signatories to this filing.