UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF, *et al.*,<br><br>              Plaintiffs,<br><br>  -against-<br><br>BNP PARIBAS S.A., BNP PARIBAS S.A. NEW YORK BRANCH, and BNP PARIBAS US WHOLESALE HOLDINGS, CORP.,<br><br>              Defendants. | [PROPOSED] CONSENT ORDER RE: CLASS NOTICE OPT IN/OPT OUT FORM<br><br>No. 1:16-cv-03228-AKH |

ALVIN K. HELLERSTEIN, U.S.D.J.:

    1.    The parties, with the approval of the Special Master, request the approval of the Opt In/Opt Out form attached hereto, which will be available for potential class members on the Notice website once it is operational, at www.kashefvbnpp.com.

    2.    The Opt In/Opt Out form is consistent with the Notice Plan approved by this Court.

SO ORDERED.

Dated: January 13, 2025
New York, New York

                                        ALVIN K. HELLERSTEIN

1

The undersigned hereby apply for and consent to the entry of this [Proposed] Consent Order Re: Class Notice Opt In/Opt Out Form.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael D. Hausfeld<br>HAUSFELD LLP<br>Michael D. Hausfeld<br>888 16th Street, Suite 300<br>Washington, DC 20006<br>(202) 540-7140<br>mhausfeld@hausfeld.com | /s/ Carmine D. Boccuzzi, Jr<br>CLEARY GOTTLIEB STEEN<br> & HAMILTON LLP<br>Carmine D. Boccuzzi, Jr.<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>cboccuzzi@cgsh.com |
| /s/ Kathryn (Lee) Boyd<br>HECHT PARTNERS LLP<br>Kathryn (Lee) Boyd<br>125 Park Avenue, 25th Floor<br>New York, NY 10017<br>(646) 502-9515<br>lboyd@hechtpartners.com | /s/ Karen Patton Seymour<br>SULLIVAN & CROMWELL LLP<br>Karen Patton Seymour<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>seymourk@sullcrom.com |
| *Attorneys for Plaintiffs* | *Attorneys for BNPP Defendants* |

Pursuant to section 8.5(b) of the Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York, the use of conformed electronic signatures is with the consent of all signatories to this filing.