UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
ENTESAR OSMAN KASHEF et al.,

                Plaintiffs,

    -against-

BNP PARIBAS SA, et al.,

                Defendants.
------------------------------------------------------------ x

**ORDER REGULATING PROCEEDINGS**

16 Civ. 3228 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    A conference was held on January 13, 2025 to discuss the questionnaire, structure of trial, discovery, and motions practice.

1) Plaintiffs shall amend the caption of this case, and the captions of the six consolidated cases, to provide the real names of the plaintiffs by January 24, 2025.

2) Jury selection in this case shall begin on September 8, 2025 at 10:00 a.m. The final pre-trial conference shall be held on September 3, 2025 at 11:00 a.m.

3) The Court intends to try three to five plaintiffs in the first trial. On January 28, 2025, the parties shall submit to the Court and Special Master two-page summaries of the cases of each of the 19 plaintiffs. By March 3, 2025, each side will recommend five of these plaintiffs for trial. By March 28, 2025, the Court will select the precise number of plaintiffs to be tried in this trial, as well as which plaintiffs they will be.

4) The parties represented that all discovery has been completed, and that no further discovery is required.

5) With respect to Defendants' guilty plea of July 9, 2014 in *United States v. BNP Paribas S.A.*, 14 Cr. 460 (LGS), their allocution, and all related papers, Defendants may move by

February 14, 2025 to exclude all or part of its plea and related papers. Opposition shall be filed by March 7, 2025, and reply shall be filed by March 17, 2025.

Oral argument on this motion in limine, and the next status conference, will be held on April 9, 2025 at 2:30 p.m. in Courtroom 14D. By April 2, 2025, the parties shall jointly submit to the Court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, as well as an agenda of points either party wishes to discuss at the status conference.

SO ORDERED.

Dated: January __, 2025
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge