UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
ENTESAR OSMAN KASHEF et al.,

                        Plaintiffs,

      -against-

BNP PARIBAS SA, et al.,

                        Defendants.
------------------------------------------------------------------ x

**ORDER**

16 Civ. 3228 (AKH)
23 Civ. 5552 (AKH)
23 Civ. 4986 (AKH)
23 Civ. 7468 (AKH)
24 Civ. 3639 (AKH)
24 Civ. 3641 (AKH)
24 Civ. 3640 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Since the above-captioned actions before this Court involve common questions of law and fact, the Clerk of Court shall consolidate the six related cases, featuring anonymous plaintiffs, 23 Civ. 5552, 23 Civ. 4986, 23 Civ. 7468, 24 Civ. 3639, 24 Civ. 3641, and 24 Civ. 3640, into the master case, *Kashef et al. v. BNP Paribas, S.A. et al.*, 16 Civ. 3228. *See* Fed. R. Civ. P. 42. All filings shall be made in the master case file.

      SO ORDERED.

Dated:    January ___, 2025
              New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge