UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
ENTESAR OSMAN KASHEF et al.,

                Plaintiffs,

   -against-

BNP PARIBAS SA, et al.,

                Defendants.
------------------------------------------------------------ x

**ORDER REGULATING PROCEEDINGS**

16 Civ. 3228 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Defendants, by letter of February 18, 2025, request the Court modify its process for selecting the plaintiffs whose cases will be heard in the bellwether trials, which are scheduled to commence on September 8, 2025. Specifically, Defendants wish to expand the pool of potential bellwether plaintiffs to encompass all putative class members who have submitted questionnaires to date. I deny this request. The parties are to abide by the schedule previously ordered by this Court. *See* ECF No. 614.

    The questionnaire was not intended to replace the progress of the 19 original plaintiffs in court. There was full discovery for each of these 19 plaintiffs, and each of their cases is ready to be tried, not as "bellwethers," but in their own right. Whether, and to what extent, there will be discovery of members of the class based on their answers to the questionnaire will be determined at a future date.

    SO ORDERED.

Dated:    February 24, 2025
             New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge