UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
ENTESAR OSMAN KASHEF et al.,

                Plaintiffs,

    -against-

BNP PARIBAS SA, et al.,

                Defendants.
------------------------------------------------------------ x

**ORDER REGULATING PROCEEDINGS**

16 Civ. 3228 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The deadline set in my Order of January 14, 2025 (ECF No. 614) for the Court to select the names and precise number of plaintiffs to be tried in September 2025 is enlarged to May 1, 2025.

SO ORDERED.

Dated:    March ___, 2025
              New York, New York

                                    ALVIN K. HELLERSTEIN
                                    United States District Judge