UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF, *et al.*,<br><br>　　　　　　　　　*Plaintiffs*,<br><br>-against-<br><br>BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP.,<br><br>　　　　　　　　　*Defendants*. | No. 1:16-cv-03228-AKH-JW<br><br>Hon. Alvin K. Hellerstein |

**CLASS COUNSEL'S NOTICE OF MOTION FOR AN
ORDER REGULATING INDIVIDUAL DAMAGES CLAIMS
AND USE OF SETTLEMENT QUESTIONNAIRES**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all the prior pleadings and proceedings in this action, Plaintiffs, through their undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, on such date as the Court will determine, at 500 Pearl Street, New York, New York 10007, for an Order regulating the submission of claims for individual damages and the use of the settlement questionnaire.

Dated: March 26, 2025

Respectfully submitted,

/s/Kathryn Lee Boyd
Kathryn Lee Boyd
Theodor Bruening
Michael Eggenberger
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
(646) 502-9515
(646) 396-6452
(646) 777-2489
lboyd@hechtpartners.com
tbruening@hechtpartners.com
meggenberger@hechtpartners.com

/s/ Michael D. Hausfeld
Michael D. Hausfeld
Scott A. Gilmore
Amanda E. Lee-DasGupta
Claire A. Rosset
Mary S. Van Houten Harper
HAUSFELD LLP
888 16th Street NW, Suite 300
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeld.com
sgilmore@hausfeld.com
alee@hausfeld.com

Kristen Nelson
HECHT PARTNERS LLP
2121 Avenue of the Stars
Los Angeles, CA 90067
(646) 490-2408
knelson@hechtpartners.com

Aitan D. Goelman
ZUCKERMAN SPAEDER LLP (DC)
1800 M Street, Suite 1000
Washington, DC 20036
(202) 778-1996
agoelman@zuckerman.com

Cyril V. Smith
ZUCKERMAN SPAEDER LLP (Baltimore)
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444
csmith@zuckerman.com

crosset@hausfeld.com
mvanhouten@hausfeld.com

James D. Gotz
HAUSFELD LLP
One Marina Park Dr., Suite 1410
Boston, MA 02210
(617) 207-0660
jgotz@hausfeld.com

E. Danya Perry
PERRY LAW
445 Park Avenue, 7th Floor
New York, NY 10022
(212) 840-7939
dperry@danyaperrylaw.com

Joshua Perry
PERRY LAW
445 Park Avenue, 7th Floor
New York, NY 10022
(212) 251-2619
jperry@danyaperrylaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, a true and correct copy of the foregoing Notice of Class Counsel's Motion for an Order Regulating Individual Damages Claims and Use of Settlement Questionnaires and accompanying Memorandum of Law were electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record.

/s/ Michael D. Hausfeld
Michael D. Hausfeld