UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
ENTESAR OSMAN KASHEF, *et al.*,
                        Plaintiffs.    :    **ORDER**

- against -                            :    16 Civ. 3228 (AKH)

BNP PARIBAS, S.A., *et al.*,
                        Defendants.  :

------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court wishes to raise the following issues for the parties' consideration, to be discussed at the upcoming status conference and oral argument, set for April 9, 2025 at 2:30 p.m. in Courtroom 14D:

1. After deliberation regarding potential plaintiffs to be tried, and in consideration of the parties' submissions, the Court is inclined to select three individual plaintiffs to be tried beginning September 8, 2025, but wishes to obtain the advice of the parties at the status conference before making a prior selection. Specifically, the Court proposes to select (1) Abulgasim Abdalla, with alternates Hamdan Abakar and Ambrose Martin Ulau; (2) Entesar Osman Kashef, with alternates Esalmeldin Abdelaziz and Fatima Abdelrahman; and (3) Nicolas Lukudu, with alternates Turjuman Adam and Isaac Ali. The Court proposes that if a plaintiff selected for trial settles, one of that plaintiff's designated alternates will take their place.

2. How to deal with illiterate class members who have opted in but not completed a questionnaire.

SO ORDERED.

Dated: April 2, 2025
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge