UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
ENTESAR OSMAN KASHEF et al.,

                      Plaintiffs,

   -against-

BNP PARIBAS SA, et al.,

                      Defendants.
------------------------------------------------------------ x

**ORDER REGULATING PROCEEDINGS**

16 Civ. 3228 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    A conference was held on May 20, 2025 to discuss issues relating to the scope of the trial, criteria for admissibility of BNP Paribas' guilty plea and related documents, experts, and settlement.

    1) The trial scheduled for September 8, 2025 is a trial of the three individual plaintiffs (or alternates) designated by the Court. It is not a class trial. The consequences of the jury's verdict as to other plaintiffs and the Class are reserved for a later date.

    2) As to the admissibility of specific offers of proof with respect to BNP Paribas' guilty plea and the associated documents:

        (a) The plea and Defendants' admissions are admissible, subject to precise wording;

        (b) By May 26, 2025, Class Counsel shall share with Defendants the specific sentences and paragraphs they propose to read to the jury;

        (c) The parties shall then meet and confer to maximize agreement;

        (d) By June 9, 2025, the parties shall file, via ECF, a chart showing agreements and disagreements;

(e) I will hear oral argument on June 26, 2025, at 2:30 p.m., for final rulings.

3) As to expert witnesses, by June 9, 2025, the parties shall propose revised expert lists for trial, each side avoiding duplication. By June 17, 2025, the parties shall file their oppositions to the other side's proposed experts. I will hear oral argument on June 26, 2025, at 2:30 p.m.

4) The next status conference will be held on June 26, 2025, at 2:30 p.m., in Courtroom 14D. By June 23, 2025, the parties shall jointly submit to the Court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, and an agenda of points either party wishes to discuss.

SO ORDERED.

Dated: May 20, 2025
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge