May 21, 2025

So ordered
5-21-25
/s/ Alvin K. Hellerstein

<u>VIA ECF AND E-MAIL</u>

The Honorable Alvin K. Hellerstein
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

    Re: <u>Kashef v. BNP Paribas S.A.</u>, No. 16 Civ. 3228 (AKH)

Dear Judge Hellerstein:

  The parties jointly submit this letter seeking clarification of the Court's May 20, 2025 Order Regulating Proceedings (ECF 701) as it relates expert witnesses. In the Order, the Court directs the parties to "propose revised expert lists for trial, each side avoiding duplication," by June 9, and to file their oppositions to the other sides' experts by June 17. At the May 20 conference, however, the parties proposed, and the Court so ordered, the following schedule for submissions, which would enable the issues to be fully briefed in advance of the June 26 conference.

| DATE | DESCRIPTION |
|---|---|
| May 30, 2025 | Parties to exchange revised expert lists based on the Court's guidance to avoid duplication |
| June 9, 2025 | Parties to file challenges to the other sides' experts |
| June 17, 2025 | Parties to file responses to any challenges |

*See* May 20, 2025 Hearing Tr. 88:4-25.

  We respectfully request the Court reconfirm this schedule for submissions, which would allow the parties to respond to one another's challenges in advance of the June 26 conference and thus promote a more efficient resolution of the issues.

The Honorable Alvin K. Hellerstein  
U.S. District Court for the Southern District  
of New York

May 21, 2025  
Page 2

Respectfully submitted,

/s/ Kathryn Lee Boyd
Kathryn Lee Boyd
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, New York 10017
T: 646-502-9515
lboyd@hechtpartners.com

/s/ Michael D. Hausfeld
Michael D. Hausfeld
HAUSFELD LLP
888 16th Street, Suite 300
Washington, D.C. 20006
T: 202-540-7140
mhausfeld@hausfeld.com

/s/ E. Danya Perry
E. Danya Perry
Joshua Perry
E. DANYA PERRY PLLC
445 Park Avenue, 7th Floor
New York, New York 10022
T: 212-840-7939
dperry@danyaperrylaw.com

/s/ Cyril V. Smith
Cyril V. Smith
Aitan D. Goelman
Joshua T. Mathew
ZUCKERMAN SPAEDER LLP
2100 L Street, NW, Suite 400
Washington, D.C. 20037
T: 410-949-1145
csmith@zuckerman.com

*Attorneys for Plaintiffs*

/s/ Barry H. Berke
Barry H. Berke
Dani R. James
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
T: 212-351-3860
bberke@gibsondunn.com

/s/ Carmine D. Boccuzzi, Jr.
Carmine D. Boccuzzi, Jr.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
cboccuzzi@cgsh.com

*Attorneys for BNP Paribas S.A. and BNP Paribas US Wholesale Holdings, Corp.*