**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ENTESAR OSMAN KASHEF, *et al.*,

        *Plaintiffs*,

        v.

BNP PARIBAS S.A. and BNP PARIBAS US
WHOLESALE HOLDINGS, CORP. (f/k/a
BNP PARIBAS NORTH AMERICA, INC.),

        *Defendants*.

No. 1:16-cv-03228-AKH-JW

Hon. Alvin K. Hellerstein

---

## NOTICE OF DEFENDANTS' MOTION TO EXCLUDE
## TESTIMONY IN WHOLE OR IN PART BY PLAINTIFFS' EXPERTS

**PLEASE TAKE NOTICE** that, upon Defendants' accompanying Memorandum of Law

in Support of Their Motion to Exclude Testimony in Whole or in Part by Plaintiffs' Experts,

dated June 9, 2025, the Declaration of Charity E. Lee, dated June 9, 2025 and accompanying

exhibits filed therewith, and the prior pleadings, filings, and proceedings herein, Defendants

BNP Paribas S.A. and BNP Paribas US Wholesale Holdings, Corp. (together "Defendants"), by

and through their undersigned counsel, will move this Court before the Honorable Alvin K.

Hellerstein, United States District Judge, in Courtroom 14D of the Daniel Patrick Moynihan

Courthouse, 500 Pearl Street, New York, New York 10007, at a time determined by the Court, for

an order requiring the exclusion of testimony in whole or in part by Plaintiffs' experts.

Respectfully submitted,

Dated: New York, New York
      June 9, 2025

*/s/ Barry H. Berke*
Barry H. Berke
Dani R. James
Michael Martinez
Matt Benjamin
David P. Salant

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
T: (212) 351-4000
bberke@gibsondunn.com
djames@gibsondunn.com
mmartinez2@gibsondunn.com
mbenjamin@gibsondunn.com
dsalant@gibsondunn.com

*/s/ Carmine D. Boccuzzi, Jr.*
Carmine D. Boccuzzi, Jr.
Abena Mainoo

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: (212) 225-2000
cboccuzzi@cgsh.com
amainoo@cgsh.com

*Counsel for Defendants BNP Paribas S.A.
and BNP Paribas US Wholesale Holdings,
Corp.*