**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENTESAR OSMAN KASHEF, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP. (f/k/a BNP PARIBAS NORTH AMERICA, INC.), <br><br> Defendants. | No. 1:16-cv-03228-AKH-JW <br><br> Hon. Alvin K. Hellerstein |

**NOTICE OF PLAINTIFFS' OMNIBUS MOTION TO**
**PRECLUDE EXPERT TESTIMONY**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Plaintiffs, through their undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, on such date as the Court will determine, at 500 Pearl Street, New York, New York 10007, for an Order to Preclude Expert Testimony.

Dated: June 9, 2025

Respectfully submitted,

*/s/ Kathryn Lee Boyd*
Kathryn Lee Boyd
Theodor Bruening
Michael Eggenberger
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
(646) 502-9515
(646) 396-6452
(646) 777-2489
lboyd@hechtpartners.com
tbruening@hechtpartners.com
meggenberger@hechtpartners.com

*/s/ Michael D. Hausfeld*
Michael D. Hausfeld
Scott A. Gilmore
Amanda E. Lee-DasGupta
Claire A. Rosset
Mary S. Van Houten Harper
Percy Metcalfe
HAUSFELD LLP
1200 17th Street, Suite 600
Washington, DC 20036
(202) 540-7200
mhausfeld@hausfeld.com
sgilmore@hausfeld.com
alee@hausfeld.com
crosset@hausfeld.com

Kristen Nelson
HECHT PARTNERS LLP
2121 Avenue of the Stars
Los Angeles, CA 90067
(646) 490-2408
knelson@hechtpartners.com

Cyril V. Smith
Aitan D. Goelman
Joshua T. Mathew
ZUCKERMAN SPAEDER LLP
2100 L Street, NW, Suite 400
Washington, D.C. 20037
T: 410-949-1145
csmith@zuckerman.com
agoelman@zuckerman.com
jmathew@zuckmern.com

mvanhouten@hausfeld.com
pmetcalfe@hausfeld.com

James D. Gotz
HAUSFELD LLP
One Marina Park Dr., Suite 1410
Boston, MA 02210
(617) 207-0660
jgotz@hausfeld.com

E. Danya Perry
PERRY LAW
445 Park Avenue, 7th Floor
New York, NY 10022
(212) 840-7939
dperry@danyaperrylaw.com

Joshua Perry
PERRY LAW
445 Park Avenue, 7th Floor
New York, NY 10022
(212) 251-2619
jperry@danyaperrylaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2025, a true and correct copy of the foregoing Notice of Plaintiffs' Omnibus Motion to Preclude Expert Testimony and accompanying Memorandum of Law were electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record.

*/s/ Josh T. Mathew*
Josh T. Mathew