UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
ENTESAR OSMAN KASHEF et al.,

                Plaintiffs,

    -against-

BNP PARIBAS SA, et al.,

                Defendants.
------------------------------------------------------------- x

**ORDER**

16 Civ. 3228 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The status conference scheduled for June 26, 2025 is hereby advanced to begin at 10:15 a.m.

        The parties shall submit courtesy copies of their experts' reports to the Court, in hard copy, by June 23, 2025 at noon.

        SO ORDERED.

Dated:    June 18, 2025
             New York, New York

                                    /s/ Alvin K. Hellerstein
                                    ALVIN K. HELLERSTEIN
                                    United States District Judge