UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENTESAR OSMAN KASHEF *et al.*,

                Plaintiffs,

-against-

BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP.,

                Defendants.

No. 16 Civ. 3228 (AKH)

Hon. Alvin K. Hellerstein

---

### NOTICE OF DEFENDANTS' MOTION FOR SANCTIONS AS A RESULT OF PLAINTIFFS' COUNSEL'S MISCONDUCT AND FOR A HEARING

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of Defendants' motion for sanctions as a result of plaintiffs' counsel's misconduct and for a hearing, dated June 25, 2025, the supporting declaration of Matt Benjamin and the exhibits attached thereto, and upon the prior pleadings and proceedings herein, Defendants BNP Paribas S.A. and BNP Paribas US Wholesale Holdings, Corp. (together, "BNPP"), by and through their undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom 14D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined, for (1) a hearing to determine the full scope of Plaintiffs' counsel's misconduct; (2) an order requiring counsel to produce a log, documentation, and other information relating to their communications with prospective class members; and (3) a ruling that evidence of Plaintiffs' counsel's attempts to influence prospective class members' claims is admissible and may be weighed by the jury when assessing the credibility of the Plaintiffs' claims.

1

Dated: New York, New York
June 25, 2025

Respectfully submitted,

*/s/ Barry H. Berke*
Barry H. Berke
Dani R. James
Michael Martinez
Matt Benjamin
David P. Salant

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
T: (212) 351-4000
bberke@gibsondunn.com
djames@gibsondunn.com
mmartinez2@gibsondunn.com
mbenjamin@gibsondunn.com
dsalant@gibsondunn.com

*/s/ Carmine D. Boccuzzi, Jr.*
Carmine D. Boccuzzi, Jr.
Abena Mainoo

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: (212) 225-2000
cboccuzzi@cgsh.com
amainoo@cgsh.com

*Counsel for Defendants BNP Paribas and BNP Paribas US Wholesale Holdings, Corp.*