# EXHIBIT 1A
# UNDER SEAL