# EXHIBIT 2A
# UNDER SEAL