# EXHIBIT 5A
# UNDER SEAL