# CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

ASIA
BEIJING
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 212 225 2508
cboccuzzi@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

June 24, 2025

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

So ordered.

/s/  Alvin K. Hellerstein, U.S.D.J.
6/26/25

Re:   *Kashef v. BNP Paribas S.A.*, No. 16-cv-3228 (AKH)(JW)

Dear Judge Hellerstein:

This firm and Gibson, Dunn & Crutcher LLP represent Defendants BNP Paribas S.A. ("BNPP") and BNP Paribas U.S Wholesale Holdings, Corp. (together "Defendants") in the above-referenced action.  Pursuant to Rule 4.B of the Court's Individual Rules, we write to request leave to file on the public docket redacted versions of certain documents produced by BNPP that were filed in connection with Defendants' Memorandum of Law in Support of Motion to Admit Evidence of BNPP's State of Mind Regarding Sanctions ("Defendants MOL"), as referenced in the Declaration of Charity E. Lee in Support of Defendants' MOL, and to file unredacted versions of those exhibits under seal.

The redactions applied to these materials, listed in Appendix A, are consistent with the parties' prior agreement reflected in their joint letter to the Court, *see* ECF No. 500, and Your Honor's subsequent Order authorizing the parties to apply "narrowly tailored redactions . . . to individuals' names and other personal information and certain transaction information not at issue in this action," ECF No. 504.

Respectfully submitted,

Carmine D. Boccuzzi, Jr.

CC:  Counsel of Record

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.

The Honorable Alvin K. Hellerstein, p. 2

## Appendix A

| Document |
|---|
| BNPP-KASHEF-00007580 |
| BNPP-KASHEF-00014555 |
| BNPP-KASHEF-00029237 |