UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
: **ORDER**
ENTESAR OSMAN KASHEF et al., :
:
Plaintiffs, :
: 16 Civ. 3228 (AKH)
-against- :
:
:
:
BNP PARIBAS SA, et al., :
:
Defendants. :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    With respect to Plaintiffs' Notice of Filing *Ex Parte* Motion, ECF Nos. 770, 772, the Court requests counsel to organize a conference call with counsel for Plaintiffs and Defendants at 2:30 p.m. today, and to call the Court at (212) 805-0152 at that time.

    The Clerk of Court shall terminate ECF No. 770.

    SO ORDERED.

Dated: July 8, 2025
        New York, New York  
                                            ALVIN K. HELLERSTEIN
                                            United States District Judge