# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF, *et al.*,<br><br>　　　　　　　　　Plaintiffs<br><br>　　　　v.<br><br>BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP.,<br><br>　　　　　　　　　Defendants. | Case No. 1:16-cv-03228-AKH-JW |

## DECLARATION OF MICHAEL D. HAUSFELD

Michael D. Hausfeld submits this unsworn declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.　　　I submit this declaration in support of the Motion of Hausfeld LLP and Zuckerman Spaeder LLP for Relief Under Rule 23(g) (the "Motion"). I have carefully reviewed the Motion and, where it describes the actions of attorneys at Hausfeld LLP or the knowledge possessed by those attorneys, I have personal knowledge of those facts and could competently testify to them if required. In submitting this Declaration, I have not waived — and do not intend to waive — either the attorney-client privilege or the work-product protection.

2.　　　I wish to emphasize that the relief sought in the Motion was not sought lightly. To the best of my recollection, I have not previously been involved in a matter where I have sought similar relief, and the current circumstances are unlike any I have seen in more than five decades of my prior experience as lead or co-lead class counsel. In my view, as co-lead Class Counsel, prompt judicial action is essential to protect the interests of the more than 20,000 members of the certified class.

Dated: July 07, 2025
      Washington, D.C.

_____
Michael D. Hausfeld