# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF, *et al.*,<br><br>                          Plaintiffs<br><br>            v.<br><br>BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP.,<br><br>                          Defendants. | Case No. 1:16-cv-03228-AKH-JW |

## **DECLARATION OF JAMES GOTZ**

James Gotz submits this unsworn declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a partner at Hausfeld LLP and a counsel of record for the class.

2. By email dated January 17, 2025 (a true and accurate copy of which is attached as Exhibit A), I supplied to Co-Lead Class Counsel, Lee Boyd, a script to follow during her communications with members of the class who sought guidance on the questionnaire process.

3. The script was developed thoughtfully, so as to be in compliance with the Order of this Court concerning Class Counsel's role in such communications with the class.

4. Ms. Boyd acknowledged receipt of the script and never indicated to me or any lawyers at Hausfeld that she intended to deviate from it.

Dated: July 06, 2025
       Freeport, Maine

                                                _____
                                                  James Gotz