# EXHIBIT D-1

| | |
|---|---|
| **From:** | James Gotz |
| **To:** | Lee Boyd; Kristen Nelson; Theo Bruening |
| **Cc:** | Michael D. Hausfeld; Amanda Lee-DasGupta; James Gotz |
| **Subject:** | Kashef \| draft talking points (CONFIDENTIAL ATTORNEY WORK PRODUCT - NOT FOR SHARING) |
| **Date:** | Friday, January 17, 2025 11:34:29 AM |
| **Attachments:** | image001.png |
| | image002.png |

- We are making good progress in your lawsuit.
    - Reminder that the lawsuit is on behalf of those who lived in Sudan/South Sudan from November 1997-2011 and came to the US as a refugee/asylee.
    - Does not apply to those born in the United States.
    - Does not apply to those who came to the United States before November 1997.
- This is the most important moment for you to help us achieve justice for you and as many victims as possible.
- You should have received or will soon, by mail or email or text, an official notice approved by the Court in this case that explains three important updates and actions you can take to protect your rights.
- The three updates are:
    - We have a trial scheduled for September, when we will present the evidence about what happened to the US-based refugees collectively;
    - We may have an opportunity this summer to try to settle everyone's _individual_ claims through money compensation for what happened to each of you; and
    - There is the possibility that the Court will eventually determine that there is a baseline amount of compensation that all class members should be awarded for being forced to flee your home and country.
- If you have individual injuries, you can seek money compensation with our assistance, by doing two things at the lawsuit website www.kashefvbnpp.com:
    - Opt In; and
    - Complete the Questionnaire
- Opting In means
    - You want to be part of the case that is going to trial to seek justice for the US-based refugees collectively; _and_
    - You want our assistance to seek money compensation for your individual injuries
- We are going to use the information you give us in the questionnaire to try to settle each of your claims for individual injuries, for the fairest amount possible.
    - The more information you give us about the injuries you suffered, the better we're able to negotiate for the fairest amount of money possible.
    - We know that no amount of money gives you back what you lost and how much you and your family suffered.
    - Money is not a substitute for what happened to you, but it's the best our legal system can do.
- You have until July 1 to opt in and complete the questionnaire
- You can opt in and complete the questionnaire only by visiting the lawsuit website:

www.kashefvbnpp.com

- Opting In is as simple as clicking a button on the website. You should do that immediately if you want to opt in.
    - Make sure you click the button to opt in if you want the benefits I'm talking about here.
    - If for some reason you do not want these benefits or the possible award to all class members for being forced to flee your home and country, you have the option to opt out.
    - Read the online opt in/out form carefully and make sure you click the right button to opt in for these benefits, if that is what you want.
    - On the website, you can only choose one option: opting in or opting out.
        - Again, opting IN is how you benefit from the trial and our assistance to seek money compensation for your individual injuries
- Be aware, you have a third option: you could also choose to do nothing (do not opt in or opt out).
    - If you do nothing, you are still a member of the class.
    - You cannot seek compensation for your individual injuries.
    - However, if the Judge in this case ever decides that all class members are entitled to a base amount of compensation for being forced to flee their homes and country, you would be entitled to that class-wide compensation, even if you do nothing right now.
- Filling out the questionnaire is not simple or easy but you must do it if you want to seek money compensation for your individual injuries.
    - You will also do this online at the litigation website
    - It will likely take you some time (hours, days even).
        - But you can stop and come back to it again and again, as often as you need to.
        - Your information will be saved each time you add more information to your questionnaire
        - You'll be given a unique ID to use each time you return to your questionnaire, so please keep track of that ID
    - Your information will be protected and used ONLY for this case.
        - The governments of Sudan and South Sudan are not involved in this case and will not have access to your information.
    - We know it will be hard to answer questions about what happened to you.
    - We do not, and the bank does not, want to be insensitive, nosy or disrespectful by asking you these questions.
        - We only seek to collect necessary information in order to understand everything that happened to you, who caused what happened to you, and how it has affected and continues to affect your life.
    - You may not remember everything that happened. That is ok.
    - You may not want to write about what happened in much detail. That is also ok.
    - You may not be able to read the questionnaire in English or in Sudanese Arabic (both versions are available). That is ok.
    - You may not be able to write in English or Sudanese Arabic. That is ok.
        - Find a family member or friend or community leader to help you with the reading

- or writing or both.
    - Even if you provided information to us in the past, you must complete this questionnaire.
- Here are some ideas to help you with the questionnaire:
    - Some lines are questions where you can just check boxes as your response.
    - Some lines are questions where you (or someone assisting you) needs to write in the response.
    - Whether you are checking boxes or writing in a response, all we ask is that you try your best, based on your best memory, and answer truthfully.
    - Only check boxes that truthfully apply to you and your experiences.
    - Some boxes may not apply to you and your experience.
    - Where you are going to write a response, try to use as few words as possible, BUT still make sure you identify all the injuries you suffered and the details that make clear to us how you suffered.
        - As an example, if you ran away from a bomb and broke your leg while running, it took 6 months to heal and you now have a scar, it's enough to tell us that. Only write as many words as needed to explain what happened to you.
    - Even if you think a written response tells us everything we need, you still need to fill in the check boxes that apply to you. Do not skip the check boxes, they are very important to our efforts.
    - Remember, you can save your work and come back to the questionnaire using the ID you will receive when you start the process.
    - Start this process as soon as you can and give yourself time to do a little at a time, if that makes it easier to complete it.
    - Some people may answer all the questions in one day, some may take many days or longer. Do whatever works for you, so long as you do your best to answer the questions.
    - Please do not guess.
    - When you electronically sign your name at the end, you will be swearing under oath (just as if you were in court) that the answers are truthful and accurate.
    - We do not want you to guess, but it is ok to approximate.
        - For example, if you cannot recall how many times you were beaten, but you know it was more than 2 and less than 5, it is ok to provide an answer that is your best memory
    - Community leaders have agreed to support you in completing your questionnaire.
    - But this important: the answers must be <u>your</u> answers, not the answer someone else suggests or the answer you think someone would want you to provide. It must be your truth.
    - A completed questionnaire will reflect the experiences of only one person.
        - Each family member will need to complete and sign a separate questionnaire.
        - As you need and want it, you can have a family member help you fill out your questionnaire, as long as it is *your* information, *your* experiences, and *your* signature.
        - If a family member lived in Sudan/S Sudan from 1997-2011 and came to the US

- as a refugee/asylee but has since passed away, you can complete a questionnaire for their benefit, answering the questions on their behalf, as if they were the ones answering. Do your best given what you know about their experience.
    - Your responses to the questionnaire will NOT be made public.
        - No one will see your answers except us, the lawyers for the Bank, the judge and the law school professor he has appointed to act on his behalf to help the parties try to settle the case.
    - Please be as brave as you can and complete the questionnaire. It is the only way we can achieve as much justice as possible for the most victims.

**JAMES GOTZ**
Partner
jgotz@hausfeld.com
+1 617-207-0601 direct

# HAUSFELD

One Marina Park Drive
Suite 14010
Boston, MA 02210
+1 617 207 0600

**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.