UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENTESAR OSMAN KASHEF, *et al.*,

*Plaintiffs*,

-against-

BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP. (f/k/a BNP PARIBAS NORTH AMERICA, INC.),

*Defendants*.

---

So ordered
7-9-25
/s/ AKH

No. 1:16-cv-03228-AKH-JW

Hon. Alvin K. Hellerstein

**PLAINTIFFS' MOTION TO EXTEND THE TIME FOR FILING THE REVISED STIPULATED STATEMENT OF FACTS FOR THE BANK'S GUILTY PLEA**

This Court's Order of June 18, 2025 set forth rulings regarding the admissibility of the Bank's 2014 Stipulated Statement of Facts (SSOF), and directed Plaintiffs to file by June 24 "a single document" setting forth the SSOF to be read to the jury per those rulings. ECF 738. Plaintiffs have done so. ECF 742.

The June 18 Order then directed the parties to meet and confer about whether any portions of that document contained "redundancies and duplications," and then to jointly file a revised table by July 8. ECF 738. The parties exchanged their views on that matter between July 3 and July 8, 2025. However, additional time is required to finalize the joint submission in light of the matters to be addressed at this Court's July 8 and July 10 hearings.

Accordingly, Plaintiffs request that this Court extend the July 8 deadline, *nunc pro tunc*, until July 15, 2025. Defendants do not oppose this request.

Dated: July 9, 2025

1

/s/ *Kathryn Lee Boyd*
Kathryn Lee Boyd
Theodor Bruening
Michael Eggenberger
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
(646) 502-9515
(646) 396-6452
(646) 777-2489
lboyd@hechtpartners.com
tbruening@hechtpartners.com
meggenberger@hechtpartners.com

Kristen Nelson
HECHT PARTNERS LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90048
(646) 490-2408
knelson@hechtpartners.com

Aitan D. Goelman
ZUCKERMAN SPAEDER LLP (DC)
1800 M Street, Suite 1000
Washington, DC 20036
(202) 778-1996
agoelman@zuckerman.com

Cyril V. Smith
ZUCKERMAN SPAEDER LLP (Baltimore)
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444
csmith@zuckerman.com

/s/ *Michael D. Hausfeld*
Michael D. Hausfeld
Scott A. Gilmore
Amanda E. Lee-DasGupta
Claire A. Rosset
Mary S. Van Houten Harper
HAUSFELD LLP
1200 17th St NW Suite 600
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeld.com
sgilmore@hausfeld.com
alee@hausfeld.com
crosset@hausfeld.com
mvanhouten@hausfeld.com

James D. Gotz
HAUSFELD LLP
One Marina Park Drive, Suite 1410
Boston, MA 02210
(617) 207-0660
jgotz@hausfeld.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, a true and correct copy of the foregoing xxx was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record.

Dated: July 9, 2025              By:  */s/ Josh T. Mathew*
                                      Josh T. Mathew