UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
ENTESAR OSMAN KASHEF et al.,            :    **ORDER AS TO**
                                         :    **DEFENDANTS' MOTION FOR**
                   Plaintiffs,           :    **SANCTIONS**
                                         :
        -against-                        :
                                         :    16 Civ. 3228 (AKH)
                                         :
BNP PARIBAS SA, et al.,                  :
                                         :
                   Defendants.           :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

　　The Court has reviewed Defendants' motion for sanctions, the opposition brief thereto, and the supporting exhibits filed by both parties in connection with the motion.

　　As to the individual plaintiffs, there is no support to any allegation of improper behavior with respect to the individual plaintiffs or their counsel. Accordingly, this aspect of Defendants' motion is denied.

　　As to the issue between Co-Class Counsel Kathryn Lee Boyd and the class in relation to members of the class answering the questionnaire, this branch of the motion is denied with leave to renew. Considering the motion at this time will interfere with preparation for trial, both in relation to work that has to be done by counsel, and the work that has to be done by the Court. I grant Defendants leave to renew their motion for sanctions after the trial, or any settlement or other disposition. *See, e.g., Tae Won Kim v. Kini LLC Corp.*, 20 Civ. 6009, 2022 U.S. Dist. LEXIS 105433, at *13-14 (E.D.N.Y. June 13, 2022); *Safe-Strap Co. v. Koala Corp.*, 270 F. Supp. 2d 407, 416 (S.D.N.Y. 2003); *Sang Lan v. Time Warner, Inc.*, 11 Civ. 2870, 2015 U.S. Dist. LEXIS 92048, at *4-5 (S.D.N.Y. July 13, 2015).

The Clerk of Court shall terminate ECF No. 750.

SO ORDERED.

Dated:   July ___, 2025
        New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2