*[Handwritten annotation: "Motion to seal is granted. 7-9-25" with signature]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENTESAR OSMAN KASHEF, *et al.*,

    *Plaintiffs*,

v.

BNP PARIBAS S.A., BNP PARIBAS S.A. NEW YORK BRANCH, BNP PARIBAS NORTH AMERICA, INC., and DOES 2-10,

    *Defendants.*

---

No. 16-cv-03228-AKH

## NOTICE OF MOTION AND MOTION TO SEAL

Pursuant to Rule 4.B.ii of Your Honor's Individual Rules, Plaintiff respectfully requests permission to file under seal

(1) the unredacted version of Hecht Partners LLP's Opposition to Defendant's Motion for Sanctions and Request for a Hearing;

(2) certain documents attached to the Declaration of Kathryn Lee Boyd in support of that Opposition;

(3) the entirety of Hecht Partners LLP's Response to Motion of Hausfeld LLP and Zuckerman Spaeder LLP for Relief under Rule 23(G);

(4) the entirety of the Declaration of Maxim Price in support of that response; and

(5) the entirety of all documents attached to the Declaration of Maxim Price in support of that response.

Plaintiff further requests permission to publicly file redacted versions of document categories (1) and (2) on ECF. The redactions in documents (1) and (2) are narrowly tailored to protect potentially private and confidential information of the people in certain videos, information

that was filed under seal by Defendants out of an abundance of caution and which Plaintiffs do not wish to disturb. Other redactions in all five categories of documents relate to the details of an internal dispute between Class Counsel and their communications, which should be redacted for now to protect the interests of the class and prevent prejudice to the ongoing litigation especially with trial pending. Hecht Partners LLP does not object to these matters being unsealed at a later date, after the potential for prejudice to the ongoing litigation has passed.

In accordance with the Court's procedures:

A redacted version of the Hecht Partners LLP's Opposition to Defendant's Motion for Sanctions and certain exhibits attached to the Declaration of Kathryn Lee Boyd in support of the Opposition is being filed on ECF.

An unredacted version, highlighting the proposed redactions, is being submitted to Chambers via email, as per Rule 4.B.ii.

Hecht Partners LLP's Response to the Rule 23(g) Motion, the Declaration of Maxim Price in support, and Exhibits 1 through 6 thereto, are being filed under seal and submitted to Chambers.

Dated: July 9, 2025                             Respectfully submitted,

                                                /s/ *Kathryn Lee Boyd*
                                                Kathryn Lee Boyd
                                                Maxim Price
                                                David L. Hecht
                                                Theodor Bruening
                                                Kristen Nelson
                                                HECHT PARTNERS LLP
                                                125 Park Avenue, 25th Floor
                                                New York, NY 10017
                                                (212) 851-6821
                                                lboyd@hechtpartners.com
                                                mprice@hechtpartners.com
                                                dhecht@hechtpartners.com
                                                tbruening@hechtpartners.com
                                                knelson@hechtpartners.com

                                                *Counsel for Plaintiffs*