UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
: 
ENTESAR OSMAN KASHEF, et al.,    : **ORDER REGULATING**
:  **PROCEEDINGS**
Plaintiffs,    : 
: 
-against-    : 16 Civ. 3228 (AKH)
: 
: 
: 
BNP PARIBAS SA, et al.,    : 
: 
Defendants.    : 
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

A hearing was held on July 10, 2025 to hear the several pending motions and related issues:

1. Defendants' motion to admit evidence of their state of mind regarding sanctions of countries other than the United States, or the purpose of those countries' sanctions, ECF No. 745, is denied. As I have previously ruled, *see, e.g.,* ECF No. 713 at 20, 67; ECF No. 768 at 40-41, Defendants' compliance with the sanctions regulations of other nations is not relevant to their failure to comply with United States sanctions laws, and their statements against interest and admissions in their pleas of guilty. *See* Fed. R. Evid. 401, 403.

2. As to the unopposed motion by Perry Law and its partners to withdraw from this case, ECF No. 774, I grant the motion. They are discharged as counsel.

3. The motion of Hausfeld LLP and Zuckerman Spaeder LLP to disqualify Kathryn Lee Boyd as Class Counsel, ECF No. 784, is denied, without prejudice to renewal. Regulating the disputes will compromise preparation efforts for the oncoming trial

1

scheduled to begin September 8, 2025. If desired, the motion can be renewed after the trial ends.

a. Since the three plaintiffs in the case proceeding to trial beginning September 8, 2025, Abulgasim Abdalla, Entesar Osman Kashef, and Turjuman Adam, clearly expressed their desires that Kathryn Lee Boyd represent them, Boyd and her firm, Hecht Partners LLP, will be their trial counsel. And since her disputes with co-counsel will compromise effective trial representation, Hausfeld LLP and Zuckerman Spaeder LLP are discharged of further representation of these plaintiffs. I hold that this disposition is in the best interests of Plaintiffs Abulgasim Abdalla, Entesar Osman Kashef, and Turjuman Adam, and carries out their expressed desires.

b. The cases of Abulgasim Abdalla, Entesar Osman Kashef, and Turjuman Adam are hereby severed from all other plaintiffs and class members, and Abulgasim Abdalla, Entesar Osman Kashef, and Turjuman Adam will no longer act as class representatives. The pleadings are reformed to pertain only to them and, thus amended, shall constitute the pleadings for the trial.

c. As to other plaintiffs and the class in general, the attorneys previously certified as class counsel, Michael Hausfeld and Hausfeld LLP, Cyril Smith and Aitan Goelman and Zuckerman Spaeder LLP, and Kathryn Lee Boyd and Hecht Partners LLP shall continue to serve as co-counsel.

The Clerk of Court shall terminate ECF Nos. 745, 774, and 784.

SO ORDERED.

Dated: July 11, 2025
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge