UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
ENTESAR OSMAN KASHEF, et al.,

                            Plaintiffs,

    -against-


BNP PARIBAS SA, et al.,

                            Defendants.
------------------------------------------------------------ x

**ORDER**

16 Civ. 3228 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

As to the parties' revised joint submission concerning proposed redactions to the Statement of Facts, I rule as follows:

1. As to the first block of words preceding where the numbered paragraphs begin, ECF No. 793 at 3, the block of words shall be replaced with the phrase: "In connection with a plea of guilty by Defendants in *United States v. BNP Paribas, S.A.*, Docket Number 14 Cr. 406, Defendants made the following statements, which they agree are true and correct, and which are now being put into evidence in this case."

2. The headers throughout the Statements of Facts shall be removed.

3. In paragraph 14 of the Statement of Facts, the phrase "From at least 2004 up through and including 2012" shall be removed.

4. To avoid confusion, *see* Fed. R. Evid. 403, the word "illicit" shall be replaced with "prohibited" in the Statement of Facts.

I deny Defendants' motion to revisit my rulings as to the admissibility of the Statement of Facts from *United States v. BNP Paribas, S.A.*, No. 14 Cr. 406 (S.D.N.Y.). Defendants have

1

provided no good reason to do so. *See Analytical Surveys, Inc. v. Tonga Partners, L.P.*, 684 F.3d 36, 41 (2d Cir. 2012). The fact that Defendants pleaded guilty to criminal violations of U.S. sanctions laws in a criminal proceeding is probative of Defendants' alleged commission of an illicit act and their knowledge thereof. *See* Fed. R. Evid. 401; *Kashef v. BNP Paribas, S.A.*, 16 Civ. 3228 (AKH), 2025 U.S. Dist. LEXIS 69747, at *27 (S.D.N.Y. April 11, 2025). That Plaintiffs were not the victims of this criminal offense, and therefore did not receive restitution, is irrelevant in this civil tort trial.

By July 24, 2025, Plaintiffs shall file, via ECF, a final version of the Statement of Facts, containing these edits, to be read at trial.

The Clerk of Court shall terminate ECF No. 793.

SO ORDERED.

Dated:   July 16, 2025
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2