**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ENTESAR OSMAN KASHEF, *et al.*,

        *Plaintiffs*,

        v.

BNP PARIBAS S.A. and BNP PARIBAS US
WHOLESALE HOLDINGS, CORP. (f/k/a
BNP PARIBAS NORTH AMERICA, INC.),

        *Defendants*.

No. 1:16-cv-03228-AKH-JW

Hon. Alvin K. Hellerstein

**DECLARATION OF CAMERON R. AZARI REGARDING FINAL MONTHLY STATUS**

**REPORT AND IMPLEMENTATION AND ADEQUACY OF NOTICE PLAN**

I, Cameron R. Azari, Esq., hereby declare and state as follows:

    1.    I am the Senior Vice-President of Epiq Class Action and Claims Solutions, Inc. ("Epiq" or "Epiq Legal Noticing") and the Managing Director of Legal Notice for Epiq Legal Noticing (aka Hilsoft Notifications), a firm that specializes in designing, developing, analyzing, and implementing large-scale, unbiased, legal notification plans.

    2.    I am a nationally recognized expert in the field of legal notice, and I have served as an expert in hundreds of federal and state cases involving class action notice plans.

    3.    I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

    4.    I previously executed my *Declaration of Cameron R. Azari on Notice Plan Administration Expertise* ("Notice Plan Expertise Declaration") on September 16, 2024, which detailed Hilsoft's class action notice expertise, and attached Epiq's and Hilsoft's curriculum vitaes. *See* ECF No. 559-1. I also provided my educational and professional experience relating to class actions and my ability to render opinions on overall adequacy of notice plans. *Id.* Subsequently, I executed my *Declaration of Cameron R. Azari Regarding Noticing* ("Noticing Declaration") on

October 17, 2024, which detailed Epiq's high-level data security and privacy safeguards. *See* ECF No. 575-1. I also detailed Epiq's experience and the effectiveness of using address research provided by third-party address look-up services for older or outdated address data as an effective way to identify updated address information for potential class members. *Id.* Afterwards, I executed my *Supplemental Declaration of Cameron R. Azari Regarding Noticing and Potential Class Member Data* ("Supplemental Noticing Declaration") on November 12, 2024, which detailed Epiq's practices for protecting and securing data, and safeguards to protect privacy and confidentiality of potential class member data. *See* ECF No. 585. Additionally, I executed my *Revised Declaration of Cameron R. Azari Regarding Revised Notice Plan* ("Revised Notice Plan Declaration") on January 2, 2025, which detailed the comprehensive Notice Plan with revisions. *See* ECF No. 607. Most recently, I executed my *Declaration of Cameron R. Azari Regarding Notice Commencement* ("Commencement Declaration") on February 13, 2025, which confirmed that Epiq successfully executed the Court approved Notice Plan in compliance with the Court's Order Approving the Notice Plan. *See* ECF No. 631.

5.      Pursuant to the *Order Appointing Notice Administrator and Regarding Notice* issued on November 18, 2024, Epiq was appointed as the Notice Administrator, accountable to the Court, to provide the requisite notice pursuant to Fed. R. Civ. P. 23(c)(2) in the above-captioned case. *See* ECF No. 593.

6.      Pursuant of the *Second Revised Order Approving Proposed Notice Plan,* starting in January 2025, Epiq has filed a monthly Status Report on the 10th business day of every month. *See* ECF No. 616, 630, 647, 677, 694, and 725.

## **OVERVIEW**

7.      In compliance with the *Second Revised Order Approving Proposed Notice Plan* issued on January 13, 2025, Epiq was required to commence notice "beginning on or before February 10, 2025." *See* ECF No. 611. This declaration details the successful implementation of the Notice Plan, which commenced on February 4, 2025, in compliance with the Court's Orders, including both direct and indirect notice to the class (Mailed Notice, Email Notice, Text Message Notice, and Media

DECLARATION OF CAMERON R. AZARI REGARDING FINAL MONTHLY STATUS
REPORT AND IMPLEMENTATION AND ADEQUACY OF NOTICE PLAN

Notice).  This declaration details the notice activities undertaken to date and explains how and why the Notice Plan was comprehensive and well-suited to reach the potential class members.  This declaration also discusses the administration activity to date and serves as the Monthly Status Report.

8.    The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of my business at Epiq.

## NOTICE PLANNING METHODOLOGY

9.    Federal Rule of Civil Procedure 23 directs that notice must be "the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort" and "the notice may be by one or more of the following: United States mail, electronic means, or other appropriate means."[1]  The Notice Plan as implemented satisfied these requirements.

10.    The Notice Plan was designed to reach the greatest practicable number of potential class members.  The Notice Plan's individual notice efforts reached approximately 94.3% of the identified potential class members sent direct notice.  The reach was further enhanced by Publication Notice (digital notice and social media plan), internet sponsored search listings, an informational release, and a case website, which are not included in the reach calculation.

11.    In my experience, the Notice Plan was consistent with other court-approved notice plans, was the best notice practicable under the circumstances of this case, and satisfied the requirements of due process, including its "desire to actually inform" requirement.[2]

## NOTICE PLAN DETAIL

12.    **Class Data.**  As previously reported to the Court, Epiq received 24,680 data records with contact information data, including last known names, addresses, and other contact information, as available, as recorded on the Central Index System ("CIS 2") database maintained by the U.S.

---

[1] Fed. R. Civ. P. 23 (c)(2)(B).

[2] *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 315 (1950) ("But when notice is a person's due, process which is a mere gesture is not due process.  The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it.  The reasonableness and hence the constitutional validity of any chosen method may be defended on the ground that it is in itself reasonably certain to inform those affected . . .").

DECLARATION OF CAMERON R. AZARI REGARDING FINAL MONTHLY STATUS
REPORT AND IMPLEMENTATION AND ADEQUACY OF NOTICE PLAN

Department of Homeland Security and provided by the Government to Epiq (herein, "the Government Data"). In addition, on January 27, 2025, Epiq received from Class Counsel 3,057 data records with contact information data (last known names, addresses, and/or other contact information, as available) for potential class members. Epiq combined the records reviewing this additional data for valid contact information and loaded the data into the database for the case. These efforts resulted in 27,737 unique identified potential class members.

13.    **Translated Forms of Notice.**  Epiq worked diligently with Counsel for the parties to approve all translated forms of Notice from English to Sudanese Arabic.

14.    **Mailed Notice.**  As detailed in my Commencement Declaration, commencing on February 4, 2025, Epiq sent 26,326 Summary Notices to all identified potential class members for whom physical address information was available. The Summary Notice was sent in both English and Sudanese Arabic in a fully enclosed envelope and mailed via the United States Postal Service ("USPS") first-class mail as follows:  1) masked return address with "Epiq Administration" as the sender; 2) no call outs on the envelope to draw attention to the contents of the mail piece; 3) bank-grade security envelope with internal security tint for privacy and confidentiality, as used to send checks; 4) the name and address of the potential class member visible on the exterior of the envelope; and 5) a separate paper insert that completely covers the Summary Notice so no potential class member identifying information beyond name and address was visible. The Summary Notice included the case website address where notice recipients are able to access the Long Form Notice in both English and Sudanese Arabic, the opt-in or opt-out form, and other information about the case. The Summary Notice in English is included as **Attachment 1**. The Summary Notice in Sudanese Arabic is included as **Attachment 2**.

15.    Prior to sending the Summary Notices, all mailing addresses were checked against the National Change of Address ("NCOA") database maintained by the USPS to ensure class member address information was up-to-date and accurately formatted for mailing.[3]  In addition, the

---

[3] The NCOA database is maintained by the USPS and consists of approximately 160 million permanent change-of-address ("COA") records consisting of names and addresses of individuals, families, and businesses who have filed a change-of-address with the Postal Service™. The address

DECLARATION OF CAMERON R. AZARI REGARDING FINAL MONTHLY STATUS
REPORT AND IMPLEMENTATION AND ADEQUACY OF NOTICE PLAN

addresses were certified via the Coding Accuracy Support System ("CASS") to ensure the quality of the zip code, and were verified through Delivery Point Validation ("DPV") to verify the accuracy of the addresses. This address updating process is standard for the industry and for the majority of promotional mailings that occur today.

16.    The return address on the Summary Notices is a post office box that Epiq maintains for this Settlement. The USPS automatically forwarded Summary Notices with an available forwarding address order that had not expired. Summary Notices returned as undeliverable are re-mailed to any new address available through USPS information (for example, to the address provided by the USPS on returned mail pieces for which the automatic forwarding order has expired, but is still within the time period in which the USPS returns the piece with the address indicated). As of July 1, 2025, Epiq has received 6,905 notices returned by USPS with no forwarding address, and four notices returned with a forwarding address.

17.    **Email Notice**. As detailed in my Commencement Declaration, commencing on February 4, 2025, Epiq sent 10,221 Summary Email Notices in both English and Sudanese Arabic to all identified potential class members for whom a valid email address was available. The following industry standard best practices were followed for the Email Notice efforts. The Email Notice (the subject line, the sender, and the body of the message) was drafted in such a way that attempts to avoid SPAM filters and ensure readership to the fullest extent reasonably practicable. For instance, the Email Notice used an embedded html text format. This format provided easy-to-read text without graphics, tables, images and other elements that in our experience would increase the likelihood that the message could be blocked by Internet Service Providers (ISPs) and/or SPAM filters for this type of email communication. The Email Notices were sent from an IP address known to major email providers as one not used to send bulk "SPAM" or "junk" email blasts. Each Email Notice was transmitted with a digital signature to the header and content of the Email Notice, which allowed ISPs to programmatically authenticate that the Email Notices were from our authorized mail

_____

information is maintained on the database for 48 months and reduces undeliverable mail by providing the most current address information, including standardized and delivery point coded addresses, for matches made to the NCOA file for individual, family, and business moves.

DECLARATION OF CAMERON R. AZARI REGARDING FINAL MONTHLY STATUS
REPORT AND IMPLEMENTATION AND ADEQUACY OF NOTICE PLAN

servers. The Summary Email Notice included an embedded link to the case website. By clicking the link to the case website, notice recipients are able to access the Long Form Notice in both English and Sudanese Arabic and other information about the case, as well as the opt-in or opt-out form. The Summary Email Notice in English and Sudanese Arabic is included as **Attachment 3**.

18. If the receiving email server could not deliver the message, a "bounce code" was returned along with the unique message identifier. For Email Notices for which a bounce code was received indicating that the message was undeliverable for reasons such as an inactive or disabled account, the recipient's mailbox was full, technical autoreplies, etc., two additional attempts were made to deliver the Notice by email.

19. **Text Message Notice**. As detailed in my Commencement Declaration, commencing on February 4, 2025, Epiq sent 16,293 Text Message Notices in both English and Sudanese Arabic to identified potential class members for whom a valid cellphone number was available. The Text Message Notice directed notice recipients to the case website to access the Long Form Notice in both English and Sudanese Arabic and additional information about the case, as well as the opt-in or opt-out form. Text messaging refers to standard text messages sent over wireless networks using a cellular signal. The Text Message Notice in English and Sudanese Arabic is included as **Attachment 4**.

20. The following industry standard best practices were followed for the Text Message Notice efforts. Each Text Message Notice was an easy-to-read text message without graphics, tables, images, attachments, and other elements. The Text Message Notice included information indicating how each recipient can "opt-out" of receiving future text messages regarding the case. It was drafted with a direct call to action – to motivate the recipients to take action. The text of the Text Message Notice avoided the use of capital letters, special characters and adjectives, and specific words which could negatively impact delivery of the text messages. All Text Message Notices sent were tracked and confirmed to be "delivered," "not delivered," or a "suppressed landline."

### *Notice Results*

21. As of July 1, 2025, individual notices via Mailed Notice, Email Notice, and/or Text Message Notice were delivered to 26,165 of the 27,737 unique, identified potential class members.

DECLARATION OF CAMERON R. AZARI REGARDING FINAL MONTHLY STATUS
REPORT AND IMPLEMENTATION AND ADEQUACY OF NOTICE PLAN

This means the individual notice efforts reached approximately 94.3% of the identified potential class members sent direct notice.

22. **Media Notice**. As detailed in my Commencement Declaration, commencing on February 4, 2025, the Media Plan was launched, including the following:

- **Online Display Banners** – paid notice on the *Google* display network targeting Adults 18+ who are likely to be Sudanese American as well as select website and app targeting for Sudanese content;

- **Social Media** – paid notice across major social media platforms including *Facebook, Instagram, X (Twitter)*, *Reddit, TikTok* and *YouTube*; and

- **Streaming/Connected TV** – 30-second paid video placements on streaming platforms such as *Al Jazeera, Al Rabaa TV*, *Africa News*, and/or other Arabic language channels.

23. All Digital Notices ran on desktop, mobile, and tablet devices. More details regarding the target audiences, distribution, and specific ad sizes of the Digital Notices, are included in the following table:

| Property | Target | Ad Sizes | Delivered Impressions |
|---|---|---|---|
| Google Display Network | A18+ Affinity Audience[4]: Sudanese American | 728x90, 300x250, 300x600 & 970x250 | 21,232,992 |
| Google Display Network | A18+ Affinity Audience: Sudanese American Geo-Target: Top Geographic Area[5] | 728x90, 300x250, 300x600 & 970x250 | 5,888,261 |
| Site Specific Targeting | Adults 18+ and select website targeting | 728x90, 300x250, 300x600 & 970x250 | 20,951,328 |
| App Specific Targeting | Adults 18+ and select app targeting | 300x250 & 728x90 | 10,223,751 |

[4] "Affinity Audience" allows us to target specific websites, keywords, and/or relevant content that our target may be viewing.

[5] Top Geographic Areas include Alexandria, VA, Amarillo, TX, Aurora, CO, Austin, TX, Baltimore, MD, Brooklyn, NY, Buffalo, NY, Charlotte, NC, Chicago, IL, Clarkston, GA, Cleveland, OH, Columbus, OH, Dallas, TX, Dayton, OH, Denver, CO, Des Moines, IA, Fargo, ND, Fort Worth, TX, Grand Island, NE, Grand Rapids, MI, Greensboro, NC, Houston, TX, Indianapolis, IN, Iowa City, IA, Jacksonville, FL, Kansas City, MO, Lansing, MI, Lincoln, NE, Los Angeles, CA, Louisville, KY, Manchester, NH, Memphis, TN, Nashville, TN, New York, NY, Omaha, NE, Philadelphia, PA, Phoenix, AZ, Portland, ME, Rochester, MN, Salt Lake City, UT, San Diego, CA, Silver Spring, MD, Sioux Falls, SD, Spokane, WA, Syracuse, NY, Tucson, AZ, Twin Falls, ID, Utica, NY and Wichita, KS.

DECLARATION OF CAMERON R. AZARI REGARDING FINAL MONTHLY STATUS REPORT AND IMPLEMENTATION AND ADEQUACY OF NOTICE PLAN

| Property | Target | Ad Sizes | Delivered Impressions |
|---|---|---|---|
| *Facebook* | A18+ Interest: Sudan / Sudan National Football Team | Newsfeed & Right Hand Column | 10,386,595 |
| *Facebook* | Members of Sudan Facebook Groups | Newsfeed & Right Hand Column | 2,265,442 |
| *Instagram* | A18+ Interest: Sudan / Sudan National Football Team | Newsfeed | 7,934,984 |
| *Instagram* | Members of Sudan Facebook Groups | Newsfeed | 1,998,473 |
| *X (Twitter)* | A18+ Post Engagement Targeting: Sudan | Feed Ads | 2,923,983 |
| *X (Twitter)* | A18+ Post Engagement Targeting: Sudanese American | Feed Ads | 1,073,066 |
| *Reddit* | A18+ Keyword Targeting: Sudan and/or Sudanese American | Feed Ads | 589,018 |
| *Reddit* | A18+ and feed r/Sudan | Feed Ads | 257,472 |
| *TikTok* | A18+ Interest: Sudan, Sudan News, Sudan Sports, and/or Sudan Music | Video Ads | 2,747,269 |
| *YouTube* | A18+ Affinity Audience: Sudanese American | Video Ads | 11,508,942 |
| *YouTube* | A18+ Al Jazeera & RadioDabanga Channels | Video Ads | 21,139,246 |
| *Connected TV Targeting* | Al Rabaa TV, Africa News, and more | Video Ads | 1,729,101 |
| **TOTAL** | | | **122,849,923** |

24.    Combined, approximately 122.8 million adult impressions were generated by the Digital Notices, which ran from February 4, 2025, through April 14, 2025.[6]  Clicking on the Digital Notices linked the readers to the case website, where they could easily obtain detailed information about the case.  Examples of the Digital Notices are included as **Attachment 5**.

25.    **Internet Sponsored Search**.  As detailed in my Commencement Declaration, to facilitate locating the case website, sponsored search listings were acquired on the three most highly

---

[6] The third-party ad management platform, ClickCease was used to audit the Digital Notice ad placements.  This type of platform tracks all Digital Notice ad clicks to provide real-time ad monitoring, fraud traffic analysis, blocks clicks from fraudulent sources, and quarantines dangerous IP addresses.  This helps reduce wasted, fraudulent, or otherwise invalid traffic (*e.g.*, ads being seen by 'bots' or non-humans, ads not being viewable, etc.).

DECLARATION OF CAMERON R. AZARI REGARDING FINAL MONTHLY STATUS REPORT AND IMPLEMENTATION AND ADEQUACY OF NOTICE PLAN

visited internet search engines: *Google*, *Yahoo!,* and *Bing*.  The sponsored search listings were displayed nationwide and ran from February 4, 2025, through April 14, 2025.  As of July 1, 2025, the sponsored listings have been displayed 187,722 times, which resulted in 3,957 clicks that displayed the case website.  All sponsored search listing ads linked directly to the case website.  A complete list of the sponsored search keyword combinations is included as **Attachment 6**.  Examples of the sponsored search listing as displayed on each search engine are included as **Attachment 7**.

26.     **Informational Release**.  As detailed in my Commencement Declaration, to build additional reach and extend exposures, on February 4, 2025, a party-neutral Informational Release was issued in English nationwide over *PR Newswire* to approximately 13,000 general media (print and broadcast) outlets, including local and national newspapers, magazines, national wire services, television and radio broadcast media across the United States as well as over 4,000 websites, online databases, internet networks, and social networking media, with additional distribution to journalists covering Arab American and/or Islamic interests.

27.     The Informational Release included the address of the case.  The Informational Release served a valuable role by providing additional notice exposures beyond that which was provided by the paid media.  The Informational Release is included as **Attachment 8**.

28.     **Case Website**.  As detailed in my Commencement Declaration, Epiq established a new dedicated website for the case using the existing domain name Class Counsel previously established: www.kashefvbnpp.com.  The case website went live on February 3, 2025.  The case website address was prominently displayed in the Notices and Digital Notices linking directly to the case website.  The case website and all documents on the website are accessible in both English and Sudanese Arabic.  The case website includes instructions for how class members could opt-out (request exclusion) or opt-in (pursue individual damages), the deadlines to do so, and direct access for class members to opt-in or opt-out on the website.  If class members elected to opt-in, the link on the case website then directed class members to the Questionnaire developed by the Parties and ordered by the Court to be completed and signed under oath prior to the deadline.

29.     Relevant documents and information are also available on the case website,

DECLARATION OF CAMERON R. AZARI REGARDING FINAL MONTHLY STATUS
REPORT AND IMPLEMENTATION AND ADEQUACY OF NOTICE PLAN

including, the Summary Class Notice and Long Form Notice both in English and Sudanese Arabic. In addition, the case website includes answers to frequently asked questions ("FAQs"), jointly prepared by Class Counsel and counsel for Defendants, as well as contact information for Class Counsel. As of July 1, 2025, there have been 284,324 unique visitor sessions to the Settlement Website, and 1,075,260 web pages have been presented. The Long Form Notice in English is included as **Attachment 9**. The Long Form Notice in Sudanese Arabic is included as **Attachment 10**.

### *Opt-Outs, Opt-Ins, and Questionnaires*

30.     The deadline to opt-out from the Lawsuit, opt-in to pursue individual damages, or to file a questionnaire was July 1, 2025 at midnight Eastern time. As of the closure of the online submission portals, Epiq has received 1,674 Opt-Outs, 16,565 Opt-Ins, and 11,249 submitted Questionnaires. These stats reflect the total number submitted, without de-duping for multiple submissions by the same individual.

31.     Of the 1,674 Opt-Outs Epiq has received, 1,374 Opt-Outs were submitted by individuals who also submitted an Opt-In. Of these 1,374 Opt-Outs, 1,171 were submitted by individuals who have already submitted a Questionnaire and 203 were submitted by individuals who have not submitted a Questionnaire. At the guidance and agreement of Special Master Capra and counsel for the parties, Epiq has sent letters via email, or by physical mail if no valid email address is available, to these individuals to clarify their intent.

32.     Epiq sent outreach to individuals who began a Questionnaire but had not submitted or updated their Questionnaire within the prior 2-week period, or longer. For this outreach effort, Epiq sent 5,596 emails, 5,560 SMS text messages, and 37 physical mail letters.

### *Reminder Notices*

33.     On May 13, 2025, Epiq sent email notices where a submitted Questionnaire had either a date of birth listed that was after the year 2011 or listed a date of death for a deceased claimant that was either prior to the year 1997 or was very similar to the date the Questionnaire was submitted. Epiq sent 119 emails related to the date of birth, and 46 emails related to the date of death. On May 14, 2025, Epiq mailed three letters related to date of birth where an email was not available.

DECLARATION OF CAMERON R. AZARI REGARDING FINAL MONTHLY STATUS
REPORT AND IMPLEMENTATION AND ADEQUACY OF NOTICE PLAN

34.    On April 17, May 19, and June 27, 2025, Epiq sent Reminder Email Notices in both English and Sudanese Arabic to potential class members for whom a valid email address was available and who had not already submitted any form and Reminder Text Message Notices in both English and Sudanese Arabic to potential class members for whom a valid cellphone number was available and who had not already submitted any form.  In total, 23,172 Reminder Email Notices and 27,523 Reminder Text Message Notices were sent.  The Reminder Email Notice was the same version as the initial Email Notice.  The Reminder Text Message Notice is included as **Attachment 11**.

## CONCLUSION

35.    In class action notice planning, execution, and analysis, we are guided by due process considerations under the United States Constitution, and by case law pertaining to the recognized notice standards under Federal Rule of Civil Procedure 23.  This framework directs that the notice plan be optimized to reach the class, and to provide class members with easy access to the details of how the class action may impact their rights.  All these requirements were met in this case.

36.    The Notice Plan reached potential class members with individual notice, media notice, organizational outreach, and a case website.  In my experience, the Notice Plan was consistent with other court-approved notice plans, and was the best notice practicable under the circumstances of this case.  The Notice Plan's individual notice efforts reached approximately 94.3% of the identified potential class members sent direct notice.  The reach was further enhanced by Publication Notice (digital notice and social media plan), internet sponsored search listings, an informational release, and a case website, which are not included in the reach calculation.  The FJC's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*, which is relied upon for federal cases, and is illustrative for state courts, states that, "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class.  It is reasonable to reach between 70–95%."[7]  Here, we have developed and implemented a Notice Plan that readily achieved a reach at the highest end of that standard.

---

[7] Fed. Judicial Ctr., Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide 3 (2010), available at https://www.fjc.gov/content/judges-class-action-notice-and-claims-process-checklist-and-plain-language-guide-0.

DECLARATION OF CAMERON R. AZARI REGARDING FINAL MONTHLY STATUS REPORT AND IMPLEMENTATION AND ADEQUACY OF NOTICE PLAN

37.     In my opinion, the Notice Plan followed the guidance for how to satisfy due process obligations that a notice expert gleans from the United States Supreme Court's seminal decisions, which are: a) to endeavor to actually inform the class, and b) to demonstrate that notice is reasonably calculated to do so:

- "But when notice is a person's due, process which is a mere gesture is not due process.  The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it." *Mullane v. Central Hanover Trust*, 339 U.S. 306, 315 (1950).
- "[N]otice must be reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Eisen v. Carlisle & Jacquelin*, 417 U.S. 156 (1974) (citing *Mullane*, 339 U.S. at 314.

38.     The Notice Plan provided the best notice practicable under the circumstances of this case, conformed to all aspects of Federal Rule of Civil Procedure 23, comported with the guidance for effective notice articulated in the Manual for Complex Litigation 4th Ed. and Federal Judicial Center guidance, and satisfied the requirements of due process, including its "desire to actually inform" requirement.

39.     The Notice Plan as implemented afforded sufficient time to provide full and proper notice to the potential class members.

I declare under penalty of perjury that the foregoing is true and correct.  Executed July 17, 2025.

_____
Cameron R. Azari, Esq.

DECLARATION OF CAMERON R. AZARI REGARDING FINAL MONTHLY STATUS
REPORT AND IMPLEMENTATION AND ADEQUACY OF NOTICE PLAN

Attachment 1

# If you formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011 and have refugee or asylum status in the United States, a class action lawsuit may affect your rights. Please read this Notice carefully.

*A United States Federal Court authorized this notice. You are not being sued.*

This notice is also available in Sudanese Arabic at **www.kashefvbnpp.com**

## NOTICE OF PENDING CLASS ACTION

**What is this class action lawsuit about?**

The French bank BNP Paribas, S.A. ("BNPP SA") and its U.S. affiliate ("BNPP US") (together the "Defendants") are accused of knowingly funding the Government of Sudan's human rights abuses between November 1997 and December 2011. Defendants deny these allegations. The lawsuit is *Kashef v BNP Paribas SA*, 16 Civ. 3228(AKH) in federal court in the Southern District of New York.

**Who is a member of the class action lawsuit?**

If you were granted refugee or asylum status by the U.S. government, and formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011, you are a member of the Class and may be able to seek money compensation for your injuries.

**What happens next?**

Those who wish to be eligible to seek individual damages will have to so indicate by opting in. Promptly after they do so, they will receive a questionnaire, by which they can advise the lawyers and the Court of the necessary details about their claims. One or more trials, or a settlement, may follow.

**Do I need to get a lawyer?**

No. The Court appointed Kathryn Lee Boyd, of Hecht Partners LLP, and Michael Hausfeld, of Hausfeld LLP, to represent Class Members (the "Class Counsel") at the trial. You do not need to get your own attorney, but you may do so if you wish.

**How can I seek money compensation for my injuries as part of the class action?**

**You MUST complete an opt-in form and a questionnaire online by midnight ET on July 1, 2025.**

**Personally identifiable information you provide will be protected and kept confidential by order of the Court, and will be available only to the Special Master, the Court, and internal and external legal counsel for the parties in this lawsuit.**

**Even if you have provided information to Class Counsel in the past, you MUST complete the opt-in form and the questionnaire, to be sent to the Special Master.**

**Instructions for accessing and completing the opt-in form and the questionnaire are available at www.kashefvbnpp.com (Sudanese Arabic available)**



| **IF YOU ARE A MEMBER OF THE CLASS,** **THE FOLLOWING LEGAL RIGHTS AND OPTIONS ARE AVAILABLE TO YOU** | | |
|---|---|---|
| **ASK TO BE EXCLUDED FROM THE CLASS ACTION** | • You will be <u>excluded</u> from the lawsuit. <br> • You will <u>not</u> receive any money, if money is awarded to Class Members. <br> • To bring your own case against the Defendants, you must find a new attorney, or proceed without an attorney. If you want to file your own suit, please be aware that there is a statute of limitations that is as short as two days after you submit your opt-out notice; consult your lawyer quickly. | **To ask to be excluded from this class action, you must complete an opt-out form that is available on the website www.kashefvbnpp.com by midnight ET on July 1, 2025** |
| **YOU MUST TAKE ACTION TO SEEK MONEY COMPENSATION** **FOR YOUR INJURIES AND LOSSES** | | |
| **IF YOU DO NOT ASK TO BE EXCLUDED…** | • You are <u>included</u> in the lawsuit and <u>accept</u> the outcome of the trial. <br> • **IMPORTANT**: You must complete the opt-in form and answer the questionnaire (see below) to seek any money compensation for your injuries. <br><br> **If you do not complete the opt-in form and the questionnaire, you will NOT be able to seek any money compensation for your injuries.** | |
| **SEEK MONEY COMPENSATION FOR YOUR INJURIES** | **IF:** <br> • Between November 4, 1997 and December 31, 2011 <br> • You suffered injuries or lost property <br> • By the Government of Sudan's military, security services, police, or militias, including the Janjaweed <br><br> **THEN:** <br> • You may be able to seek money compensation if you complete the opt-in form and the questionnaire. | **To seek money compensation for your injuries,** <br> **You MUST** <br> **Complete the opt-in form and answer the questionnaire by midnight ET on July 1, 2025. The opt-in form and the questionnaire are available at:** <br> **www.kashefvbnpp.com** <br> (Sudanese Arabic available) <br> **You must do this by midnight ET on July 1, 2025** |
| **IF YOU HAVE ANY QUESTIONS:** | | |

Find more information online at: **www.kashefvbnpp.com** (Sudanese Arabic available)

OR Call Class Counsel

Kathryn Lee Boyd at +1 (332) 334-7771

or

Michael Hausfeld at +1 (771) 333-6786
(Sudanese interpreters available)

Attachment 2

إذا كنت قد عشت سابقًا في السودان أو جنوب السودان في الفترة بين 4 نوفمبر 1997 و31 ديسمبر 2011 وتم قبولك كلاجئ أو منحت حق اللجوء في الولايات المتحدة، فهناك دعوى قضائية جماعية قد تؤثر على حقوقك. يُرجى قراءة هذا الإخطار بعناية.

هذا الإخطار مُصرَّح به من جانب محكمة فدرالية أمريكية. فأنت لا تتم مقاضاتك.

هذا الإخطار متاح أيضًا باللغة العربية باللهجة السودانية على الموقع الإلكتروني www.kashefvbnpp.com

## إخطار بدعوى قضائية جماعية قائمة

### ما الذي تدور حوله هذه الدعوى القضائية الجماعية؟

يُتهم البنك الفرنسي بي إن بي باريبا" إس أيه ("بي إن بي باريبا") وشركته التابعة في الولايات المتحدة ("بي إن بي باريبا يو إس") (يُشار إليهما معًا باسم "المدعى عليهما") بأنهما مولا عن علم انتهاكات حكومة السودان لحقوق الإنسان في الفترة بين نوفمبر 1997 وديسمبر 2011. ينكر المدعى عليهما هذه الادعاءات. والدعوى القضائية هي كاشف ضد بي إن بي باريبا إس أيه ، (16 Civ. 3228(AKH في المحكمة الفدرالية في المقاطعة الجنوبية من نيويورك.

### من يكون عضوا في الدعوى القضائية الجماعية؟

إذا تم قبولك كلاجئ أو منحت حق اللجوء من الحكومة الأمريكية، وكنت تعيش سابقًا في السودان أو جنوب السودان في الفترة بين ٤ نوفمبر 1997 و31 ديسمبر 2011، ضو في مجموعة التقاضي وقد تتمكن من طلب تعويض مالي عن إصاباتك.

### ماذا يحدث بعد ذلك؟

يجب على من يرغبون في أن يكونوا مؤ ن لطلب تعويضات فردية الإشارة إلى ذلك من خلال الانضمام للدعوى القضائية. وبعد القيام بذلك على الفور، سوف يتلقون استيبانًا، يمكنهم من خلاله إخبار المحامين والمحكمة بالتفاصيل اللازمة فيما يتعلق بمطالباتهم. وقد تلي ذلك محاكمة واحدة أو أكثر، أو تسوية.

### هل أحتاج لتوكيل محام؟

لا. عيَّنت المحكمة كاثرين إل بويد، من شركة هيخت بارتنرز إل إل بي للمحاماة، ومايكل هوسفيلد، من شركة هوسفيلد إل إل بي للمحاماة، لتمثيل أعضاء الدعوى القضائية الجماعية ("مستشار الدعوى القضائية الجماعية") في المحاكمة. ومن ثم، لن تحتاج لتوكيل محام خاص، ولكن يمكنك القيام بذلك إذا كانت لديك الرغبة

### كيف يمكنني طلب تعويض مالي عن إصاباتي كجزء من الدعوى القضائية الجماعية؟

يجب عليك إكمال استمارة ا ضمام للدعوى القضائية واستبيان عبر الإنترنت قبل حلول منتصف الليل بالتوقيت الشرقي للولايات المتحدة في 1 يوليو 2025.

ستتم حماية معلومات التعريف الشخصية ا تي تقدمها والحفاظ على سريتها من أمر من المحكمة، ولن تكون متاحة إلا للمشرف القضائي الخاص والمحكمة والمستشار القانوني الداخلي والخارجي للأطراف في هذه الدعوى القضائية.

حتى إذا كنت قد قدمت معلوماتٍ إلى مستشار الدعوى القضائية الجماعية في السابق، يجب عليك إكمال استمارة الانضمام للدعوى القضائية والاستبيان، لإرسالهما إلى المشرف القضائي الخاص.

تتوافر تعليمات الوصول إلى استمارة ا نضمام للدعوى القضائية والاستبيان وإكمالهما على الموقع الإلكتروني www.kashefvbnpp.com (تتوفر اللغة العربية باللهجة السودانية)



| | | |
|---|---|---|
| **إذا كنت عضوًا في الدعوى القضائية الجماعية،** | | |
| **فإن الحقوق والخيارات القانونية التالية تكون متاحة لك** | | |
| لطلب استبعادك من هذه الدعوى القضائية الجماعية، يجب عليك إكمال استمارة الانسحاب المتاحة على الموقع الإلكتروني www.kashefvbnpp.com قبل حلول منتصف الليل بالتوقيت الشرقي للولايات المتحدة في 1 يوليو 2025 | • سيتم استبعادك من الدعوى ا ضائية.<br>• ولن تحصل على أية أموال، إذا تم الحكم بأموال   عضاء الدعوى القضائية الجماعية.<br>• ولرفع دعواك   ة بنفسك ضد المدعى عليهم، يجب عليك العثور على محام جديد، أو مباشرة الأمر دون محام. إذا كنت ترغب في رفع دعواك بنفسك، فيُرجى العلم بأن هناك   نوًا للتقادم مدته قصيرة لا تتجاوز يومين بعد تقديم إشعار الانسحاب؛ لذا استشر محاميك على وجه السرعة. | **طلب الاستبعاد من الدعوى القضائية الجماعية** |
| **ويجب أن تتخذ إجراءً لطلب تعويض مالي** | | |
| **عن إصاباتك وخسائرك** | | |
| | • نت مُدرج في الدعوى القضائية وتقبل نتيجة المحاكمة.<br>• **ملحوظة مهمة:** يجب عليك إكمال استمارة الانضمام للدعوى القضائية والإجابة على الاستبيان (انظر أدناه) لطلب أي تعويض مالي عن إصاباتك.<br>إذا لم تكمل استمارة الانضمام للدعوى القضائية والاستبيان، فلن تتمكن من طلب أي تعويض مالي عن إصاباتك. | **إذا لم تطلب استبعادك...** |
| لطلب تعويض مالي عن إصاباتك، يجب عليك<br><br>إكمال استمارة الانضمام للدعوى القضائية والإجابة عن الاستبيان قبل حلول منتصف الليل بالتوقيت الشرقي للولايات المتحدة في 1 يوليو 2025. تتوافر استمارة الانضمام للدعوى القضائية والاستبيان على الموقع الإلكتروني:<br><br>**www.kashefvbnpp.com**<br>(اللغة العربية باللهجة السودانية متاحة)<br><br>يجب عليك ا  يام بذلك قبل حلول منتصف الليل بالتوقيت الشرقي للولايات المتحدة في 1 يوليو 2025 | **إذا:**<br>• في الفترة بين 4 نوفمبر 1997 و31 ديسمبر 2011<br>• عرّضت لإصابات أو فقدان الممتلكات<br>• على يد الجيش أو الأجهزة الأمنية أو الشرطة أو الميليشيات التابعة لحكومة السودان، بما في ذلك الجنجويد.<br><br>**فعندئذٍ:**<br>• قد تتمكن من طلب تعويض مالي إذا أكملت استمارة الانضمام للدعوى القضائية والاستبيان. | **طلب تعويض مالي عن إصاباتك** |
| **إذا كانت لديك أية أسئلة:** | | |

يمكنك العثور على المزيد من المعلومات عبر الإنترنت على الموقع الإلكتروني: **www.kashefvbnpp.com** (تتوفر اللغة العربية باللهجة السودانية) أو الاتصال بمستشار الدعوى القضائية الجماعية

كاثرين لي بويد على 7771-334 (332) 1+ أو

مايكل هوسفيلد على 6786-333 (771) 1+ (يوجد مترجمون فوريون سودانيون)

Attachment 3

U.S. Case re Sudan دعوى قضائية في الولايات المتحدة بخصوص السودان

**From** Kashef v BNPP Notice Administrator <kashefvbnpp@e.epiqnotification.com>

**To** ████████████████████████████████████

Click here to view this message in a browser window.

# If you formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011 and have refugee or asylum status in the United States, a class action lawsuit may affect your rights. Please read this Notice carefully.

*A United States Federal Court authorized this notice. You are not being sued.*

This notice is also available in Sudanese Arabic at www.kashefvbnpp.com

**What is this class action lawsuit about?** The French bank BNP Paribas, S.A. ("BNPP SA") and its U.S. affiliate ("BNPP US") (together the "Defendants") are accused of knowingly funding the Government of Sudan's human rights abuses between November 1997 and December 2011. Defendants deny these allegations. The lawsuit is *Kashef v BNP Paribas SA*, 16 Civ. 3228(AKH) in federal court in the Southern District of New York.

**Who is a member of the class action lawsuit?** If you were granted refugee or asylum status by the U.S. government, and formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011, you are a member of the Class and may be able to seek money compensation for your injuries.

**What happens next?** Those who wish to be eligible to seek individual damages will have to so indicate by opting in. Promptly after they do so, they will receive a questionnaire, by which they can advise the lawyers and the Court of the necessary details about their claims. One or more trials, or a settlement, may follow.

**Do I need to get a lawyer?** No. The Court appointed Kathryn Lee Boyd, of Hecht Partners LLP, and Michael Hausfeld, of Hausfeld LLP, to represent Class Members (the "Class Counsel") at the trial. You do not need to get your own attorney, but you may do so if you wish.

**How can I seek money compensation for my injuries as part of the class action?**

**You MUST complete an opt-in form and a questionnaire online by midnight ET on July 1, 2025.** Personally identifiable information you provide will be protected and kept confidential by order of the Court, and will be available only to the Special Master, the Court, and internal and external legal counsel for the parties in this lawsuit.

Even if you have provided information to Class Counsel in the past, you MUST complete the opt-in form and the questionnaire, to be sent to the Special Master.

Instructions for accessing and completing the opt-in form and the questionnaire are available at www.kashefvbnpp.com (Sudanese Arabic available).

\*\*\*

**If you are a member of the Class, the following legal rights and options are available to you:**

**SEEK MONEY COMPENSATION FOR YOUR INJURIES. You must take action to seek money compensation for your injuries and losses.** If between November 4, 1997 and December 31, 2011 you suffered injuries or lost property by the Government of Sudan's military, security services, police, or militias, including the Janjaweed, then you may be able to seek money compensation if you complete the opt-in form and the questionnaire. The opt-in form and the questionnaire are available at: www.kashefvbnpp.com (Sudanese Arabic available). You must do this by **midnight ET on July 1, 2025**.

**OR**

**ASK TO BE EXCLUDED FROM THE CLASS ACTION.** If you ask to be excluded from the Class Action, you will be excluded from the lawsuit, and you will not receive any money, if money is awarded to Class Members. To bring your own case against the Defendants, you must find a new attorney, or proceed without an attorney. If you want to file your own suit, please be aware that there is a statute of limitations that is as short as two days after you submit your opt-out notice; consult your lawyer quickly. To ask to be excluded from this class action, you must complete an opt-out form that is available on the website www.kashefvbnpp.com by **midnight ET on July 1, 2025**.

**OR**

**DO NOTHING. If you do not ask to be excluded,** you are included in the lawsuit and accept the outcome of the trial. **IMPORTANT:** you must complete the opt-in form and answer the questionnaire to seek any money compensation for your injuries. **If you do not complete the opt-in form and the questionnaire, you will NOT be able to seek any money compensation for your injuries.**

\*\*\*

If you have any questions, find more information online at: www.kashefvbnpp.com (Sudanese Arabic available) or Call Class Counsel Kathryn Lee Boyd at +1 (332) 334-7771 or Michael Hausfeld at +1 (771) 333-6786 (Sudanese interpreters available).

**إذا كنت قد عشت سابقًا في السودان أو جنوب السودان في الفترة بين 4 نوفمبر 1997 و31 ديسمبر 2011 وتم قبولك كلاجئ أو مُنحت حق اللجوء في الولايات المتحدة، فهناك دعوى قضائية جماعية قد تؤثر على حقوقك. يُرجى قراءة هذا الإخطار بعناية.**

هذا الإخطار مُصرَّح به من جانب محكمة فدرالية أمريكية وأنت لا يَتِم مقاضاتك.

هذا الإخطار متاح أيضًا باللغة العربية باللهجة السودانية على الموقع الإلكتروني www.kashefvbnpp.com

**ما الذي تدور حوله هذه الدعوى القضائية الجماعية؟** يُتهم البنك الفرنسي بي إن بي باريبا إس أيه ("بي إن بي باريبا") وشركته التابعة في الولايات المتحدة ("بي إن بي باريبا يو إس") (يُشار إليهما معًا باسم "المدعى عليهما") بأنهما مولا عن علم انتهاكات حكومة السودان لحقوق الإنسان في الفترة بين نوفمبر 1997 وديسمبر 2011. ينكر المدعى عليهما هذه الادعاءات. والدعوى القضائية هي كاشف ضد بي إن بي باريبا إس أيه،
16 Civ. 3228(AKH)
في المحكمة الفدرالية في المقاطعة الجبية بنيويورك.

**من يكون عضوًا في الدعوى القضائية الجماعية؟** إذا تم قبولك كلاجئٍ أو منحت حق اللجوء الأمريكية، وكنت تعيش سابقًا في السودان أو جنوب السودان في الفترة بين 4 نوفمبر 1997 و 31 ديسمبر 2011، فأنت عضو في مجموعة التقاضي وقد تتمكن من طلب تعويض مالي عن إصاباتك.

**ماذا يحدث بعد ذلك؟** يجب على من يرغبون في أن يكونوا مؤهلين للمطالبة بتعويضات فردية أن يظهروا ذلك من خلال الانضمام للدعوى القضائية. وبعد القيام بذلك على الفور، سوف يتلقون استئنافًا يمكنهم من خلاله إخبار المحامين والمحكمة بالتفاصيل اللازمة فيما يتعلق بمطالباتهم. وقد يلي ذلك محاكمة واحدة أو أكثر، أو تسوية.

**هل أحتاج لتوكيل محام؟** لا. عيّنت المحكمة كاثرين لي بويد، من شركة هيكث بارتنرز إل إل بي للمحاماة، ومايكل هوسفيلد، من شركة هوسفيلد إل إل بي للمحاماة، لتمثيل أعضاء الدعوى القضائية الجماعية ("مستشار الدعوى القضائية الجماعية") في المحاكمة. ومن ثم، لا تحتاج لتوكيل محام خاص، ولكن يمكنك القيام بذلك إذا كانت لديك الرغبة.

**كيف يمكنني طلب تعويض مالي عن إصاباتي كجزء من الدعوى القضائية الجماعية؟**

**يجب عليك إكمال استمارة انضمام للدعوى القضائية واستبيان عبر الإنترنت قبل حلول منتصف الليل بالتوقيت الشرقي للولايات المتحدة في 1 يوليو 2025.** ستتم حماية معلومات التعريف الشخصية التي تقدمها والحفاظ على سريتها بأمر من المحكمة، ولن تكون متاحة إلا للمشرف القضائي الخاص والمحكمة والمستشار القانوني الداخلي والخارجي للأطراف في هذه الدعوى القضائية.

حتى إذا كنت قد قدمت معلوماتٍ إلى مستشار الدعوى القضائية الجماعية في السابق، يجب عليك إكمال استمارة الانضمام للدعوى القضائية والاستبيان، لإرسالهما إلى المشرف القضائي الخاص.

تتوافر تعليمات الوصول إلى استمارة الانضمام للدعوى القضائية والاستبيان وإكمالهما على الموقع الإلكتروني [www.kashefvbnpp.com](www.kashefvbnpp.com) (اللغة العربية باللهجة السودانية متاحة).

***

**إذا كنت عضوًا في الدعوى القضائية الجماعية، فإن الحقوق والخيارات القانونية التالية تكون متاحة لك:**

**طلب تعويض مالي عن إصاباتك.** ويجب أن تتخذ إجراء للمطالبة بتعويض مالي عن إصاباتك وخسائرك. إذا كنت قد تعرّضت في الفترة بين 4 نوفمبر 1997 و 31 ديسمبر 2011 لإصابات أو فقدت ممتلكات على يد الجيش أو الأجهزة الأمنية أو الشرطة أو الميليشيات التابعة لحكومة السودان، بما في ذلك الجنجويد، فقد تتمكن من طلب تعويض مالي إذا أكملت استمارة الانضمام للدعوى القضائية والاستبيان. توجد استمارة الانضمام للدعوى القضائية والاستبيان على الموقع الإلكتروني [www.kashefvbnpp.com](www.kashefvbnpp.com) (اللغة العربية باللهجة السودانية متاحة).يجب عليك القيام بذلك قبل حلول **منتصف الليل بالتوقيت الشرقي للولايات المتحدة في 1 يوليو 2025.**

أو

**طلب الاستبعاد من الدعوى القضائية الجماعية.** إذا طلبت استبعادك من الدعوى القضائية الجماعية، فسيتم استبعادك من الدعوى، ولن تحصل على أية أموال إذا تم الحكم بأموال لأعضاء الدعوى القضائية الجماعية. ولرفع دعواك القضائية ضد المدعى عليهما بنفسك، يجب عليك العثور على محام جديد، أو مباشرة الأمر دون محام. إذا كنت ترغب في رفع دعواك بنفسك، فيُرجى العلم بأن هناك قانونًا للتقادم مدته قصيرة لا تتجاوز يومين بعد تقديم إشعار الانسحاب؛ لذا استشر محاميك على وجه السرعة. لطلب استبعادك من هذه الدعوى القضائية الجماعية، يجب عليك إكمال استمارة الانسحاب المتاحة على الموقع الإلكتروني [www.kashefvbnpp.com](www.kashefvbnpp.com) قبل حلول **منتصف الليل بالتوقيت الشرقي للولايات المتحدة في 1 يوليو 2025.**

أو

**عدم فعل أي شيء.** إذا لم تطلب استبعادك، فأنت مدرج في الدعوى القضائية وتقبل نتيجة المحاكمة. **ملحوظة مهمة: يجب عليك إكمال استمارة الانضمام للدعوى القضائية والإجابة على الاستبيان لطلب أي تعويض مالي عن إصاباتك. إذا لم تكمل استمارة الانضمام للدعوى القضائية والاستبيان، فلن تتمكن من طلب أي تعويض مالي عن إصاباتك.**

***

إذا كانت لديك أية أسئلة، يمكنك العثور على المزيد من المعلومات عبر الإنترنت على الموقع الإلكتروني: [www.kashefvbnpp.com](www.kashefvbnpp.com) (اللغة العربية باللهجة السودانية متاحة) أو الاتصال بمستشار الدعوى القضائية الجماعية كاثرين لي بويد على الرقم
1+ (332) 334-7771.

أو مايكل هوسفيلد على الرقم
+1 (771) 333-6786
(يتوافر مترجمون فوريون سوداون).

Copyright © 2025 Kashef v BNPP Notice Administrator
Our address is PO Box 2480, Portland, OR 97208-2480

If you do not wish to receive future email, click here.
(You can also send your request to **Customer Care** at the street address above.)

AK906 v.09

Attachment 4

A U.S. case for Refugees living in Sudan/S. Sudan, 1997-2011, may allow money recovery or you may seek your own. Go to www.kashefvbnpp.com. STOP to end.

دعوى قضائية في أمريكا للاجئين الذين كانوا يعيشون في السودان/جنوب السودان، في الفترة 1997-2011، قد تسمح لهم بتعويضات مالية أو يمكنك المطالبة بتعويضات بنفسك. زر www.kashefvbnpp.com. ارسل STOP للإنهاء.

Text message

Attachment 5

The Weather Channel

Search City or Zip Code

US | °F ▼    GO PREMIUM    ☰ SIGN UP

☁ 20° Omaha, NE

My Dashboard NEW | Today | Hourly | 10 Day | Weekend | Monthly | Radar | ▶ Oddities | More Forecasts ▼



USAA CLASSIC CHECKING

apply and open your first*

LEARN MORE

*Limitations apply. Go to "Learn More" for details.
Deposit products offered by USAA Federal Savings Bank, Member FDIC. © 2025 USAA.

**Omaha, NE** As of 7:46 am CST

# 20°

**Cloudy**
Day 29° • Night 20°

⊙ Watch: Could You Have Brain Pollution?

## Today's Forecast for Omaha, NE

| | | | |
|---|---|---|---|
| Morning | **23°** | ☁ | 6% |
| Afternoon | **28°** | ☁ | 24% |
| Evening | **27°** | 🌙 | 8% |
| Overnight | **23°** | 🌙 | 5% |

Next 48 Hours

Advertisement



A U.S. case for Refugees living in Sudan/S. Sudan, 1997-2011, may allow money recovery or you may seek your own.

Go to www.kashefvbnpp.com.




## When Visibility Drops



Advertisement



موقع النيلين
www.alnilin.com

الرئيسية | الأخبار | المقالات | صحف سودانية | الفيديو | زواج | وظائف | الطب البديل | أي سؤال | العقارات | المنتديات | اتصل بنا


Checkout


Checkout


Checkout


Checkout


Checkout


Checkout


Checkout

Dejaun Jewelers



2025/02/05
ويبقى جيش مصرا

2025/02/04
خبر سار: سلامة ملفات ومستندات المواطنين بمصلحة الأراضي بولاية الجزيرة



2025/02/05
وزير الطاقة والنفط ومدير شرطة ولاية الخرطوم يتفقدان مصفاة الخرطوم للبترول

تفقد د /محي الدين النعيم وزير الطاقة والنفط المكلف مصفاة الخرطوم للبترول للوقوف على آثار الخراب والدمار الممنهج على يد...


في قضايانا المتحدة للاجئين الذين كانوا يعيشون في السودان/جنوب السودان، في الفترة 1997-2011. قد تسمح لهم بتعويضات مالية أو يمكنك المطالبة بها بنفسك.
www.kashefvbnpp.com
تفضل بزيارة

مدارات

2025/02/04
شاهد بالفيديو.. "صول" بالقوات المسلحة يسلم إبنه المتعاون مع الدعم السريع لاستخبارات الجيش ويؤكد: (أرحب بقتله إذا أثبت التحريات ذلك)


2025/02/04
فيديو مؤثر.. شاهد لحظة عودة أحد أبطال الجيش لحضن والدته والجمهور: (البطن الجابتك والله ما بتندم وخرفنا الدموع أكثر منهم)


2025/02/04
شاهد بالفيديو.. قائد درع الشمال "كيكل" يظهر بأحد شوارع حي الدقي بالقاهرة



تداول رواد مواقع التواصل الاجتماعي بالسودان، مقطع فيديو تم تناقله على نطاق واسع عبر السوشيال ميديا، وبحسب ما شاهد محرر موقع النيلين، فإن المقطع تم تصويره بالعاصمة المصرية القاهرة، وتحديداً من حي "الدقي" الذي يقع...

2025/02/04
شاهد بالفيديو.. خلال حفل سوداني بالقاهرة.. فتاة مغربية حسناء تدخل في وصلة رقص



A U.S. case for Refugees living in Sudan 7/S. Sudan, 1987-2011, may allow money recovery or you may seek your own. Go to www.kashefvbnpp.com.

Arabic

   



DABANGA
راديو | تلفزيون | اونلاين
Radio | TV | Online

أخبار مستقلة من قلب السودان
Independent news from the heart of **Sudan**


أضغط للإستماع للراديو
Click to listen to the Radio


أضغط لمشاهدة التلفزيون
Click to watch the TV

Home | News ⌄ | Politics | Issues ⌄ | Opinion Dashboard | Broadcasts ⌄ | Sports ⌄ | in Dabra ⌄

🔍

● FLASH STORY  ts 'staggering malnutrition data' from across Sudan, UNICEF warns of the implications for the future    Sudan war: Outrage as South Kordofan shelling leaves a

## Main Story



### Sudan army advances in northern El Gezira, approaches Khartoum
🕐 05/02/2025 12:24

## Headlines



**SPLM-N El Hilu accuses Sudan army of shelling South Kordofan capital**
🕐 05/02/2025 14:15

**MSF reports 'staggering malnutrition data' from across Sudan, UNICEF warns of the implications for the future**
🕐 04/02/2025 10:51  AMSTERDAM

## News

∧ ∨


**UN S-G condemns summary executions of civilians in Khartoum Bahri**


**MSF reports 'staggering malnutrition data' from across Sudan, UNICEF warns of the implications for the future**


**Sudan war: Outrage as South Kordofan shelling leaves at least 44 civilians dead**

## News Headlines


**SPLM-N El Hilu accuses Sudan army of shelling South Kordofan capital**
🕐 05/02/2025 14:15


**Sudan army advances in northern El Gezira, approaches Khartoum**
🕐 05/02/2025 12:24


**UN S-G condemns summary executions of civilians in Khartoum Bahri**
🕐 04/02/2025 12:00


**MSF reports 'staggering malnutrition data' from across Sudan, UNICEF warns of the implications for the future**
🕐 04/02/2025 10:51


**Sudan war: Outrage as South Kordofan shelling leaves at least 44 civilians dead**
🕐 03/02/2025 18:02

     

إعلان

دعوى قضائية في الولايات المتحدة للاجئين الذين كانوا يعيشون في السودان/جنوب السودان، في الفترة 1997-2011، قد تسمح لهم بتعويضات مالية أو يمكنك المطالبة بها بنفسك. تفضّل بزيارة www.kashefvbnpp.com





تسجيل   البث الحي   المزيد   فيديو   ثقافة   اقتصاد   سفر   مقالات   رياضة   أبعاد   أفريقيا   الآن   أخبار

عربي › السودان

# أخبار السودان

الجيش السوداني يواصل تقدمه بالخرطوم ودعوة أفريقية لوقف القتال

يواصل الجيش السوداني تقدمه الميداني في مواقع كانت تحت سيطرة قوات الدعم السريع، بالتوازي مع دعوة مفوض السلم والأمن الأفريقي بانكولي أديولي إلى وقف إراقة الدماء في السودان.

17/2/2025

البرهان: الشعب السوداني لن تُفرض عليه حكومة من أي جهة

قال رئيس المجلس الانتقالي السوداني عبد الفتاح البرهان -اليوم الاثنين- إنهم مصممون مع الشعب السوداني على دحر التمرد، مضيفا أن كل الشعب يقاتل خلف القوات المسلحة.

17/2/2025



الجيش السوداني يسيطر على أجزاء واسعة من حي كافوري بالخرطوم بحري

أعلن الجيش السوداني سيطرته على أجزاء واسعة من حي كافوري في منطقة الخرطوم بحري.

▶ 01:59

17/2/2025

الجيش يتقدم بالخرطوم وقوات الدعم السريع تهاجم أهالي النيل الأبيض

أعلن الجيش السوداني استعادة السيطرة على مناطق عدة في العاصمة الخرطوم. في حين أكدت مصادر محلية للجزيرة مقتل 27 شخصا وإصابة العشرات في هجوم لقوات الدعم السريع على بلدات بولاية النيل الأبيض.

17/2/2025

إعلان

10:24

# Sudan Radio Music & ...

Copyright of this Playlist is held by AMSApps. We do not grant any distribution rights to other publishers. All rights reserv This playlist or any portion th may not be reproduced or us any manner whatsoever wit the express written permissi the publisher AMSApps. If yo this message in Apps no published by AMSApps, ple contact us at apps@androidapps.worl

Sleep timer

A U.S. case for Refugees living in Sudan/S. Sudan, 1997-2011, may allow money recovery or you may seek your own. Go to www.kashefvbnpp.com.



الاتحاد السوداني لكرة القدم يطرد مدربًا من الملاعب إلى الأبد

 اخبار سودافاكس

0 min. ago

دعوى قضائية في الولايات المتحدة للاجئين الذين كانوا يعيشون في السودان/جنوب السودان، في الفترة 1997-2011، قد تسمح لهم بتعويضات مالية أو يمكنك المطالبة بها بنفسك. تفضّل بزيارة www.kashefvbnpp.com





Legal Notice
Sponsored

A U.S. case for Refugees living in Sudan/S. Sudan, 1997-2011, may allow money recovery or you may seek your own.



KASHEFVBNPP.COM
U.S. Lawsuit re Sudan
Learn more

Like    Comment    Share

Sponsored

Zipper Boots - Multicolor
lethato.com




Search Facebook

Friends
Memories
Saved
Groups
Video
Marketplace
Feeds
See more

**Legal Notice**
Sponsored · 🌐

دعوى قضائية في الولايات المتحدة للاجئين الذين كانوا يعيشون في السودان/جنوب السودان، في الفترة 1997-2011، قد تسمح لهم بتعويضات مالية أو يمكنك المطالبة بها بنفسك.



KASHEFVBNPP.COM
دعوى قضائية في الولايات المتحدة بخصوص السودان

Learn more

👍 Like          💬 Comment          ↪ Share



Search Facebook

 Friends

 Memories

 Saved

 Groups

 Video

 Marketplace

 Feeds

See more



Sponsored

U.S. Lawsuit re Sudan
kashefvbnpp.com



Sponsored



دعوى قضائية في الولايات
المتحدة بخصوص السودان

kashefvbnpp.com

*Instagram*

legal.notice
Sponsored



Learn more                                          ›

legal.notice A U.S. case for Refugees living in Sudan/S. Sudan, 1997-2011, may allow money recovery or you may seek your own.

*Instagram*



legal.notice
Sponsored

· · ·

Learn more ›






legal.notice دعوى قضائية في الولايات المتحدة للاجئين الذين كانوا يعيشون في السودان/جنوب السودان، في الفترة 1997-2011، قد تسمح لهم بتعويضات مالية أو يمكنك المطالبة بها بنفسك.



A U.S. case for Refugees living in Sudan/S. Sudan, 1997-2011, may allow money recovery or you may seek your own.



www.kashefvbnpp.com
U.S. Lawsuit re Sudan

Promoted

**Legal Notice** 🟡 @legal_notice

دعوى قضائية في الولايات المتحدة للاجئين
الذين كانوا يعيشون في السودان/جنوب
السودان، في الفترة 1997-2011، قد تسمح لهم
بتعويضات مالية أو يمكنك المطالبة بها
بنفسك.



www.kashefvbnpp.com

دعوى قضائية  في الولايات المتحدة
بخصوص السودان

 Promoted

A U.S. case for Refugees living in Sudan/S. Sudan, 1997-2011, may allow money recovery or you may seek your own.



kashefvbnpp.com

**Learn More**

⬆ Vote ⬇       💬 0       ↪ Share

دعوى قضائية في الولايات المتحدة للاجئين الذين
كانوا يعيشون في السودان/جنوب السودان، في
الفترة 2011-1997، قد تسمح لهم بتعويضات مالية أو
يمكنك المطالبة بها بنفسك.



kashefvbnpp.com                    Learn More

 Vote          0         Share









تنبيه:إذاكنت قد عشت في السودان أو جنوب السودان في الفترة بين 4 نوفمبر 1997 و 31 ديسمبر 2011 وتم قبولك كلاجئ أو حصلت على حق اللجوء في الولايات المتحدة، فإن *هناك* دعوى قضائية في الولايات المتحدة قد تسمح لك بتعويضاتٍ مالية أو يجوز لك المطالبة بتعويضات بنفسك.

Sponsored ⓘ    kashefvbnpp.com

Skip ▶|



Attachment 6

# *Kashef v BNP*
## Sponsored Search Keyword List

Sudan Lawsuit
Sudan Class Action
Sudan Class Action Lawsuit
Sudan Litigation
South Sudan Lawsuit
South Sudan Class Action
South Sudan Class Action Lawsuit
South Sudan Litigation
Refugee Lawsuit
Refugee Class Action
Refugee Class Action Lawsuit
Refugee Litigation
Sudan Refugee Lawsuit
Sudan Refugee Class Action
Sudan Refugee Class Action Lawsuit
Sudan Refugee Litigation
South Sudan Refugee Lawsuit
South Sudan Refuge Class Action
South Sudan Refuge Class Action Lawsuit
South Sudan Refuge Litigation
Refugee Money Recovery
Sudan Refugee Money Recovery
South Sudan Refugee Money Recovery
Refugee Money Compensation
Sudan Refugee Money Compensation
South Sudan Refugee Money Compensation
Refugee Injury Compensation
Sudan Refugee Injury Compensation
South Sudan Refugee Injury Compensation

Attachment 7



Sudan Refugee Litigation

All    News    Images    Videos    Maps    Forums    Shopping    ⋮ More

Tools

Sponsored

 www.kashefvbnpp.com/

**U.S. Lawsuit re Sudan - US Lawsuit re Sudan**

A U.S. case for Refugees living in Sudan/S. Sudan, 1997-2011, may allow money recovery. or you may seek your own. Go to www.kashefvbnpp.com.

 PR Newswire
https://www.prnewswire.com › news-releases › if-you-fo...    ⋮

**If you formerly lived in Sudan or South Sudan between ...**

14 hours ago — Who is a member of the class action **lawsuit**? If you were granted **refugee** or **asylum** status by the U.S. government, and formerly lived in **Sudan** ...
Missing: ~~Litigation~~ | Show results with: **Litigation**

 Hecht Partners LLP
https://www.hechtpartners.com › news-blog › hausfeld-a...    ⋮

**BNP Paribas must face Sudanese refugees' lawsuit over ...**

Feb 17, 2024 — BNP Paribas will have to defend itself against a U.S. **lawsuit** claiming the bank facilitated human rights abuses in the **Sudan**, ...

 Hausfeld
https://www.hausfeld.com › what-we-do › current-claims    ⋮

**Class action against the chief financier of the Darfur ...**

In May 2016, **Sudanese refugees** living in the United States filed suit against BNPP, alleging that the bank was negligent in laundering billions for **Sudan**, ...

 HIAS
https://hias.org › news › israeli-court-grants-sudanese-as...    ⋮

**Israeli Court Grants Sudanese Asylum Seekers Temporary ...**

Jan 23, 2024 — A district court ruled on Monday that Israel's Ministry of Interior must grant temporary residency to approximately 1,000 **asylum** seekers ...
Missing: ~~Litigation~~ | Show results with: **Litigation**



Sudan Refugee Lawsuit

All    Images    Videos    News    ··· More                              Anytime ∨

Ad related to: Sudan Refugee Lawsuit

www.kashefvbnpp.com
**U.S. Lawsuit re Sudan - US Lawsuit re Sudan**
A U.S. case for Refugees living in Sudan/S. Sudan, 1997-2011, may allow money recovery or you
may seek your own. Go to www.kashefvbnpp.com.

www.theglobeandmail.com · canada · article-crown
**Crown wants closed-door hearings in lawsuit of Canadian who ...**
Aug 22, 2024 · Mr. Abdelrazik, 62, arrived in Canada as a **refugee** in 1990. He became a Canadian
citizen five years later. He was arrested during a 2003 visit to **Sudan** to see family.

en.wikipedia.org · wiki · Sudanese_refugee_crisis
**Sudanese refugee crisis (2023–present) - Wikipedia**
An ongoing **refugee** crisis began in Africa in mid-April 2023 after the outbreak of the **Sudanese**
civil war.By June 2024, around 2.1 million people have fled the country, while around 12 million [4]...

casetext.com · case · kashef-v-bnp-paribas-sa-4
**Kashef v. BNP Paribas SA, 16-cv-3228 (AJN) - Casetext**
Feb 16, 2021 · To be sure, Defendants correctly point out that the causal chain between BNPP
conducting transactions for **Sudan** and the acts of murder, rape, assault, battery, displacement...

deadline.com · 2015 · 02
**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN D...**
Defendants used the life stories of fifty-four **Sudanese refugees** of genocide to produce the
recently released film The Good Lie. The Good Lie is an A-list production by Academy Award...

data.unhcr.org · en · documents
**UNHCR Sudan - Overview of Refugees and IDPs in Sudan ...**
UNHCR **Sudan** - Overview of **Refugees** and IDPs in **Sudan** Dashboard as of 30 September 2024
Download (PDF, 2.57 MB) The Operational Data Portal (ODP) enables UNHCR's institutional...

www.reuters.com · article · world
**BNP Paribas to face revived lawsuit over Sudanese genocide: U ...**
May 22, 2019 · A U.S. appeals court on Wednesday revived a **lawsuit** against BNP Paribas SA by
alleged victims of a genocidal regime in **Sudan**, who sought to hold the French bank liable for...

apnews.com · article · sudan-war-famine-crisis
**Sudan's war is 'deepening and widening' a famine crisis ...**
Dec 24, 2024 · **Sudan**'s 20-month war has killed more than than 24,000 people and driven over 14
million people — about 30% of the population — from their homes, according to the United...

**Microsoft Bing**    Sudan Refugee Lawsuit

Deep search

SEARCH    COPILOT    VIDEOS    IMAGES    MAPS    NEWS    SHOPPING    ⋮ MORE    TOOLS

About 124,000 results

kashefvbnpp.com
https://www.kashefvbnpp.com ▾

## U.S. Lawsuit re Sudan | US Lawsuit re Sudan

Sponsored A U.S. case for Refugees living in Sudan/S. Sudan, 1997-2011, may allow money recovery or you may seek your own. Go to www.kashefvbnpp.com.

A **class action lawsuit** is affecting the rights of Sudanese refugees in the United States who lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011 [1] [3] [5]. The lawsuit seeks compensation for these refugees, who were victims of their own government's atrocities, funded and sustained by BNP Paribas's sanctions-evasion scheme [4].

Learn more:



| [1] If you formerly lived in Sudan or South Suda... | [2] BNP Paribas must face lawsuit over Sudanes... | [3] If you formerly lived in Sudan or South Suda... |
| morningstar.com | reuters.com | themalaysianreserv... |

Feedback

Morningstar
https://www.morningstar.com › news › pr-newswire › ...

## If you formerly lived in Sudan or South Sudan between

14 hours ago · If you formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011 and have refugee or asylum status in the United States, a class action ...

Reuters
https://www.reuters.com › legal › bnp-pari...

## BNP Paribas must face lawsuit over Sudanese ...

Apr 18, 2024 · BNP Paribas was ordered by a U.S. judge on Thursday to face a lawsuit accusing the French bank of helping Sudan's government commit genocide between 1997 and 2011 by providing banking services...



## Videos of Sudan Refugee Lawsuit

bing.com › videos



UN fears mass exodus of refugees from **Sudan** amid

Attachment 8

# If you formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011 and have refugee or asylum status in the United States, a class action lawsuit may affect your rights

---

NEWS PROVIDED BY
**United States District Court for the Southern District of New York →**
Feb 04, 2025, 19:00 ET

---

NEW YORK, Feb. 4, 2025 /PRNewswire/ -- **What is this class action lawsuit about?**
The French bank BNP Paribas, S.A. ("BNPP SA") and its U.S. affiliate ("BNPP US") (together the "Defendants") are accused of knowingly funding the Government of Sudan's human rights abuses between November 1997 and December 2011. Defendants deny these allegations. The lawsuit is *Kashef v BNP Paribas SA*, 16 Civ. 3228(AKH) in federal court in the Southern District of New York.

**Who is a member of the class action lawsuit?** If you were granted refugee or asylum status by the U.S. government, and formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011, you are a member of the Class and may be able to seek money compensation for your injuries.

**What happens next?** Those who wish to be eligible to seek individual damages will have to so indicate by opting in. Promptly after they do so, they will receive a questionnaire, by which they can advise the lawyers and the Court of the necessary details about their claims. One or more trials, or a settlement, may follow.

**Do I need to get a lawyer?** No. The Court appointed Kathryn Lee Boyd, of Hecht Partners LLP, and Michael Hausfeld, of Hausfeld LLP, to represent Class Members (the "Class Counsel") at the trial. You do not need to get your own attorney, but you may do so if you wish.

**How can I seek money compensation for my injuries as part of the class action?**

**You MUST complete an opt-in form and a questionnaire online by midnight ET on July 1, 2025.** Personally identifiable information you provide will be protected and kept confidential by order of the Court, and will be available only to the Special Master, the Court, and internal and external legal counsel for the parties in this lawsuit.

Even if you have provided information to Class Counsel in the past, you MUST complete the opt-in form and the questionnaire, to be sent to the Special Master.

Instructions for accessing and completing the opt-in form and the questionnaire are available at **www.kashefvbnpp.com** (Sudanese Arabic available).

\*\*\*

**If you are a member of the Class, the following legal rights and options are available to you:**

**SEEK MONEY COMPENSATION FOR YOUR INJURIES. You must take action to seek money compensation for your injuries and losses.** If between November 4, 1997 and December 31, 2011 you suffered injuries or lost property by the Government of Sudan's military, security services, police, or militias, including the Janjaweed, then you may be able to seek money compensation if you complete the opt-in form and the questionnaire. The opt-in form and the questionnaire are available at: **www.kashefvbnpp.com** (Sudanese Arabic available). You must do this by **midnight ET on July 1, 2025.**

**OR**

**ASK TO BE EXCLUDED FROM THE CLASS ACTION.** If you ask to be excluded from the Class Action, you will be excluded from the lawsuit, and you will not receive any money, if money is awarded to Class Members. To bring your own case against the Defendants, you must find a new attorney, or proceed

without an attorney. If you want to file your own suit, please be aware that there is a statute of limitations that is as short as two days after you submit your opt-out notice; consult your lawyer quickly. To ask to be excluded from this class action, you must complete an opt-out form that is available on the website **www.kashefvbnpp.com** by **midnight ET on July 1, 2025.**

**OR**

**DO NOTHING. If you do not ask to be excluded,** you are included in the lawsuit and accept the outcome of the trial. **IMPORTANT:** you must complete the opt-in form and answer the questionnaire to seek any money compensation for your injuries. **If you do not complete the opt-in form and the questionnaire, you will NOT be able to seek any money compensation for your injuries.**

\*\*\*

If you have any questions, find more information online at: **www.kashefvbnpp.com** (Sudanese Arabic available) or Call Class Counsel Kathryn Lee Boyd at +1 (332) 334-7771 or Michael Hausfeld at +1 (771) 333-6786 (Sudanese interpreters available).

SOURCE United States District Court for the Southern District of New York

WANT YOUR COMPANY'S NEWS

**FEATURED ON PRNEWSWIRE.COM?**

**GET STARTED**

| 440k+ | 9k+ | 270k+ |
|---|---|---|
| Newsrooms & Influencers | Digital Media Outlets | Journalists Opted In |

# Attachment 9

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

# If you formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011 and have refugee or asylum status in the United States, a class action lawsuit may affect your rights

*A **United States Federal C**ourt authorized this notice.  This is not a solicitation.*

- The lawsuit claims that the French bank BNP Paribas, S.A. **("BNPP SA")** and its U.S. affiliate BNP Paribas US Wholesale Holdings, Corp. (f/k/a BNP Paribas North America, Inc.) **("BNPP US")** (together the "Defendants"), knowingly funded the Government of Sudan's campaign of persecution and human rights abuses, between November 4, 1997 and December 31, 2011. The lawsuit claims that the **Defendants provided the Government of Sudan ("GOS") with access to billions of U.S. dollars**, in violation of U.S. sanctions laws. The lawsuit also claims that this money contributed to the scale and **magnitude of the Government of Sudan's human rights abuses**, and that the Defendants knew or should have known that this would occur. **The lawsuit further claims that Defendants' support helped** the Government of Sudan fund its armed forces, including the Janjaweed militia and the Sudanese National Intelligence and Security Services ("NISS"); obtain armored vehicles; and maintain airfields used to bomb civilians. The Defendants deny these allegations.

- The Court has certified a class action for all those found by the United States to be refugees or asylees, who formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011. The refugees and asylees who are included in the case are called **"Class Members," defined more fully in** the answer to Question 10, below. The lawsuit claims that the Class Members were subjected to human rights abuses by the Government of Sudan and forcibly displaced from Sudan and unable to return to their home and country, and that many Class Members also suffered additional injuries. The Defendants deny that they are responsible for the alleged forcible displacement and other injuries of every refugee and asylee who lived in Sudan over a fourteen-year time period.

> Class Members who suffered injuries **by the Government of Sudan's military, security services,** police, or militias, including the Janjaweed, MUST complete an opt-in form and a questionnaire online by midnight ET on July 1, 2025. Even if you have provided information to Class Counsel in the past, you MUST complete the opt-in form and the questionnaire by midnight ET on July 1, 2025.
>
> Personally identifiable information you provide will be protected and kept confidential by order of the Court, and will be available only to Professor Daniel Capra, the Special Master appointed by the Court, the Court, and internal and external legal counsel for the parties in this lawsuit.
>
> Instructions for how to access the opt-in form and the questionnaire are available at www.kashefvbnpp.com (Sudanese Arabic available).

- **This notice is being provided to you following the Court's decision to certify a class action.** Defendants deny all allegations of wrongdoing specific to this lawsuit and no judge or jury has concluded that Defendants are liable for the claims in the lawsuit. For this reason, there is no money available now and no guarantee there ever will be.

- If you are a Class Member, however, you have a choice to make now:

| YOUR LEGAL RIGHTS AND OPTIONS | |
|---|---|
| **THE RIGHT TO BE EXCLUDED FROM THE CLASS ACTION** | Get out of this lawsuit. Get no money compensation from it if any is ultimately awarded. Keep the right to sue separately with a different lawyer.<br><br>If you ask to be excluded from the lawsuit and money is later awarded, you will not be eligible to share in that money. But you will keep any rights to sue the Defendants separately over the legal claims in this lawsuit. To bring your own case against the Defendants, you must find a new attorney, or proceed without an attorney. **If you want to file your own suit, please be aware that there is a statute of limitations that is as short as two days after you submit your opt-out notice; consult your lawyer quickly.** If you wish to be excluded, you must complete an opt-out form online by midnight ET on July 1, 2025. |
| **THE RIGHT TO DO NOTHING AND REMAIN IN THE CASE** | Stay in this lawsuit. Await the outcome. Give up the right to sue separately.<br><br>If you are in the Class and do nothing, you will be bound by any final judgment, but you will not be able to seek any money compensation for the injuries you have suffered if you do not complete the opt-in form and the questionnaire online by midnight ET on July 1, 2025. |
| **THE RIGHT TO SEEK MONEY COMPENSATION FOR YOUR INJURIES** | Stay in this lawsuit. Seek money compensation for your injuries.<br>IF:<br>• Between November 4, 1997 and December 31, 2011<br>• You suffered injuries or lost property<br>• By the **Government of Sudan's military, security services, police, or militias, including the Janjaweed**<br>THEN:<br>• You may be able to seek money compensation if you complete the opt-in form and the questionnaire by midnight ET on July 1, 2025. |

- Your options are explained in this notice.  To ask to be excluded, you must act before midnight ET on July 1, 2025.

- You have a lawyer in this case. The Court appointed Kathryn Lee Boyd, of Hecht Partners LLP, and Michael Hausfeld, of Hausfeld LLP, to **represent Class Members (the "Class Counsel") at the trial. You** do not need to get your own lawyer, but you may do so if you wish.

**2**

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION** ................................................................................................. **PAGE 4**
1.  Why was this notice issued?
2.  What is a class action?
3.  Is there any money available now?

**WHAT THE LAWSUIT IS ABOUT** ................................................................................. **PAGES 4-6**
4.  What is this lawsuit about?
5.  Does this lawsuit seek money compensation for physical injuries and other trauma I may have suffered?
6.  If I suffered injury or other trauma, is there something else I should do?
7.  What are the Plaintiffs asking for?
8.  What do the Defendants say?
9.  Has the Court decided who has won the case?

**WHO IS IN THE CLASS** ................................................................................................. **PAGE 6**
10. How do I know if I am part of this Class Action?
11. I'm still not sure if I am included in the Class.

**YOUR RIGHTS AND OPTIONS** ..................................................................................... **PAGES 6-7**
12. What happens if I do nothing at all?
13. What happens if I exclude myself?
14. How do I request to be excluded?

**THE LAWYERS REPRESENTING THE CLASS IN THIS CASE** ............................................. **PAGE 7**
15. Do I have a lawyer in this case?
16. How will the lawyers be paid?
17. May I get my own lawyer?

**TRIAL** ..................................................................................................................... **PAGES 7-8**
18. How and when will the Court decide who wins?
19. Do I have to come to the trial?
20. Will I get money after the trial?

# BASIC INFORMATION

## 1. Why was this notice issued?

A Court has established, or "certified," this case as a class action lawsuit.

If you are a Class Member, you have legal rights and options before the Court decides whether the claims being made on your behalf are correct. This notice explains all of these things.

Judge Alvin K. Hellerstein of the United States District Court for the Southern District of New York (the "Court") is currently overseeing this case. The case is known as *Kashef v BNP Paribas SA* 16 Civ. 3228(AKH). The people who sued are called the Plaintiffs. There are two Defendants: the French bank BNP Paribas SA ("BNPP SA"), and its U.S. affiliate, BNP Paribas U.S. Wholesale Holdings, Corp. (f/k/a BNP Paribas North America, Inc.) ("BNPP US") (together the "Defendants").

## 2. What is a class action?

In a class action, one or more people called "Class Representatives" sue on behalf of people who have similar claims, called the "Class" or "Class Members." One court resolves the issues for all Class Members, except for those who exclude themselves from the Class.

The Court decided that claims in this lawsuit can proceed as a class action.

## 3. Is there any money available now?

No. The Court has not decided yet whether the Defendants are responsible for Class Members' injuries and losses, or whether any Class Members are entitled to money compensation, so there is no money available to the Class at this time and no guarantee that there ever will be.

You MUST complete an opt-in form and a questionnaire online by midnight ET on July 1, 2025 if you want to seek money compensation for your injuries. More information on this is detailed below at Questions 5 and 6.

# WHAT THE LAWSUIT IS ABOUT

## 4. What is this lawsuit about?

In this lawsuit, Plaintiffs claim that Defendants **knowingly funded the Government of Sudan's human rights abuses, between November 4, 1997 and December 31, 2011.** Plaintiffs claim that Defendants provided the Government of Sudan with access to billions of U.S. dollars in violation of U.S. sanctions laws. Plaintiffs allege that this money contributed to the scale and magnitude of the Government of **Sudan's human rights abuses**, and that Defendants knew or should have known that this would occur. Defendants deny these allegations.

The Court has certified a class action for those found by the United States to be refugees or asylees who formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011. The refugees and asylees who are included in the case are called **"Class Members," defined more fully in** the answers to Questions 10 and 11, below. The lawsuit claims that Class Members were forcibly displaced from Sudan and unable to return to their home and country and that many Class Members also suffered additional **injuries. The lawsuit further claims that the Defendants' support helped the** Government of Sudan fund its armed forces, including the Janjaweed militia and the Sudanese **National Intelligence and Security Services ("NISS"); obtain armored vehicles; and mai**ntain airfields used to bomb civilians. Defendants deny that they are responsible for the alleged forcible displacement

and other injuries of every refugee and asylee who formerly lived in Sudan over a fourteen-year time period.

**The Third Amended Complaint and the Plaintiffs' Opposition to Defendants' Motion for Summary** Judgment include long and detailed descriptions of the allegations against Defendants.

---

Class Members who suffered injuries **by the Government of Sudan's military, security services, police, or militias, including the Janjaweed, MUST complete an opt-in form and answer a questionnaire online by midnight ET on July 1, 2025. Even if you have provided information to Class Counsel in the past, you MUST complete the opt-in form and answer the questionnaire online at** www.kashefvbnpp.com **by midnight ET on July 1, 2025.**

Personally identifiable information you provide will be protected and kept confidential by order of the Court, and will be available only to Professor Daniel Capra, the Special Master appointed by the Court, the Court, and internal and external legal counsel for the parties in this lawsuit.

Instructions for accessing and completing the opt-in form and the questionnaire are available at www.kashefvbnpp.com (Sudanese Arabic available).

---

### 5. Does this lawsuit seek money compensation for physical injuries and other trauma I may have suffered?

This lawsuit seeks money for Class Members based on **Defendants'** alleged conduct, which Plaintiffs claim caused Class Members to suffer forced displacement and other injuries.

---

Class Members who suffered injuries **by the Government of Sudan's military, security services, police, or militias, including the Janjaweed, MUST complete an opt-in form and answer a questionnaire online by midnight ET on July 1, 2025. Even if you have provided information to Class Counsel in the past, you MUST complete the opt-in form and answer the questionnaire by midnight ET on July 1, 2025.**

Personally identifiable information you provide will be protected and kept confidential by order of the Court, and will be available only to Professor Daniel Capra, the Special Master appointed by the Court, the Court, and internal and external legal counsel for the parties in this lawsuit.

Instructions for accessing and completing the opt-in form and the questionnaire are available at www.kashefvbnpp.com (Sudanese Arabic available).

---

### 6. If I suffered injury or other trauma, is there something I should do?

Class Members who suffered injuries **by the Government of Sudan's military, security services, police, or militias, including the Janjaweed,** MUST complete an opt-in form and a questionnaire online by midnight ET on July 1, 2025.

Even if you have provided information to Class Counsel in the past, you MUST complete the opt-in form and the questionnaire.

Instructions for accessing and completing the opt-in form and the questionnaire online are available at www.kashefvbnpp.com (Sudanese Arabic available).

Personally identifiable information you provide will be protected and kept confidential by order of the Court, and will be available only to the Special Master, the Court, and internal and external legal

counsel for the parties in this lawsuit.

If you do not complete the opt-in form and the questionnaire online by midnight ET on July 1, 2025 you will not be able to seek money compensation for your injuries and losses.

## 7. What are the Plaintiffs asking for?

The lawsuit seeks the following:

- Final decision and judgment be entered against Defendants determining that they are **responsible for Plaintiffs' injuries, as alleged** in the Third Amended Complaint;
- An award of money damages to the full extent legally available; and
- Further relief as the Court may deem just and proper.

More information about the lawsuit is in the Third Amended Complaint.

## 8. What do the Defendants say?

**Defendants deny all of Plaintiffs' allegations. Defendants deny that the financial services provided to** Sudanese banks and commercial entities contributed to the injuries alleged by Plaintiffs, including forcible displacement and other injuries. Defendants further deny knowledge of any purported connection between these injuries and the financial services provided.

## 9. Has the Court decided who has won the case?

No. The Court has not yet decided whether the Class Members or Defendants win the lawsuit.

# WHO IS IN THE CLASS

## 10. How do I know if I am part of this Class Action?

The Court has decided that everyone who fits the following description is a Class Member (part of the case):

All refugees or asylees admitted by the United States who formerly lived in Sudan or South Sudan between November 4, 1997 and December 31, 2011.

## 11. I'm still not sure if I am included in the Class.

If you are still not sure whether you are included in the Class, you can visit the website www.kashefvbnpp.com.

# YOUR RIGHTS AND OPTIONS

If you are a Class Member, you must decide whether to stay in this case and complete an opt-in form and answer a questionnaire or whether to exclude yourself before the trial. You have to decide this no later than midnight ET on July 1, 2025.

## 12. What happens if I do nothing at all?

If you are a Class Member and you do nothing, you will stay in the Class. You will be legally bound by the results of the trial. But you will not be able to seek money compensation for the injuries you have

suffered if you do not complete an opt-in form and answer a questionnaire and provide the necessary information before midnight ET on July 1, 2025.

### 13. What happens if I exclude myself?

If you exclude yourself from the Class and the Class obtains any money compensation, you will not be eligible to claim any of that money. You also will not be legally bound by the outcome of the trial if you exclude yourself, including to the extent the jury rules in favor of Defendants. You will be able to sue (or continue to sue) Defendants on your own about the legal claims that are involved in this case, now or in the future, assuming your claims are not time-barred or otherwise prohibited (you should immediately consult your own attorney to make such a determination).

### 14. How do I request to be excluded?

To exclude yourself from this Class Action, you must complete an opt-out form that is available on the website www.kashefvbnpp.com by midnight ET on July 1, 2025.

## THE LAWYERS REPRESENTING THE CLASS IN THIS CASE

### 15. Do I have a lawyer in this case?

Yes. The Court appointed Kathryn Lee Boyd of Hecht Partners LLP and Michael Hausfeld of Hausfeld LLP to represent you as "Class Counsel." You do not have to pay Class Counsel out of your own pocket. If you want to be represented by another lawyer and have that lawyer appear in court for you in this case, you may hire one at your own expense.

### 16. How will the lawyers be paid?

If Class Counsel obtains money compensation for the Class, the lawyers may ask the Court for fees and expenses. You will not have to pay these fees and expenses out of your own pocket. If the Court grants their request, the fees and expenses would either be deducted from any money obtained for the Class or paid separately by Defendants.

### 17. May I get my own lawyer?

If you are a Class Member, you are not required to hire your own lawyer because Class Counsel is working on your behalf. But if you want your own lawyer, you are entitled to retain one at your own expense.

## TRIAL

### 18. How and when will the Court decide who wins?

If the case is not settled, the Plaintiffs will have to prove their case at a trial. During the trial, a jury will hear evidence in order to determine whether the Plaintiffs or Defendants are right about the claims in the lawsuit. There is no guarantee that the Plaintiffs will win any money compensation.

There may also be **negotiations to settle all Class Members' claims for money compensation.**

### 19. Do I have to come to the trial?

You will not need to attend the trial in New York unless you choose to do so or you are required to attend by the Court. You and/or your own lawyer are welcome to attend at your own expense.

## 20. Will I get money after the trial?

If the jury in the trial finds in favor of Class Members, you will be notified about the additional trials or procedures you must follow in order to pursue your individual claims, including whether you need to submit additional information, in English and/or in Sudanese Arabic, which will be posted on the website www.kashefvbnpp.com as it becomes available. You can access the website whether you stay in the lawsuit or exclude yourself.

---

Class Members who suffered injuries **by the Government of Sudan's military, security services, police, or militias, including the Janjaweed, MUST complete an opt-in form and answer a questionnaire by midnight ET on July 1, 2025. Even if you have provided information to Class Counsel in the past, you MUST complete the opt-in form and the questionnaire, to be sent to the Special Master.**

Personally identifiable information you provide will be protected and kept confidential by order of the Court, and will be available only to Professor Daniel Capra, the Special Master appointed by the Court, the Court, and internal and external legal counsel for the parties in this lawsuit.

Instructions for accessing and completing the opt-in form and the questionnaire are available at www.kashefvbnpp.com (Sudanese Arabic available).

If you have any questions, please call Class Counsel Kathryn Lee Boyd at +1 (332) 334-7771 or Michael Hausfeld at +1 (771) 333-6786 (Sudanese interpreters available).

# Attachment 10

**في محكمة للولايات المتحدة القضائية قاطعة لالجهوي في ن يو ورك**

# إذا ئتقد عنت سبق في السودان أو جنوب السودان في فترة تبين الفترة ما بين 1 نوفمبر 1997 و 31 ديسمبر 2011 وم تق بوبك لكل جئ أو منح حق للجوء في الولايات المتحدة فه نك قضايا ئية جماعية قد تؤثر على حقوقك.

*هذا الإخطار مصرح به من قبل محكمة فدرالية أمريكية. و هذا ليس طلبا.*

- تزعم الدعوى القضائية أن الممثلين في قضية هنري "بي اي" "(بي إن بي باري باس ايه") (ووشركتها عاملة للمشاركة إن بي باري با يو ه ام ول سول ط ونغ كورب"). للمعرفة أيضا باسم "بي إن بي باري با" إن بي باري بابيا (أيضا ذلك "( نيوار لمي ه ام مجلس ام "المدعى علي هم")"(قاما عن علم بمتمويل حملة الضطهاد نفته حاكات حقوق الإنسان التي تنفذتها حاكوم السودان في الفترة ما بين 1 نوفمبر 1997 و 31 ديسمبر 2011 تزعم الدعوى القضائية أن المدعى عليهم قا من وفر الحكوم السودان آلية للوصول للدولارات الأمريكية مخالف لقانون بعقوبات أمريكية. وتزعم الدعوى القضائية أيضا أن أن هذه الموال من سامح تمويل حكات حقوق النس ان التي ائتكبها حاكوم السودان، وأن المدعى عليهم كانوا يعلمون بذلك. وتزعم الدعوى القضائية أيضا أن المدعى عليهم من الذي قدمه المدعى عليهم كانوا يعلمون بذلك. وجاز المن والمخابرات الوطني السودان ("NISS") وفي لحصول على لمبي ات مدروع للإحتفاظ لمطار التمست خفض قصف الغين يننكر المجتمع علي هم ا هذه الادعاءات.

- صدقت المحكمة على دعوى جماعية للشخاص الذين تم تبرتهم للمتعينة الجتين أولطائي لجوء ه مع ما بين السودان في الفترة تبين نوفمبر 1997 و 31 ديسمبر 2011. يطلق على الالمجين وطلبي الجوء ه ما معين في الدعوى القضائية "أعضاء الدعوى القضائية الجماعية"، ويتضمنون هذا الفصل محاكل حدث أشخاص من في الرجلة على السودان 10 أن ما وتز ام الدعوى القضائية أن أعضاء الدعوى القضائية الجماعية تعرضوا الى حاكلت لحق وق النسان من قبل حاكوم السودان وهم مقيم بن عي ما من السودان وهم م غير قادرين على العودة إلى وطن هم و بالد هم، وأن ال عدي د من أعضاء الدعوى القضائية الجماعية تعرضوا أيضا ال الصيدات. أيضا يفينكرون المدعى علي هم ا ملتزم ون. علنت على عير محير القصير الرمز موع والطبات الاخرى، على كل ذلك لكل لاجئ على ال لطال ب عي كان ي شف السودان أو جنوب السودان على مدا فترة أبعد عشر عاما.

- يتمثل مقيوء هذا الإخطار لإبلاغ ك بعدر قرار ما مع بمقصد يقد مة الدعوى القضائية الجماعية فينكن مع علي هم ا المجتمع ي ماء جمع من ادعاءا ته اللاختاذ اته الخص.

<br>

يجب في أعضاء الدعوى على قضائية الجماعية في أن يحضروا للبل ابات التي في ع تع الجماعية في الاب في جيش أو الجهز لمزا لمنيي أو الشرط اليم ني في السودان لمجلس لكاب عة لحاكوم السودان با مبدي لي ذينك للجل جهوي يد، إكمال الاستمارة قرت ض الملمام على قطق ضائية و معتيب ع ان حص يب التن قني ص حل وحل لب التن تيتي تن تصبف حوال التن قني ص الشق قي قو الوال التن حدف في 1 يول يو كا 2025. حتى إذا ئتقد مت دمت قدمت دم ت على مبتش ار اله دعوى على قضائية في ع جماعية في ليس بلق يج ب لي ك يم إكمال استمارة الضمام للملم مام على قطق ضائية و التيتي باق بلق با ب ول ح ديد صني ملت فل في ليبلي اللت قني ص الشق قي قو الوال التن حدف في 1 يول يو 2025.

سيتم حماي ة مهمو مات مهمو مات تعتيي ة لتعيية لتع يدي ة لتعيي ة شخص ية ال محاكظ ها ادة اده علت يد يم حيسي ا ب أمر ا من قبل ال محكم ة، لن يتيح تاح ة تاح ة مهمو مات ها لل طرف ال اللبي د يور ه أ و للبيتيور فيبي ور أ الل بر ا، و هو ال مشرف ال قض ائي ال خاص المين من قبل ال محكم ة، ولل محاك م ة ولل مبتش ار ال قض ني ي ال داخلي و ال خار جي جير يجير أ للطرف ال في هذه الدعوى ف في القض ائية.

توجد تعليمات حول كيفية الوصول إلى استمارة الانضمام للدعوى القضائية والتبين بان التبين على الموقع الالكتروني [www.kashefvbnpp.com](http://www.kashefvbnpp.com) (ت و في قللغة العربية والحجة السو دنية).

الدعوى لي مي يلخص أي قضاء أي أو جهة مين يجين الى أن المدعى الى ان المد من ي ذنو بي ن مسؤول ون عن الدعاءات ال واردة في في الدعوى. ول لمثل بيسب ، لا يوجد أموال متاحة الن الى لي يوم ع أي ضمان الى ب ضمان على ال طالق على أن ها ف أن ها ست كون مت احة قلل مست قبل.

- ومع تك، إذا ئتيت عضو في الدعوى القضائية الجماعية في فمن ال عيك ا إتخاذ خيار ال أن:

| حقوقك القانونية وخياراتك | |
|---|---|
| **الخروج من هذه الدعوى القضائية. وعدم الحصول على أي تعويض مالي من ما إذا تم الحكم بصفة في لاحقة.** <br><br> إذا طلبت استبعادك من هذه الدعوى القضائية، وتم لاحقاً منح تعويضات مالي في القضية فلن تكون مؤهلاً للحصول على أي حصة منها، ولكنك تحتفظ بحقك في رفع قضيتك الخاصة على المشاركين المسؤولين عن المطالبات الضرورية الواردة في هذه الدعوى ولرفع الدعوى الخاصة بك يجب عليك اللجوء إلى محامٍ بنفسك، أو مباشرة الأمر دون محامٍ. إذا كنت ترغب في رفع قضيتك بنفسك، تذكر أن الكثير من القواعد تحدد مواعيد للتقاضي وبعض الأحيان تكون الأحكام بإمكانها انتهاء صلاحية حقك في القضاء؛ لذا يتشرح محامي لك على عجالة وسرعة. وإذا كنت ترغب في استبعادك يجب عليك إكمال الاستمارة صلاحية عبر الانترنت قبل أو بحلول تاريخ التوقيت الشرقي للولايات المتحدة في يوليو 2025. | **حقك في الانسحاب من الدعوى القضائية الجماعية** |
| **البقاء في هذه الدعوى القضائية. انتظار القرار الذي تخلي عن حقك في رفع دعوى قضائية منفصلة.** <br><br> إذا لم يتم اتخاذ أي إجراء مدرج في هذه الدعوى القضائية الجماعية تحتفظ فستكون في مأ بأي حصة من مالي، ولكنك لن تتمكن من طلب أي تعويض مالي عن الإصابات التي تحقّقت تحصلها في هذه الدعوى القضائية لاستمارة الاستمارة الاستمارة الانضمام إلى الدعوى القضائية فلن تتمكن لاحقاً من الانتظار عبر الانترنت قبل أو بحلول تاريخ التوقيت الشرقي للولايات المتحدة في يوليو 2025. | **حقك في عدم اتخاذ أي شيء والبقاء في الدعوى القضائية** |
| **البقاء في هذه الدعوى القضائية. طلب تعويض مالي عن إصاباتك.** <br><br> إذا: <br> - فلو أنك احتُجزت في الفترة بين نوفمبر 1997 وديسمبر 2011 <br> - تعرّضت للإصابات أو فقدان ممتلكات <br> - في عملية جيش أو الأجهزة الأمنية أو الشرطة في الفترة التي حُكمت فيها على السودان مسؤولاً في ذلك جنوب <br><br> عندئذ: <br> - تتمكن من طلب تعويض مالي إذا أكملت الاستمارة الانضمام للدعوى القضائية والبقاء فيها قبل بحلول تاريخ التوقيت الشرقي للولايات المتحدة في يوليو 2025. | **حقك في طلب تعويض مالي عن إصاباتك** |

- لاختيارات المتاحة لك موضحة في هذا الإخطار.  لطلب استبعادك يجب عليك اتخاذ إجراء قبل **موعد التقديم الشرقي للولايات المتحدة في 1 يوليو 2025.**

- لديك محامٍ في هذه الدعوى القضائية. عُيّنت لك محكمة تشرف على اختيار مزيج من الإجراءات مستقلة، ومشاركة وتفويض، وإحالتك للمحاماة، وإحالتك إلى المحامين للمحاماة أعضاء الدعوى القضائية الجماعية "محامي الدعوى القضائية الجماعية" في المحكمة. لديك الحق في الاستعانة إلى توكيل محامٍ خاص، ولكن ينبغي لك القيام بذلك إذا كنت ترغب على نفقتك الخاصة.

## الذي يحتوي عليه هذا الإخطار

### المعلومات الأساسية.................................................................الصفحة 4

1. لماذا تم إصدار هذا الإخطار؟
2. ما هي الدعوى القضائية الجماعية؟
3. هل هناك أي أموال متاحة الآن؟

### ما الذي تدور حوله الدعوى القضائية ........................................الصفحات 4-6

4. ما الذي تدور حوله الدعوى القضائية؟
5. لماذا طالب بالدعوى القضائية بالحصول على تعويض مالي عن الإصابات الجسدية وغير ما من الصدمات التي يمكن أن يعاني منها؟
6. إذا كنت قد عانيت من إصابة أو صدمة أخرى في فلا أو الشيء آخر يضر في في يفيده؟
7. ما الذي يطالب به المدعون؟
8. لماذا يقول المدعى عليهم هم؟
9. هل قررت المحكمة من المسؤول في الدعوى القضائية؟

### من الذي تشمله المدعى عليه قضائي في قلب الجماعية ...................الصفحة 6

10. كيف أعرف ما إذا كنت فضو ما إلى هذه الدعوى القضائية الجماعية؟
11. ما زلت غير متأكد ماذا كنت ضمن الدعوى القضائية الجماعية أم لا.

### حقوقك في خياراتك .........................................................الصفحتان 6-7

12. ماذا يحدث إذا لم أفعل شيئًا في الطلاق؟
13. ماذا يحدث إذا استبعدت نفسي؟
14. الذي أطلب فيه بعادي؟

### المحامون الذي يمثلون مجموعة قضائي في هذا الدعوى القضائية ........الصفحة 7

15. هل الذي محامي في هذه الدعوى القضائية.
16. الذي يدفع يتمتع أتعاب المحامين.
17. له يمكنني أن تتصل على المحامي الخاص بي؟

### المحاكمة ...................................................................الصفحتان 7-8

18. كيف ومتى يقرر المحكمة من ينسب؟
19. هل تمتعن في حضور المحكمة؟
20. له سأحصل على أموال بعد المحاكمة؟

# المعلومات الأساسية

## لماذا تم إصدار هذا الإخطار؟

لقد حُدّدت لمحكمة، أو تُصدّقت، هذه الدعوى كدعوى قضائية جماعية.

إذا كانت عندك في الدعوى الجماعية مطالبات متعلقة بحقوق وغير ذلك وقبل أن تقرر المحكمة ما إذا كانت المطالبات لقدمة نهاية يعك صحيحة وتشرح هذا الإخطار لكل مذلشايه.

يتلى الفراف في هذه الدعوى القضائية حقاً لن القضاين لمين علي يشترين علي لموالين من محكمة لوالتوات المتحدة لقطاعة الجنوبي في نيويورك في ("لمحكمة"). ويُعرف الدعوى وبل القضين هضعب أشرب مبي بي ابيهايريا ابن أيه. (AKH 16Civ. 3228) ويُعرف الشخاص لذين في جرا الدعوى باسم لمدعين تتوضمن المدعو ثواتنيم مدعيعايم: "لن كا فنين مبي مبي ابيهايريا ابينابي طبلي مبي مبي اين أيه ("لبي ابي مبي طبلي طبلي ابي"، وشركتنا بعاى اللي لابايات للجماعية هضعب ابينابيهايريو اس مولصين وطلين هنكروكوب ("لمعرفة ("مبي اطبلسابضي مبي ابينابيهايريا نورنت أميول كا ("بي ابي ابيهايريو اس") والين الجيا في مهو مبي مبسب "لمدعى مهم").

## 2. ما هي الدعوى القضائية الجماعية؟

في الدعوى القضائية الجماعية يقوم وشخص واحد أو أكثر يُطلق علي مهم اسم "مطلى الدعوى القضائية الجماعية"ال بعقة لضي نهاية يعك عن الشخاص لنين لهي مهم مطالبات مبثلة يُطلق علي مهم اسم "مجموع هالقاني" أو "أعضاء الدعوى القضائية الجماعية" ويتفصل أحد المحاكف في لمبثل لجميع أعضاء الجماعي الي القضاي اعتلاصيعيتعون أنفسهم من مجموع القضي.

قرّرت لمحكمة أن المطالبات نتفي هذه الدعوى القضائية يمكن بشيئها كدعوى جماعية.

## 3. هل هناك في أموال متاحة الآن؟

ال، لم تقرر لمحكمة بعدُ ما إذا كان لمدعى مبزوبين عريطاباتنا أعضاء هالدعو هالقضائيتالجماعي وعن خرسين مهر، أو ما إذاكاني حق الي من أعضاء هالدعو هالقضي الجماع يقا حيصلوا لمول يقا تعويض مالي، ومنثم لمتوجد أي أموال متاحة لمجمو القتضي في في هالطلاب.قاينيتكون قاك أموالمتاحة في لمستقبل.

**يجب علي كل عضو في الدعوى القضائية الجماعية استمار ومتابعقة هذي وهي روات إبنبع نقسن قبل للجماعات لتوقيد تلث قسر طلاويات لجديدة في 1 يلاوي 2025 إذا كنتتترك بغبعاى طبتصعيض مي عن ضريبك. فرد أماه ميوس من لمكة ومتابعي هذا لصدد بلمفصريه في لقسل في 5 و6.**

# ماالذي يتدور حول الدعو القضائية

## 4ما الذي يتدور حوله هذه القضي القضائية؟

في هذه الدعوى القضائية،ذي عي لمدعون أن لمدعى مبي مهاماما عن م بجبتمهيال في ماكات حقوق النيان التي اتلفتها حكومه السودان في الفترةبين ديفمبر 1997 و 14ديسمبر 2011 ويز م علي مهمقاومن السودانة لمطلاوري لطلباي التالدوالرات المريتي مايكي فبل خلال لقضانيفتلاي قبال بالقلام مرايكي ويز علي عمل لمدعون أن هذه المول سا مبمبتفي مجموع محضره امثتش ماكات الحقاي فالقي لنتقتها حكومه السودان، وان لمدعى مبي مهمكاني يكن ف ان أكاني مهي علي علي مهم معرفة أن هذا سهيحدثين ينكر لمدعي مهم وأن لجمي ينكروه هذه الادعاءات.

صدقت المحكمة دعوى جماعيباسم أشخاص لذين يوقفن ليتم ترمتهم السي نالملمم عنشراعروشوابابنف في لسودان و جنوب السودان في الفترةبين ديفمبر 1997 و 14ديسمبر 2011. يُطلق علي الكالجين نالجين وطلباي لجه علي لمدعي مهم في هالدعوى القضي القضائية "أعضاء الدعوى القضائية الجماعية"، ويتضعيف هذا لجملطبقبل كار أشترطيصعبالأقي في ضهراني علي لسؤلهين 10 و 11 أنا أهوا زت عمر ملف هاتختع مهين مقيمين وأ في ف ضرداباتاين وأن ماني لعمة لى وطب مه مبالد ما وأن لجعمي من أعضاء الدعوى القضائية الجماعية قد عل واألمؤن م ضربیت منفیه. وتز ع م الدعوى القضائية مؤعيم ان لعم الذي يقدمه لمدعى مهم في هالدعوى القضائية قد ساعد حكومه السودان القي يتكي ابضت بايمطابمتملستقها ي مي لظلمي سي لتأجي جنع جه وجهاز الأمن والمخاباري التالوط الملسودائي "NISS"(في ذالي هجلو علي علي مراكبات يدر ظلغو متفاعطالطالم ظارالتيمسك استخمت لمفشن ينمعض فضلديقني يكرالني علي مهمين م مسئولمستوي يظلمي نتني مرغتتحجيطلرلزملز مركاتط والطابات الأخري علي لكل لجاج وطلباي بلولجيئ ركاني يقبش رقابي في السودان علي مدار أربعة عشر عاماً.

يتضمن من الدعوى المعنية الخلفية. و معارضة الخصم عن طلب من جانب المدعى المدعي فيما هو الحصول على حكم مستعجل أصدقا طويلًا و فصل الخصم عل الدعاءات و جوه خمسة ضد المدعي علي هم.

يجب في أعضاء الدعوى الجماعية القضائية الذين يعرضوا الطلبات من جيش الجيش أو الأجهزة الأمنية أول أول الشرطة القضائية و كوا من سودان الذي لخذه الرجوي، بهذا يتم إتمام السيتمار تراضم المنضم لدعوى القضائية و الإجابة على استيبان عبر الانتنيق قبل حلول ميصف ال اليلتوقيت تلتيق للولي هاية ال تحدفي 1 ولوي و 2025. يجى إذا انت تقديم معلومات إلى محامي لدعوى القضائية ال جماع ة في قبالها، يجب عكيف إتمام سيتمار الانضمام للدعوى القضائية و الإجابة على استيبان عبر الانتنيت على ال تحدفي 1 ولوي و 2025.

[www.kashefvbnpp.com](http://www.kashefvbnpp.com) للحلول ميصف اليلتوقيت الشرقي ليلولي ها

سيتم حماية م يوم امات للتعويف ال تخيرية المقديمة ها و لخاظا في يسرت ة من لم خدمة، لن ت كون ة م ت اح ة الخل ه الفي أور ور دار ير س و ر و هي الأبرا، و هو اله الشرف ال قضايي ال خاص للم عين من جيب ة لم خدمة، ولم خدمة ولم تار ال قني ني ال داخلي و الخارج ير الأطر اف في هذه لدعوى القضائية.

تو جد تعليمات الوصول إلى استمارة الانضمام للدعوى القضائية و استيبان و إكمال ها في الموقع للكترني للله ولفي الع يي بلغةه بالرستواني ة. [www.kashefvbnpp.com](http://www.kashefvbnpp.com)

**5. هل تطالب هذه الدعوى بالتعوية للقضايية بالحصول على تعوض عن مالي ضيي للصالصلبالجسدية و غيها من الصدمات التي ربما عاني ت من ها؟**

تطالب هذه الدعوى القضايية بالأموال الذي أضناء الدعوى القضايية الجماع ة القضايية بناءًا في الليلوك و لازم عومل المدعى فيما هو المدعي يعي الذي الذي المدعون أنه تسبب في معاناة أعضاء الدعو القضضايي الجماعي يعين التنجي يالقلي سري و الطلبات الأخرى.

يجب في أعضاء الدعوى القضائية الذين يعرضوا الطلبات في أعزي الجيش أو الأجهزة الأمني أول الشرطة القضايية و كوا من سودان بهذا يذي لخال رجيوي، بهذا يتم إتمام السيتمار تراضم المنضم الملدعوى القضائية و الإجابة على استيبان عبر الانتنيق تيل حلول ل تن ل تصف اليليتافيق للشرقي ليلوا هاية ال تحدفي 1 ولوي و 2025. يجى إذا انت تقديم معلومات إلى م يتضم ل دعوى القضائية في قبالها، يجب عكيف إتمام سيتمار الانضمام للدعوى القضائية و الإجابة على استيبان عبر الانتنيق قبالها على اليليتقوقيت للولي هاية ال تحدفي 1 ولوي و 2025.

سيتم حماية م يوم امات للتعويف ال تخيرية المقديمة ها و لخاظا في يسرت ة من لم خدمة، لن ت كون ة م ت اح ة الل ه الفير ويت س و ر ور دي الأبرا، و هو اله الشرف ال قضايي ال خاص للم عين من جيب ة لم خدمة، ولم خدمة ولم تار ال قني ني ال داخلي و الخارج ير الأطر اف في هذه لدعوى القضائية.

تو جد تعليمات الوصول إلى استمارة الانضمام للدعوى القضائية و استيبان و إكمال ها في الموقع الللكترني للله و لفي الع يي بلغةه بالرستواني ة. [www.kashefvbnpp.com](http://www.kashefvbnpp.com)

**6. إذا كنت قد عيت من صرب ة أو صدمة أخرى فهل ف ذا الشي سيخي علي ف ضل ه؟**

يجب في أعضاء الدعوى القضايية الجماع ة الذين يعرضوا الطلبات في أعزي الجيش أو الأجهزة الأمري أول الشرطة القضايية و كوا من سودان بهذا يذي لخال رجيوي، بهذا يتم إتمام سيتمار تراضم الملدعوى القضائية و الإجابة على استيبان عبر الانتنيق قبل ميصف ال اليلتا التوقيت الشرقي ليلوا هاية ال تحدفي 1 ولوي و 2025.

**يجى إذا انت تقديم معلومات إلى م يتضار لدعوى القضايية ة لجماع ة في قبالها، يجب عكيف إتمام سيتمار الانضمام للدعوى القضائية و استيبان.**

**تو جد تعليمات الوصول إلى استمارة الانضمام للدعوى القضايية و الاستيبان و إكمال هما عبر الانتنيق على الموقع اللللكترني** [www.kashefvbnpp.com](http://www.kashefvbnpp.com) **توفليل اللغة الع يي بيلغةه بالرستواني ة.**

سيتم حماية م يوم امات للتعويف ال تخيرية المقديمة ها و لخاظا في يسرت ة من لم خدمة، لن ت كون ة م ت اح ة الل ه الشرف ال قضايي ال خاص و المحكمة و المتينار القني ني ني الخلي و الخارج ير الأطر اف في م نه هذعوى القضائية.

**إذا المحكمة لم ت مام سيتمار الانضمام للدعوى القضايية و المينايية عبر الانتنيق بحلول ميصف اليليبا للتوقيت للشرقي للولي هاية ال تحدفي 1 يلوي و 2025 لن ت كون بتعويض مالي عن إصلا بتالو خاسر ائرك.**

## 7. ما الذي يطالب به المدعون؟

تطالب الدعوى القضائية بما يلي:

- إصدار القرار والحكم لصالح المدعين ضد المحتجزين في ما يتعلق بمسؤوليتهم عن إصابات المدعين، في الزمان والمكان والهوية الإجرائية للمجموعة الطبقية؛
- دفع تعويضات المالية إلى أقصى حد متاح قانونًا؛ و
- سبل الإنصاف الأخرى التي قد تراها المحكمة عادلة ومناسبة.

توجد لمزيد من المعلومات حول الدعوى القضائية في القضية المرفوعة الطبقية.

## 8. ماذا يقول المدعى عليه؟

ينكر المدعى عليه بجميع أنه دعاء المدعين ويذكر المدعى عليه ما أن الخدمات المقدمة إلى المدعين والموظفين التجارية السيادية ساهمت في الإصابات التي يدعون بسبب المدعون الإصابة الجنسية لسرية والإصابات الأخرى. كما ينكر المدعى عليه ما يوجد صلة بين هذه الإصابات والخدمة الطبية المقدمة.

## 9. هل قررت المحكمة الطرف الذي لصالح الدعوى القضائية؟

لا. لم تقرر المحكمة بعد ما إذا كان أعضاء الدعوى القضائية المجموعة أو المدعى عليهم هم المنتصرون في القضية.

# من الذي يمثلني كمدعي في دعوى قضائية جماعية؟

## 10. كيف أعرف ما إذا كنت عضوًا إلى هذه الدعوى القضائية الجماعية؟

لقد قررت المحكمة أن كل شخص ينطبق عليه الوصف التالي يكون عضوًا في الدعوى القضائية الجماعية (جزء من الدعوى):

جميع اللاجئين أو طالبي اللجوء الذين قتلوا هم الولايات المتحدة ولكن كانوا يعيشون في سياق في السودان أو جنوب السودان في الفترة بين نوفمبر 1997 و ديسمبر 2011.

## 11. كيف يمكنني التأكد ما إذا كنت عضوًا في الدعوى القضائية الجماعية أم لا.

إذا كنت لا تزال غير متأكد ما إذا كنت مدرجًا في الدعوى القضائية الجماعية أم لا، يمكنك زيارة الموقع الإلكتروني www.kashefvbnpp.com.

# على قرار خياراتك

إذا كنت عضوًا في الدعوى القضائية الجماعية فعليك أن تقرر ما إذا كنت تريد في ما إذا كنت ستبقى في هذه الدعوى القضائية القضائية توجيه حياتك يمكنك أو ما إذا كنت تريد تنسحب نفسك في القضية بالمحاكمة. ولعلك أيضًا تقرر ذلك في موعد أقصاه قبل **منتصف الليل بالتوقيت الشرقي لولايات المتحدة في 1 يوليو 2025.**

## 12. ماذا يحدث إذا لم أفعل شيئًا على الإطلاق؟

إذا كنت عضوًا في الدعوى القضائية الجماعية ولم تفعل شيئًا أو فستظل عضوًا في مجموعة القضية. وبيتكون من أي ماقلن بإنتاج المحكمة. فإن لن تتمكن من دفع تعويض من على عن التعويضات التي تحصل عليها المحكمة إذا تمكنت في استمارة المطالبة للدعوى القضائية في الوقت المناسب قدمت المعلومات اللازمة قبل **منتصف الليل بالتوقيت الشرقي لولايات المتحدة في 1 يوليو 2025.**

## 13. كيف وإن استبعدت نفسي؟

إذا كنت عضوًا في الدعوى القضائية الجماعية وتحصل على القضائية الجماعية في أي تعويض مالي فلن تتمكن من أن المطالب بأي من هذه الأموال. كما أنك لن تتمكن من رفع دعوى قضائية أو المتابعة في دعوى منفصلة منفصلة) في الاستمرار في رفع دعوى قضائية (المدعى عليه ما سبق على المطالب التي تغطيها هذه الدعوى القضائية يتضمنها هذه الدعوى

القضية، سواء أكان أفراد المجموعة بأنفسهم يفترضون أن المطالبات التي استقدمها أم أن عمزمها المحفوظ أو قد يكون لذلك مخالف يشرع على محاميكم شراكة يع على الفور اتخاذ ذلك القرار).

## 14. هل يمكنني طلب استبعادي؟

لاستبعاد نفسك من هذه الدعوى القضائية الجماعية، يجب عليك إكمال استمارة انسحاب متاحة على الموقع الإلكتروني www.kashefvbnpp.com لحل ما يتعلق ب**نصف الليل بتوقيت الشرقي لأوائل يوليو الموافق 1 يوليو 2025.**

# المحامون الذين يمثلون مجموعتي القضائية في هذه القضية القضائية

## 15. هل الذي محامي هذه الدعوى القضائية؟

نعم. عينت المحكمة المستشارين لتمثيلك وتشاركك من شركة وأحد موفيليد من شركة موفيليد إلى البيلي للمحاماة وأطول من شركة موفيليد إلى البيلي للمحاماة لتمثيلك بصفتك المستشار للدعوى القضائية الجماعية." ليست جميع طرح الغاة حاط على ميثار الدعوى القضائية الجماعية من طلك الخاص. وإذا كنت تريد تعيين أي محامي من جلب محام آخر وأن يحضر هذا المحامي إلى المحكمة نيابة عليك في هذه الدعوى فيمكنك توكيل محام على نفقتك الخاصة.

## 16. كيف سيتم دفع أتعاب لمحاميهن؟

إذا حصل المستشار للدعوى القضائية الجماعية على تعويض في قضية طرح قضية يجوز للمحامين أن يطلبوا من المحكمة الحصول على أي التكاليف المنفقات. لن تضطر إلى دفع هذه الأتعاب والنفقات من طلك الخاص. وإضافة التكاليف فيمن يطلب المحكمة ألاتعاب والنفقات إما من أية أموالك حصل عليها لمجموع تعويض القضائي أو دفع بشكل منفصل من جانب المدعى عليهما.

## 17. هل يمكنني توكيل المحامي الخاص بي؟

إذا كنت عضو في الدعوى القضائية الجماعية فلست مطالب بتوكيل محامي الخاص لأن ميثار الدعوى القضائية الجماعية سيعمل نيابة عنك. لكن إذا كنت تريد محامي الخاص في حق لك توكيل محام في نفقتك الخاصة.

# المحاكمة

## 18. كيف ستقرر للمحكمة للطرف الذي يكسب؟

إذا كانت تستمر في الدعوى وعيني في المدعى بطلبات دعوهم في المحاكمة. وخلال المحاكمة ستستمع المحكمة المقدمة في الأدلة من أجل تحديد ما إذا كان المدعون أو المدعى عليهم هم على حق بشأن المطالبات للواردة في الدعوى القضائية. واليوم وجد ضمان أن المدعين يعين وزونين بأي تعويض طلبي.

تم تطلعون حتى أيضا فباريض تأتى ست في قضية جميع مطلبات أعضاء الدعوى القضائية الجماعية تقلب تعويض طلبي.

## 19. هل يتعين علي حضور للمحكمة؟

ليس لديك الحق في حضور للمحاكمة فيمكن يو يورك مالتي تختار ذلك أو تطلب منك المحكمة أن يحضر ذلك ولا تحتاج بحق حضور كانت و/أو محاميكم على نفقتكم الخاصة.

**7**

**20. هل سأحصل على أي مال بعد المحاكمة؟**

إذا رأت المحكمة في المحاكمة أن أعضاء الدعوى القضائية الجماعية يستحقون إخطاراً بالمحاكمات أو إلى إجراءات إضافية التي يجب على أعضاء الدعوى القضائية الجماعية اتخاذها، فسيتم ذلك بشكل فردي. ومن ثم ما إذا كنت بحاجة إلى مطالبة إضافية، وسواء على الإنجليزية و/أو بأي لغة عربية بالإضافة إلى جميع الإخطارات سيتم نشر ها على الموقع الإلكتروني www.kashefvbnpp.com عند مصب مساحة. ويمكنك الوصول إلى الموقع الإلكتروني وسواء على أي تغيير في الدعوى أو في تحديث فئتك.

---

يجب على أعضاء الدعوى القضائية الجماعية التي يكون أو الذين يتعرضون للضرر في الطائرات أو الإصابات في جيش الجيش أو الأجزة النيجيرية أو الفرطة أو الوكيلين أو السائل الدولي لاتباعة لحكومة ولسودان بهذه، أو ذلك كذلك لجروح، الاكتمال الاستمارة وتحصل على الدعوى الملوع والإجلة على استيب المبا قبل حلول مصف الليل بالوقت الشرقي للولايات المتحدة في 1 يوليو 2025. حتى إذا كانت تقدمت معلوماتٍ إلى محتار لدعوى القضائية الجماعية في السابق، يجب عليك إكمال الاستمارة الانضمام للوعي القضائية وتوا السينان، الإرسال على المشفى القضائي الخاص.

سيتم حماية معلومات التحفيف التي تقدمها وتقديمها وتحافظ من لم المحكمة، ولن يتكون متاحة لـ لـ للطرف فيها رور في الكبار، و أو لمشرف القضائي الخاص للمعيَّن من جلب لم المحكمة، ولم المحكمة ولم محتار لدعوى القضائي الداخلي والخارج جيل للأطراف في هذه الدعوى القضائية.

توجد تعليمات الوصول إلى استمارة الانضمام للدعوى القضائية الواردتيان والإكمالها في الموقع الإلكتروني www.kashefvbnpp.com وتوافر أيضاً بلغة العربية في قائمة السرفانية).

إذا كانت لديك أي أسئلة، فيُرجى الاتصال بمحتار الدعوى القضائية الجماعية بدون ليبيدين مكشوفين على الرقم 7771-334 (332) 1+ أو بالكليوسينيلد على الرقم 6786-333 (771) 1+ أو يوجد متر جمورفيو يون سوتيفيون).

# Attachment 11

E

Go to www.kashefvbnpp.com if you lived in Sudan/S. Sudan 1997-2011. You may seek recovery in a US case or on your own.
Txt STOP to STOP

تفضل بزيارة الموقع الإلكتروني kashefvbnpp.com إذا كنت قد عشت في السودان/جنوب السودان بين عامي ١٩٩٧ - ٢٠١١ يمكنك المطالبة بتعويض في دعوى قضائية في الولايات المتحدة الأمريكية أو بنفسك. اكتب "قف" للإنهاء