| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **Motion denied.  There is no need for clarification.  Attorney Boyd can delegate aspects of her representation as she sees fit.**<br>**/s/ Alvin K. Hellerstein, U.S.D.J.**<br>**7/22/2025** |

ENTESAR OSMAN KASHEF, et al.,

    *Plaintiffs*,

-against -

BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP. (f/k/a BNP PARIBAS NORTH AMERICA, INC.),

    *Defendants*.

No. 1:16-cv-03228-AKH-JW

Hon. Alvin K. Hellerstein

## NOTICE OF PLAINTIFFS' MOTION FOR CLARIFICATION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Greg G. Gutzler's Declaration in Support of the Motion, Plaintiffs, through their undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, on such date as the Court will determine, at 500 Pearl Street, New York, New York 10007, for an Order for Clarification that not only Kathryn Lee Boyd, but also all those attorneys with which she or Hecht Partners is associated for Plaintiffs' trial scheduled to commence September 8, 2025, if they have duly appeared before this Court, may participate fully at trial, including by addressing the Court and the jury on the record.

Dated: July 21, 2025

                                                  Respectfully submitted,

| | |
|---|---|
| */s/ Kathryn Lee Boyd* | */s/ Greg G. Gutzler* |
| Kathryn Lee Boyd | Greg G. Gutzler |
| David L. Hecht | Carrie A. Syme |
| Maxim Price | DICELLO LEVITT LLP |
| Theodor Bruening | 485 Lexington Ave., Ste 1001 |
| Michael Eggenberger | New York, NY 10017 |
| HECHT PARTNERS LLP | (646) 933-1000 |

125 Park Avenue, 25th Floor
New York, NY 10017
(646) 502-9515
lboyd@hechtpartners.com
dhecht@hechtpartners.com
mprice@hechtpartners.com
tbruening@hechtpartners.com
meggenberger@hechtpartners.com

Kristen Nelson
HECHT PARTNERS LLP
2121 Avenue of the Stars
Los Angeles, CA 90067
(646) 490-2408
knelson@hechtpartners.com

*Co-Counsel for Plaintiffs*

ggutzler@dicellolveitt.com
csyme@dicellolveitt.com

*Co-Counsel for Plaintiffs*