UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF *et al.*,<br><br>                              Plaintiffs,<br><br>-against-<br><br>BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP.,<br><br>                              Defendants. | No. 16 Civ. 3228 (AKH)<br><br>Hon. Alvin K. Hellerstein |

**NOTICE OF DEFENDANTS' MOTION FOR EXPEDITED EVIDENTIARY HEARING AND DISCOVERY REGARDING PLAINTIFFS' COUNSEL'S MISCONDUCT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of Defendants' motion for expedited evidentiary hearing and discovery regarding Plaintiffs' counsel's misconduct, dated August 4, 2025, the supporting declarations of Professor Roy D. Simon, Jr. and Professor Bruce A. Green, and upon the prior pleadings and proceedings herein, Defendants BNP Paribas S.A. and BNP Paribas US Wholesale Holdings, Corp. (together, "BNPP"), by and through their undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom 14D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined, for (1) an expedited evidentiary hearing to address the nature, scope, and consequences the misconduct alleged by Plaintiffs' class counsel and described in the instant motion; and (2) an order requiring current and former Plaintiffs' counsel to provide full discovery to the Court and BNPP relating to the subject matter of the instant motion, including sworn responses to interrogatories described in the instant motion.

1

Dated: New York, New York  
August 4, 2025

Respectfully submitted,

*/s/ Barry H. Berke*  
Barry H. Berke  
Dani R. James  
Michael Martinez  
Matt Benjamin  
David P. Salant  

GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
New York, New York 10166  
T: (212) 351-4000  
bberke@gibsondunn.com  
djames@gibsondunn.com  
mmartinez2@gibsondunn.com  
mbenjamin@gibsondunn.com  
dsalant@gibsondunn.com  

*/s/ Carmine D. Boccuzzi, Jr.*  
Carmine D. Boccuzzi, Jr.  
Abena Mainoo  

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
One Liberty Plaza  
New York, New York 10006  
T: (212) 225-2000  
cboccuzzi@cgsh.com  
amainoo@cgsh.com  

*Counsel for Defendants BNP Paribas and BNP Paribas US Wholesale Holdings, Corp.*