UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

ENTESAR OSMAN KASHEF, et al.,

                            Plaintiffs,

   -against-

BNP PARIBAS SA, et al.,

                            Defendants.

------------------------------------------------------------- x

**ORDER GRANTING DEFENDANTS' MOTION TO SUBSTITUTE EXPERT WITNESS**

16 Civ. 3228 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendants' motion to substitute expert witness Dimitri Zenghelis in place of John Llewellyn is granted. Defendants have shown that Dr. Llewellyn's illness precludes him from testifying, and that his partner, Mr. Zenghelis, based on Dr. Llewellyn's report, and his own independent evaluation of that report, is a proper witness. It is hard to understand Plaintiffs' obduracy on this point.

      The Clerk of Court shall terminate ECF No. 826.

      SO ORDERED.

Dated:     August 6, 2025
              New York, New York

                                           ALVIN K. HELLERSTEIN
                                           United States District Judge