UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
              :
ENTESAR OSMAN KASHEF, et al.,      :  **AMENDED AND FINAL**
              :  **ORDER AS TO OPT INS AND**
          Plaintiffs,     :  **OPT OUTS**
              :
   -against-                  :  16 Civ. 3228 (AKH)
              :
BNP PARIBAS SA, et al.,          :
              :
         Defendants.    :
              :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On July 18, 2025, I previously ordered (ECF No. 798):

      "As to those who both opted out and opted in, the following rulings will apply, subject to objections that the parties may make on or before August 5, 2025, and rulings thereon:

      1. Those who declared on the same day that they both opted-in and opted-out shall be deemed members of the class, since one cancels the other and it is as if the individual did not respond at all. *See* Fed. R. Civ. P. 23(c)(2).

      2. As to those who opted-in and opted-out on different days, the later declaration supersedes the former. However, if thereafter a questionnaire was substantially completed and timely submitted, an intention to participate in the class has been made manifest, and that person shall be deemed a member of the class."

      No objection having been raised, this order is now final.

      SO ORDERED.

Dated:    August 6, 2025
           New York, New York

                                           ALVIN K. HELLERSTEIN
                                           United States District Judge