UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
ENTESAR OSMAN KASHEF, et al.,    :    **ORDER PERMITTING**
:    **AMICUS BRIEF**
                      Plaintiffs,    :
:    16 Civ. 3228 (AKH)
    -against-    :
:
BNP PARIBAS SA, et al.,    :
:
                      Defendants.    :
:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      I deny Defendants' motion to strike Attorney Hausfeld's amicus brief (ECF No. 819), or in the alternative, to adjourn the oral argument set for August 7, 2025. As co-class counsel, Hausfeld has a direct interest in the Court's ruling as to both issues that he briefed, and Defendants have made their arguments as to these issues in their brief, and can add anything appropriately more at oral argument. Accordingly, I deny Defendants' motion.

      The Clerk of Court shall terminate ECF No. 831.

      SO ORDERED.

Dated:    August 6, 2025
           New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge