UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ENTESAR OSMAN KASHEF, et al., :
: 
                              Plaintiffs, : **ORDER REGULATING**
: **PROCEEDINGS**
   -against- :
: 16 Civ. 3228 (AKH)
BNP PARIBAS SA, et al., :
:
                              Defendants. :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The Court held a status conference on August 7, 2025 to hear argument as to what burden of proof should apply at trial, the admissibility and import of Plaintiffs' immigration records, and Defendants' motion to exclude the testimony of Jean Clamon:

1. Plaintiffs' motion to preclude Jean Clamon from testifying for Defendants is denied since he was disclosed by Plaintiffs, and Defendants incorporated Plaintiffs' disclosures by reference. The accompanying motion to seal the supplemental disclosure is denied.

2. The Court will issue a separate opinion as to its rulings on the burden of proof to be applied at trial, and the admissibility and import of Plaintiffs' immigration records.

3. Jury selection will commence September 9, 2025 at 10:00 a.m. Trial will be held in Courtroom 23B.

4. The final pretrial conference will be held on September 3, 2025, at 11:00 a.m. in Courtroom 14D. By August 28, 2025, the parties shall file a joint pre-trial order and the other materials provided for under my Individual Rule 3. By this date, the parties shall also jointly submit (via email to HellersteinNYSDChambers@nysd.uscourts.gov) a joint list of the attorneys expected to appear on the record at the final pretrial conference.

1

The Clerk of Court is respectfully directed to terminate ECF Nos. 821 and 822.

SO ORDERED.

Dated:  August 7, 2025
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge