**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENTESAR OSMAN KASHEF, *et al.*, | |
| *Plaintiffs*, | |
| v. | No. 1:16-cv-03228-AKH-JW |
| BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP. (f/k/a BNP PARIBAS NORTH AMERICA, INC.), | Hon. Alvin K. Hellerstein |
| *Defendants*. | |

**NOTICE OF DEFENDANTS' MOTION *IN LIMINE*
TO EXCLUDE REFERENCES TO INTERNATIONAL TERRORISM**

**PLEASE TAKE NOTICE** that, upon Defendants' accompanying Memorandum of Law in Support of Their Motion *in Limine* to Exclude References to International Terrorism, dated August 14, 2025, the Declaration of Dani R. James, dated August 14, 2025 and accompanying exhibits filed therewith, Defendants BNP Paribas S.A. and BNP Paribas US Wholesale Holdings, Corp., by and through their undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom 14D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, at a time determined by the Court, for an order precluding Plaintiffs' counsel and their witnesses from referring to international terrorism as well as the Government of Sudan's connections to international terrorism at trial.

                                                  Respectfully submitted,

Dated: New York, New York

      August 14, 2025

| | |
|---|---|
| _____ | */s/ Carmine D. Boccuzzi, Jr.* |
| Barry H. Berke | Carmine D. Boccuzzi, Jr. |
| Dani R. James | Abena Mainoo |
| Michael Martinez | |
| Matt Benjamin | CLEARY GOTTLIEB STEEN & |
| David P. Salant | HAMILTON LLP |
| | One Liberty Plaza |
| GIBSON, DUNN & CRUTCHER LLP | New York, New York 10006 |
| 200 Park Avenue | T: (212) 225-2000 |
| New York, New York 10166 | cboccuzzi@cgsh.com |
| T: (212) 351-4000 | amainoo@cgsh.com |
| bberke@gibsondunn.com | |
| djames@gibsondunn.com | |
| mmartinez2@gibsondunn.com | |
| mbenjamin@gibsondunn.com | |
| dsalant@gibsondunn.com | *Counsel for Defendants BNP Paribas S.A. and BNP Paribas US Wholesale Holdings, Corp.* |