**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENTESAR OSMAN KASHEF, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>　　　　　v.<br><br>BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP. (f/k/a BNP PARIBAS NORTH AMERICA, INC.),<br><br>　　　　　*Defendants*. | No. 1:16-cv-03228-AKH-JW<br><br>Hon. Alvin K. Hellerstein |

### NOTICE OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENT ABOUT CLASS ISSUES

**PLEASE TAKE NOTICE** that, upon Defendants' accompanying Memorandum of Law in Support of Their Motion *in Limine* to Exclude Evidence and Argument About Class Issues, dated August 14, 2025, the Declaration of Dani R. James, dated August 14, 2025 and accompanying exhibits filed therewith, Defendants BNP Paribas S.A. and BNP Paribas US Wholesale Holdings, Corp., by and through their undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom 14D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, at a time determined by the Court, for an order requiring the limitation of evidence and argument at trial to the three individual plaintiffs, the exclusion of all references to Plaintiffs being part of a class, and the exclusion of the testimony of Asha Arbab Mata and Clara Tabor.

Respectfully submitted,

Dated: New York, New York
       August 14, 2025

_____

*/s/ Carmine D. Boccuzzi, Jr.*

Barry H. Berke
Dani R. James
Michael Martinez
Matt Benjamin
David P. Salant

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
T: (212) 351-4000
bberke@gibsondunn.com
djames@gibsondunn.com
mmartinez2@gibsondunn.com
mbenjamin@gibsondunn.com
dsalant@gibsondunn.com

Carmine D. Boccuzzi, Jr.
Abena Mainoo

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: (212) 225-2000
cboccuzzi@cgsh.com
amainoo@cgsh.com

*Counsel for Defendants BNP Paribas S.A.
and BNP Paribas US Wholesale Holdings,
Corp.*