UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

ENTESAR OSMAN KASHEF, *et al.*,

                Plaintiffs,

  -against-

BNP PARIBAS SA, *et al.*,

                Defendants.

-------------------------------------------------------------- x

**ORDER REGULATING VOIR DIRE**

16 Civ. 3228 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Court proposes the following protocol for jury selection.

      Voir dire will take place over the course of two days, September 9 and 10, 2025.
September 9 will be focused on whether the jurors are able to sit for the length of the trial. Each
juror will be questioned separately and asked if there are extraordinary circumstances which
prevent the juror from sitting for the duration of the trial. The case will be described to each, as
follows:

          This is a civil case seeking money damages. Plaintiffs
allege that they fled or were expelled from Sudan, the country in
which they lived, because of atrocities committed against them by
the Government of Sudan. Plaintiffs allege that BNP Paribas and
its affiliates aided and abetted the Government of Sudan in
committing these atrocities by providing banking services in
violation of the sanctions laws of the United States, and they sue
BNP Paribas. The jury will be asked to decide, among other
issues, if the banking services provided by BNP Paribas to the
Government of Sudan were the natural and adequate causes of the
injuries that Plaintiffs suffered.
          Defendants deny the allegations against them and allege
affirmative defenses.
          The lawyers estimate a two-month trial, not counting the
seven days of Jewish holidays, on which we will not be working.
Are there any extraordinary circumstances that prevent you from
performing your civic duty to sit as a juror?

1

Questioning will continue until 60 jurors are available.  Questioning will resume September 10, 2025, to select the jury.  Opening statements will begin immediately upon the selection of a jury.

SO ORDERED.

Dated:      August 28, 2025
            New York, New York

ALVIN K. HELLERSTEIN
United States District Judge