# EXHIBIT 1

# EXHIBIT 9

**BNP PARIBAS**

03/22/2007 15:42

CH NPR-E22
NPR-EID CIB Compliance
BNP Paribas (Suisse) SA
11 Quai des Bergues – CH-1211 GENEVA 11, SWITZERLAND
NPR-EID

To: CH NPR-E21    CH NPR-E2
Cc:
Bcc:

Subject: Fw: Fw: transactions involving Sudanese banks on the SDN list

FYI

------------ Forwarded by CH NPR-E22/CH/EUROPE/GROUP on 03/22/2007 15:41
--------------

03/22/2007 15:32    NPR-E28
NPR-EID Compliance Officer
CIB – Financing Business Areas
Ethics & Compliance
21 Place du Saint Honoré – Paris 75001, France NPR-EID
NPR-EID

To: CH NPR-E22
cc:

Subject: Fw: transactions involving Sudanese banks on the Specially Designated Nationals and Blocked Persons (SDN) list

FYI.
All of this is not yet official, but it may allow you to measure the impact, on Sudanese Bank of an evolution of the bank's policy.

------------ Sent by NPR-E28 FR/EUROPE/GROUP on 03/22/2007 15:30 --------------

03/21/2007 19:19    NPR-E36

NPR-EID Combatting the financing of terrorism and monitoring financial embargoes
Group Compliance
Financial security
10 rue du 4 septembre – 75002 PARIS, FRANCE-NPR-EID
NPR-EID

To: NPR-E18
cc: NPR-E52   NPR-E28   NPR-E42   NPR-E47

Subject: transactions involving Sudanese banks on the SDN list

Taking the SDN list into account in analyzing our transactions reveals the fact that several Sudanese banks are included on the OFAC SDN lists.

Until now, we have been looking at the European embargo and the US embargo separately. The latter was analyzed systematically when transactions were in USD and sometimes, where verification was possible, when a "US Person", or even US equipment, was involved in the transaction.

In my opinion, in order to ensure we are consistent with our policy of seeking to take into account US

data, even where we have room to maneuver legally speaking, we cannot remain "passive" when a Sudanese bank included on the SDN list is "caught".

1) I suggest that, for transactions in USD, we never have dealings with a bank included on the list, either directly or indirectly, if the name of that bank appears on a SWIFT order.

2) For transactions in EUR, I suggest that we never deal with these banks directly. This means that we need to draw up a list of the accounts and, to the extent possible, close them down, so as to prevent any incoming transfers. For outgoing transfers, we should operate in the same way as we do for Syrian banks, through an intermediary.

In this respect, such a policy should result in the removal of two banks Sudanese Bank and Sudanese Bank from the List of LCE and, at the same time, an investigation to determine which banks (German, Belgian, etc.) commonly handle transactions with Sudan, so as to ensure that our transactions pass through them (the same policy as is applied in the case of Syrian banks).

3) Finally, there is the case, such as happened recently, where one of our clients is working directly with a bank Sudanese Bank that buys agricultural equipment. We believe that, in such cases, we should contact our client and request that they use one of our colleagues to handle such transactions.
These decisions, which would apply to new transactions, especially cash flows, are separate from the measures in place to handle existing transactions.

These targeted State banks play a pivotal role in supporting the Sudanese government which, let's not forget, provided refuge for Osama Bin Laden and refuses to allow UN intervention in Darfur.

I am also sending you a message from NPR-E42, who has performed a fairly comprehensive examination of the banks based in Sudan, and there is no reason, in principle, to feel more reassured about the foreign banks or joint ventures than the State banks.

Please give me your opinion on these draft instructions which, obviously and after receipt of your comments, will be formalized and submitted to ** for approval before then, of course, being disseminated to all centers.
                                                                                                ** NPR-E49

NPR-E47, I have cc'd you in this memo as you will be sent a copy of the resulting instructions for your input, as usual.

NPR-E36

Attachments: the SUDAN LCE

| List of foreign correspondents | Sudan (Democratic Republic of the Sudan) | LCE-I-164-01 |
|---|---|---|
| | | **Sudan** |
| | | March 14, 2007 |

| KHARTOUM |||
|---|---|---|
| **I – SPECIFIC CHARACTERISTICS** |||
| CURRENCY | 1 SUDANESE POUND = SDG | 1 SDG = 100 piasters |
| **THIS COUNTRY IS UNDER A US ENBARGO** <br> **Nature:** <br> - Since 11/03/1997, by Executive Order <br> - List of names included on the OFAC list of "Specially Designated Nationals and Blocked Persons" of 06/01/2005 <br><br> American banks, as well as branches and subsidiaries thereof, or non-US banks based within US territory are obliged to **freeze the funds** of transactions entailing a direct or indirect interest for the government of Sudan. <br><br> Any and all transfers in US dollars are subject to this embargo regulation. <br><br> **THIS COUNTRY IS UNDER A EUROPEAN UNION EMBARGO** <br><br> Council **Regulation (EC) No. 1184/2005 of 07/18/2005**, of the Council imposing certain specific restrictive measures directed against certain persons impeding the peace process and breaking international law in the conflict in the Darfur region in Sudan, as amended by: <br><br> - Commission **Regulation (EC) No. 760/2005** of 05/18/2005, amending Council Regulation (EC) No. 1184/2005[1] <br><br> Council **Regulation (EC) No. 131/2004** of 01/26/2004, concerning certain restrictive measures in respect of the financing of military activities and related equipment, as amended by: <br><br> • **Commission Regulation (EC) No. 1354/2005 of 08/17/2005** <br> • **Council Regulation (EC) No. 838/2005 of 05/30/2005** <br> • **Council Regulation (EC) No. 1353/2004 of 07/26/2004 2004** <br> • **Commission Regulation (EC) No. 1516/2005 of 08/25/2005** <br><br> **THIS COUNTRY IS UNDER A UN ENBARGO** <br> **Resolution 1591 (2005) adopted by the Security Council Sanctions Committee under Chapter VII** <br><br> To discover the instructions and Regulations on the Vigilance website, please visit: <br> *http://vigilance.compliance.echonet/applis/vigilance/BlacklistPublic.nsf/InstructionsThemeFR*[2] <br><br> **For any information**, contact Group Compliance – Management of financial embargos by Lotus: Paris DG AML-AT. <br><br> All communications must be in **English**. <br><br> Note: pay close attention when written figures in English. E.g. SDP 300.000 means three hundred Sudanese pounds – SDP 300,000 means three hundred thousand Sudanese pounds. To avoid any misunderstanding, please write amounts out in full in any communication. <br><br> For requests for the approval of debits from the accounts to be monitored, call APAC Flux Banques Surveillance Lori at tel.: NPR-EID |||

---

[1] Translator's note: the original French text includes an error here and refers to this Regulation as No 11484/2005.
[2] Translator's note: link appears inactive or incorrect, so no English version could be found.

## II – LIST OF CORRESPONDENTS

| Town/city and codes | | Correspondent and address | | Accounting relations | | Other information |
|---|---|---|---|---|---|---|
| | | | | Loro | Nostro | |
| **KHARTOUM** *NPR-CID* | * | *Sudanese bank* *NPR-CID* KHARTOUM **IMPORTANT:** do not use this bank for non-domiciled commercial transactions. | | | | Stélex: *NPR-CID* CODE: B/B |
| **KHARTOUM** *NPR-CID* | * | *Sudanese bank* *NPR-CID* KHARTOUM | | KHARTOUM EUR 224005/52 | | Stélex: *NPR-CID* CODE: B/B |

*\*Sudanese bank*

CONFIDENTIAL                                                                                       BNPP-KASHEF-00000010_EN

# Declaration

PO36064
Hausfeld (Washington)

I, Olga Montes, professional translator under contract with Alpha Translations Canada, Inc., d.b.a. RWS Alpha, hereby declare that, to the best of my knowledge and belief, the following documents, prepared by myself, competent in the art and conversant with the French and English languages, is a true and correct English translation of the accompanying documents in the French language.

Document names:

*BNPP-KASHEF-00000007*
*BNPP-KASHEF-00000023*
*BNPP-KASHEF-00000034*
*BNPP-KASHEF-00000066*
*BNPP-KASHEF-00000160*
*BNPP-KASHEF-00000177*
*BNPP-KASHEF-00000201*
*BNPP-KASHEF-00000207*
*BNPP-KASHEF-00000210*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on this 1st day of August 2023.

(Signature)

Olga Montes

Freelance translator under contract with Alpha Translations Canada, Inc., d.b.a. RWS Alpha

Dollard-des-Ormeaux, Canada



**BNP PARIBAS**

22/03/2007 15:42

CH NPR-E22
NPR-EID CIB Compliance
BNP Paribas (Suisse) SA
11 Quai des Bergues - CH-1211 GENEVE 11

NPR-EID

To: CH NPR-E21   CH NPR-E2
cc:
bcc:

Subject: Fw: Tr : opérations impliquant des banques soudanaises figurant sur la liste SDN

FYI
------------------ Forwarded by CH NPR-E22 /CH/EUROPE/GROUP on 22/03/2007 15:41
------------------------

22/03/2007 15:32   NPR-E28
NPR-EID Compliance Officer
CIB - Financing Metiers
Ethics & Compliance
21 Place du Marché Saint Honoré - Paris 75001   NPR-EID
NPR-EID

To: CH NPR-E22
cc:

Subject: Tr : opérations impliquant des banques soudanaises figurant sur la liste SDN

Pour info.
Tout cela n'est pas encore officiel mais peut te permettre de mesurer l'impact, sur [ * ] d'uen évolution de la politique de la banque.

Sudanese Bank

------------------ Envoyé par NPR-E28 FR/EUROPE/GROUP le 22/03/2007 15:30 ------------------

21/03/2007 19:19   NPR-E36

NPR-EID Lutte contre le financement du terrorisme et suivi des Embargos à caractère financier
Conformité Groupe
Sécurité financière
10 rue du 4 septembre- 75002 PARIS -   NPR-EID
NPR-EID

Pour : NPR-E18
cc : NPR-E52   NPR-E28   NPR-E42   NPR-E47

Objet : opérations impliquant des banques soudanaises figurant sur la liste SDN

La prise en compte de la liste SDN dans l'analyse de nos transactions mettent en évidence le fait que plusieurs banques soudanaises sont portées sur les listes SDN de l'OFAC.

Jusqu'ici, nous regardions séparément l'embargo européen et l'embargo US. Ce dernier était analysé systématiquement quand les opérations étaient libélées en USD et parfois, quand on avait le moyen de le vérifier, quand une "US Person", voire du matériel US, était impliquée dans la transaction.

Je pense que pour être cohérent avec notre politique cherchant à prendre en compte les données

CONFIDENTIAL

BNPP-KASHEF-00000007

américaines, même si nous disposons juridiquement d'une marge de manoeuvre, nous ne pouvons rester "passifs" quand une banque soudanaise listée sur SDN est "topée".

1) Je suggère, pour les opérations en USD, de ne jamais traiter avec une banque listée, directement ou indirectement, si son nom figure sur un ordre SWIFT.

2) **Pour les opérations en Euro**, je suggère que nous ne traitions jamais en direct avec ces banques. Cela implique que nous fassions l'inventaire des comptes et procédions dans la mesure du possible à leur clôture, afin d'éviter tout transfert entrant. Pour les transferts sortants, nous devrons procéder, comme pour les banques syriennes, par un intermédiaire.



A cet égard, une telle politique devrait aboutir à retirer les deux banques ( [*Sudanese Bank*] et [*Sudanese Bank*] [*Sudanese Bank*] ) de la liste des LCE, et à rechercher, parallèlement, quelles sont les banques (allemandes, belges...) qui traitent couramment des opérations avec le Soudan afin de faire transiter nos opérations par elles (même politique que celle appliquée avec les opérations syriennes).

3) Enfin, se pose le cas, comme très récemment, d'un de nos clients travaillant en direct avec une banque [*Sudanese Bank*] qui achète du matériel agricole. Nous sommes d'avis, dans ce cas, d'une intervention auprès de notre client pour lui demander de traiter ces opérations avec un de nos confrères.

[* *Sudanese Bank*]

Ces décisions, qui s'appliqueraient aux opérations nouvelles, en particulier les flux, est indépendante des mesures en cours pour le traitement de l'existant.

Ces banques étatiques visées jouent un rôle pivot pour le soutien du Gouvernement du Soudan, lequel rappelons-le a hébergé Oussama Ben Laden et refuse l'intervention des Nations Unies au Darfour.

Je vous adresse également une note de [NPR-E42] qui a fait un tour aussi complet des banques installées au Soudan et il n'y a pas lieu, a priori, d'être plus rassuré avbec les banques étrangères ou les Joint Venture qu'avec les banques d'Etat.

Merci de me donner votre point de vue sur ce projet d'instructions qui, bien entendu et après vos remarques, sera formalisé et soumis à l'approbation de [**] puis, bien entendu diffusé à tous les pôles.

[** *NPR-E49*]

[NPR-E47] je vous mets en copie de ce memo car vous serez destinataire des instructions qui suivront pour y apporter, comme à l'habitude, votre contribution.

[NPR-E36]

Ci-joint la LCE SOUDAN

| Liste des correspondants étrangers | Soudan (Democratic Republic of the Sudan) | LCE-I-164-01 Soudan |
|---|---|---|
| | | *14 mars 2007* |

KHARTOUM

## I - PARTICULARITES

| MONNAIE | 1 LIVRE SOUDANAISE = SDG (SUDANESE POUND) | 1 SDG = 100 millièmes |
|---|---|---|

### CE PAYS EST SOUS EMBARGO AMERICAIN

nature :

- depuis 03/11/1997 par Décret présidentiel

- liste de noms figurant dans la liste OFAC des « Specially Designated Nationals and Blocked Persons » du 01/06/2005

Les banques américaines, ainsi que leurs filiales et leurs succursales, ou les banques étrangères établies sur le territoire américain sont tenues de procéder au **blocage des fonds** des opérations concernant un intérêt direct ou indirect pour le gouvernement du Soudan.

Tout transfert en USD est soumis à cette réglementation d'embargo.

### CE PAYS EST SOUS EMBARGO DE L'UNION EUROPEENNE

Règlement n 1184/2005 du 18/07/2005 du Conseil instituant certaines mesures restrictives spécifiques à l'encontre de certaines personnes qui font obstacle au processus de paix et ne respectent pas le droit international dans le conflit De la région du Darfour au Soudan, modifié par:

 -Règlement n 760/2005 de la Commission du 18/05/2005 modifiant le Règlement n 11484/2005 du Conseil

Règlement n° 131/2004 du 26/01/2004 imposant des mesures restrictives relatives au financement d'activités militaires et matériel connexes, modifiée par:

- Règlement n° 1354/2005 du 17/08/2005
- Règlement n° 838/2005 du 30/05/2005
- Règlement n° 1353/2004 du 26/07/2004
- Règlement n° 1516/2004 du 25/08/2004

### CE PAYS EST SOUS EMBARGO DES NATIONS UNIES

Résolution 1591 (2005) adoptée par le Comité des sanctions du Conseil de Sécurité dans le cadre du chapitre VII

Pour connaître les instructions et les Règlements sur le site Vigilance, consulter
*http://vigilance.compliance.echonet/applis/vigilance/BlacklistPublic.nsf/InstructionsThemeFR*

**Pour toute information**, contacter Conformité Groupe – Gestion des embargos financiers par lotus : Paris DG AML-AT.

Toutes les communications doivent obligatoirement se faire en **langue anglaise**.

Attention à la manière d'exprimer les nombres en langue anglaise. Par exemple SDP 300.000 se lit trois cents livres soudanaises - SDP 300,000 se lit trois cent mille livres soudanaises. Pour éviter tout malentendu, indiquer le montant en toutes lettres dans chaque communication.

Pour des demandes d'accord de débits sur des comptes à surveiller, appeler APAC Flux Banques Surveillance Lori tel :

NPR-EID

CONFIDENTIAL

BNPP-KASHEF-00000009

## II - LISTE DES CORRESPONDANTS

| Ville et codes | | Correspondant et adresse | Relations comptables | | Autres renseignements |
|---|---|---|---|---|---|
| | | | Loro | Nostro | |
| KHARTOUM<br>NPR-CID | * | Sudanese Bank<br>NPR-CID<br>KHARTOUM | | | Stélex :<br>NPR-CID<br>CLE : B/B |
| | | IMPORTANT : * ne pas adresser d'opérations commerciales non domiciliées sur ses caisses. | | | |
| KHARTOUM<br>NPR-CID | * | Sudanese Bank<br>NPR-CID<br>KHARTOUM | KHARTOUM<br>EUR<br>224005/52 | | Stélex :<br>NPR-CID<br>CLE : B/B |

* Sudanese Bank

CONFIDENTIAL

BNPP-KASHEF-00000010