UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF, et al., *Plaintiffs*, -against - BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP. (f/k/a BNP PARIBAS NORTH AMERICA, INC.), *Defendants*. | No. 1:16-cv-03228-AKH-JW  Hon. Alvin K. Hellerstein |

**DECLARATION OF GREG G. GUTZLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE IMPROPER RULE 30(b)(6) TESTIMONY**

I, GREG G. GUTZLER, make this declaration pursuant to 28 U.S.C. § 1746 and state as follows:

1. I am a partner at the law firm DiCello Levitt LLP, and co-counsel of record for Plaintiffs.

2. I respectfully submit this declaration in support of Plaintiff's Opposition to Defendants' Motion *In Limine* to Exclude Improper Rule 30(b)(6) testimony.

3. Attached as Exhibit 1 is a true and correct copy of the Stipulated Statement of Facts previously filed on the docket as ECF 864-2.

4. Attached as Exhibit 2 are true and correct excerpts of the August 11, 2022 Dan Cozine deposition previously filed on the docket as ECF 533-26.

5. Attached as Exhibit 3 is a true and correct copy of the August 9, 2022 Rule 30(b)(6) deposition notices for BNP Paribas SA.

2

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 28, 2025
      New York, New York

_____
Greg G. Gutzler