Exhibit 2

Page 1

```
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2    Case No. 1:16-cv-03228(AJN)
      - - - - - - - - - - - - - - - - - -x
 3    ENTESAR OSMAN KASHEF, et al,          :
                                            :
 4                        Plaintiffs,       :
                                            :
 5              – vs –                      :
                                            :
 6    BNP PARIBAS S.A., a French            :
      corporation; BNP Paribas North       :
 7    America, Inc., a Delaware             :
      corporation; and DOES 1–10;          :
 8                                          :
                          Defendants.   :
 9    - - - - - - - - - - - - - - - - - -x
10
                                    August 11, 2022
11                                  9:38 a.m.
                                    535 Madison Avenue
12                                  New York, NY
13
14
15
16
17
18
19
20            VIDEOTAPED DEPOSITION UPON ORAL
21    EXAMINATION OF DAN COZINE, held at the
22    above-mentioned time and place, before Randi
23    Friedman, a Registered Professional Reporter,
24    within and for the State of New York.
25
```

Page 12

1    employer?

2           A      English.

3           Q      What is your educational background?

4           A      I have a Bachelor from the University

5    of Delaware, and an MBA from NYU.

6           Q      And when was your MBA obtained?

7           A      I believe that I graduated in '94.

8           Q      Do you have any specialty degrees or

9    certifications?

10          A      No.

11          Q      What is your current position?

12          A      I am the chief conduct and control

13   officers for BNP Paribas in the Americas.

14          Q      Chief conduct and control, can you

15   explain what that entails?

16          A      Sure.  It is a front office

17   organization that was established by BNP Paribas

18   to assure that we have best in class conduct

19   culture; and in that role and responsibility

20   there is education of staff, training,

21   monitoring, regulatory relations.  There's also

22   control responsibility for the front office,

23   control infrastructure.

24          Q      Okay.  Let me break that down.

25                 When you say "front office," what do

```
 1    compliance and risk functions for a significant
 2    period of time.  I do not know how long they've
 3    been independent and stand on organizations, but
 4    the separation between the business compliance
 5    and risk has been a longstanding construct within
 6    BNP Paribas.
 7        Q    When you say "business," you're really
 8    talking about front office?  I think you
 9    mentioned business and front office were
10    commensurate?
11        A    Correct.  Correct.
12        Q    When you say you're responsible for
13    ensuring best in class conduct, can you be more
14    specific about what you mean?  What your duties
15    would be in doing that?
16        A    Sure.  Making sure that
17    organizationally things related to our Code of
18    Conduct are understood by our teams.  And my
19    organization includes a matrix structure.  We
20    have chief conduct and control officers within
21    the major business lines.  For example, within
22    global markets, within global banking, within our
23    ITO organizations, I have chief control officers
24    in those businesses so that they are connected to
25    the businesses, assuring that from a conduct
```

Page 23

```
 1    paycheck, for example?
 2         A    BNP Paribas S.A., New York branch.
 3         Q    Okay.  All right.  You said you've
 4    been in this position for about 18 months.
 5              What did you do prior to that?
 6         A    I've been with the bank since 1987.
 7    I've had a number of positions, most of them in
 8    corporate banking.
 9         Q    When you say "corporate banking," is
10    that the CIB division?
11         A    It is the CIB division.
12         Q    Do you call it division, or do you
13    call it something else?
14         A    In French we call it a metier or a
15    pole.
16         Q    That was what I was going to ask next,
17    is it a metier; okay.
18              You've been part of CIB in one form or
19    another since 1987?
20         A    I have been part of the bank since
21    1987.  I started at Paribas.
22         Q    When you say "Paribas," what do you
23    mean?
24         A    Bank Paribas, the predecessor.  One of
25    the predecessors to BNP Paribas.
```

Page 24

```
 1       Q      And you started with them in New York
 2   in 1987?
 3       A      Yes.
 4       Q      What was your -- if we could just in a
 5   general fashion, run through all the years.
 6       A      Okay.  Ready?
 7       Q      Yes.
 8       A      So I started in 1987 in finance.  I
 9   did cost accounting and profitability.  I spent
10   two years in that position.  I then moved into a
11   banking role in project finance, which is the
12   financing of infrastructure assets.
13       Q      When was that?
14       A      That was -- my recollection is '89.
15       Q      You were always located in New York?
16   Let me make that -- ask that question.
17              You were always in New York?
18       A      No.
19       Q      Oh, okay.  So when you started in
20   finance, were you in New York?
21       A      Yes.
22       Q      And then your project finance
23   position, was that in New York in 1989?
24       A      Yes.
25       Q      How long were you in project finance?
```

Page 25

1          A      So then I -- I was in project finance
2     in New York through '94.  In December '94, I went
3     to Paris for Bank Paribas.  I was in Paris
4     'til -- for three years.
5          Q      When you say "project finance," what
6     kind of projects?
7          A      A variety of infrastructure projects.
8          Q      Can you give me some examples?
9          A      Sure.  Power plants.
10         Q      What about oil industry infrastructure
11    projects?  Oil and petroleum?
12         A      Throughout my career there have been
13    some.
14         Q      Which ones?
15         A      I don't recall.  I don't have the deal
16    sheet in front of me.  I don't know.  I mean --
17         Q      Okay.  When you say you're a part of
18    or you work on project finance, in lay terms,
19    what is your job?
20         A      What was my job?
21         Q      In this particular role as project
22    finance.
23         A      Yeah.  In my New York role, I was
24    focused on North American project finance, which
25    were primarily at that time, power and waste

Page 37

1   remember the corporate structure above that.

2        Q    And just generally, next position.

3        A    Sure.  So then I had responsibilities

4   for project finance in North America, Latin

5   America, and a number of expanded

6   responsibilities across the geography and across

7   beyond just project financing.

8        Q    What were your positions?

9        A    I was the head of North America

10  project finance.  I was the head of Americas

11  project finance.  I'm trying to remember, 'cause

12  my next position was in Paris.  I think my title

13  before going to Paris in 2008 was the head of

14  project finance for the Americas.

15       Q    You were in New York from '97 to 2008?

16       A    Yes.

17       Q    And were you part of a division or a

18  metier during those years?

19       A    There was a merger of BNP and Paribas,

20  so we became a new financial institution.  And

21  during the timeframe, and I don't know exactly

22  when, the bank had a reconfiguration of its

23  businesses, and project finance became part of

24  ECEP, energy, commodities, export and project.

25       Q    And ECEP is under what sort of

Page 38

1    corporate rubric; CIB?

2         A    I don't know -- it was eventually part

3    of CIB.  I don't know when CIB, as an

4    organizational structure, came into being.

5         Q    Directing your attention back to the

6    1997 era when you came back to New York, were you

7    made aware of U.S. sanctions, U.S. or

8    international sanctions that were in place with

9    regard to doing business with certain countries?

10        A    As an employee, we were updated on

11   sanction-related activity or actions.  I don't

12   recall specific -- I have no recollection of the

13   forums of which we did it, but there was a

14   mechanism to inform people as to evolutions of

15   sanctioned -- or sanction activity.

16        Q    Do you remember being informed about

17   the U.S. sanctions involving Sudan, Iran and Cuba

18   that were put in place in 1997?

19        A    I do not specifically remember.

20        Q    Do you have any reason to believe that

21   you were not updated on those sanctions?

22                  MR. BOCCUZZI:  Objection.

23                  THE WITNESS:  As part of my

24        preparation for this deposition, I've seen

25        correspondence on -- where I was copied on

Page 39

1           distributions, so I know that I was a

2           recipient.  I have no recollection of

3           receiving it until such time as I prepared

4           for this deposition.

5      BY MS. BOYD:

6           Q    Was there any formal training at that

7      time, like the kind of training that you're

8      involved in now of employees on conduct and

9      control?

10          A    I believe that our training on all of

11     these issues has been enhanced significantly over

12     the years.  I do not want to say there was no

13     training at that point, but it's clearly more

14     advanced today.

15          Q    Do you remember speaking to anyone

16     around this timeframe in 1997, 1998, about the

17     U.S. embargo regarding Sudan?

18          A    No.

19          Q    I might have asked this.

20               During this period 1997 until you left

21     for Paris in 2008, did you have any personal

22     dealings in the work you were doing with finance

23     projects or finance, involving Sudan or Sudanese

24     clients?

25          A    No.

Page 40

```
 1        Q     Did you work with anyone who did?
 2        A     I don't believe so.
 3        Q     After 2008, you went to Paris.
 4              You did what; I'm sorry?  What was
 5     your role in Paris?
 6        A     I came back from Paris in '97.
 7        Q     Right.  Now I'm in 2008, and you said
 8     you went back to Paris.
 9        A     I went to London.
10        Q     London.  Apologies.  And what did you
11     do in London?
12        A     I was the head of loan syndications
13     for Europe, the Middle East and Africa.
14        Q     And what did that job entail?
15        A     Going back to our earlier discussion,
16     BNP Paribas had a large platform in Europe, the
17     Middle East and Africa under which we did a
18     number of financings of syndicated loans, and the
19     loan syndications' responsibility were to find
20     other banks to participate in those loans.
21        Q     That was your job to go help source
22     other banks for the syndicates?
23        A     Yes.
24        Q     And what other duties did you have?
25        A     That was it.
```

1        Q     Primarily?

2        A     Yeah.

3        Q     And how long did you do that job in

4    London?

5        A     About two years.

6        Q     And after that?

7        A     Came back to New York.

8        Q     In what position?

9        A     I believe the title was head of

10   structured finance.

11       Q     As part of the New York branch?

12       A     Yes.

13       Q     And at this period, were you involved

14   in any way in the investigation by U.S.

15   authorities into sanctions violations by BNP

16   Paribas?

17       A     No.

18       Q     Did you work with anyone who was

19   involved in those investigations?

20                  MR. BOCCUZZI:  Objection.

21                  THE WITNESS:  I worked -- I worked

22        with people from the ex-ECEP organization,

23        but I have no idea if they were involved in

24        any investigations.

25

1    CIB, so that was all of the financing businesses,

2    but not corporate coverage.  So project finance

3    acquisition and finance, etc.  From about 2010 to

4    2017, then we combined another reorganization.

5    We took some of -- we did another restructuring

6    where we combined our banking origination

7    businesses with our global markets origination

8    businesses in a new entity called global credit

9    markets, and I was the deputy head of global

10   credit markets.  And that was the last position

11   prior to taking my job as chief conduct and

12   control officer.

13        Q    Was that when -- when you took the job

14   as chief conduct and control officer, was that

15   when the company -- the bank created that conduct

16   and control metier or department?

17        A    No.  I was the third conduct and

18   control officer for the Americas.

19        Q    Who preceded you?

20        A    ███████████████████, who is now the

21   head of HR.  And ████████████████, who is now the

22   head of compliance.

23        Q    And after that, it probably takes us

24   to today?

25        A    It takes us to today.

1      Q      Who is that?

2      A      ████████████ is currently the head

3   of our low carbon energy practice.  She's had a

4   number of positions within the banking platform.

5   I do not know what her position was at the time

6   that she was -- sent this email.

7      Q      Also copied is ████████; do you know

8   who that is?

9      A      I believe that █████ was in

10  compliance.

11     Q      Also copied is ████████████.  Do you

12  know who that is?

13     A      I believe at that time, ██████ was

14  the head of ECEP.

15     Q      Do you have any information as you sit

16  here today about the message requesting that

17  anything related to OFAC, which I haven't defined

18  it, is the Office of Foreign Asset Control in the

19  U.S., go through attorneys, so as to not get into

20  the hands of investigators?  Do you have any

21  information as you sit here today about that --

22     A      I do not.

23     Q      -- directive?

24     A      I do not.

25     Q      You've read the Statement of Facts,

Page 94

1    which is the guilty plea of BNP Paribas S.A.
2              Do you remember when you first read
3    that?
4        A    I believe I read it when it was
5    issued.
6        Q    Have you read it -- brushed up on it
7    since?
8        A    I have.
9        Q    Okay.  And are you also aware that as
10   part of that guilty plea, that BNP Paribas has
11   agreed and has ordered to not contradict any of
12   the facts that are stated in that Statement of
13   Facts in any legal proceedings after?
14       A    I'm not sure that I remember reading
15   that, but it doesn't surprise me.  But I don't
16   recall that provision.
17       Q    Okay.  So if I told you that both with
18   the Department of Justice, which is the U.S.
19   criminal officials; and with the state officials,
20   which is the New York County District Attorney's
21   Office, that there are written agreements in
22   place as part of the guilty conviction that none
23   of the facts in the Statement of Facts can be
24   contradicted by BNP Paribas in any litigation,
25   civil litigation, like we're in today?  Do you

Page 123

1    BY MS. BOYD:

2         Q    You cannot look at the sentence.  Just

3    answer the question that I asked, which is

4    outside the sentence.

5                   MR. BOCCUZZI:  Objection.  Outside

6         the scope and misstates the document, and

7         what was about OFAC violations versus what

8         this case is about.

9    BY MS. BOYD:

10        Q    Can you answer that question?

11        A    I'm struggling not to repeat myself.

12   But what we did, what we pled guilty to, there is

13   no dispute in its supporting the Sudanese

14   government, which was using funds to support

15   terrorism and committing human rights abuses.

16        Q    Going back to the sentence,

17   "recognized by BNPP employees" in preparation for

18   this deposition, did you review or ask or find

19   out which employees?

20        A    Yes, I reviewed documents where

21   specific employees raised specific concerns,

22   objections in this respect.

23        Q    Which employees?

24        A    I'd have to go back to the documents.

25        Q    Which documents did you look at?

Page 190

1    would be eligible, or we argue that they would be
2    eligible under the sanction regimes.  You could
3    actually charge a fee, and 71 million of the 81
4    billion was associated with these charges and
5    interest.
6        Q    And those were fees that were charged
7    in U.S. dollar?
8        A    I believe they were.
9        Q    And an example of the next category,
10   which is -- sorry, what is the next category?  I
11   lost my place.  "No USD clearing identified."
12           What does that mean, "identified"?
13   Tell me what that means.
14       A    I'm not sure.  I just take the words
15   at face value that there was no specific U.S.
16   dollar.  Because, again, OFAC was -- and the
17   sanction language was payments that were U.S.
18   dollar cleared.  These payments did not require
19   U.S. dollar clearing, and that's the way that
20   they were presented back to OFAC.  So since there
21   was no clearing, they would be permissible.  What
22   exactly they were for, I don't know.
23       Q    Okay.  But the bank turned this over
24   to the U.S. Government and to the State
25   Government, and it's your understanding that they

Page 191

```
 1   were -- this analysis was accepted as a
 2   permissible transaction, or did I hear that
 3   correctly?
 4        A     In the Statement of Facts, there's a
 5   reference to more than $6 billion of
 6   impermissible payments.  In my preparation for
 7   this deposition, I'm not sure that I ever saw a
 8   calculation by the U.S. Government as to a final
 9   number or how they came up with that, but that's
10   what they referred to in the Statement of Facts.
11        Q     Do you know one way or the other if
12   the U.S. Government and the State Government
13   accepted this analysis of permissibility or
14   impermissibility, or even looked at the
15   underlying transactions?
16        A     I know that we were specifically
17   challenged on the satellite banks which was
18   referenced to in the Statement of Facts.
19   Satellite banks is regional banks.
20        Q     I'm sorry.  Say what you just said
21   again.
22        A     I know that we were challenged on --
23   what we refer to as under investigation, indirect
24   cleared regional banks, those transactions were
25   deemed to be in scope from an OFAC perspective.
```