# Exhibit 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENTESAR OSMAN KASHEF, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BNP PARIBAS S.A., BNP PARIBAS S.A. NEW YORK BRANCH, and BNP PARIBAS US WHOLESALE HOLDINGS, CORP. (f/k/a BNP PARIBAS NORTH AMERICA, INC.),<br><br>*Defendants*. | No. 1:16-cv-03228-AKH-JW |

**PLAINTIFFS' NOTICE OF RULE 30(B)(6) DEPOSITION OF BNP PARIBAS S.A.**

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned attorneys, will take the deposition upon oral examination of Defendant BNP Paribas S.A. on August 11, 2022, beginning at 9:30 a.m. EDT, at the offices of Sullivan & Cromwell, located at 535 Madison Avenue, 7th Floor, New York, NY 10022.

The deposition will be taken in person and recorded by stenographic, sound, and visual means before a court reporter duly authorized to administer oaths and take testimony.

Pursuant to Rule 30(b)(6), BNP Paribas S.A. is required to produce one or more officers, directors, managing agents, or other persons at the stated time who consent to testify on its behalf with respect to the facts known and reasonably available to it regarding the matters listed in Attachments A and B hereto. Plaintiffs reserve the right to amend or supplement this Notice of Deposition and corresponding Attachments A and B.

Dated: August 9, 2022	/s/ Brent W. Landau
Brent W. Landau
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3273
blandau@hausfeld.com

Michael D. Hausfeld
Scott A. Gilmore
Richard S. Lewis
Amanda E. Lee-DasGupta
Claire A. Rosset
HAUSFELD LLP
888 16th Street NW, Suite 300
Washington, DC 20006
(202) 540-7200
sgilmore@hausfeld.com
mhausfeld@hausfeld.com
rlewis@hausfeld.com
alee@hausfeld.com
crosset@hausfeld.com

Kathryn Lee Boyd
Theodor Bruening
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
(646) 502-9515
(646) 396-6452
lboyd@hechtpartners.com
tbruening@hechtpartners.com

Kristen Nelson
HECHT PARTNERS LLP
6420 Wilshire Boulevard, 14th Floor
Los Angeles, CA  90048
(646) 490-2408
knelson@hechtpartners.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I CERTIFY THAT on August 9, 2022, the foregoing Notice of Deposition was served via electronic mail to the following:

Carmine D. Boccuzzi, Jr.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
cboccuzzi@cgsh.com

Karen Patton Seymour
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
seymourk@sullcrom.com

                                         */s/ Claire A. Rosset*
                                         Claire A. Rosset

cc : All counsel of record

# ATTACHMENT A

# DEFINITIONS

1. "Action" means *Kashef, et al. v. BNP Paribas S.A., et al.*, No. 1:16-cv-03228-AKH-JW, which is currently pending in the United States District Court for the Southern District of New York.

2. "BNPP" means You and Your subsidiaries, affiliates, and branches, including but not limited to BNP Paribas S.A. New York Branch, BNP Paribas US Wholesale Holdings, Corp. (f/k/a BNP Paribas North America, Inc.), and BNP Paribas (Suisse) S.A., provided, however, nothing herein should be read to require You to provide information outside Your possession, custody or control.

3. "Consent Order" means BNPP's Consent Order Under New York Banking Law § 44 with the New York State Department of Financial Services, dated June 29, 2014.

4. "Documents" is synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A).

5. "Government Authorities" means the U.S. Department of Justice (including but not limited to the United States Attorney for the Southern District of New York and the Asset Forfeiture and Money Laundering Section of the Criminal Division), U.S. Department of Treasury (including but not limited to the Office of Foreign Assets Control), District Attorney of the County of New York, Board of Governors of the Federal Reserve System, Autorité de Contrôle Prudentiel et de Résolution, and New York State Department of Financial Services.

6. "Guilty Plea Documents" means BNPP's plea agreement with the U.S. Department of Justice in *United States v. BNP Paribas*, No. 14-CR-460-LGS (S.D.N.Y.) and its attached stipulated Statement of Facts and BNPP's plea agreement with the District Attorney of the County of New York and its attached stipulated Statement of Facts.

7. "Human Rights Abuses" means genocide; war crimes; crimes against humanity; physical or psychological torture; extrajudicial killing; arbitrary detention; cruel, inhuman, or degrading treatment; rape and other forms of sexual violence; ethnic cleansing; expropriation of property; terrorism; or persecution resulting in displacement internally or across an international border, including but not limited to attacks on civilians in Darfur, the forcible clearance of oil-producing territory, and the abuse of detainees in the custody of Sudanese military, security, or militia forces.

8. "Interrogatory Responses" means Your responses, including any amended or supplemental responses, to any interrogatories served by Plaintiffs in this Action.

9. "Settlement Agreements" means BNPP's Cease and Desist Order Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as Amended, Supervisory Cooperation Decision Applying the Joint Statement of the French and U.S. Banking Supervisors of May 24, 2004, with the Board of Governors of the Federal Reserve System, Washington D.C. and the Autorité de Contrôle Prudentiel et de Résolution, Paris, France, dated June 30, 2014; BNPP's Order to Cease and Desist and Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as Amended, with the Federal Reserve Board, dated June 30, 2014; BNPP's Settlement Agreement with the U.S. Department of Treasury's Office of Foreign Assets Control, dated June 30, 2014; and BNPP's Consent Order under New York Banking Law § 44 with the New York State Department of Financial Services, dated June 29, 2014.

10. "Sudan" means the Republic of the Sudan including its present and former agencies, instrumentalities, militaries, paramilitaries, militias (including Janjaweed), security forces (including National Intelligence and Security Services), divisions, subdivisions, branches,

units, districts, public corporations, employees, elected and appointed officials, ambassadors, diplomats, emissaries, authorities, agents, and assignees, and including government-controlled corporations, government-controlled business entities, entities in which the government has a financial interest, and each person acting or purporting to act on the government's behalf.

11. "Sudan Financing" means any U.S. Dollar advance, loan, line of credit, letter of credit, documentary collection, advance payment bond, demand guarantee, standby letter of credit, credit facility, distributor finance agreement, forfaiting agreement, or other means of import or export finance, involving Sudan or a Sudanese Person as the sender, recipient or beneficiary.

12. "Sudan Payments" means U.S. Dollar cross-border transfers of funds through any means, including correspondent banking or internal book-to-book transfers, involving Sudan or a Sudanese Person as the sender, recipient, or beneficiary.

13. "Sudanese Person" means a person who, at the time of the transaction in question, was a citizen or resident of Sudan or was incorporated in Sudan, including but not limited to Sudanese banks and Sudanese state-owned companies.

14. "You" and "Your" means BNP Paribas S.A.

## INSTRUCTIONS

1. Each topic shall be construed independently, and no topic shall be viewed as limiting the scope of any other topic.

2. The terms defined above and in each individual topic should be construed broadly and to the fullest extent of their meaning to comply with the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

3. To the extent You object to all or any portion of a deposition topic, such objection will not excuse Your obligation to present or prepare a witness to address the full scope of the topics set forth below, absent agreement from Plaintiffs or an order from the Court.

4. For all Matters for Examination listed below, the relevant time period is from January 1, 1997 to December 31, 2009 ("Relevant Time Period") unless otherwise indicated.

## MATTERS FOR EXAMINATION

1. [Intentionally omitted.]

2. With respect to Your Interrogatory Responses:

    a. Whether You have withheld any information known to You on the basis of Your objection to Plaintiffs' Definition 5 ("Human Rights Abuses"), and if so what information.

    b. Whether You have withheld any information known to You on the basis of Your objection to Plaintiffs' Definition 12 ("Sudan"), and if so what information.

    c. Whether You have withheld any information known to You and relating to the period prior to 2002 on the basis of Your objection to Plaintiffs' Instruction 4 (Time Period), and if so what information.

    d. Whether Your response to Interrogatory No. 17 includes all overlapping directors and officers between BNP Paribas S.A. and BNP Paribas US Wholesale Holdings Corp. (f/k/a BNP Paribas North America, Inc.) (none are identified) and between BNP Paribas S.A. and BNP Paribas (Suisse) S.A. (only three are identified), whether there were additional overlapping directors and officers during the period prior to 2002, and which overlapping officers and directors You have not yet identified.

4

  e. Whether You have withheld any information known to You responsive to Interrogatory No. 18 relating to transactions processed by entities other than "the BNPP Defendants," and if so what information.

  f. Whether You are aware, as requested in Interrogatory No. 20, of any individuals who cooperated with government authorities, specifically any who acted as whistleblowers or were interviewed by government authorities, and if so which individuals.

  g. The extent of Your search for pre-2002 transaction information, as referenced in Paragraph 2 of Your Objection to Instructions, and Your knowledge of what pre-2002 transaction information previously existed, where and how it was maintained, whether it was subject to any preservation obligation, and when and how it was destroyed.

3. [Intentionally omitted.]

4. [Intentionally omitted.]

5. For each of the Documents listed in Attachment B, (a) the authors and recipients, (b) when such Document was prepared, (c) where and how such Document was maintained, (d) why and by whom such Document was produced to Government Authorities; (e) statements contained in such Document and Your understanding of their accuracy and meaning; and (f) acronyms and abbreviations used in such Document.

6. [Intentionally omitted.]

7. BNPP's approval, provision, or processing of Sudan Payments and Sudan Financing, and Your knowledge of such approval, provision, or processing during the Relevant Time Period.

8. [Intentionally omitted.]

9. BNPP's analysis or evaluation of the political and security situation in Sudan, including prior to 1997 and Your knowledge of such analysis or evaluation during the Relevant Time Period.

10. BNPP's business relationship, if any, with the following persons or entities as specified in the subparts below, as well as the history of those relationships and commercial stakes involved:

   a. Sudan's Ministry of Defense (*see* BNPP-KASHEF-00003542);

   b. Sudan's Civil Aviation Authority: (*see* BNPP-KASHEF-00003542);

   c. Omdurman Bank: (*see* BNPP-KASHEF-00003542);

   d. Military Attaches;

   e. Central Bank of Sudan (a/k/a Bank of Sudan): (*see* BNPP-KASHEF-00038699);

   f. CH Sudanese Bank 18: (*see* BNPP-KASHEF-00038699);

   g. Sudapet;

   h. CH Sudanese Corporate 3;

   i. Petrodar;

   j. CH Sudanese Corporate 13;

   k. Dar Blend;

   l. Greater Nile Petroleum Operating Company ("GNPOC");

   m. CH Sudanese Corporate 40;

   n. GIAD (*see, e.g.*, BNPP-KASHEF-00024439; BNPP-KASHEF-00003867; BNPP-KASHEF-00003882);

6

  o. Dan Fodio Commercial and Contracting Charitable Foundation (*see, e.g.*, BNPP-KASHEF-00025717);

  p. Omar al-Bashir (President of Sudan);

  q. Salah Abdalla Mohamed Mohamed Salih (a/k/a Salah Gosh);

  r. Bakri Hassan Saleh;

  s. Abdel Rahim Mohammed Hussein;

  t. Musa Hilal Abdalla Alnsiem (a/k/a Musa Hilal);

  u. Mohamed Hamdan Dagalo (a/k/a Hemetti);

  v. Ahmad Harun (former Minister of State for the Interior of Sudan);

  w. Ali Kushayb.

11. [Intentionally omitted.]

12. [Intentionally omitted.]

13. BNPP's meetings with officials or representatives of Sudan, and Your knowledge of such meetings during the Relevant Time Period.

14. Your knowledge of Human Rights Abuses in Sudan and the flow of refugees from Sudan during the Relevant Time Period, including when and how You learned such information.

15. What if any measures BNPP undertook to determine if funds acquired by Sudan through use of BNPP's services had been, were being, or would be used for military, security, or terrorist purposes, and Your knowledge of such measures during the Relevant Time Period.

16. What, if any, measures BNPP undertook to prevent funds acquired by Sudan through use of BNPP's services being used for military, security, or terrorist purposes, and Your knowledge of such measures during the Relevant Time Period.

17. Financial transactions with Sudanese Specially Designated Nationals, and Your knowledge of such transactions during the Relevant Time Period.

18. Your corporate relationships with BNP Paribas S.A. New York Branch, BNP Paribas US Wholesale Holdings, Corp. (f/k/a BNP Paribas North America, Inc.), and BNP Paribas (Suisse) S.A., including but not limited to ownership structures, governance, and any overlapping departments or divisions.

19. [Intentionally omitted.]

20. BNPP's "know your customer" policies and any other policies relating to BNPP's knowledge of its clients' business dealings (including purchases and sales involving third parties), in particular including the extent to which those policies entailed knowledge or investigation of the identities of customers of BNPP's customers and the use of funds by BNPP's customers.

## ATTACHMENT B[1]

| | |
|---|---|
| BNPP-KASHEF-00000018 | BNPP-KASHEF-00005280 |
| BNPP-KASHEF-00000023 | BNPP-KASHEF-00005327 |
| BNPP-KASHEF-00000039 | BNPP-KASHEF-00005348 |
| BNPP-KASHEF-00000075 | BNPP-KASHEF-00005364 |
| BNPP-KASHEF-00000106 | BNPP-KASHEF-00005435 |
| BNPP-KASHEF-00000112 | BNPP-KASHEF-00005469 |
| BNPP-KASHEF-00000117 | BNPP-KASHEF-00005700 |
| BNPP-KASHEF-00000130 | BNPP-KASHEF-00011916 |
| BNPP-KASHEF-00000153 | BNPP-KASHEF-00012874 |
| BNPP-KASHEF-00000160 | BNPP-KASHEF-00013594 |
| BNPP-KASHEF-00000168 | BNPP-KASHEF-00014129 |
| BNPP-KASHEF-00000171 | BNPP-KASHEF-00014196 |
| BNPP-KASHEF-00000191 | BNPP-KASHEF-00030213 |
| BNPP-KASHEF-00000210 | BNPP-KASHEF-00030767 |
| BNPP-KASHEF-00000326 | BNPP-KASHEF-00042444 |
| BNPP-KASHEF-00000933 | BNPP-KASHEF-00043191 |
| BNPP-KASHEF-00004765 | BNPP-KASHEF-00044279 |
| BNPP-KASHEF-00004780 | BNPP-KASHEF-00045822 |
| BNPP-KASHEF-00004800 | BNPP-KASHEF-00045863 |
| BNPP-KASHEF-00005144 | BNPP-KASHEF-00046285 |
| BNPP-KASHEF-00005267 | BNPP-KASHEF-00046923 |
| BNPP-KASHEF-00005272 | BNPP-KASHEF-00046989 |

---

[1] The Documents in this Attachment B are referenced by the Beginning Bates Number marked on the first page of such Document and include all pages, attachments, family members, and copies of such Documents.