UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF, *et al.*,<br><br>   *Plaintiffs,*<br><br> v.<br><br>BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP.,<br><br>   *Defendants*. | Case No. 1:16-cv-03228-AKH-JW<br><br>Hon. Alvin K. Hellerstein |

**PLAINTIFFS' MOTION TO APPOINT:**
**(a) ADAM J. LEVITT AS ADDITIONAL CLASS CO-COUNSEL; AND**
**(b) MICHAEL D. HAUSFELD, CYRIL V. SMITH, AND ADAM J. LEVITT AS**
**PLAINTIFFS' SETTLEMENT CLASS COUNSEL**

  Plaintiffs, individually and on behalf of the Class, by their undersigned counsel, respectfully move the Court to: (1) appoint Adam J. Levitt of DiCello Levitt as additional Class Co-Counsel; and (2) appoint Mr. Levitt along with Michael D. Hausfeld and Cyril V. Smith as Plaintiffs' Settlement Class Counsel in the above-captioned matter, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. In support of this Motion, Plaintiffs state as follows:

  1. Although this litigation remains ongoing, the parties to this litigation have expressed interest in engaging in settlement discussions that may resolve some or all of the claims asserted in this action.

  2. In furtherance of those discussions, Plaintiffs seek the appointment of Mr. Levitt as additional Class Co-Counsel and as Settlement Class Counsel to work side-by-side with Mr. Hausfeld and Mr. Smith on behalf of the class and non-class cases—other than in the severed three-plaintiff September 8, 2025, trial—in all aspects encompassing the *Kashef* litigation, including

settlement negotiations with the Bank and trial strategy and presentation, as described further in the Class Counsel Status Report filed this day.

3.  Plaintiffs additionally seek to formalize the appointment of Michael D. Hausfeld and Cyril V. Smith as Plaintiffs' Settlement Class Counsel in this litigation, who operationally have performed this role in recent months to represent and advocate the Class's interests in all settlement negotiations and related proceedings.

4.  Mr. Hausfeld and Mr. Smith are known to this Court and already act on behalf of the Class as appointed Co-Lead Class Counsel and Class Counsel, respectively.

5.  Mr. Levitt, a founding partner of DiCello Levitt LLP, is a nationally recognized leader in complex commercial and class action litigation. He has served as lead or co-lead counsel in numerous certified class actions and has recovered billions of dollars on behalf of plaintiffs in antitrust, consumer protection, financial fraud, and public interest cases.

6.  Mr. Levitt has been appointed to leadership roles in multidistrict litigation and has successfully litigated cases in federal and state courts across the United States. His work has been recognized by *Chambers USA* and *Benchmark Litigation*, among others, where he has repeatedly achieved the highest ratings awarded by those publications for his class action litigation experience and successful track record. Mr. Levitt is also an elected member of the American Law Institute and writes a monthly column on class action litigation and trial practice for the *National Law Journal* ("Arguing Class Actions"), the only attorney in the United States with such a column.

7.  DiCello Levitt LLP is a firm with a strong track record in class action litigation, known for its commitment to justice and its ability to manage complex cases efficiently and effectively. DiCello Levitt's class action litigation practice group leads some of the largest class actions in the U.S. and consistently delivers innovative and meaningful results for class members.

The practice group has recovered billions of dollars in damages for injured class members and clients harmed by corporate entities and executives from many of the world's most powerful corporations in a wide range of industries, including automotive manufacturers, technology companies, financial institutions, and pharmaceutical corporations. DiCello Levitt's attorneys have decades of experience in class actions involving product liability, antitrust, securities and financial services, environmental law, biotechnology, privacy and cybersecurity, and public clients. They have achieved landmark recoveries for classes harmed by defective products, unfair competition, faulty pharmaceuticals and medical devices, data and security breaches, and other instances of corporate misconduct. The firm's attorneys are frequently named lead or co-lead counsel in large, consequential multidistrict litigations, and they have repeatedly triumphed at the appellate level, including in high-profile appeals that have created new laws and are often cited as precedent. DiCello Levitt has been honored by the leading industry rankings organizations for its success in class action litigation. In 2021, *Benchmark Litigation* named DiCello Levitt a top plaintiffs' firm nationwide—one of only twelve firms to be recognized—and the firm has received the top honor every year since. *Chambers USA* has repeatedly ranked the firm among the leading plaintiffs' litigation firms nationwide and for its outstanding work in antitrust litigation, and *The Legal 500* has ranked DiCello Levitt for its achievements in product liability, mass tort, and class action litigation. DiCello Levitt's firm resume, which includes Mr. Levitt's biography, is attached hereto as Exhibit A.

8.  Messrs. Hausfeld, Smith, and Levitt, and their respective firms satisfy the requirements of Rule 23(g) of the Federal Rules of Civil Procedure, including their experience handling large-scale class action litigations, their knowledge of the applicable law, and their

willingness and ability to devote the resources necessary to represent the interests of the proposed Settlement Class, as Settlement Class Counsel.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an Order:

1. Appointing Adam J. Levitt of DiCello Levitt as additional Class Co-Counsel; and

2. Appointing Mr. Levitt, along with Michael D. Hausfeld and Cyril V. Smith, as Plaintiffs' Settlement Class Counsel.

Dated:  September 2, 2025                                     Respectfully submitted,

*/s/ Michael D. Hausfeld*
 Michael D. Hausfeld
 Scott A. Gilmore
 Amanda E. Lee-DasGupta
 Claire A. Rosset
 Mary S. Van Houten Harper
 Percy Metcalfe
 **HAUSFELD LLP**
 1200 17th Street, Suite 600
 Washington, DC 20036
 (202) 540-7200
 mhausfeld@hausfeld.com
 sgilmore@hausfeld.com
 alee@hausfeld.com
 crosset@hausfeld.com
 mvanhouten@hausfeld.com
pmetcalfe@hausfeld.com

 James D. Gotz
 **HAUSFELD LLP**
 One Marina Park Dr., Suite 1410
 Boston, MA 02210
 (617) 207-0660
 jgotz@hausfeld.com

 Cyril V. Smith
 **ZUCKERMAN SPAEDER LLP**
 **(Baltimore)**
 100 East Pratt Street, Suite 2440
 Baltimore, MD 21202
 (410) 332-0444
 csmith@zuckerman.com

Aitan D. Goelman
**ZUCKERMAN SPAEDER LLP (DC)**
1800 M Street, Suite 1000
Washington, DC 20036
(202) 778-1996
agoelman@zuckerman.com

*/s/ Adam J. Levitt*
Adam J. Levitt
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Tel:  (312) 214-7900
alevitt@dicellolevitt.com

*Proposed Settlement Class Counsel*

Greg G. Gutzler
Carrie A. Syme
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York  10017
Tel:  (646) 933-1000
ggutzler@dicellolevitt.com
csyme@dicellolevitt.com

Mark A. DiCello
Kenneth P. Abbarno
Robert F. DiCello
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio  44060
Tel:  (440) 953-8888
madicello@dicellolevitt.com
kabbarno@dicellolevitt.com
rfdicello@dicellolevitt.com

Kathryn Lee Boyd
David L. Hecht
Maxim Price
Michael Eggenberger
**HECHT PARTNERS LLP**
125 Park Avenue, 25th Floor
New York, New York  10017
Tel:  (646) 502-9515

        lboyd@hechtpartners.com
        dhecht@hechtpartners.com
        mprice@hechtpartners.com
        meggenberger@hechtpartners.com

Kristen Nelson
**HECHT PARTNERS LLP**
2121 Avenue of the Stars
Los Angeles, California 90067
Tel: (646) 490-2408
knelson@hechtpartners.com

*Additional Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I certify that on September 2, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record.

/s/ Michael D. Hausfeld
Michael D. Hausfeld