UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENTESAR OSMAN KASHEF, *et al.*,

     *Plaintiffs,*

    v.

BNP PARIBAS S.A. and BNP PARIBAS US
WHOLESALE HOLDINGS, CORP.,

     *Defendants.*

Case No. 1:16-cv-03228-AKH-JW

Hon. Alvin K. Hellerstein

---

## CLASS COUNSEL STATUS REPORT

Current Class Counsel (Michael Hausfeld, Lee Boyd, and Cy Smith), are pleased to report the following to the Court:

1.    Current Class Counsel have addressed and resolved the relationship, case management, and case strategy disputes among them, as reflected during the July 10, 2025, hearing.

2.    Current Class Counsel have mutually agreed on a plan which will advance the litigation in the best interests of the Class as follows:

    a.    Class Counsel support DiCello Levitt LLP's motion, filed this day, for: (i) the appointment of Adam Levitt as Co-Class Counsel; and (ii) the appointment of Michael Hausfeld, Cyril Smith, and Adam Levitt as Settlement Class Counsel (ECF No. 938).

    b.    If appointed as Co-Class Counsel and Settlement Class Counsel, then DiCello Levitt will join Hausfeld and Zuckerman Spaeder in acting on behalf of the class and non-class cases—other than in the severed three-plaintiff September

8, 2025, trial—in all aspects encompassing the *Kashef* litigation, including settlement negotiations with the Bank and trial strategy and presentation.

3.    In light of the foregoing and upon the Court's granting of the above-described motion:

    a.  Hausfeld and Zuckerman Spaeder will withdraw their pending motion to disqualify Lee Boyd (ECF 784) as moot;

    b.  Hecht Partners shall withdraw the accusations made against Hausfeld and Zuckerman Spaeder as set forth in ECF 786 and as presented at the July 10, 2025, hearing about same; and

    c.  Current Class Counsel request that the Court take no further action as to items 3(a) and 3(b) above.

Dated: September 2, 2025              Respectfully submitted,

*/s/ Michael D. Hausfeld*
Michael D. Hausfeld
**HAUSFELD LLP**
1200 17th Street, Suite 600
Washington, DC 20036
(202) 540-7200
mhausfeld@hausfeld.com

Cyril V. Smith
**ZUCKERMAN SPAEDER LLP (Baltimore)**
2100 L Street NW, Suite 400
Washington, DC  20037
Tel:  (202) 778-1800
csmith@zuckerman.com

*Co-Lead Class Counsel*

Kathryn Lee Boyd
**HECHT PARTNERS LLP**
125 Park Avenue, 25th Floor
New York, New York  10017
Tel:  (646) 502-9515

3

lboyd@hechtpartners.com

***Counsel for Plaintiffs and Co-Lead Class Counsel***

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 2, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record.

<u>/s/ Michael D. Hausfeld</u>
Michael D. Hausfeld
