UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP., <br><br> Defendants. | No. 16 Civ. 3228 (AKH) <br><br> Hon. Alvin K. Hellerstein |

**DECLARATION OF CHARITY E. LEE IN SUPPORT OF BNPP'S SUBMISSION REGARDING CAUSATION UNDER SWISS LAW**

I, Charity E. Lee, hereby declare as follows:

1. I am an attorney duly licensed to practice in the State of New York and admitted to practice before this Court. I am counsel at the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel to Defendants BNP Paribas S.A. and BNP Paribas US Wholesale Holdings, Corp. (together "BNPP") in this action.

2. I make this declaration in support of BNPP's Submission Regarding Causation Under Swiss Law.

3. Attached hereto as Exhibits 1–3 are true and correct copies of the documents described in the below chart and cited in BNPP's Submission Regarding Causation Under Swiss Law:

| Exhibit | Document Description |
|:---:|---|
| 1. | Letter from Swiss Ambassador to Judge Hellerstein |

| | |
|---|---|
| **2.** | Swisscom Case, DFSC 145 [2019] III 72 |
| **3.** | Boat Collision Case, 4A_444/2010 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 5, 2025 in New York, New York.

*[s] Charity E. Lee*
Charity E. Lee
