UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                            :
ENTESAR OSMAN KASHEF, et al.,        :    **ORDER**
                            :
                  Plaintiffs,  :
                            :    16 Civ. 3228 (AKH)
    -against-                 :
                            :
                            :
BNP PARIBAS SA, et al.,            :
                            :
                Defendants.  :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Court's rulings as to the parties' objections to the designated and counter-designated deposition testimony of Patrice de Saint Andre are reflected in the annotations appended below, next to each objection.

      SO ORDERED.

Dated:     September _17_, 2025
          New York, New York

                                     ALVIN K. HELLERSTEIN
                                United States District Judge

# De Saint Andre, Patrice cut 09-16-25 shortened

## Designation List Report

**De Saint Andre, Patrice**                    **2022-07-08**

| | |
|---|---|
| Kashef Designations | 00:46:32 |
| BNP Counters | 00:18:07 |
| **TOTAL RUN TIME** | **01:04:39** |

Documents linked to video:
P195
P215
P358



**ID: DSA6**

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:05 - 8:08 | **De Saint Andre, Patrice 2022-07-08** | 00:00:13 | **DSA6.1** |

| | | |
|---|---|---|
| 8:05 | | (Through the interpreter) Could you |
| 8:06 | | please state your full name for the record? |
| 8:07 | A. | (In English) My full name is Durant |
| 8:08 | | de Saint Andre. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:12 - 8:16 | **De Saint Andre, Patrice 2022-07-08** | 00:00:11 | **DSA6.2** |

| | | |
|---|---|---|
| 8:12 | A. | Durant de Saint Andre is my -- is |
| 8:13 | | my name. |
| 8:14 | | THE INTERPRETER: Is the last name. |
| 8:15 | A. | Is the last name, and my first name |
| 8:16 | | is Patrice. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:18 - 9:21 | **De Saint Andre, Patrice 2022-07-08** | 00:00:08 | **DSA6.3** |

| | | |
|---|---|---|
| 9:18 | | Do you understand that you are |
| 9:19 | | under the same oath today as if you were in a |
| 9:20 | | courtroom? |
| 9:21 | A. | Yeah. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:22 - 11:04 | **De Saint Andre, Patrice 2022-07-08** | 00:00:23 | **DSA6.4** |

| | | |
|---|---|---|
| 10:22 | Q. | (Through the interpreter) And what |
| 10:23 | | languages do you speak? |
| 10:24 | A. | (In English) I speak English. |
| 10:25 | | Unfortunately today for me it's a little bit |
| 11:01 | | Durant de Saint Andre |
| 11:02 | | difficult, difficult to listen to you; and I |
| 11:03 | | have, I speak a little bit of Spanish as |
| 11:04 | | well. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:05 - 11:08 | **De Saint Andre, Patrice 2022-07-08** | 00:00:14 | **DSA6.5** |

| | | |
|---|---|---|
| 11:05 | Q. | And in your professional life have |
| 11:06 | | you used English professionally? |
| 11:07 | A. | I use, I use to, to work in English |
| 11:08 | | and in Spanish. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:13 - 11:15 | **De Saint Andre, Patrice 2022-07-08** | 00:00:05 | **DSA6.6** |

| | | |
|---|---|---|
| 11:13 | Q. | Are you comfortable proceeding in |
| 11:14 | | English today? |
| 11:15 | A. | Yes, yes. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:08 - 17:09 | **De Saint Andre, Patrice 2022-07-08** | 00:00:03 | **DSA6.7** |

| | | |
|---|---|---|
| 17:08 | Q. | (Through the interpreter) Just tell |
| 17:09 | | me, what is your current employment? |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:10 - 17:22 | **De Saint Andre, Patrice 2022-07-08** | 00:00:52 | **DSA6.8** |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 17:10   A.  (In English) I'm retired for four | | **DSA6.8** |
| | 17:11        years. | | |
| | 17:12   Q.  And did you previously work for | | |
| | 17:13        BNPP? | | |
| | 17:14   A.  My last work was with BNPP, yes. | | |
| | 17:15   Q.  And during what time period -- | | |
| | 17:16   A.  I left BNPP in February 19 -- 2019. | | |
| | 17:17   Q.  February 2019? | | |
| | 17:18   A.  20 -- 2018, sorry. | | |
| | 17:19   Q.  18.  Dixhuit? | | |
| | 17:20   A.  18, 18. | | |
| | 17:21   Q.  (Through the interpreter) And when | | |
| | 17:22        did you start working at BNPP? | | |
| 17:23 - 17:24 | **De Saint Andre, Patrice 2022-07-08** | 00:00:12 | **DSA6.9** |
| | 17:23   A.  (In English) I started to work with | | |
| | 17:24        BNPP in the year 1976. | | |
| 19:10 - 19:12 | **De Saint Andre, Patrice 2022-07-08** | 00:00:07 | **DSA6.10** |
| | 19:10   Q.  (Through the interpreter) You said | | |
| | 19:11        that you started at BNP in 1976 as an | | |
| | 19:12        economist; is that right? | | |
| 19:13 - 19:20 | **De Saint Andre, Patrice 2022-07-08** | 00:00:17 | **DSA6.11** |
| | 19:13   A.  (In English) Yes, yes. | | |
| | 19:14   Q.  And that was with the Banque | | |
| | 19:15        Nationale de Paris? | | |
| | 19:16   A.  Yes, it was Banque Nationale de | | |
| | 19:17        Paris, that's right.  Yes. | | |
| | 19:18   Q.  (Through the interpreter) And did | | |
| | 19:19        you work at Banque Nationale de Paris in the | | |
| | 19:20        1990s? | | |
| 19:21 - 20:05 | **De Saint Andre, Patrice 2022-07-08** | 00:00:43 | **DSA6.12** |
| | 19:21   A.  (In English) Yes, I was at BNP in | | |
| | 19:22        the year, in the year '76, and until my | | |
| | 19:23        retirement I was always appointed by BNP. | | |
| | 19:24   Q.  What positions did you work in the | | |
| | 19:25        1990s -- | | |
| | 20:01        Durant de Saint Andre | | |
| | 20:02   A.  So I stayed, so I stayed 40 years | | |
| | 20:03        long in BNP, in BNP group. | | |
| | 20:04   Q.  (Through the interpreter) And what | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 20:05    position did you work at BNP in the 1990s? | | |
| 20:06 - 20:17 | **De Saint Andre, Patrice 2022-07-08** | 00:01:06 | DSA6.13 |

| | | |
|---|---|---|
| 20:06 | A. | (In English) In the first part of |
| 20:07 | | this tenure I was in charge of commercial |
| 20:08 | | activity in Banque Nagelmacker which was a |
| 20:09 | | subsidiary established in -- in Belgium, a |
| 20:10 | | subsidiary of BNP. So I -- so my |
| 20:11 | | responsibility was to the commercial |
| 20:12 | | activity. And then after a while I was |
| 20:13 | | appointed as general manager of a subsidiary |
| 20:14 | | in Turkey. |
| 20:15 | Q. | And -- |
| 20:16 | A. | (Continuing) And I came back to |
| 20:17 | | France at the end of the year 1999. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 21:04 - 21:23 | **De Saint Andre, Patrice 2022-07-08** | 00:01:51 | DSA6.14 |

| | | |
|---|---|---|
| 21:04 | Q. | And what was your position between |
| 21:05 | | 2000 and 2005? |
| 21:06 | A. | So when I came back to Turkey, I |
| 21:07 | | drawn direction manager; and at this time it |
| 21:08 | | was the formal organization of BNP which was |
| 21:09 | | a geographical organization. So there was a |
| 21:10 | | direction Europe, a direction for Asia and so |
| 21:11 | | on. So in the direction Europe, I was in |
| 21:12 | | charge of the southern countries of Europe, |
| 21:13 | | and my role was the role of property director |
| 21:14 | | of the activities in, in these countries, |
| 21:15 | | especially due to the fact that as there was |
| 21:16 | | a merger in process, my job consisted, in |
| 21:17 | | merger, each entity if it was possible in |
| 21:18 | | each country of the south of Europe. |
| 21:19 | | MR. GILMORE: For the interpreter, |
| 21:20 | | could we please have a translation of |
| 21:21 | | direction Europe? |
| 21:22 | | THE INTERPRETER: Direction Europe |
| 21:23 | | is a European management. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 25:03 - 25:08 | **De Saint Andre, Patrice 2022-07-08** | 00:00:40 | DSA6.15 |

| | | |
|---|---|---|
| 25:03 | Q. | And after that, you said you were |
| 25:04 | | offered a new position? |
| 25:05 | A. | Yes, yes. BNP offer me to join |
| 25:06 | | with financial security, which was part of |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 25:07 | compliance group, and at this time financial | | |
| | 25:08 | security was called a [French language]. | | |
| 25:09 - 26:02 | **De Saint Andre, Patrice 2022-07-08** | | 00:01:09 | **DSA6.16** |
| | 25:09 | Q. You said it was part of compliance | | |
| | 25:10 | group. | | |
| | 25:11 | Could you explain, what is | | |
| | 25:12 | compliance group? | | |
| | 25:13 | A. Compliance group is a function, a | | |
| | 25:14 | group, a group function. And there is, for | | |
| | 25:15 | example, HR group, you have HR, human | | |
| | 25:16 | resource department, in each entity of BNP; | | |
| | 25:17 | and you have an HR department, a group. And | | |
| | 25:18 | for compliance the same thing you have, and | | |
| | 25:19 | still you have compliance team in each | | |
| | 25:20 | entity. And on top of that, there is a group | | |
| | 25:21 | level at compliance. | | |
| | 25:22 | Q. When you say at the group level, | | |
| | 25:23 | are you referring to the about BNPP group? | | |
| | 25:24 | A. The BNPP group, yes. | | |
| | 25:25 | Q. (Through the interpreter) And what | | |
| | 26:01 | Durant de Saint Andre | | |
| | 26:02 | exactly is BNPP group? | | |
| 26:03 - 26:10 | **De Saint Andre, Patrice 2022-07-08** | | 00:00:33 | **DSA6.17** |
| | 26:03 | A. (In English) BNPP group in, in the | | |
| | 26:04 | global -- in the global, let's say, the | | |
| | 26:05 | global meaning of BNPP group mean all the | | |
| | 26:06 | entities which are owned or under BNPP | | |
| | 26:07 | control. | | |
| | 26:08 | Q. (Through the interpreter) And when | | |
| | 26:09 | you say "under BNPP control," do you mean the | | |
| | 26:10 | parent company? | | |
| 26:11 - 27:03 | **De Saint Andre, Patrice 2022-07-08** | | 00:01:31 | **DSA6.18** |
| | 26:11 | A. (In English) Control in term of | | |
| | 26:12 | the -- issue -- issue are in a -- in a joint | | |
| | 26:13 | venture with, with the bank. For example, | | |
| | 26:14 | either you are a minor participation and the | | |
| | 26:15 | company is not under your control, or you are | | |
| | 26:16 | the majority of the share, of the majority of | | |
| | 26:17 | the votes, of the general, the general | | |
| | 26:18 | definition of a control. | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 26:19   And of course by definition, all, | | |
| | 26:20   all the companies, affiliates, subsidiaries | | |
| | 26:21   and so on, which, which are fully owned by, | | |
| | 26:22   by BNPP, either directly or indirectly, | | |
| | 26:23   because we are a very large group.  There are | | |
| | 26:24   entities which are owned by BNP, and these | | |
| | 26:25   entities are their own subsidiaries, and of | | |
| | 27:01   Durant de Saint Andre | | |
| | 27:02   course all of them are considered under BNPP | | |
| | 27:03   Paris. | | |
| **28:03 - 28:05** | **De Saint Andre, Patrice 2022-07-08** | **00:00:05** | **DSA6.19** |
| | 28:03   Q.  (Through the interpreter) And you | | |
| | 28:04   said that you started working in the | | |
| | 28:05   department of financial security? | | |
| **28:06 - 28:21** | **De Saint Andre, Patrice 2022-07-08** | **00:01:21** | **DSA6.20** |
| | 28:06   A.  (In English) Yes.  I joined, I | | |
| | 28:07   joined security financial in March 2005. | | |
| | 28:08   Q.  And could you explain, what does | | |
| | 28:09   the financial security department do? | | |
| | 28:10   A.  Financial security department was | | |
| | 28:11   firstly in charge of [French language], and | | |
| | 28:12   it was a strong and quite large department. | | |
| | 28:13   I never work directly in this department, but | | |
| | 28:14   it was large; and I can say that one of their | | |
| | 28:15   role was to report suspicious activity | | |
| | 28:16   regarding, regarding money laundering to the | | |
| | 28:17   French authorities. | | |
| | 28:18   Q.  (Through the interpreter) You said | | |
| | 28:19   you never worked with this entity. | | |
| | 28:20   Was that prior to joining that | | |
| | 28:21   entity? | | |
| **28:22 - 29:15** | **De Saint Andre, Patrice 2022-07-08** | **00:01:27** | **DSA6.21** |
| | 28:22   A.  (In English) No, you are right.  In | | |
| | 28:23   fact there were -- so financial security, one | | |
| | 28:24   in a financial security was split in two | | |
| | 28:25   branches -- in two department.  One | | |
| | 29:01   Durant de Saint Andre | | |
| | 29:02   department sought ultimate development | | |
| | 29:03   department, which was created, I don't know, | | |
| | 29:04   a couple of years before 2005; and a fairly | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 29:05 | new department which was created, which is | | |
| | 29:06 | management of international financial | | |
| | 29:07 | sanctions, and they ask me to develop this | | |
| | 29:08 | department. It's why I did not work directly | | |
| | 29:09 | with ultimate team, but we were part of | | |
| | 29:10 | financial security. | | |
| | 29:11 | Q. (Through the interpreter) If I | | |
| | 29:12 | understand correctly, in 2005, you were | | |
| | 29:13 | assigned to develop the department handling | | |
| | 29:14 | financial sanctions, international financial | | |
| | 29:15 | sanctions? | | |
| 29:16 - 30:03 | **De Saint Andre, Patrice 2022-07-08** | | 00:00:50 | **DSA6.22** |
| | 29:16 | A. (In English) Yes, yes. I was sent | | |
| | 29:17 | to, in fact to create it. | | |
| | 29:18 | Q. To create this department? | | |
| | 29:19 | A. To create this department. The | | |
| | 29:20 | department existed before I arrived, because | | |
| | 29:21 | we, the department implemented a list of | | |
| | 29:22 | targeted persons. This list was created | | |
| | 29:23 | after the event of September 11th. | | |
| | 29:24 | Q. (Through the interpreter) The event | | |
| | 29:25 | of September 11th, are you referring to the | | |
| | 30:01 | Durant de Saint Andre | | |
| | 30:02 | attack, the September 11th attack in New | | |
| | 30:03 | York? | | |
| 30:04 - 30:08 | **De Saint Andre, Patrice 2022-07-08** | | 00:00:19 | **DSA6.23** |
| | 30:04 | A. (In English) Yes, yes, of course. | | |
| | 30:05 | Q. (Through the interpreter) And to | | |
| | 30:06 | your knowledge, prior to the creation of this | | |
| | 30:07 | department, was any entity within BNPP | | |
| | 30:08 | responsible for financial sanctions? | | |
| 30:09 - 30:17 | **De Saint Andre, Patrice 2022-07-08** | | 00:00:55 | **DSA6.24** |
| | 30:09 | A. (In English) From my understanding, | | |
| | 30:10 | at a group, at the group level, I think, no, | | |
| | 30:11 | at the group level. But of course, of course | | |
| | 30:12 | there, there were compliance team everywhere | | |
| | 30:13 | in the group, more or less in all the | | |
| | 30:14 | entities of the group; and compliance, each | | |
| | 30:15 | compliance team of each subsidiary or branch | | |
| | 30:16 | was in charge of applying strictly the | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 30:17    regulation. | | |
| 30:18 - 30:24 | **De Saint Andre, Patrice 2022-07-08** | 00:00:19 | **DSA6.25** |
| | 30:18   Q.   Okay. I think we'll come back -- | | |
| | 30:19   A.   It was a decentralized model. It | | PLS OBJ: 30:18–31:6: Relevance |
| | 30:20       was a fully decentralized model at this time. | | (401/402), Prejudice (403) |
| | 30:21   Q.   (Through the interpreter) So if I | | |
| | 30:22       understand correctly, financial sanctions | | *Overruled* |
| | 30:23       compliance was a decentralized model prior to | | |
| | 30:24       2005? | | |
| 30:25 - 31:06 | **De Saint Andre, Patrice 2022-07-08** | 00:00:44 | **DSA6.26** |
| | 30:25   A.   (In English) Yes, because, why? | | |
| | 31:01       Durant de Saint Andre | | |
| | 31:02       Because the list of sanctioned person was | | |
| | 31:03       centralized and there was -- there was some | | |
| | 31:04       sort of tool, so-called Vigilance; and this | | |
| | 31:05       tool we call, we called it, for the benefit | | |
| | 31:06       of the group, the name of the listed person. | | |
| 34:13 - 34:20 | **De Saint Andre, Patrice 2022-07-08** | 00:00:26 | **DSA6.27** |
| | 34:13   Q.   It says there that you were | | |
| | 34:14       responsible for a department within the | | |
| | 34:15       general management covering all aspects of | | |
| | 34:16       international sanctions and the fight against | | |
| | 34:17       the financing of terrorism. | | |
| | 34:18       Is that an accurate description of | | |
| | 34:19       your responsibilities? | | |
| | 34:20   A.   Yes, yes. It is correct. | | |
| 37:16 - 38:13 | **De Saint Andre, Patrice 2022-07-08** | 00:02:09 | **DSA6.92** |
| | 37:16   Q.   These trainings you mentioned, they | | |
| | 37:17       covered US sanctions and European sanctions. | | PLS OBJ: 37:16-38:13 - Rule |
| | 37:18       Did they cover any other types of | | 32(a)(6) –improper counter |
| | 37:19       sanctions? | | because unrelated to original |
| | 37:20   A.   We, we have, we always consider the | | designation; relevance |
| | 37:21       United Nations sanction, although on | | (401/402); inconsistent with |
| | 37:22       practical, on practical issue, I don't | | Court rulings re |
| | 37:23       remember that United Nation sanction were | | inadmissibility of EU, French, |
| | 37:24       different from American and European, either | | and Swiss sanctions |
| | 37:25       European applied fully or US applied fully or | | |
| | 38:01       Durant de Saint Andre | | *Overruled* |
| | 38:02       more than which is requested by UN. So we do | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 38:03 | not have a specific control, additional | | |
| | 38:04 | control with the UN, but we mention that UN | | |
| | 38:05 | is part of the decision, the international | | |
| | 38:06 | decision in term of sanctions. | | |
| | 38:07 | And of course when, when there was | | |
| | 38:08 | a training in a country where there are local | | |
| | 38:09 | sanction, we mention that.  Because our | | |
| | 38:10 | policy from the start, it was very clear, | | |
| | 38:11 | when I said from the start, before I was | | |
| | 38:12 | appointed, BNP has to follow local, European, | | |
| | 38:13 | French and US sanction. | | |
| 60:18 - 60:21 | **De Saint Andre, Patrice 2022-07-08** | | 00:00:06 | **DSA6.87** |
| | 60:18 | Q.  (Through the interpreter) Now, you | PLS OBJ: 60:18-61:6 - Rule 32(a)(6) –See above. | |
| | 60:19 | said that after you were appointed, a | | |
| | 60:20 | training was planned. | *overruled* | |
| | 60:21 | Can you describe that training? | | |
| 60:22 - 61:06 | **De Saint Andre, Patrice 2022-07-08** | | 00:01:13 | **DSA6.88** |
| | 60:22 | A.  (In English) In fact, when this | | |
| | 60:23 | position was created, it appeared that the | | |
| | 60:24 | person who would be in charge of this | | |
| | 60:25 | position must have knowledge of international | | |
| | 61:01 | Durant de Saint Andre | | |
| | 61:02 | financial sanction in particular and US | | |
| | 61:03 | sanction.  So therefore it was planned that I | | |
| | 61:04 | will receive information and trainings or a | | |
| | 61:05 | mix, I would say, during the first month of | | |
| | 61:06 | starting, starting my -- after my start. | | |
| 61:17 - 64:08 | **De Saint Andre, Patrice 2022-07-08** | | 00:06:42 | **DSA6.89** |
| | 61:17 | Q.  (Through the interpreter) But my | PLS OBJ: 61:17-64:8 - Rule 32(a)(6) –See above. | |
| | 61:18 | question was, was it necessary for this | | |
| | 61:19 | position to have knowledge about the European | | |
| | 61:20 | sanctions? | | |
| | 61:21 | A.  (In English) Yes, of course. | *Sustained* | |
| | 61:22 | Q.  And did you receive training in | | |
| | 61:23 | European financial sanctions? | | |
| | 61:24 | A.  In fact, there is something in the | | |
| | 61:25 | beginning, so let's say during the year 2005, | | |
| | 62:01 | Durant de Saint Andre | | |
| | 62:02 | 2005, at this time as it was, as I said, a | | |
| | 62:03 | very new organization, the department was not | | |

### DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 62:04 involved in any decision on transaction, on | | |
| | 62:05 operation; and as I said, it was in BNP | | |
| | 62:06 disenfranchised model, and all the compliance | | |
| | 62:07 control were performed at this time by the | | |
| | 62:08 entities themselves. | | |
| | 62:09 So as I had no direct | | |
| | 62:10 responsibility in term of this year, my | | |
| | 62:11 priority in the years 2005 and 2006 was to | | |
| | 62:12 issue general procedure which can be applied | | |
| | 62:13 everywhere in the group. | | |
| | 62:14 Q. And after your appointment, as part | | |
| | 62:15 of the training that you received, did you | | |
| | 62:16 learn about United Nations sanctions? | | |
| | 62:17 A. Yes. | | |
| | 62:18 Q. (Through the interpreter) And you | | |
| | 62:19 learned about European Union sanctions? | | |
| | 62:20 A. (In English) Yes. | | |
| | 62:21 Q. (Through the interpreter) And in | | |
| | 62:22 your position as the head of the fight | | |
| | 62:23 against terrorism of financing and embargoes, | | |
| | 62:24 was it necessary for you to be informed on | | |
| | 62:25 international financial sanctions? | | |
| | 63:01 Durant de Saint Andre | | |
| | 63:02 THE INTERPRETER: UN sanctions or | | |
| | 63:03 all sanctions? | | |
| | 63:04 MR. GILMORE: All sanctions. | | |
| | 63:05 A. (In English) In fact is your | | |
| | 63:06 question of, is your question of date? It's | | |
| | 63:07 either as a matter if you -- you must have | | |
| | 63:08 the right level of training and the right | | |
| | 63:09 amount, it mean that, as I said -- as I said, | | |
| | 63:10 when I started in my position, I did not need | | |
| | 63:11 a deep understanding of the sanction, because | | |
| | 63:12 it is the early beginning of our work. We | | |
| | 63:13 did not issue at this time any group | | |
| | 63:14 procedure whether to -- of our group, and we | | |
| | 63:15 did not control the processing of | | |
| | 63:16 transaction. So as I said, there were two, | | |
| | 63:17 at least to simplify, two period. The first | | |
| | 63:18 period was to be trained, to get a good | | |
| | 63:19 understanding of the sanction and to issue | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 63:20    draft of procedures.  And in a certain | | |
| | 63:21    period, as the procedures are implemented, of | | |
| | 63:22    course the person in charge of sanction must | | |
| | 63:23    have a good knowledge of the sanction; | | |
| | 63:24    otherwise he can't answer if there are | | |
| | 63:25    question of the procedure. | | |
| | 64:01    Durant de Saint Andre | | |
| | 64:02    And later on, when we -- when the | | |
| | 64:03    group was in the picture of possessing | | |
| | 64:04    transaction, of course all the people | | |
| | 64:05    involved at the group level in the processing | | |
| | 64:06    of transaction had to have, have to have a | | |
| | 64:07    good knowledge of the sanction.  So it is | | |
| | 64:08    recognition of time. | | |
| 78:21 - 78:24 | **De Saint Andre, Patrice 2022-07-08** | 00:00:07 | **DSA6.90** |
| | 78:21    Q.  (Through the interpreter) Do you | PLS OBJ: 78:21-24 - Rule 32(a)(6) –See above. | |
| | 78:22    have any opinion as to why the European Union | | |
| | 78:23    wanted to restrict weapons with respect to | *Sustained* | |
| | 78:24    Sudan? | | |
| 79:02 - 79:07 | **De Saint Andre, Patrice 2022-07-08** | 00:00:48 | **DSA6.91** |
| | 79:02    A.  (In English) I understand. | PLS OBJ: 79:2-79:7 - Rule 32(a)(6) –See above. | |
| | 79:03    In many African countries there | | |
| | 79:04    were and still there are civil war; and | *Sustained* | |
| | 79:05    generally speaking, the European community | | |
| | 79:06    wanted to prevent the export of armament to | | |
| | 79:07    those countries. | | |
| 85:11 - 85:17 | **De Saint Andre, Patrice 2022-07-08** | 00:00:12 | **DSA6.32** |
| | 85:11    Q.  And were you aware in 2006 that | | |
| | 85:12    there was a conflict in the Darfur region of | | |
| | 85:13    Sudan? | | |
| | 85:14    A.  Yes. | | |
| | 85:15    Q.  (Through the interpreter) How were | | |
| | 85:16    you aware that there was a conflict in | | |
| | 85:17    Darfur? | | |
| 85:18 - 85:23 | **De Saint Andre, Patrice 2022-07-08** | 00:00:29 | **DSA6.33** |
| | 85:18    A.  (In English) I told you, I told you | | |
| | 85:19    via -- it was an information you can find | | |
| | 85:20    easily in newspaper. | | |
| | 85:21    Q.  (Through the interpreter) To the | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 85:22    best of your knowledge, what information did<br>85:23    BNPP have about the Darfur conflict? | | |
| 85:25 - 86:02 | **De Saint Andre, Patrice 2022-07-08** | 00:00:03 | **DSA6.34** |
| | 85:25    A.  (In English) I can't answer for<br>86:01    Durant de Saint Andre<br>86:02    BNP. | | |
| 122:20 - 122:24 | **De Saint Andre, Patrice 2022-07-08** | 00:00:13 | **DSA6.35** |
| | 122:20  Q.  (Through the interpreter) Is it<br>122:21    your understanding that this review of Sudan<br>122:22    transactions examined those records of<br>122:23    transactions in and out and letters of<br>122:24    credit? | | |
| 123:02 - 123:09 | **De Saint Andre, Patrice 2022-07-08** | 00:00:29 | **DSA6.36** |
| | 123:02  A.  (In English) Yes, yes, yes.  It's<br>123:03    part of review, and of course, of course it<br>123:04    is -- it was a part of their job.  So the<br>123:05    review, the review of transaction.<br>123:06  Q.  (Through the interpreter) And you<br>123:07    learned from this review that the bank had<br>123:08    activities with Sudan going back to before<br>123:09    the US sanctions in 1997, correct? | | |
| 123:11 - 123:11 | **De Saint Andre, Patrice 2022-07-08** | 00:00:01 | **DSA6.37** |
| | 123:11  A.  (In English) Yes. | | |
| 154:07 - 154:15<br>🔗 P195.1.5 | **De Saint Andre, Patrice 2022-07-08** | 00:00:37 | **DSA6.38** |
| | 154:07  Q.  And is this an e-mail with the<br>154:08    subject line, "Visit to Khartoum June 9th<br>154:09    Through 11th 2007."<br>154:10    Do you recognize this document?<br>154:11  A.  Yes, I see it.<br>154:12  Q.  (Through the interpreter) And<br>154:13    again, we understand from your counsel that<br>154:14    NPR-E36 refers to you, and we understand that<br>154:15    CH NPR-E102 refers to Nasri Malhamê? | | |
| 154:16 - 154:23 | **De Saint Andre, Patrice 2022-07-08** | 00:00:42 | **DSA6.39** |
| | 154:16    MR. GILMORE:  Malhamê.<br>154:17    THE INTERPRETER:  Malhamê.<br>154:18  Q.  (Through the interpreter) Do you<br>154:19    know who Nasri Malhamê is?<br>154:20  A.  (In English) I can't recall. | | |

### DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 154:21    Perhaps, I think that it was an officer in | | |
| | 154:22    charge of Sudan, I think. | | |
| | 154:23   Q.   It was a BNPP employee? | | |
| 154:25 - 155:03 | **De Saint Andre, Patrice 2022-07-08** | 00:00:05 | **DSA6.40** |
| | 154:25   Q.   (Through the interpreter) When you | | |
| | 155:01    Durant de Saint Andre | | |
| | 155:02    say "an official in charge of Sudan," an | | |
| | 155:03    official of what entity? | | |
| 155:04 - 155:09 | **De Saint Andre, Patrice 2022-07-08** | 00:00:28 | **DSA6.41** |
| | 155:04   A.   (In English) An officer. | | |
| | 155:05    THE INTERPRETER:  An officer. | | |
| | 155:06   A.   (Continuing) If I am not wrong, | | |
| | 155:07    because perhaps it's a mistake, but if I am | | |
| | 155:08    at not wrong, it is among ECEP team, one of | | |
| | 155:09    the person in charge of Sudanese activity. | | |
| 156:11 - 156:12 <br> 🔗 P195.1.1 | **De Saint Andre, Patrice 2022-07-08** | 00:00:06 | **DSA6.42** |
| | 156:11   Q.   (Through the interpreter) Do you | | |
| | 156:12    know the meaning of CIB-ECEP? | | |
| 156:13 - 156:20 <br> 🔗 P195.1.2 | **De Saint Andre, Patrice 2022-07-08** | 00:00:30 | **DSA6.43** |
| | 156:13   A.   (In English) Yes, CIB, CIB and | | |
| | 156:14    ECEP, sorry.  So ECEP, it's a commodity | | |
| | 156:15    department, and CIB, it's corporate | | |
| | 156:16    investment banking. | | |
| | 156:17   Q.   (Through the interpreter) Now you | | |
| | 156:18    said that BNPP took some measures to address | | |
| | 156:19    its Sudan activities even before the lookback | | |
| | 156:20    was completed; is that right? | | |
| 156:21 - 157:10 | **De Saint Andre, Patrice 2022-07-08** | 00:01:31 | **DSA6.44** |
| | 156:21   A.   (In English) Yes. | | |
| | 156:22   Q.   And what did BNPP decide to do | BNPP OBJ PX-195: Hearsay (801) | |
| | 156:23    during the lookback? | | |
| | 156:24   A.   BNPP decide to stop its activity | *overruled* | |
| | 156:25    with Sudan, which mean -- I don't recall all | | |
| | 157:01    Durant de Saint Andre | | |
| | 157:02    of them, but one, one, to close the account, | | |
| | 157:03    both corporate account and bank accounts. | | |
| | 157:04    And the guy in charge of Sudan activity | | |
| | 157:05    travel to Sudan to explain the dramatic | | |
| | 157:06    change of BNP policy and to put in place our | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 157:07  measures, so how to close all their accounts. | | |
| | 157:08  Q.  (Through the interpreter) And this | | |
| | 157:09  person who traveled to Khartoum, was that | | |
| | 157:10  Mr. Nasri Malhamê? | | |
| 157:11 - 158:08 | **De Saint Andre, Patrice 2022-07-08** | 00:01:51 | **DSA6.45** |
| | 157:11  A.  (In English) I told you, if I am | | |
| | 157:12  not wrong and if -- because I met twice | | |
| | 157:13  Monsieur Malhamê during five minutes, so to | | |
| | 157:14  remind his name is not so easy for me.  But | | |
| | 157:15  if he is the guy in charge of Sudan, he's in | | |
| | 157:16  trouble, because in those countries not only | | |
| | 157:17  in Middle East, you are obliged to give | | |
| | 157:18  commercial contact in order to be efficient. | | |
| | 157:19  And you can't send a letter to -- I don't | | |
| | 157:20  know -- to any central bank and say, it's | | |
| | 157:21  finished and so on.  So it's why, it's why | | |
| | 157:22  BNP Geneva push the person responsible of | | |
| | 157:23  Sudan to take a visit to his clients. | | |
| | 157:24  Q.  In order to hold in-person meetings | | |
| | 157:25  with representatives from the central bank or | | |
| | 158:01  Durant de Saint Andre | | |
| | 158:02  other banks; is that right? | | |
| | 158:03  A.  Yes, yes, yes, of course. | | |
| 🔗 P195.1.3 | 158:04  Q.  (Through the interpreter) And the | BNPP OBJ: 158:4-23: Lacks | |
| | 158:05  mission, as it says here in the subject line, | Personal Knowledge (602/701). | |
| | 158:06  the mission was to meet with the economic | | |
| | 158:07  leaders, notably, and this is redacted, it | *Overruled* | |
| | 158:08  says, "CH Sudanese bank 18." | | |
| 158:09 - 158:15 | **De Saint Andre, Patrice 2022-07-08** | 00:00:17 | **DSA6.46** |
| | 158:09  A.  (In English) Yes. | | |
| | 158:10  Q.  (Through the interpreter) And this | | |
| | 158:11  was "To meet the financial leaders, | | |
| | 158:12  especially [Sudanese bank 18], in order to | | |
| | 158:13  negotiate the exit method in accordance with | | |
| | 158:14  the directives set by Group Compliance."  Is | | |
| | 158:15  that right? | | |
| 158:16 - 158:21 | **De Saint Andre, Patrice 2022-07-08** | 00:00:17 | **DSA6.47** |
| | 158:16  A.  (In English) That's right. | | |
| | 158:17  Q.  (Through the interpreter) And in | | |
| | 158:18  his notes from this mission, Mr. Malhamê | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 158:19    recounts how these economic leaders reacted | | |
| | 158:20    when they were informed of BNPP's decision to | | |
| | 158:21    exit the country, right? | | |
| 158:22 - 159:05 | **De Saint Andre, Patrice 2022-07-08** | 00:00:25 | **DSA6.48** |
| | 158:22   A.   (In English) Yes, perhaps saying | BNPP OBJ: 158:22-23: | |
| | 158:23    that they were disappointed. | Calls for Speculation (602/701); Wasting | |
| | 158:24   Q.   On page ending in 28710 -- I'm | Time (403) | |
| | 158:25    sorry, that's the English. In French it | | |
| | 159:01    Durant de Saint Andre | *Sustained* | |
| | 159:02    would be page-- | | |
| | 159:03   A.   Which page? | | |
| | 159:04   Q.   (Through the interpreter) In | | |
| | 159:05    French, page 708. | | |
| 159:06 - 159:11 | **De Saint Andre, Patrice 2022-07-08** | 00:00:25 | **DSA6.49** |
| | 159:06   A.   70 -- | BNPP OBJ: 159:7-160:3: | |
| 🔗 P195.1.4 | 159:07   Q.   And it says there that the modality | Foundation (602/701); | |
| | 159:08    for BNPP's exit was that the US dollar | Wasting time (403) | |
| | 159:09    accounts were not going to be closed until | | |
| | 159:10    the end of the year; is that right, until the | *Sustained* | |
| | 159:11    end of 2007? | | |
| 159:12 - 159:23 | **De Saint Andre, Patrice 2022-07-08** | 00:00:54 | **DSA6.50** |
| | 159:12    THE INTERPRETER: Sorry. It's the | | |
| | 159:13    page before in French. | | |
| | 159:14    MR. GILMORE: Oh. | | |
| | 159:15    THE INTERPRETER: (Reading in | | |
| | 159:16    French) It's supposed in the schedule | | |
| | 159:17    for this engagement? | | |
| | 159:18   Q.   Do you see that? | | |
| | 159:19   A.   I see. | | |
| | 159:20   Q.   (Through the interpreter) And the | | |
| | 159:21    decision was that US dollars accounts were | | |
| | 159:22    not going to be closed until the end of 2007; | | |
| | 159:23    is that right? | | |
| 159:25 - 160:03 | **De Saint Andre, Patrice 2022-07-08** | 00:00:08 | **DSA6.51** |
| | 159:25   Q.   Do you see in the first | | |
| | 160:01    Durant de Saint Andre | | |
| | 160:02    paragraph -- | | |
| | 160:03   A.   It is written like that. | | |
| 160:04 - 160:20 | **De Saint Andre, Patrice 2022-07-08** | 00:01:08 | **DSA6.52** |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 160:04  Q.  Paragraph A says -- | | DSA6.52 |
| | 160:05  A.  I don't -- I don't recall the | | |
| | 160:06       review of this management where they can | | |
| | 160:07       only, with the idea that technically we can | | |
| | 160:08       do them. So if -- if -- if there is some | | |
| | 160:09       date when we said here exactly, we start in | | |
| | 160:10       exactly to close the account, but a certain | | |
| | 160:11       number of account, for technical reason, we | | |
| | 160:12       support them. But the will of BNP was | | |
| | 160:13       without any doubt. | | |
| | 160:14  Q.  (Through the interpreter) So there | | |
| | 160:15       was no doubt that the will of BNPP was to | | |
| | 160:16       stop the Sudan business -- | | |
| | 160:17  A.  To stop. | | |
| | 160:18  Q.  (Through the interpreter) -- but | | |
| | 160:19       for technical reasons, some accounts would | | |
| | 160:20       remain active? | | |
| 160:21 - 160:21 | **De Saint Andre, Patrice 2022-07-08** | 00:00:04 | DSA6.53 |
| | 160:21  A.  (In English) Yes, yes. | | |
| 161:04 - 161:07 | **De Saint Andre, Patrice 2022-07-08** | 00:00:13 | DSA6.54 |
| 🔗 P195.2.1 | 161:04  Q.  (Through the interpreter) And the | BNPP OBJ: 161:4-162:10: Lacks Foundation (602/701); Hearsay (801); Misleading, Wasting Time (403). | |
| | 161:05       Sudanese bank 18 wanted to send an official | | |
| | 161:06       message to the BNPP group's head office in | | |
| | 161:07       Paris, right? Do you see that? | *Sustained* | |
| 161:08 - 161:19 | **De Saint Andre, Patrice 2022-07-08** | 00:00:42 | DSA6.55 |
| | 161:08  A.  (In English) Yes. | | |
| | 161:09  Q.  And the official message from the | | |
| | 161:10       Sudanese bank 18 expressed their gratitude | | |
| | 161:11       and that they were thankful for the support | | |
| | 161:12       that BNPP provided them for many years on a | | |
| | 161:13       very professional way; is that right? | BNPP OBJ: 162:13-19: Vague (403). | |
| | 161:14  A.  Yes. | | |
| 🔗 P195.2.2 | 161:15  Q.  In addition to that it says, "I | *Sustained* | |
| | 161:16       feel bitter at seeing a major player who has | | |
| | 161:17       been present from the outset and at the most | | |
| | 161:18       sensitive times leaving, particularly an oil | | |
| | 161:19       bank on which international players rely." | | |
| 161:21 - 162:07 | **De Saint Andre, Patrice 2022-07-08** | 00:00:47 | DSA6.56 |
| | 161:21  Q.  Do you see that where it says, in | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 161:22    the e-mail? | | |
| | 161:23    THE INTERPRETER:  In the French it | | |
| | 161:24    says beyond what I just, beyond the | | |
| | 161:25    foregoing, I noticed bitterness to see a | | |
| | 162:01    Durant de Saint Andre | | |
| | 162:02    correspondent of such size that has been | | |
| | 162:03    present throughout the period and during | | |
| | 162:04    very ticklish moments withdrawing and | | |
| | 162:05    notably an oil bank on which | | |
| | 162:06    international players rely.  That is the | | |
| | 162:07    English translation of the French. | | |
| 162:08 - 162:11 | **De Saint Andre, Patrice 2022-07-08** | 00:00:10 | **DSA6.57** |
| | 162:08    (Interpreter translated.) | | |
| | 162:09    THE INTERPRETER:  I don't know if | | |
| | 162:10    that corresponds to the English. | | |
| | 162:11  Q.  BNPP was an oil bank, correct? | BNPP OBJ: 162:11: Confusing / Wasting Time (403).   _Sustained_ | |
| 162:13 - 162:14 | **De Saint Andre, Patrice 2022-07-08** | 00:00:06 | **DSA6.58** |
| | 162:13  Q.  (Through the interpreter) Mr. de | **BNPP OBJ: 162:13-19:** | |
| | 162:14    Saint Andre, was BNPP an oil bank? | Vague (403).   _Sustained_ | |
| 162:16 - 162:19 | **De Saint Andre, Patrice 2022-07-08** | 00:00:23 | **DSA6.59** |
| | 162:16  A.  (In English) I think that BNPP saw | | |
| | 162:17    that from the merger of BNP with Paribas was | | |
| | 162:18    certainly one of the major financial player | | |
| | 162:19    in all activity at this time. | | |
| 162:25 - 163:02 | **De Saint Andre, Patrice 2022-07-08** | | |
| 🔗 P358.1 | 162:25    MR. GILMORE:  A new document. | | |
| | 163:01    Durant de Saint Andre | 00:00:06 | **DSA6.60** |
| | 163:02    Exhibit 201. | | |
| 163:10 - 164:07 | **De Saint Andre, Patrice 2022-07-08** | 00:01:40 | **DSA6.61** |
| | 163:10  Q.  Do you see the document? | BNPP OBJ: 163:10-164:20: Lacks Foundation (602/701); Wasting Time (403).   _overruled_ | |
| | 163:11    Exhibit 201 is BNPP-KASHEF-00015029 to 34. | | |
| 🔗 P358.1.1 | 163:12    And at the top of the document this appears | | |
| | 163:13    to be to be an e-mail from "sarah docx" in | BNPP OBJ PX-358: Relevance (401/402); Unfair Prejudice (403);   _overruled_ | |
| | 163:14    the UK Europe group.  Do you see that? | Hearsay (801); Lacks Foundation (602/701); | |
| | 163:15  A.  Yes, I see that. | Lacks Personal Knowledge (602/701); | |
| 🔗 P358.1.2 | 163:16  Q.  And if you look down at the bottom | Calls for Speculation (602/701); Calls for Specialized Knowledge (701). | |
| | 163:17    of that first page, it shows that this was a | | |
| | 163:18    reply to an e-mail sent on June 18, 2007.  It | | |
| | 163:19    was sent to NPR-E36, who we understand to be | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 163:20    you, and also NPR-E52, who we are told by | | |
| | 163:21    your counsel is Alain Peon. | | |
| | 163:22    Do you recognize the name Alain | | |
| | 163:23    Peon? | | |
| | 163:24  A.  Alain Peon was a member of the | | |
| | 163:25    compliance, CIB compliance team in Paris. | | |
| | 164:01    Durant de Saint Andre | | |
| | 164:02  Q.  And the subject line of this e-mail | | |
| | 164:03    is "Forward Blocked Payment Sudanese Entities | | |
| | 164:04    and Individuals." | | |
| | 164:05    Do you see that? | | |
| | 164:06    (Through the interpreter) Do you | | |
| | 164:07    see that at the bottom of the first page? | | |
| 164:08 - 164:20 | **De Saint Andre, Patrice 2022-07-08** | 00:00:35 | **DSA6.62** |
| | 164:08  A.  (In English) Yes. | | |
| | 164:09  Q.  (Through the interpreter) And do | | |
| 🔗 P358.1.3 | 164:10    you see at the bottom it says, "I am trying | | |
| | 164:11    to follow the spirit of the group | | |
| | 164:12    requirements which require group signoff | | |
| | 164:13    from June 30, 2007." | | |
| | 164:14    Do you see that? | | |
| | 164:15  A.  Yes, I see it. | | |
| | 164:16  Q.  Do you know what that referred to, | | |
| | 164:17    group requirements that would require | | |
| | 164:18    signoff? | | |
| | 164:19  A.  I don't recall.  I don't recall at | | |
| | 164:20    all this e-mail. | | |
| ~~183:15 - 183:19~~ | ~~**De Saint Andre, Patrice 2022-07-08**~~ | ~~00:00:11~~ | ~~**DSA6.63**~~ |
| ~~Clear~~ | ~~183:15  Q.  (Through the interpreter) Let's~~ | | |
| | ~~183:16    look down at the very bottom of this page,~~ | | |
| | ~~183:17    where it has the numbered paragraph A, do you~~ | | |
| | ~~183:18    see that?  And it says, "Relations With~~ | | |
| | ~~183:19    Sudanese Counterparties."~~ | | |
| ~~183:20 - 184:10~~ | ~~**De Saint Andre, Patrice 2022-07-08**~~ | ~~00:00:45~~ | ~~**DSA6.64**~~ |
| | ~~183:20  A.  (In English) Yes, yes, I see.~~ | | |
| | ~~183:21  Q.  It says, "Relations with Sudanese~~ | | |
| | ~~183:22    counterparties are represented by a major~~ | | |
| | ~~183:23    volume of deposits," and this goes on to the~~ | | |
| | ~~183:24    next page.~~ | | |
| | ~~183:25    Do you see where it says, "At the~~ | | |

## DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 184:01    Durant de Saint Andre | | |
| | 184:02    beginning of 2007"? | | |
| | 184:03  A.  (In English) Yes, yes, yes. | | |
| | 184:04  Q.  It says, "At the beginning of 2007 | | |
| | 184:05    overall total fixed-term deposits, Islamic | | |
| | 184:06    swaps, represented a total stated in dollars | | |
| | 184:07    of 617 million plus 340 million in current | | |
| | 184:08    accounts." | | |
| | 184:09    That's nearly 1 billion; is that | | |
| | 184:10    right? | | |
| 184:12   184:22 | De Saint Andre, Patrice 2022-07-08 | 00:00:38 | DSA6.65 |
| | 184:12  A.  Yes, yes, yes, I have, I see. | | |
| | 184:13  Q.  And it says, "The US | | |
| | 184:14    dollar denominated funds in these balances | | |
| | 184:15    stood at $275 million and $125 million | | |
| | 184:16    respective, amounting to $400 million." Do | | |
| | 184:17    you see that? | | |
| | 184:18  A.  I see that. | | |
| | 184:19  Q.  And apparently one Sudanese bank | | |
| | 184:20    was by far the largest holder of fixed-term | | |
| | 184:21    deposits. Do you see that in the second | | |
| | 184:22    paragraph? | | |
| 184:25   185:13 | De Saint Andre, Patrice 2022-07-08 | 00:00:34 | DSA6.66 |
| | 184:25  A.  Yes. | | |
| | 185:01    Durant de Saint Andre | | |
| | 185:02  Q.  The second paragraph says, "We | | |
| | 185:03    should point out that the redacted entity is | | |
| | 185:04    by far the largest holder of fixed-term | | |
| | 185:05    deposits, accounting for 341 million of which | | |
| | 185:06    150 million in US dollar-denominated | | |
| | 185:07    deposits, but that almost all Sudanese banks | | |
| | 185:08    have accounts with BNPP Geneva." | | |
| | 185:09    Do you see that? | | |
| | 185:10  A.  I see it. | | |
| | 185:11  Q.  (Through the interpreter) There are | | |
| | 185:12    also a few state-owned corporate accounts. | | |
| | 185:13    Do you see that? | | |
| 185:14   185:14 | De Saint Andre, Patrice 2022-07-08 | 00:00:01 | DSA6.67 |
| | 185:14  A.  (In English) Yes. | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 185:15 - 186:04 | De Saint Andre, Patrice 2022-07-08 | 00:00:43 | DSA6.68 |
| | 185:15  Q.  And do you see in this document, it | | |
| | 185:16      says in bold, "The proportion of US dollars | | |
| | 185:17      in these totals is a large amount, around | | |
| | 185:18      40 percent." | | |
| | 185:19      Do you see that? | | |
| | 185:20  A.  Yeah, yeah, I see. | | |
| | 185:21  Q.  Okay.  But if we look now to the | | |
| | 185:22      next paragraph, at the beginning of 2006, | | |
| | 185:23      these amounts were even higher; is that | | |
| | 185:24      right? | | |
| | 185:25  A.  Yes. | | |
| | 186:01      Durant de Saint Andre | | |
| | 186:02  Q.  In fact they were a billion, | | |
| | 186:03      $1 billion higher?  Of which around 600 | | |
| | 186:04      million were fixed-term deposits. | | |
| 186:05 - 186:19 | De Saint Andre, Patrice 2022-07-08 | 00:00:39 | DSA6.69 |
| | 186:05      MR. BOCCUZZI:  There's no question | | |
| | 186:06      pending. | | |
| | 186:07  Q.  And do you see in the paragraph | | |
| | 186:08      where it says, "The proportion of these | | |
| | 186:09      foreign currency funds in relation to total | | |
| | 186:10      foreign currency funds held by BNP Geneva has | | |
| | 186:11      been reduced from 70 percent to 20 percent, | | |
| | 186:12      which corresponds directly to the stated | | |
| | 186:13      objective to share the Sudanese business with | | |
| | 186:14      other banks." | | |
| | 186:15      Do you see that? | | |
| | 186:16  A.  I see that. | | |
| | 186:17  Q.  So BNPP was holding 70 percent of | | |
| | 186:18      Sudan's entire foreign currency reserve? | | |
| | 186:19      Were you aware of that? | | |
| 186:21 - 187:03 | De Saint Andre, Patrice 2022-07-08 | 00:00:25 | DSA6.70 |
| | 186:21  A.  We — we — we discovered this. | | |
| | 186:22  Q.  When did you discover this? | | |
| | 186:23  A.  We discover in this report that big | | |
| | 186:24      amounts were handled by BNP Geneva. | | |
| | 186:25  Q.  (Through the interpreter) When you | | |
| | 187:01      Durant de Saint Andre | | |
| | 187:02      say "We discovered it," who discovered it at | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 187:03 ~~this time?~~ | | |
| ~~187:04  188:25~~ | ~~De Saint Andre, Patrice 2022-07-08~~ | ~~00:02:11~~ | ~~DSA6.71~~ |
| | 187:04  A.  ~~(In English) I think, I think Henri~~ | | |
| | 187:05  ~~and Vivien discovered as well; so when I say~~ | | |
| | 187:06  ~~we, I am talking about compliance.~~ | | |
| | 187:07  Q.  ~~Okay. In paragraph B, right in the~~ | | |
| | 187:08  ~~middle of this page do you see where it says,~~ | | |
| | 187:09  ~~"Incoming transactions are dominated by oil~~ | | |
| | 187:10  ~~receipts reflecting direct sales by Sudan of~~ | | |
| | 187:11  ~~its share of crude from the producing oil~~ | | |
| | 187:12  ~~wells."~~ | | |
| | 187:13  ~~Do you see that? And these sales~~ | | |
| | 187:14  ~~are made by L/C in favor of the redacted~~ | | |
| | 187:15  ~~entity. L/C, is that a letter of credit?~~ | | |
| | 187:16  A.  ~~Yes.~~ | | |
| | 187:17  Q.  ~~And it says, do you see where it~~ | | |
| | 187:18  ~~says, "For 2006, the overall" — scratched~~ | | |
| | 187:19  ~~out — "overall total amounted to a US dollar~~ | | |
| | 187:20  ~~equivalent of 2.5 billion.~~ | | |
| | 187:21  ~~Do you see that?~~ | | |
| | 187:22  A.  ~~Yes, I see.~~ | | |
| | 187:23  Q.  ~~So that's saying that direct sales~~ | | |
| | 187:24  ~~by Sudan of its share of crude in 2006~~ | | |
| | 187:25  ~~amounted to the equivalent of 2.5 billion US~~ | | |
| | 188:01  ~~Durant de Saint Andre~~ | | |
| | 188:02  ~~dollars?~~ | | |
| | 188:03  A.  ~~I see.~~ | | |
| | 188:04  Q.  ~~And it continues in this paragraph.~~ | | |
| | 188:05  ~~Do you see the last sentence, it says, "These~~ | | |
| | 188:06  ~~letters of credit in practice as far as we~~ | | |
| | 188:07  ~~judge in Switzerland, are entirely held in~~ | | |
| | 188:08  ~~BNPP Geneva's funds, which therefore~~ | | |
| | 188:09  ~~represent a major proportion of Sudan's~~ | | |
| | 188:10  ~~foreign currency receipts."~~ | | |
| | 188:11  ~~Do you see that?~~ | | |
| | 188:12  A.  ~~I see that.~~ | | |
| | 188:13  Q.  ~~And below that, "Over~~ | | |
| | 188:14  ~~90 percent" — do you see where it says,~~ | | |
| | 188:15  ~~"Over 90 percent of these letters of credit~~ | | |
| | 188:16  ~~are denominated, paid and processed in US~~ | | |

### DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 188:17 ~~dollars, which means that the funding of the~~ | | |
| | 188:18 ~~bank's Sudanese business is largely based in~~ | | |
| | 188:19 ~~US dollars."~~ | | |
| | 188:20 ~~Do you see that?~~ | | |
| | 188:21 ~~A. I see that.~~ | | |
| | 188:22 ~~Q. (Through the interpreter) And was~~ | | |
| | 188:23 ~~that consistent with your understanding of~~ | | |
| | 188:24 ~~how BNPP Geneva's Sudan business was~~ | | |
| | 188:25 ~~operating?~~ | | |
| ~~189:02 - 189:15~~ | ~~De Saint Andre, Patrice 2022-07-08~~ | ~~00:01:31~~ | ~~DSA6.72~~ |
| | 189:02 ~~A. (In English) I don't know. It's a~~ | | |
| | 189:03 ~~report written by a specialist of compliance~~ | | |
| | 189:04 ~~within CIB, so a — having a good knowledge~~ | | |
| | 189:05 ~~of the operation by CIB; so I have no reason~~ | | |
| | 189:06 ~~to discuss to which extent the figures are~~ | | |
| | 189:07 ~~right or what.~~ | | |
| | 189:08 ~~And at the end of the story for us,~~ | | |
| | 189:09 ~~when we discovered such report, was not to~~ | | |
| | 189:10 ~~dispute about an amount or percentage, but to~~ | | |
| | 189:11 ~~say, there is a major issue. It's not~~ | | |
| | 189:12 ~~definitely small amounts, therefore, we have~~ | | |
| | 189:13 ~~to take the strong necessary measure. The~~ | | |
| | 189:14 ~~first one of those, of course, is to clarify~~ | | |
| | 189:15 ~~whether or not BNPP is violate US sanction.~~ | | |
| ~~189:16 - 190:10~~ | ~~De Saint Andre, Patrice 2022-07-08~~ | ~~00:00:56~~ | ~~DSA6.73~~ |
| | 189:16 ~~Q. Now, you participated in the~~ | | |
| | 189:17 ~~lookback, the review of the Sudan business in~~ | | |
| | 189:18 ~~Geneva, correct?~~ | | |
| | 189:19 ~~A. Yes.~~ | | |
| | 189:20 ~~Q. And Mr. —~~ | | |
| | 189:21 ~~A. When you say "participated," I was~~ | | |
| | 189:22 ~~not at all involved directly in the~~ | | |
| | 189:23 ~~investigation. The investigation was done~~ | | |
| | 189:24 ~~separate, and performed by an independent~~ | | |
| | 189:25 ~~consultant.~~ | | |
| | 190:01 ~~Durant de Saint Andre~~ | | |
| | 190:02 ~~Q. Were you aware of the conclusions,~~ | | |
| | 190:03 ~~the findings of the investigation?~~ | | |
| | 190:04 ~~A. I was aware about the findings.~~ | | |
| | 190:05 ~~Q. (Through the interpreter) Okay.~~ | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | ~~190:06~~ ~~Now, in Mr. Peon's memo he said that in 2006,~~ | | |
| | ~~190:07~~ ~~the total amounts of these transactions~~ | | |
| | ~~190:08~~ ~~related to the sale of crude oil amounted to~~ | | |
| | ~~190:09~~ ~~2.5 billion, in 2006. Do you know what the~~ | | |
| | ~~190:10~~ ~~total amount was in prior years?~~ | | |
| ~~190:11 - 190:12~~ | ~~De Saint Andre, Patrice 2022-07-08~~ | ~~00:00:08~~ | ~~DSA6.74~~ |
| | ~~190:11  A.  (In English) I have -- I have no~~ | | |
| | ~~190:12     idea at all.~~ | | |
| 194:25 - 195:15 | **De Saint Andre, Patrice 2022-07-08** | 00:00:52 | DSA6.75 |
| | 194:25  Q.  Exhibit 204 is BNPP-KASHEF-00024869 | BNPP OBJ PX 215: Hearsay (801); | |
| | 195:01     Durant de Saint Andre | Relevance (401/402) | |
| | 195:02     to 73.  And if we look here at -- at this | Unfair Prejudice (403) | |
| 🔗 P215.1.3 | 195:03     document, at the very top it says that it's | Lacks Foundation (602/701); | |
| | 195:04     from NPR-E52 which we learned before is | Lacks Personal Knowledge (602/701); | |
| | 195:05     Mr. Alain Peon, who I believe you said is a | Calls for Speculation (602/701); | |
| | 195:06     compliance officer in CIB? | Calls for Specialized Knowledge (701); | |
| | 195:07  A.  That's a memo from Alain Peon? | Cumulative (403); Waste of time (403). | |
| | 195:08  Q.  Alain Peon. | | |
| | 195:09  A.  Yes. | | |
| | 195:10  Q.  And I believe you said earlier that | | |
| | 195:11     Mr. Peon was a compliance officer in CIB? | | |
| | 195:12  A.  Yes. | | |
| | 195:13  Q.  And CIB, that's corporate | | |
| | 195:14     investment banking? | | |
| | 195:15  A.  Yes. | | |
| 195:16 - 197:06 | **De Saint Andre, Patrice 2022-07-08** | 00:02:35 | DSA6.76 |
| | 195:16  Q.  And in this -- this is an e-mail | | |
| | 195:17     that Mr. Peon sent to NPR-E18, who we know is | | |
| | 195:18     Henri Quintard, and he cc'd, copied you, | | |
| | 195:19     NPR-E36, do you see that? | | |
| | 195:20  A.  Yes, I see that. | | |
| | 195:21  Q.  It looks like he also copied | | |
| | 195:22     NPR-E28 is Nathalie Fleriag-Jubault? | | |
| | 195:23  A.  Yes. | | |
| | 195:24  Q.  Do you know who Nathalie | | |
| | 195:25     Fleriag-Jubault is? | | |
| | 196:01     Durant de Saint Andre | | |
| | 196:02  A.  Nathalie was a member of Alain's | | |
| | 196:03     team. | | |
| | 196:04  Q.  A member of the compliance team? | | |

The handwritten annotation "OVerr ruled" appears over the objections block for DSA6.75.

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 196:05  A.  Yes. | | |
| | 196:06  Q.  (Through the interpreter) In which | | |
| | 196:07       BNPP entity? | | |
| | 196:08  A.  In CIB. | | |
| | 196:09  Q.  In group CIB or in a particular | | |
| | 196:10       region? | | |
| | 196:11  A.  Group CIB. | | |
| | 196:12  Q.  (Through the interpreter) And group | | |
| | 196:13       CIB, this is housed in Paris; is that right? | | |
| | 196:14  A.  (In English) Yes, yes, yes. | | |
| | 196:15  Q.  And Mr. Peon here is forwarding you | BNPP OBJ: 196:15-22: | |
| | 196:16       an e-mail chain.  If you look below, he says | Hearsay (801) | |
| | 196:17       to you in the e-mail he's sending to you -- | | |
| | 196:18       this is the one part that's in French, the | *overruled* | |
| P215.1.8 | 196:19       rest is in English -- "I intend to express | | |
| | 196:20       myself again to ECEP on December 31st, 2007." | | |
| | 196:21       Do you see that? | | |
| | 196:22  A.  It say that on the sender, yes. | | |
| P215.1.9 | 196:23  Q.  And let's look at the e-mail that | | |
| | 196:24       was forwarded by Mr. Peon.  Do you see, it | | |
| | 196:25       has the date December 7, 2007; and it says | | |
| | 197:01       Durant de Saint Andre | | |
| | 197:02       this was e-mailed to NPR-E33 who, according | | |
| | 197:03       to your counsel, is Dominique Remy. | | |
| | 197:04       Do you know who Dominique Remy is? | | |
| | 197:05  A.  Dominique Remy was the head of the | | |
| | 197:06       energy commodities. | | |
| 197:13 - 197:16 | **De Saint Andre, Patrice 2022-07-08** | 00:00:07 | **DSA6.77** |
| | 197:13  Q.  (Through the interpreter) Do you | | |
| | 197:14       have any reason to believe this is anything | | |
| | 197:15       other than an e-mail that was forwarded to | | |
| | 197:16       you? | | |
| 197:17 - 197:21 | **De Saint Andre, Patrice 2022-07-08** | 00:00:23 | **DSA6.78** |
| | 197:17  A.  (In English) So I -- | | |
| | 197:18       (Interpreter translated.) | | |
| | 197:19  A.  (In English) Really, if something | | |
| | 197:20       this man or the copy, Alain had something in | | |
| | 197:21       mind, I do not remember. | | |
| 197:22 - 198:25 | **De Saint Andre, Patrice 2022-07-08** | 00:01:16 | **DSA6.79** |
| P215.1.4 | 197:22  Q.  Why don't we take a look at what | BNPP OBJ: 197:22-198:22: | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 197:23　Mr. Peon wrote in the e-mail.  And do you see | | |
| | 197:24　in the first sentence, this is on 869, first | | |
| | 197:25　page, Mr. Peon writes, "I just wanted to have | | |
| | 198:01　Durant de Saint Andre | | |
| | 198:02　everybody aware that currently each month | | |
| | 198:03　BNP Geneva is feeding the Sudanese | | |
| | 198:04　government with 30 million pounds, which is | | |
| | 198:05　about $60 million." | | |
| | 198:06　Do you see that? | | |
| | 198:07  A.　Yes. | | |
| | 198:08  Q.　Were you -- do you recall ever | | |
| | 198:09　discussing with Mr. Peon the fact that this | | |
| | 198:10　was happening? | | |
| | 198:11  A.　Not that I recall. | | |
| 🔗 P215.1.5 | 198:12  Q.　He says in the next sentence, | | |
| | 198:13　"Compared to a yearly budget of $7 billion | | |
| | 198:14　for the Republic of Sudan, which probably has | | |
| | 198:15　increased with the price of oil, this means | | |
| | 198:16　that BNP Geneva represents, month after | | |
| | 198:17　month, ten percent of the revenue of a | | |
| | 198:18　government which, for a large part of the | | |
| | 198:19　public opinion, is not made with nice | | |
| | 198:20　people." | | |
| | 198:21　Do you see that? | | |
| | 198:22  A.　I see that. | | |
| | 198:23  Q.　Were you aware that BNPP Geneva | BNPP OBJ: 198:23-199:4: | |
| | 198:24　represented ten percent of the revenue of the | Lacks Foundation (602/701); | |
| | 198:25　Sudanese government? | Hearsay (801). | |
| | | | *overruled* |
| 199:03 - 200:05 | **De Saint Andre, Patrice 2022-07-08** | 00:01:14 | **DSA6.80** |
| | 199:03  A.　At this time, at this time I wasn't | | |
| | 199:04　aware. | | |
| 🔗 P215.1.6 | 199:05  Q.　And Mr. Peon goes on to say, "For | | |
| | 199:06　every dollar that this government is | | |
| | 199:07　spending, $0.10 are coming direct from the | | |
| | 199:08　pocket of BNPP in Switzerland and the | | |
| | 199:09　(redacted) in Geneva is writing a monthly | | |
| | 199:10　check, fortunately not in US dollars, which | | |
| | 199:11　for a significant part allows this is | | |
| | 199:12　government to keep things running in | | |
| | 199:13　Khartoum." | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 199:14 | Do you see that? | | |
| | 199:15 | A. I see that. | | |
| 🔗 P215.1.7 | 199:16 | Q. And he says, "The management of | | |
| | 199:17 | BNPP has explained that since June 2007 the | | |
| | 199:18 | bank was not doing anything anymore with this | | |
| | 199:19 | country." | | |
| | 199:20 | Do you see that? | | |
| | 199:21 | A. Yes. | | |
| | 199:22 | Q. And you were involved with that | | |
| | 199:23 | disengagement decision, weren't you? | | |
| | 199:24 | A. Yes. | | |
| | 199:25 | Q. Were you aware that after that | | |
| | 200:01 | Durant de Saint Andre | | |
| | 200:02 | decision made in June, that in December of | | |
| | 200:03 | that same year, December 2007, BNPP Geneva | | |
| | 200:04 | was still feeding the Sudanese government | | |
| | 200:05 | with the equivalent of $60 million a month? | | |

BNPP OBJ: 199:25-201:5:
Relevance (401/402); Confusing (403);
Lacks Personal Knowledge (602/701);
Hearsay (801).

*overruled*

| 200:08 - 201:10 | **De Saint Andre, Patrice 2022-07-08** | 00:02:27 | **DSA6.81** |
|---|---|---|---|
| | 200:08 | A. This e-mail is strange. I mean it | | |
| | 200:09 | is not written by someone who want to discuss | | |
| | 200:10 | technical compliance issues. We can't add | | |
| | 200:11 | any comment when we read this mail. | | |
| | 200:12 | Q. Could you explain what you mean by | | |
| | 200:13 | this e-mail is strange? What's strange about | | |
| | 200:14 | this e-mail? | | |
| | 200:15 | A. It is not a compliance issue to get | | |
| | 200:16 | to express an opinion about the government | | |
| | 200:17 | and then link this opinion with an existing | | |
| | 200:18 | business. | | |
| | 200:19 | Q. So it's not -- | | |
| | 200:20 | A. It is not -- it is not -- the way | | |
| | 200:21 | to do, to read, to write an e-mail is to say, | | |
| | 200:22 | there is an issue, there is a disengagement | | |
| | 200:23 | plan. We are not sure that the disengagement | | |
| | 200:24 | is so quick as we expected, and we proposed | | |
| | 200:25 | it's worldwide. This is a professional | | |
| | 201:01 | Durant de Saint Andre | | |
| | 201:02 | letter. This mail is not professional. It | | |
| | 201:03 | is written by a guy who has concern, for | | |
| | 201:04 | reasons I didn't know, and he express his | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 201:05 | concerns. | | |
| | 201:06 Q. | (Through the interpreter) so you | BNPP OBJ: 201:6-203:22: | |
| | 201:07 | will ignore Mr. Peon's concern that BNPP | Argumentative (611); Relevance | |
| | 201:08 | Geneva is feeding the Sudanese government the | (401/402); | |
| | 201:09 | equivalent of $60 million a month in | Confusing / Misstates Testimony (403); | |
| | 201:10 | December 2007? | Lacks Personal Knowledge (602/701) | |
| 201:12 - 201:24 | **De Saint Andre, Patrice 2022-07-08** | | *Overruled* | |
| | 201:12 A. | (In English) Again, there is | 00:00:50 | **DSA6.82** |
| | 201:13 | nothing technical. We can't understand what | | |
| | 201:14 | happened. Giving the figure is not an | | |
| | 201:15 | explanation. | | |
| | 201:16 Q. | Well, let's look at the -- | | |
| | 201:17 A. | We don't -- it is not a link with | | |
| | 201:18 | the disengagement plan. With this e-mail we | | |
| | 201:19 | have no idea about Mr. Peon request. No | | |
| | 201:20 | idea. | | |
| | 201:21 Q. | (Through the interpreter) You don't | | |
| | 201:22 | think it was very professional for Mr. Peon | | |
| | 201:23 | to raise concerns about the government of | | |
| | 201:24 | Sudan receiving this monthly payment? | | |
| 202:02 - 202:02 | **De Saint Andre, Patrice 2022-07-08** | | 00:00:03 | **DSA6.83** |
| | 202:02 Q. | -- professional did you not? | | |
| 202:06 - 203:10 | **De Saint Andre, Patrice 2022-07-08** | | 00:01:45 | **DSA6.84** |
| | 202:06 A. | (In English) I said that this, this | | |
| | 202:07 | type of message is unusual. It's unusual. | | |
| | 202:08 | And if it is unusual coming from an | | |
| | 202:09 | experienced compliance officer, there is -- | | |
| | 202:10 | that means there was another problem; and | | |
| | 202:11 | really, I don't know why he sent this | | |
| | 202:12 | message. | | |
| | 202:13 Q. | Do you see the last sentence in | | |
| 🔗 P215.2.8 | 202:14 | Mr. Peon's e-mail? He says, "It would mean | | |
| | 202:15 | that if BNPP gets out of serving its monthly | | |
| | 202:16 | stipend in February, the bank would still | | |
| | 202:17 | have paid about half a billion dollars to | | |
| | 202:18 | Sudan after having officially stopped its | | |
| | 202:19 | activity there." | | |
| | 202:20 | Do you see that? | | |
| | 202:21 A. | No, no. Where? | | |
| | 202:22 | (Interpreter translated.) | | |

**DSA6 - De Saint Andre, Patrice cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 202:23  A.  Yes. | | |
| | 202:24  Q.  If BNPP gets out of serving its | | |
| | 202:25       monthly stipend in February, the bank would | | |
| | 203:01       Durant de Saint Andre | | |
| | 203:02       still have paid about half a billion dollars | | |
| | 203:03       to Sudan after having officially stopped its | | |
| | 203:04       activity there. | | |
| | 203:05       Now, you said before, this is not a | | |
| | 203:06       compliance issue. | | |
| | 203:07       The fact that BNPP was paying a | | |
| | 203:08       monthly stipend amounting to half a billion | | |
| | 203:09       dollars to the government of Sudan, that was | | |
| | 203:10       not a compliance issue? | | |
| 203:12 - 203:15 | **De Saint Andre, Patrice 2022-07-08** | 00:00:10 | **DSA6.85** |
| | 203:12  A.  I really, really don't understand. | | |
| | 203:13  Q.  And this is the same government of | | |
| | 203:14       Sudan that was accused of genocide in Darfur; | | |
| | 203:15       is that right? | | |
| 203:17 - 203:22 | **De Saint Andre, Patrice 2022-07-08** | 00:00:47 | **DSA6.86** |
| | 203:17  A.  I do not know -- I really have no | | |
| | 203:18       idea about the background and the type of | | |
| | 203:19       operation which could explain that Alain Peon | | |
| | 203:20       arrange this amount of half a billion dollar. | | |
| | 203:21       I don't know why, how we can create -- for | | |
| | 203:22       me, really I don't see, I don't see it. | | |

| | | |
|---|---|---|
| Kashef Designations | 00:46:32 | |
| BNP Counters | 00:18:07 | |
| **TOTAL RUN TIME** | **01:04:39** | |

Documents linked to video:
P195
P215
P358