# Exhibit A

**Page 1**

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   ------------------------------------x
 5   ENTESAR OSMAN KASHEF, et al.,
 6                   Plaintiffs,
                                        Case No.
 7          Vs.                         1:16-cv-03228-AKH-JW
 8   BNP PARIBAS S.A., BNP PARIBAS S.A.
     NEW YORK BRANCH, and BNP PARIBAS
 9   US WHOLESALE HOLDINGS, CORP. (F/k/a
     BNP PARIBAS NORTH AMERICA, INC.),
10
                          Defendants.
11   ------------------------------------x
12
13            ** HIGHLY CONFIDENTIAL **
14      VIDEOTAPED DEPOSITION OF NIMA ELBAGIR
15               NEW YORK, NEW YORK
16            Friday, December 2, 2022
17                  9:43 a.m.
18
19
20
21
22
     Reported by:
23   Jennifer Ocampo-Guzman, CRR, CLR
24
25
```

Page 207

1    ELBAGIR - HIGHLY CONFIDENTIAL
2           Well, so again, to return you to my
3    previous statement, I have not seen the
4    complaint, so I cannot actually answer that
5    definitively.  He could have, and I just
6    don't know.
7        Q.   To your knowledge, who are the
8    defendants in this case?
9        A.   I have no knowledge as to who, I
10   mean other than when you handed this over
11   today, I read the full name.  I knew it was
12   Kashef.  Today I read Entesar Kashef.  But
13   that's really all I know.
14       Q.   There is some confusion.  There are
15   the plaintiffs and then there are the
16   defendants.
17           Has Mr. Hilal ever spoken to you
18   about any of the plaintiffs in this case?
19       A.   By "plaintiffs," you mean the
20   people bringing forward the complaint?
21       Q.   Correct.
22       A.   As I said, I have no way of
23   knowing, because I haven't read the
24   complaint.
25       Q.   Has Mr. Hilal ever spoken to you

```
                                                    Page 208
 1         ELBAGIR - HIGHLY CONFIDENTIAL
 2    about any of the defendants in this case?
 3         A.    As in BNP Paribas?
 4         Q.    Correct.
 5         A.    No.
 6         Q.    Has Mr. Hemetti ever spoken to you
 7    to about BNP Paribas or any of the defendants
 8    in this case?
 9         A.    He has not spoken to me about BNP
10    Paribas.
11         Q.    Or any of the defendants in this
12    case?
13         A.    I don't know who else the
14    defendants are, other than BNP Paribas.
15         Q.    Has Mr. Hemetti ever spoken to you
16    about any of the plaintiffs in this case?
17         A.    As I said, I don't know who the
18    plaintiffs are.
19         Q.    Before you interviewed Mr. Hilal in
20    the summer of 2004, had you ever spoken with
21    him?
22         A.    I had spoken to him a number of
23    times, yes, in the lead-up to those
24    interviews.
25         Q.    When did you first speak with him?
```

Page 342

C E R T I F I C A T E

STATE OF NEW YORK )
                 : ss.
COUNTY OF NEW YORK

       I, Jennifer Ocampo-Guzman, a Certified Realtime Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

       That NIMA ELBAGIR, the witness whose deposition is hereinbefore set forth, was affirmed, and that such deposition is a true record of the testimony given by the witness.

       I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

       IN WITNESS WHEREOF, I have hereunto set my hand this 9th day of December 2022.

*J. Ocampo-Guzman*

_____
JENNIFER OCAMPO-GUZMAN, CRR, CLR