UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

ENTESAR OSMAN KASHEF, et al.,

                              Plaintiffs,

      -against-

BNP PARIBAS SA, et al.,

                         Defendants.

------------------------------------------------------------- x

**ORDER**

16 Civ. 3228 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Court's rulings as to the parties' objections to the designated and counter-designated deposition testimony of Philippe Blavier are reflected in the annotations appended below, next to each objection.

      SO ORDERED.

Dated:      September 18, 2025
            New York, New York

                          ALVIN K. HELLERSTEIN
                          United States District Judge

1

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:18 - 7:23 | **Blavier, Philippe 2022-06-30** | 00:00:14 | **PB7.1** |

7:18   Q.   Good afternoon, Mr. Blavier.  My
7:19        name is Claire Rosset, I am one of the
7:20        lawyers representing the plaintiffs in this
7:21        case.
7:22        What is your full name?
7:23   A.   Philippe Blavier.

| 8:08 - 8:19 | **Blavier, Philippe 2022-06-30** | 00:00:38 | **PB7.2** |

8:08   Q.   What languages do you speak?
8:09   A.   Well, I try to speak English the
8:10        best I can.  I'm a native French, and I can
8:11        speak Italian as well, and a bit of Spanish,
8:12        but that's -- that's it.
8:13   Q.   And there's an interpreter present,
8:14        but are you comfortable proceeding in English
8:15        today?
8:16   A.   So far, but I feel comfortable to
8:17        have her with me so that if I lose an
8:18        important part of your questioning, I would
8:19        ask her to be kind enough to translate it.

| 9:16 - 9:19 | **Blavier, Philippe 2022-06-30** | 00:00:09 | **PB7.3** |

9:16   Q.   Do you understand that I'm going to
9:17        be asking you a series of questions of today?
9:18        And do you understand that you are
9:19        under oath?

| 9:23 - 10:01 | **Blavier, Philippe 2022-06-30** | 00:00:04 | **PB7.4** |

9:23   A.   Yes, okay.
9:24   Q.   So you understand that you are
9:25        under oath?
10:01       BLAVIER

| 10:02 - 10:05 | **Blavier, Philippe 2022-06-30** | 00:00:09 | **PB7.5** |

10:02       Do you understand that you are
10:03       obligated to answer my questions honestly and
10:04       to the best of your ability?
10:05   A.  I do.

| 12:04 - 12:09 | **Blavier, Philippe 2022-06-30** | 00:00:13 | **PB7.6** |

12:04   Q.  And were you an employee of the
12:05       bank in 2013?
12:06   A.  Was I -- sorry?

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 12:07  Q.  Were you an employee of the bank? | | |
| | 12:08  A.  No, no, no.  No, I left the bank by | | |
| | 12:09        December of '05. | | |
| 15:10 - 15:22 | **Blavier, Philippe 2022-06-30** | 00:00:48 | **PB7.7** |
| | 15:10  Q.  Did you previously work for BNPP? | | |
| | 15:11  A.  Yes, I did. | | |
| | 15:12  Q.  When did you start working for | | |
| | 15:13        BNPP? | | |
| | 15:14  A.  For BNPP itself in the year 2000 | | |
| | 15:15        when the merger with Paribas was completed. | | |
| | 15:16        So Paribas BNP became BNPP at the time and -- | | |
| | 15:17  Q.  And prior -- excuse me. | | |
| | 15:18  A.  And prior to that I was with | | |
| | 15:19        Paribas, and we were acquired by BNP. | | |
| | 15:20  Q.  And when did you start with | | |
| | 15:21        Paribas? | | |
| | 15:22  A.  I started out in 1981. | | |
| 17:02 - 17:06 | **Blavier, Philippe 2022-06-30** | 00:00:13 | **PB7.8** |
| | 17:02  Q.  Okay.  So you started working at | | |
| | 17:03        Paribas around January 1981, and then you | | |
| | 17:04        retired from BNPP in December 2005; is that | | |
| | 17:05        correct? | | |
| | 17:06  A.  That is correct. | | |
| 47:13 - 47:16 | **Blavier, Philippe 2022-06-30** | 00:00:14 | **PB7.9** |
| | 47:13  Q.  So in '96 you returned to Paris and | | |
| | 47:14        helped Michel Pebereau as number 2 of | | |
| | 47:15        corporate banking; is that correct? | | |
| | 47:16  A.  Right. | | |
| 47:17 - 47:25 | **Blavier, Philippe 2022-06-30** | 00:00:35 | **PB7.10** |
| | 47:17  Q.  What is corporate banking in your | | |
| | 47:18        own words? | | |
| | 47:19  A.  Everything which was not related to | | |
| | 47:20        markets specifically, and not related to | | |
| | 47:21        private equity, and not related to treasury. | | |
| | 47:22        If you remember, there were four departments, | | |
| | 47:23        so I was the number 2 for this corporate | | |
| | 47:24        banking, which covered the universe of the | | |
| | 47:25        corporate relationships. | | |
| 52:16 - 53:13 | **Blavier, Philippe 2022-06-30** | 00:01:44 | **PB7.11** |

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 52:16    Q.   And in '98 -- ~~I'm looking back at~~ | | **PB7.11** |
| | 52:17     ~~Exhibit 189~~ you were named CEO of Paribas, | | |
| | 52:18     the group's investment banking arm? | BNPP OBJ: Counsel's reference to a | |
| | 52:19    A.   A member of the executive | non-designated exhibit should be | |
| | 52:20     committee, head of corporate banking, yes, | removed | |
| | 52:21     right.  I was -- I was -- from what I can | *Sustained* | |
| | 52:22     read, yes, I became a member of the executive | *as to the* | |
| | 52:23     committee, which was a business arm -- in | *exhibit* | |
| | 52:24     fact -- and it's a nice name for our | | |
| | 52:25     business, the central business committee. | | |
| | 53:01     BLAVIER | | |
| | 53:02    Q.   And what about in 1998, did you | | |
| | 53:03     become the chief executive officer of | | |
| | 53:04     Paribas, the group's investment banking arm? | | |
| | 53:05    A.   Yes, because at the time my former | | |
| | 53:06     boss had gone and we were trying to develop | | |
| | 53:07     the market operations out of London; and | | |
| | 53:08     precisely this is the time at which we | | |
| | 53:09     became, I became the chief exec of the | | |
| | 53:10     investment banking, which was a period in | | |
| | 53:11     which we did prepare for a merger, because we | | |
| | 53:12     knew that we could not stay alone for very | | |
| | 53:13     long. | | |
| 53:14 - 53:23 | **Blavier, Philippe 2022-06-30** | 00:00:37 | **PB7.12** |
| | 53:14    Q.   And what merger are you talking | | |
| | 53:15     about? | P's OBJ: Relevance (401/402) | |
| | 53:16    A.   Well, we did not know at the time. | *Overruled* | |
| | 53:17     We were just looking at potential partners to | | |
| | 53:18     make us more international, stronger, more | | |
| | 53:19     efficient. | | |
| | 53:20    Q.   And this is the merger that | | |
| | 53:21     became -- eventually you merged with BNP; is | | |
| | 53:22     that what you're talking about? | | |
| | 53:23    A.   Eventually that ended up that way, | | |
| 54:07 - 54:11 | **Blavier, Philippe 2022-06-30** | 00:00:20 | **PB7.13** |
| | 54:07     Societe Generale, we've talked a little bit | | |
| | 54:08     about this Swiss kind of subsidiary that was | | |
| | 54:09     controlled by various other corporate -- | | |
| | 54:10     sorry? | | |
| | 54:11    A.   The various shareholders, yes. | | |

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 54:12 - 54:25 | **Blavier, Philippe 2022-06-30** | 00:00:51 | **PB7.14** |

54:12  Q.  By various shareholders.  So was
54:13       one -- do you know the name UEB?
54:14  A.  Yes, I think so.
54:15  Q.  And what does that refer to?
54:16  A.  Well, as I recall, it was a BNP
54:17       subsidiary operating in, in Europe.
54:18  Q.  Is this related to the Switzerland
54:19       subsidiary we've been talking about?
54:20  A.  I think so.
54:21  Q.  And do you --
54:22  A.  That was -- sorry, but that was
54:23       BNP-controlled operation.
54:24  Q.  BNP or Paribas-controlled?
54:25  A.  BNP.

BNPP OBJ: Calls for Speculation
(602/701)

*Overruled*

| 55:02 - 55:06 | **Blavier, Philippe 2022-06-30** | 00:00:17 | **PB7.15** |

55:02  Q.  Do you -- do you remember -- were
55:03       you around when UEB was acquired by BNP?
55:04  A.  Sorry, excuse me, I can't hear.
55:05       Can you repeat the question?  Was I around
55:06       what?

P's OBJ: No Personal Knowledge/
speculation (602/701); Relevance
(401/402)

*Sustained*

| 55:08 - 55:14 | **Blavier, Philippe 2022-06-30** | 00:00:30 | **PB7.16** |

55:08  A.  (Continuing) No, I wasn't there.
55:09  Q.  Do you remember anything about the
55:10       relationship between UEB and BNP?
55:11  A.  No, because I was not part of BNP,
55:12       and it was an internal thing to -- to -- to
55:13       -- to BNP; and frankly, no, no idea,
55:14       relationship between themselves.

P's OBJ: No Personal Knowledge/
speculation (602/701); Relevance
(401/402)

*Sustained*

| 60:09 - 60:11 | **Blavier, Philippe 2022-06-30** | 00:00:09 | **PB7.17** |

60:09  Q.  So we've talked about Paribas and
60:10       the merger between Paribas and BNP.  When did
60:11       that happen?

P's OBJ: Relevance (401/402)

*Overruled*

| 60:25 - 61:08 | **Blavier, Philippe 2022-06-30** | 00:00:21 | **PB7.18** |

60:25       we had a
61:01       BLAVIER
61:02       two-way merger in 2000 with BNP; BNP buying,
61:03       in fact, Paribas.
61:04  Q.  So the discussions were in '99, and

P's OBJ: Relevance (401/402)

*Overruled*

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 61:05    then -- | | |
| | 61:06  A.  In the first month or couple of | | |
| | 61:07    months of 2000, that the merger was effective | | |
| | 61:08    in 2000. | | |
| 62:08 - 62:22 | **Blavier, Philippe 2022-06-30** | 00:00:51 | **PB7.19** |
| | 62:08  Q.  And at around the time of the | | |
| | 62:09    merger in '99, you were the CEO of Paribas, | | |
| | 62:10    correct? | | |
| | 62:11  A.  That's correct.  The CEO of the | | |
| | 62:12    corporate banking bank, of the corporate | | |
| | 62:13    banking and the markets.  I was not -- you | | |
| | 62:14    know, there were other departments that I was | | |
| | 62:15    not responsible for, of course, meaning the | | |
| | 62:16    asset management was outside my reach.  The | | |
| | 62:17    private equity which was a big business of | | |
| | 62:18    Paribas, it was called Paribas [French | | |
| | 62:19    language], and the treasury department, big | | |
| | 62:20    department, at Paribas, which mean at the end | | |
| | 62:21    profits and losses.  Anyway it was a | | |
| | 62:22    controversial. | | |
| 62:23 - 63:04 | **Blavier, Philippe 2022-06-30** | 00:00:17 | **PB7.20** |
| | 62:23  Q.  It was controversial? | | P's OBJ: Relevance (401/402) |
| | 62:24  A.  No, it was always a difficult | | |
| | 62:25    department, because one year they had big | | |
| | 63:01    BLAVIER | | |
| | 63:02    profits; the other year they had a smaller | | |
| | 63:03    profit.  It was -- they were going through | | |
| | 63:04    their ups and downs. | | |

Sustained

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 92:17 - 92:25 | **Blavier, Philippe 2022-06-30** | 00:00:32 | **PB7.21** |
| | 92:17  Q.  So after the, so after this merger, | | |
| | 92:18    you started as the newly created -- you | | |
| | 92:19    started at the new created BNPP group as the | | |
| | 92:20    co-head of CI -- or BFI in French, yes? | | |
| | 92:21  A.  Yes, CIB, BFI. | | |
| | 92:22  Q.  CIB.  What does CIB stand for? | | |
| | 92:23  A.  Corporate and investment banking. | | |
| | 92:24    In French, banque de financement et | | |
| | 92:25    d'investissement. | | |
| 112:10 - 112:16 | **Blavier, Philippe 2022-06-30** | 00:00:26 | **PB7.22** |

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 112:10    what are letters of credit, how | | **PB7.22** |
| | 112:11    does that fit into what we talked about? | | |
| | 112:12  A.  Letters of credit? | | |
| | 112:13  Q.  Yes. | | |
| | 112:14  A.  Well, it's an instrument that the | | |
| | 112:15    bank is issuing to a beneficiary so that a | | |
| | 112:16    commercial transaction can be effected. | | |
| 112:21 - 112:22 | **Blavier, Philippe 2022-06-30** | 00:00:04 | **PB7.23** |
| | 112:21  Q.  It's a financial instrument? | | |
| | 112:22  A.  Yes. | | |
| 113:11 - 114:24 | **Blavier, Philippe 2022-06-30** | 00:02:21 | **PB7.24** |
| | 113:11    Is that every time that there's a | | |
| | 113:12    commercial transaction this needs to be | | |
| | 113:13    issued, this letter of credit? | | |
| | 113:14  A.  No. | | |
| | 113:15  Q.  Can you explain that a little bit? | | |
| | 113:16  A.  Well, there are some counterparties | | |
| | 113:17    that you don't need to issue letters of | | |
| | 113:18    credit to.  If the risk of the, of the | | |
| | 113:19    counterparty is deemed acceptable by your | | |
| | 113:20    client, for example, your client is selling | | |
| | 113:21    to a company in the US or in France, which | | |
| | 113:22    has a very good standing, standing of risk | | |
| | 113:23    and very good standing of, a good financial | | |
| | 113:24    standing, it doesn't need to issue another | | |
| | 113:25    letter of credit, and just a commercial | | |
| | 114:01    BLAVIER | | |
| | 114:02    contract would be enough and an order of | | |
| | 114:03    payment, you know, countersigned by a bank | | |
| | 114:04    would be okay.  You don't need to go through | | |
| | 114:05    a letter of credit.  Then in that situation, | | |
| | 114:06    you call that an open account relationship, | | |
| | 114:07    versus a letter of credit. | | |
| | 114:08  Q.  But some other clients might need | | |
| | 114:09    letters of credit more often? | | |
| | 114:10  A.  Yes. | | |
| | 114:11  Q.  And they might, could they possibly | | |
| | 114:12    need them for every transaction that they do, | | |
| | 114:13    or is that not how that worked? | | |
| | 114:14  A.  It depends.  It depends upon the | | |

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 114:15    size, upon -- upon the amount. So there is | | |
| | 114:16    no -- for the use of letter of credit. But | | |
| | 114:17    it's a very, very common tool of | | |
| | 114:18    international commerce and trade. | | |
| | 114:19   Q.   Because it gives the beneficiary | | |
| | 114:20    some kind of assurance on the client's -- | | |
| | 114:21   A.   Yes, and it gives the beneficiary | | |
| | 114:22    the assurance that ultimately it's going to | | |
| | 114:23    be paid, if he presents the right documents | | |
| | 114:24    to the bank. | | |
| 114:25 - 115:07 | **Blavier, Philippe 2022-06-30** | 00:00:14 | **PB7.25** |
| | 114:25   Q.   Okay. And do letters of credits, | | |
| | 115:01    BLAVIER | | |
| | 115:02    are they, can they sometimes be for a certain | | |
| | 115:03    period, or are they usually linked to a | | |
| | 115:04    transaction, when we're thinking of clients | | |
| | 115:05    that need -- | | |
| | 115:06   A.   Ordinarily they are rather short | | |
| | 115:07    term. | | |
| 116:08 - 116:22 | **Blavier, Philippe 2022-06-30** | 00:00:56 | **PB7.26** |
| | 116:08   Q.   Are you familiar with the term "US | | |
| | 116:09    dollar clearing"? | | |
| | 116:10   A.   Yes. | | |
| | 116:11   Q.   What is that, in your own words? | | |
| | 116:12   A.   Well, it's the way the clearing of | | |
| | 116:13    transactions in US dollars is being handled | | |
| | 116:14    and made. | | |
| | 116:15   Q.   Can you explain that, the clearing | | |
| | 116:16    of transactions in US dollars is being | | |
| | 116:17    handled? | | |
| | 116:18   A.   When you use US dollars and you | | |
| | 116:19    have to, to use the clearinghouse to, to | | |
| | 116:20    ensure the proper direction of the payment. | | |
| | 116:21    So you -- it's a kind of centralization of | | |
| | 116:22    payments of these investments worldwide. | | |
| 116:23 - 117:02 | **Blavier, Philippe 2022-06-30** | 00:00:03 | **PB7.27** |
| | 116:23   Q.   And that's -- | | |
| | 116:24   A.   It's done usually by type of | | |
| | 116:25    clearances. | | |
| | 117:01    BLAVIER | | |

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 117:02  Q.  It's done usually by -- | | |
| 117:06 - 117:09 | **Blavier, Philippe 2022-06-30** | 00:00:14 | **PB7.28** |
| | 117:06  A.  (Continuing) By type of clearances. | | |
| | 117:07      We have the yen, we have the euros, the | | |
| | 117:08      dollars.  You have different systems.  I'm | | |
| | 117:09      not an expert on the systems, as I recall. | | |
| 118:23 - 119:02 | **Blavier, Philippe 2022-06-30** | 00:00:11 | **PB7.29** |
| | 118:23  Q.  But US dollar clearing was | | |
| | 118:24      necessary for CIB clients who wanted to | | |
| | 118:25      transact in dollars? | | |
| | 119:01      BLAVIER | | |
| | 119:02  A.  Yes. | | |
| 119:18 - 119:19 | **Blavier, Philippe 2022-06-30** | 00:00:08 | **PB7.30** |
| | 119:18  Q.  Well, did you play any role in | | |
| | 119:19      CIB's US dollar clearing services? | | |
| 119:22 - 119:23 | **Blavier, Philippe 2022-06-30** | 00:00:07 | **PB7.31** |
| | 119:22  A.  Not directly.  It was -- this was a | | |
| | 119:23      responsibility of other people. | | |
| 120:14 - 121:24 | **Blavier, Philippe 2022-06-30** | 00:01:51 | **PB7.32** |
| | 120:14  Q.  And do you know about ECEP, | | |
| | 120:15      E-C-E-P? | | |
| | 120:16  A.  ECEP, is what's called energy, the | | |
| | 120:17      energy group. | | |
| | 120:18  Q.  Yes. | | |
| | 120:19  A.  Yes, I recall. | | |
| | 120:20  Q.  What is that group? | | |
| | 120:21  A.  Post merger? | | |
| | 120:22  Q.  Yes, post merger. | | |
| | 120:23  A.  Post merger, it was the group that | | |
| | 120:24      was, that was responsible for the handling of | | |
| | 120:25      the, of the energy and national resources | | |
| | 121:01      BLAVIER | | |
| | 121:02      financing. | | |
| | 121:03  Q.  And was that, was ECEP, was that | | |
| | 121:04      part of CIB? | | |
| | 121:05  A.  That department was part of CIB. | | |
| | 121:06  Q.  So when your co-head of CIB was | | |
| | 121:07      Georges Chodron de Courcel, are you also head | | |
| | 121:08      of ECEP? | | |

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 121:09  A.  I was not the head of ECEP.  There | | |
| | 121:10       was a person who was heading ECEP. | | |
| | 121:11  Q.  And around -- after the merger, who | | |
| | 121:12       was that person? | | |
| | 121:13  A.  I believe it was Mr. Remy. | | |
| | 121:14  Q.  What's his first name? | | |
| | 121:15  A.  Dominique. | | |
| | 121:16  Q.  Mr. Dominique Remy was the head of | | |
| | 121:17       ECEP and would he -- | | |
| | 121:18  A.  I think so.  Again, this is a long | | |
| | 121:19       time ago, but I think he was. | | |
| | 121:20  Q.  Would he report to you? | | |
| | 121:21  A.  He was reporting to us, yes. | | |
| | 121:22  Q.  I mean to you and Georges Chodron | | |
| | 121:23       de Courcel? | | |
| | 121:24  A.  Yes. | | |
| 122:03 - 122:05 | **Blavier, Philippe 2022-06-30** | 00:00:12 | **PB7.33** |
| | 122:03  Q.  And we've talked about this a | | |
| | 122:04       little bit, but as head of CIB, would you | | |
| | 122:05       have knowledge of ECEP's clients? | | |
| 122:07 - 122:08 | **Blavier, Philippe 2022-06-30** | 00:00:10 | **PB7.34** |
| | 122:07  A.  As need be, but I was not following | | |
| | 122:08       the day-to-day business of, of Mr. Remy, | | |
| 127:24 - 128:19 | **Blavier, Philippe 2022-06-30** | 00:01:39 | **PB7.35** |
| | 127:24  Q.  Mr. Blavier, as head of CIB, did | | |
| | 127:25       you come to learn that BNPP did business with | | |
| | 128:01       BLAVIER | | |
| | 128:02       Sudan? | | |
| | 128:03  A.  I learned that in a way which was | | |
| | 128:04       -- which was -- which was a little bit | | |
| | 128:05       strange, because generally speaking, I was | | |
| | 128:06       not following the relationship that we had in | | |
| | 128:07       Africa.  And so, yes, I happen to know it | | |
| | 128:08       when -- at a certain point in time I recall | | |
| | 128:09       somebody in London introduced to me the | | |
| | 128:10       person who apparently was -- was a member of | | |
| | 128:11       the financial institution, perhaps Central | | |
| | 128:12       Bank of -- of Sudan; but this is the only | | |
| | 128:13       time, and it was the only one that I knew | | |
| | 128:14       that, that there was a, there was a | | |

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 128:15    relationship with Sudan. | | |
| | 128:16 Q. So you were introduced to a | | |
| | 128:17    representative of the Central Bank of Sudan; | | |
| | 128:18    is that correct? | | |
| | 128:19 A. What I understood at the time. | | |
| 128:20 - 129:13 | **Blavier, Philippe 2022-06-30** | 00:01:13 | **PB7.36** |
| | 128:20 Q. And this was, you said from | | |
| | 128:21    somebody in London introduced you? | | |
| | 128:22 A. I can't recall. But I recall the | | |
| | 128:23    meeting for one reason is that we were in the | | |
| | 128:24    wake of the preparation of the IMF meetings, | | |
| | 128:25    and during the IMF we were supposed to | | |
| | 129:01    BLAVIER | | |
| | 129:02    receive, to see a number of representative of | | |
| | 129:03    central banks. And so I think there was one | | |
| | 129:04    gentleman from Sudan, but it was followed by | | |
| | 129:05    a gentleman from Finland and so on and so | | |
| | 129:06    forth, where the list of people to see | | |
| | 129:07    within, within that period, in terms of | | |
| | 129:08    preparation of the IMF International Monetary | | |
| | 129:09    Fund, meetings. So I was not really asked if | | |
| | 129:10    I wanted to, to see that person or not. And | | |
| | 129:11    it was put on the list, and I happen to be in | | |
| | 129:12    London because of my market activities that I | | |
| | 129:13    described earlier, and I saw that person. | | |
| 129:14 - 130:02 | **Blavier, Philippe 2022-06-30** | 00:00:48 | **PB7.37** |
| | 129:14 Q. So in London, as part of the IMF -- | | |
| | 129:15    around the time of these IMF meetings, you | | |
| | 129:16    met with a representative of the Central Bank | | |
| | 129:17    of Sudan, because -- and was this -- was the | | |
| | 129:18    Central Bank of Sudan a client, is that why | | |
| | 129:19    you met with him? | | |
| | 129:20 A. I did not know before I met him. | | |
| | 129:21 Q. So when you did meet him, did you | | |
| | 129:22    learn that they were a client? | | |
| | 129:23 A. When I met him, I found there was a | | |
| | 129:24    relationship. | | |
| | 129:25 Q. A relationship between the Central | | |
| | 130:01    BLAVIER | | |
| | 130:02    Bank of Sudan and BNPP? | | |

BNPP OBJ: Relevance (401/402), Unfair Prejudice (403), Calls for Speculation (602/701)

overruled

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 130:04 - 130:08 | **Blavier, Philippe 2022-06-30** | 00:00:20 | **PB7.38** |
| | 130:04  A.   There was a relationship.  I did | | |
| | 130:05      not know which part of the group was really | | |
| | 130:06      involved, between Philippe, between Geneva, | | |
| | 130:07      that really escaped me, and frankly I was -- | | |
| | 130:08      I did not even know. | | |
| 136:25 - 141:16 | **Blavier, Philippe 2022-06-30** | 00:06:10 | **PB7.39** |
| 🔗 P336.1 | 136:25  Q.   So this appears to be a three-page | | |
| | 137:01      BLAVIER | | |
| | 137:02      document beginning with Bates number | | |
| | 137:03      BNPP-KASHEF-00014036, and it appears to be an | | |
| | 137:04      e-mail, and then there's a translation. | | |
| | 137:05  A.   Yes. | | |
| 🔗 P336.1.1 | 137:06  Q.   Do you see that this e-mail at the | | |
| | 137:07      top was written by CH NPR-E102; do you see | | |
| | 137:08      that? | | |
| | 137:09  A.   Yes. | | |
| | 137:10  Q.   So our counsel has represented to | | |
| | 137:11      us that CH NPR -- your counsel has | | |
| | 137:12      represented to us that CH NPR-E102 is Nasri | | |
| | 137:13      Malhame. | | |
| | 137:14      Do you know who that is? | | |
| | 137:15  A.   No. | | |
| | 137:16  Q.   And he appears to be an employee of | | |
| | 137:17      BNP Paribas (Suisse), right? | | |
| | 137:18  A.   I don't know. | | |
| | 137:19  Q.   But that's what -- | | |
| | 137:20  A.   If you say so.  I don't know. | | |
| | 137:21  Q.   But that's what his signature box | | |
| | 137:22      says, right? | | |
| | 137:23  A.   Okay. | | |
| 🔗 P336.1.2 | 137:24  Q.   And then this e-mail he sends to -- | | |
| | 137:25      and in this very first person here that's | | |
| | 138:01      BLAVIER | | |
| | 138:02      redacted, if you Zoom in you might be able to | | |
| | 138:03      see it better, but it's NPR-E566.  Do you see | | |
| | 138:04      that? | | |
| | 138:05  A.   Uh-huh. | | |
| | 138:06  Q.   And your counsel has represented to | | |
| | 138:07      us that NPR-E566 is you, Philippe Blavier. | | |

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 138:08 | A.  Okay. | | |
| | 138:09 | Q.  So you will have -- so you received | | |
| | 138:10 | this e-mail from Mr. Malhame. | | |
| | 138:11 | A.  I don't recall. | | |
| | 138:12 | Q.  Do you have any reason to believe | | |
| | 138:13 | you wouldn't have received this e-mail? | | |
| | 138:14 | A.  No, but at the same time I received | | |
| | 138:15 | a lot of e-mails per day and, frankly, this | | |
| | 138:16 | one I don't recall. | | |
| | 138:17 | Q.  And it was also sent to NPR-E33, to | | |
| 🔗 P336.1.3 | 138:18 | CH NPR-E10, and to CH NPR-E.  So your counsel | | |
| | 138:19 | has represented that NPR-E33 is Dominique | | |
| | 138:20 | Remy. | | |
| | 138:21 | A.  Yeah. | | |
| | 138:22 | Q.  And you know Dominique Remy? | | |
| | 138:23 | A.  I know Dominique Remy, I knew him. | | |
| | 138:24 | Q.  What was his position at the time, | | |
| | 138:25 | in 2004? | | |
| | 139:01 | BLAVIER | | |
| | 139:02 | A.  We just said that he was the head | | |
| | 139:03 | of asset, I think. | | |
| 🔗 P336.1.4 | 139:04 | Q.  And then CH NPR-E10, your counsel | | |
| | 139:05 | has represented to us that that's | | |
| | 139:06 | Jacques-Olivier Thomann. | | |
| | 139:07 | A.  Jacques-Olivier Thomann. | | |
| | 139:08 | Q.  Do you remember who that is? | | |
| | 139:09 | A.  No. | | |
| | 139:10 | Q.  And then there is another person | | |
| | 139:11 | whose pseudonym we don't have, and this was | | |
| 🔗 P336.1.5 | 139:12 | also cc'd to two other employees, CH NPR-E7, | | |
| | 139:13 | who was represented to us by your counsel as | | |
| | 139:14 | Patrice Hinjazi (phonetic). | | |
| | 139:15 | A.  I don't know him. | | |
| | 139:16 | Q.  And CH NPR-E34, who is Pedro Perel | | |
| | 139:17 | (phonetic).  Do you know him? | | |
| | 139:18 | A.  Was he a bank employee or was he | | |
| | 139:19 | a -- | | |
| | 139:20 | Q.  Our understanding is that these | | |
| | 139:21 | were bank employees. | | |
| | 139:22 | A.  Okay.  I did not know him, either. | | |
| 🔗 P336.1.6 | 139:23 | Q.  So the subject line of this e-mail | | |

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 139:24 | that was sent to you is CH Sudanese Bank 18, | | |
| | 139:25 | so it's a redaction of that bank, and then | | |
| | 140:01 | BLAVIER | | |
| | 140:02 | meeting in our offices in London with another | | |
| | 140:03 | person on June 17, 2004 with, and then | | |
| | 140:04 | NPR-E566, so that's you, and the gentleman | | |
| | 140:05 | who wrote the e-mail, CH NPR-E102, Nasri | | |
| | 140:06 | Malhame. Do you see that? | | |
| | 140:07 | A. I do. | | |
| | 140:08 | Q. And is this the -- this is the | | |
| | 140:09 | meeting in London that you were just talking | | |
| | 140:10 | about, correct? | | |
| | 140:11 | A. I think so. Let me read this. | | |
| | 140:12 | Q. Please, please. | | |
| | 140:13 | A. Yeah, I think it must be the one, | | |
| | 140:14 | because as I told you right before you showed | | |
| | 140:15 | the memo, I have a vague recollection of the | | |
| | 140:16 | meeting. So this must be the one. | | |
| | 140:17 | Q. So this, this must be the meeting | BNPP OBJ: Unfair Prejudice (403), Hearsay (801) | |
| | 140:18 | with the central bank of -- the | | |
| | 140:19 | representative of the Central Bank of Sudan? | *Overruled* | |
| | 140:20 | A. Yeah, because again, I never met, | | |
| | 140:21 | again, with anybody from this country, so if | | |
| | 140:22 | there is one instance, this is one. | | |
| 🔗 P336.1.7 | 140:23 | Q. Let's look at this second paragraph | | |
| | 140:24 | here, that starts with NPR-E566. So that's | | |
| | 140:25 | you, according to your counsel -- | | |
| | 141:01 | BLAVIER | | |
| | 141:02 | A. Yeah. | | |
| | 141:03 | Q. -- who thanks the representative of | | |
| | 141:04 | the Central Bank of Sudan for his trust. Do | BNPP OBJ: Hearsay (801) | |
| | 141:05 | you see that? | | |
| | 141:06 | A. Yeah. | *overruled* | |
| 🔗 P336.1.8 | 141:07 | Q. For his trust in the bank as | | |
| | 141:08 | evidenced by the substantial volume of assets | BNPP OBJ: Hearsay (801) | |
| | 141:09 | deposited on our books. Do you see that? | *overruled* | |
| | 141:10 | A. Yeah. | | |
| | 141:11 | Q. Do you -- a "substantial volume of | | |
| | 141:12 | assets," do you have any idea of the kind of | BNPP OBJ: Relevance (401/402), Unfair Prejudice (403), Calls for Speculation (602/701), Hearsay (801) | |
| | 141:13 | volume that is being described here? | | |
| | 141:14 | A. No. | *overruled* | |

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 141:15  Q.  You wouldn't have been briefed on<br>141:16         this volume? | BNPP OBJ: Relevance (401/402), Unfair<br>Prejudice (403), Calls for Speculation (602/701),<br>Hearsay (801) | |
| 141:18 - 141:21 | **Blavier, Philippe 2022-06-30** | 00:00:07      **PB7.40** | |
| | 141:18  A.  No, I don't think so.  No time to<br>141:19         do it.<br>141:20  Q.  But it's a substantial volume,<br>141:21         correct? | *Sustained*<br><br>BNPP OBJ: Relevance (401/402), Unfair Prejudice<br>(403), Calls for Speculation (602/701), Hearsay (801) | |
| 141:23 - 142:17 | **Blavier, Philippe 2022-06-30** | 00:01:11      **PB7.41** | |
| | 141:23  A.  You know, this -- this is not<br>141:24         written by me, this is written by somebody<br>141:25         else, as I understand.  So it is redacted in<br>142:01         BLAVIER<br>142:02         such a way that, you know, it's a very<br>142:03         peculiar way to portray, I mean, the events<br>142:04         there, I mean, I'm not sure I use these words<br>142:05         to the person.  It's not a verbatim-type of<br>142:06         thing, it's -- and I feel it's -- it's a type<br>142:07         of memo written by a junior officer who want<br>142:08         to, just to, to show its importance.  But<br>142:09         anyway...<br>142:10  Q.  Would you have any reason to<br>142:11         believe that they didn't have assets in<br>142:12         BNPP's books?<br>142:13  A.  That they did not have access to --<br>142:14         I'm sorry?<br>142:15  Q.  Do you have any reason to believe<br>142:16         that the Central Bank of Sudan didn't have<br>142:17         assets in BNP's books? | *Sustained*<br><br>BNPP OBJ: Relevance (401/402), Unfair<br>Prejudice (403), Calls for Speculation<br>(602/701), Hearsay (801)<br><br>*Sustained*<br><br>BNPP OBJ: Relevance (401/402), Unfair<br>Prejudice (403), Calls for Speculation<br>(602/701), Hearsay (801)  *Sustained* | |
| 142:19 - 142:19 | **Blavier, Philippe 2022-06-30** | 00:00:01      **PB7.42** | |
| | 142:19  A.  No. | | |
| 142:20 - 142:22 | **Blavier, Philippe 2022-06-30** | 00:00:09      **PB7.43** | |
| | 142:20  Q.  So then --<br>142:21  A.  I wouldn't have the means to, to<br>142:22         check that information, I must say. | | |
| 142:23 - 143:02 | **Blavier, Philippe 2022-06-30** | 00:00:14      **PB7.44** | |
| 🔗 P336.1.9 | 142:23  Q.  So then the next sentence, the<br>142:24         representative of the central bank is<br>142:25         satisfied with his long experience with BNPP.<br>143:01         BLAVIER | BNPP OBJ: Unfair Prejudice<br>(403), Hearsay (801)<br><br>*Overruled* | |

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 143:02 Do you see that? | | |
| 143:05 - 144:06 | **Blavier, Philippe 2022-06-30** | 00:01:21 | **PB7.45** |

143:05  A.  Okay.

143:06  Q.  Do you see how there's an asterisk

143:07    at the beginning of that sentence that refers

143:08    to this redacted --

BNPP OBJ: Unfair Prejudice (403), Hearsay (801) *Overruled*

143:09  A.  Yeah, that's supposedly was the

143:10    person from the central bank.

143:11  Q.  Right.  And so he is --

143:12  A.  Satisfied.

143:13  Q.  -- he's satisfied with their long

143:14    experience or relationship with the bank,

143:15    correct?

BNPP OBJ: Unfair Prejudice (403), Hearsay (801) *Overruled*

143:16  A.  That is what the writer says, yes.

143:17  Q.  To your knowledge how long was that

143:18    relationship, when did that -- do you know?

BNPP OBJ: Unfair Prejudice (403), Relevance (401/402) and Calls for Speculation (602/701) *Overruled*

143:19  A.  I have no idea.

143:20  Q.  You don't know when that

143:21    relationship began?

143:22  A.  No.

BNPP OBJ: Unfair Prejudice (403), Relevance (401/402), Calls for Speculation (602/701) *Overruled*

143:23  Q.  And then when you look at the end

143:24    of this paragraph, if you read the rest of

143:25    that sentence, he is describing the finances

144:01    BLAVIER

144:02    of his country as discussed in detail with

144:03    redacted, this CH NPR-E102 while he was

144:04    visiting Khartoum last week.  Do you see

144:05    that?

BNPP OBJ: Unfair Prejudice (403), Hearsay (801) *Overruled*

144:06  A.  I can see that.

| 144:17 - 145:16 | **Blavier, Philippe 2022-06-30** | 00:01:19 | **PB7.46** |

🔗 P336.1.10

144:17  Q.  So then the following paragraph,

144:18    the representative of the central bank

144:19    reiterates that they have their future needs

144:20    oriented more and more toward the medium

144:21    term; do you see that?

144:22  A.  Right.

BNPP OBJ: Hearsay (801) *Overruled*

144:23  Q.  Needs that are primarily linked to

144:24    the oil industry, projects in the oil

144:25    industry.

145:01    BLAVIER

BNPP OBJ: Hearsay (801) *Overruled*

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | 145:02  A.  Uh-huh. | | |
| | 145:03  Q.  That's because BNP was involved in | | |
| | 145:04        Sudanese oil, correct? | BNPP OBJ: Hearsay (801) | |
| | 145:05  A.  I did not know exactly what was the | Relevance (401/402), Unfair Prejudice | |
| | 145:06        extent and what was the characteristic of the | (403) and Calls for Speculation | |
| | 145:07        relationship with, with Sudan, to be quite | (602/701)  *Overruled* | |
| | 145:08        frank, so... | | |
| | 145:09  Q.  So you don't know whether or not | | |
| | 145:10        BNP was involved in Sudanese oil. | BNPP OBJ: Hearsay (801), Relevance (401/402), | |
| | 145:11  A.  I did not know specifically that | Unfair Prejudice (403) and Calls for Speculation | |
| | 145:12        they were doing that. | (602/701)  *Overruled* | |
| | 145:13  Q.  But the representative of the | | |
| | 145:14        central bank, in this meeting that you | BNPP OBJ: Misstates the Document | |
| | 145:15        attended, discussed his needs linked to the | (403), Hearsay (801), Relevance | |
| | 145:16        oil industry, correct? | (401/402), Unfair Prejudice (403) and Calls for Speculation (602/701) | |

| 145:18 - 146:02 | **Blavier, Philippe 2022-06-30** | 00:00:33 | **PB7.47** |
|---|---|---|---|
| | 145:18  A.  From what I can read, and again, I | *Overruled* | |
| | 145:19        don't recall this, this meeting, you know, | | |
| | 145:20        nor the details.  But from what I can read, | | |
| | 145:21        he's talking about a pipeline project, as I | | |
| | 145:22        see, which I did know -- I knew nothing | | |
| | 145:23        about, and I have not followed anything that | | |
| | 145:24        regarding that, so I don't know.  I don't | | |
| | 145:25        know, by the way, I don't know if you know if | | |
| | 146:01        BLAVIER | | |
| | 146:02        that thing happened or not. | | |

| 146:11 - 146:23 | **Blavier, Philippe 2022-06-30** | 00:00:36 | **PB7.48** |
|---|---|---|---|
| | 146:11  Q.  Right, because here he's asking to | | |
| | 146:12        finance this pipeline, the representative is | | |
| | 146:13        asking about financing this pipeline and then | | |
| | 146:14        is waiting for BNP's response on the | | |
| | 146:15        proposition that he submitted.  Do you see | | |
| | 146:16        that at the end of that paragraph? | BNPP OBJ: Calls for Speculation (602/701) | |
| | 146:17  A.  Uh-huh. | Hearsay (801)  *Overruled* | |
| | 146:18  Q.  Do you see that? | | |
| | 146:19        MR. BOCCUZZI:  You have to answer | BNPP OBJ: Counsel's | |
| | 146:20        "yes" or "no," not "uh-huh." | admonition should be removed | |
| | 146:21  A.  Yes. | *Overruled* | |
| | 146:22  Q.  So he gave BNP a proposition on | | |
| | 146:23        financing the pipeline. | BNPP OBJ: Calls for Speculation (602/701) Hearsay (801)  *Overruled* | |

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 146:25 - 147:19 | **Blavier, Philippe 2022-06-30** | 00:01:12 | **PB7.49** |

🔗 P336.1.11

| | |
|---|---|
| 146:25 | Q. Was anyone -- let's go up to the |
| 147:01 | BLAVIER |
| 147:02 | first paragraph here. |
| 147:03 | A. Okay. |
| 147:04 | Q. So at this meeting the political, |
| 147:05 | the political and economic climate or |
| 147:06 | environment of the country was discussed, |
| 147:07 | correct? |
| 147:08 | A. Again, I don't recall, and I think |
| 147:09 | it's redacted by the guy who made the memo |
| 147:10 | and who wanted to fill up a little bit the |
| 147:11 | spaces, but I'm not sure that we discussed |
| 147:12 | that specifically, but perhaps. |

BNPP OBJ: Calls for Speculation (602/701) Hearsay (801), Relevance (401/402), Unfair Prejudice (403) and Argumentative (611)

*Overruled*

🔗 P336.1.12

| | |
|---|---|
| 147:13 | Q. Well, do you see that last, the |
| 147:14 | last sentence that references that this |
| 147:15 | country is currently "stained by a |
| 147:16 | humanitarian tragedy"? |
| 147:17 | A. I can see that in the memo, yes. |
| 147:18 | Q. And you don't -- any reason to |
| 147:19 | believe this wasn't discussed? |

BNPP OBJ: Calls for Speculation (602/701), Hearsay (801), Relevance (401/402), Unfair Prejudice (403) and Argumentative (611)

*Overruled*

BNPP OBJ: See above

*Overruled*

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 147:21 - 148:09 | **Blavier, Philippe 2022-06-30** | 00:00:48 | **PB7.50** |

| | |
|---|---|
| 147:21 | A. In general terms, because Sudan had |
| 147:22 | suffered a severe civil war, and apparently |
| 147:23 | from what the memo says, I mean, peace |
| 147:24 | agreement was to be reached shortly, so there |
| 147:25 | were reasons to believe the situation would |
| 148:01 | BLAVIER |
| 148:02 | improve. But again, this is after the fact |
| 148:03 | and I'm just looking at this memo. But I |
| 148:04 | don't recall to ever discussed specifically |
| 148:05 | on June 17, '04. |
| 148:06 | Q. You don't recall it having been |
| 148:07 | discussed, but it's written in memorandum, |
| 148:08 | correct? |
| 148:09 | A. Right. |

BNPP OBJ: Calls for Speculation (602/701) Hearsay (801), Relevance (401/402), Unfair Prejudice (403) and Argumentative (611)

*Overruled*

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 148:12 - 148:13 | **Blavier, Philippe 2022-06-30** | 00:00:11 | **PB7.51** |

| | |
|---|---|
| 148:12 | Q. So what do you know about this |
| 148:13 | humanitarian tragedy in Sudan? |

BNPP OBJ: Overbroad, Vague and Unfair Prejudice (403)

*Overruled*

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 148:16 - 150:21 | **Blavier, Philippe 2022-06-30** | 00:03:19 | **PB7.52** |

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 148:16    THE WITNESS:  Could I answer? | | **PB7.52** |
| | 148:17  Q.  Well, in 2004 what did you know | | |
| | 148:18    about the situation in Sudan? | | |
| | 148:19  A.  In 2004 I knew as a general | | |
| | 148:20    knowledge of the situation of certain eastern | | |
| | 148:21    African countries, a general knowledge. | | |
| | 148:22  Q.  What do you mean by "a general | | |
| | 148:23    knowledge"? | | |
| | 148:24  A.  Not specific knowledge.  I was not | | |
| | 148:25    following the situation from a political | | |
| | 149:01    BLAVIER | | |
| | 149:02    standpoint on a day-to-day, and again, it was | | |
| | 149:03    not my geographical responsibility, so I | | |
| | 149:04    would tend not to focus too much on that, on | | |
| | 149:05    that region. | | |
| | 149:06  Q.  But do you read the news? | BNPP OBJ:  Vague and Unfair Prejudice (403), Hearsay (801) | |
| | 149:07  A.  I would from time to time read the | | |
| | 149:08    news.  Not -- sorry. | | |
| | 149:09  Q.  No, please. | | |
| | 149:10  A.  Not regularly. | | |
| | 149:11  Q.  Would you watch the news? | BNPP OBJ: See above | |
| | 149:12  A.  No, I have no time.  I can watch | | |
| | 149:13    them not, but... | | |
| | 149:14  Q.  So while you were working at BNPP, | | |
| | 149:15    you did not watch the news. | BNPP OBJ: See above | |
| | 149:16  A.  No. | | |
| | 149:17  Q.  But you did read the news. | BNPP OBJ: See above | |
| | 149:18  A.  From time to time. | | |
| | 149:19    Difficult to watch the news when | | |
| | 149:20    you are between two places, between Los | | |
| | 149:21    Angeles and the rest of the world.  So no, I | | |
| | 149:22    did not.  I was watching just, you know, | | |
| | 149:23    arriving at the hotel, turn on the TV, and | | |
| | 149:24    that was it. | | |
| | 149:25  Q.  And in general terms what did you | | |
| | 150:01    BLAVIER | | |
| | 150:02    know about Sudan in 2004? | BNPP OBJ: See above | |
| | 150:03  A.  In general terms I knew that -- I | | |
| | 150:04    had a vague, I had a vague idea, but I knew | | |
| | 150:05    that like some of the countries in eastern | | |
| | 150:06    Africa there has been, there has been a civil | | |

*Handwritten annotations:*
*Sustained*
*Sustained*
*Sustained*
*Sustained*
*Overruled*

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 150:07  war, which had erupted in various places, and | | |
| | 150:08  that apparently the various factions that | | |
| | 150:09  were facing each other were seeking a peace | | |
| | 150:10  agreement, probably with the help of the UN, | | |
| | 150:11  I don't recall.  But that's all I knew, and | | |
| | 150:12  again, I was not following that closely. | | |
| | 150:13  Q.  Do you recall the humanitarian | | |
| | 150:14  tragedy that happened in Sudan? | | |
| | 150:15  A.  Not -- not -- I don't recall.  The | | |
| | 150:16  only thing I recall is that it was, it was in | | |
| | 150:17  the, in the context of a civil war.  Civil | | |
| | 150:18  war gives birth to a lot of disorders, and | | |
| | 150:19  usually from a human and economic standpoint. | | |
| | 150:20  Q.  Have you heard about the Darfur | | |
| | 150:21  genocide? | | |
| 150:23 - 150:23 | **Blavier, Philippe 2022-06-30** | 00:00:02 | PB7.53 |
| | 150:23  A.  No. | | |
| 150:24 - 151:14 | **Blavier, Philippe 2022-06-30** | 00:00:51 | PB7.54 |
| | 150:24  Q.  You've never heard, as you sit here | | |
| | 150:25  today -- | | |
| | 151:01  BLAVIER | | |
| | 151:02  A.  I heard -- | | |
| | 151:03  Q.  Please. | | |
| | 151:04  A.  I heard precisely about a month | | |
| | 151:05  ago and you -- it's interesting that you | | |
| | 151:06  mention the news, because now I am retired I | | |
| | 151:07  have all the time to watch the news.  And I | | |
| | 151:08  -- and I've seen on Belgium TV brief news | | |
| | 151:09  about the Darfur and -- and saying that it | | |
| | 151:10  was in this country, and that some people, | | |
| | 151:11  unfortunately, had lost their lives.  And I | | |
| | 151:12  was I was surprised. | | |
| | 151:13  Q.  So you learned about the Darfur | | |
| | 151:14  genocide for the first time a month ago. | | |
| 151:16 - 151:19 | **Blavier, Philippe 2022-06-30** | 00:00:11 | PB7.55 |
| | 151:16  A.  You mean, I'm sorry, can I have the | | |
| | 151:17  question again? | | |
| | 151:18  Q.  You learned about the Darfur | | |
| | 151:19  genocide for the first time a month ago. | | |

BNPP OBJ: Vague and Unfair Prejudice (403), Hearsay (801)

*Overruled*

BNPP OBJ: Vague and Unfair Prejudice (403), Hearsay (801)

*Sustained*

BNPP OBJ:  Vague and Unfair Prejudice (403), Hearsay (801)

*Sustained*

BNPP OBJ: Vague and Unfair Prejudice (403), Hearsay (801)

*Sustained*

**PB7 - Blavier Designations cut 09-16-25 shortened**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 151:22 - 152:03 | **Blavier, Philippe 2022-06-30** | 00:00:25 | **PB7.56** |

151:22  A.  Oui, approximately.

151:23  Q.  And you never heard about it, you'd

151:24       never discussed it with others at BNPP, you

151:25       never discussed humanitarian tragedies in

152:01       BLAVIER

152:02       Sudan?

152:03  A.  I don't recall that.

BNPP OBJ: Vague and Unfair Prejudice (403), Hearsay (801)

Sustained

| | | |
|---|---|---|
| Kashef Designations | 00:28:35 |
| BNP Counters | 00:10:46 |
| **TOTAL RUN TIME** | **00:39:20** |

Documents linked to video:
P336