UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
ENTESAR OSMAN KASHEF, et al.,                                 :     **ORDER**
                                                              :
                                     Plaintiffs,              :
                                                              :     16 Civ. 3228 (AKH)
             -against-                                        :
                                                              :
                                                              :
                                                              :
BNP PARIBAS SA, et al.,                                       :
                                                              :
                                     Defendants.              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court's rulings as to the parties' objections to the designated and counter-designated

deposition testimony of Jacques D'Estais are reflected in the annotations appended below, next

to each objection.

                SO ORDERED.

Dated:          September 18, 2025
                New York, New York

                                         ALVIN K. HELLERSTEIN
                                         United States District Judge

1

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:15 - 6:17 | **D Estais, Jacques 2022-08-05** | 00:00:05 | **DJ3.1** |
| | 6:15  Q.  Good afternoon, Mr. d'Estais. | | |
| | 6:16  A.  Good afternoon -- good morning to | | |
| | 6:17      you, sir. | | |
| 6:21 - 6:23 | **D Estais, Jacques 2022-08-05** | 00:00:05 | **DJ3.2** |
| | 6:21      Could you please state your full | | |
| | 6:22      name? | | |
| | 6:23  A.  Jacques Tenaille D'Estais. | | |
| 7:22 - 8:07 | **D Estais, Jacques 2022-08-05** | 00:00:22 | **DJ3.3** |
| | 7:22  Q.  Do you understand that I'm going to | | |
| | 7:23      be asking you a series of questions today? | | |
| | 7:24  A.  Yes. | | |
| | 7:25  Q.  And you are going to be answering | | |
| | 8:01      d'Estais | | |
| | 8:02      those questions under oath? | | |
| | 8:03  A.  Yes. | | |
| | 8:04  Q.  You understand that you are under | | |
| | 8:05      the same oath today as if you were in a | | |
| | 8:06      courtroom? | | |
| | 8:07  A.  Yes, I do. | | |
| 19:17 - 19:19 | **D Estais, Jacques 2022-08-05** | 00:00:08 | **DJ3.4** |
| | 19:17  Q.  Mr. D'Estais, you are currently | | |
| | 19:18      employed by BNPP, correct? | | |
| | 19:19  A.  That is correct. | | |
| 20:12 - 21:07 | **D Estais, Jacques 2022-08-05** | 00:01:01 | **DJ3.5** |
| | 20:12      You started working for Paribas in | | |
| | 20:13      1983; is that correct? | | |
| | 20:14  A.  Yes, it is. | | |
| | 20:15  Q.  And that was in Paris, correct? | | |
| | 20:16  A.  That is correct. | | |
| | 20:17  Q.  And in 1988 you moved to London? | | |
| | 20:18  A.  That is correct. | | |
| | 20:19  Q.  And in 1991 you became the head of | | |
| | 20:20      the equity derivatives business at Paribas? | | |
| | 20:21  A.  That is correct. | | |
| | 20:22  Q.  In 1995 you moved to Tokyo, | | |
| | 20:23      correct? | | |
| | 20:24  A.  Yes. | | |
| | 20:25  Q.  And you were general manager for | | |

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 21:01      d'Estais | | |
| | 21:02      Paribas Capital Markets Japan? | | |
| | 21:03   A.   Yes. | | |
| | 21:04   Q.   And then in January 1999 you came | | |
| | 21:05      back to London and became head of fixed | | |
| | 21:06      income? | | |
| | 21:07   A.   That is correct. | | |
| 21:08 - 22:08 | **D Estais, Jacques 2022-08-05** | 00:01:08 | **DJ3.6** |
| | 21:08   Q.   What is fixed income? | | |
| | 21:09   A.   Fixed income is the business side | | |
| | 21:10      of the bank responsible for dealing with | | |
| | 21:11      interest rates, derivatives, bonds for | | |
| | 21:12      foreign exchange, all sorts of derivatives, | | |
| | 21:13      bonds and foreign exchange. | | |
| | 21:14   Q.   And what is foreign exchange? | | |
| | 21:15   A.   Foreign exchange is the business | | |
| | 21:16      line that provides currency services to | | |
| | 21:17      clients. | | |
| | 21:18   Q.   And currency services includes | | |
| | 21:19      conversions from one currency into another | | |
| | 21:20      currency? | | |
| | 21:21   A.   Yes, correct. | | |
| | 21:22   Q.   And as head of fixed income you | | |
| | 21:23      oversaw all over foreign exchange activities | | |
| | 21:24      worldwide, correct? | | |
| | 21:25   A.   That is correct. | | |
| | 22:01      d'Estais | | |
| | 22:02   Q.   And that includes US dollar | | |
| | 22:03      clearing? | | |
| | 22:04   A.   No. | | |
| | 22:05   Q.   How is US dollar clearing | | |
| | 22:06      different? | | |
| | 22:07   A.   US dollar clearing is a different | | |
| | 22:08      activity which was not part of fixed income. | | |
| 22:17 - 22:19 | **D Estais, Jacques 2022-08-05** | 00:00:13 | **DJ3.7** |
| | 22:17   Q.   To whom did you report? | | |
| | 22:18   A.   As head of fixed income I reported | | |
| | 22:19      to George de Courcel and Philippe Blavier. | | |
| 22:25 - 24:23 | **D Estais, Jacques 2022-08-05** | 00:02:58 | **DJ3.8** |
| | 22:25   Q.   Until when did you hold the role of | | |

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 23:01 | | d'Estais | | |
| | 23:02 | | head of fixed income? | | |
| | 23:03 | A. | Up to the end of 2005. | | |
| | 23:04 | Q. | And in December 2005 you became | | |
| | 23:05 | | head of the corporate and investment banking | | |
| | 23:06 | | division, correct? | | |
| | 23:07 | A. | That is correct. | | |
| | 23:08 | Q. | Corporate and investment banking is | | |
| | 23:09 | | sometimes called CIB? | | |
| | 23:10 | A. | That is correct. | | |
| | 23:11 | Q. | You succeeded Philippe Blavier in | | |
| | 23:12 | | that role, correct? | | |
| | 23:13 | A. | That is correct. | | |
| | 23:14 | Q. | And you held that role until | | |
| | 23:15 | | December of 2011, correct? | | |
| | 23:16 | A. | No. | | |
| | 23:17 | Q. | When -- | | |
| | 23:18 | A. | Until early 2009. | | |
| | 23:19 | Q. | You were the head of CIB from | | |
| | 23:20 | | December 2005 until April of 2009? | | |
| | 23:21 | A. | I cannot remember exactly if it was | | |
| | 23:22 | | April, but early 2009, yes. | | |
| | 23:23 | Q. | When you were head of CIB to whom | | |
| | 23:24 | | did you report? | | |
| | 23:25 | A. | George de Courcel. | | |
| | 24:01 | | d'Estais | | |
| | 24:02 | Q. | What his role at that time? | | |
| | 24:03 | A. | He was COO of the group. | | |
| | 24:04 | Q. | COO of the BNPP group, correct? | | |
| | 24:05 | A. | That is correct. | | |
| | 24:06 | Q. | And how many people reported to you | | |
| | 24:07 | | as head of CIB? | | |
| | 24:08 | A. | You mean the number of direct | | |
| | 24:09 | | reports or the number of people within CIB | | |
| | 24:10 | | division? | | |
| | 24:11 | Q. | The number of direct reports. | | |
| | 24:12 | A. | Approximately 15. | | |
| | 24:13 | Q. | Do you recall who any of them were? | | |
| | 24:14 | A. | Yes, of course. | | |
| | 24:15 | Q. | Could you say who they were and | | |
| | 24:16 | | what were their roles? | | |

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 24:17  A. They were the heads of the various | | |
| | 24:18     divisions within CIB and the heads of the | | |
| | 24:19     various or the main functions within CIB. | | |
| | 24:20  Q. What were the main functions within | | |
| | 24:21     CIB? | | |
| | 24:22  A. Mainly it was legal compliance, IT | | |
| | 24:23     operations, finance, HR. | | |
| 25:17 - 26:11 | **D Estais, Jacques 2022-08-05** | 00:01:10 | **DJ3.9** |
| | 25:17  Q. Were there also various business | | |
| | 25:18     units reporting to you as head of CIB? | | |
| | 25:19  A. That is correct. | | |
| | 25:20  Q. What were those business units? | | |
| | 25:21  A. Fixed income, equity derivatives, | | |
| | 25:22     equity business.  Coverage units, compliance, | | |
| | 25:23     corporate banking, a division called ECEP | | |
| | 25:24     that specialized in energy and commodities. | | |
| | 25:25     Essentially it's institutions group. | | |
| | 26:01     d'Estais | | |
| | 26:02  Q. ECEP is E-C-E-P, correct? | | |
| | 26:03  A. Is correct. | | |
| | 26:04  Q. That stands for energy commodities | | |
| | 26:05     export project? | | |
| | 26:06  A. Yeah, correct. | | |
| | 26:07  Q. And the head of ECEP reported to | | |
| | 26:08     you, correct? | | |
| | 26:09  A. That is correct. | | |
| | 26:10  Q. Who is that? | | |
| | 26:11  A. A gentleman called Dominique Remy. | | |
| 26:24 - 27:14 | **D Estais, Jacques 2022-08-05** | 00:01:01 | **DJ3.10** |
| | 26:24  Q. What were the activities of ECEP? | | |
| | 26:25  A. Emerging committee finance, export | | |
| | 27:01     d'Estais | | |
| | 27:02     finance, project finance. | | |
| | 27:03  Q. What sorts of clients did ECEP | | |
| | 27:04     provide these services to? | | |
| | 27:05  A. Mostly corporate clients, export | | |
| | 27:06     finance agencies, export finance. | | |
| | 27:07  Q. How about sovereign clients and | | |
| | 27:08     state-owned companies? | | |
| | 27:09  A. Part of it, yes. | | |

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 27:10  Q.  And as head of CIB, were you | | |
| | 27:11       familiar with who ECEP's clients were? | | |
| | 27:12  A.  I was familiar -- familiar is a big | | |
| | 27:13       word, but I was aware of the main corporate | | |
| | 27:14       clients of ECEP. | | |
| 27:15 - 28:12 | **D Estais, Jacques 2022-08-05** | 00:01:18 | **DJ3.11** |
| | 27:15  Q.  Were you aware that any Sudanese | | |
| | 27:16       government entities were clients of ECEP? | | |
| | 27:17  A.  When? | | |
| | 27:18  Q.  When did you first become aware | | |
| | 27:19       that Sudanese government entities were | | |
| | 27:20       clients of ECEP? | | |
| | 27:21  A.  2006. | | |
| | 27:22  Q.  ~~Prior to 2006 you were not aware~~ | | |
| | 27:23       ~~that~~ well, was that, in 2006, shortly | | |
| | 27:24       after you became head of CIB, correct? | | |
| | 27:25  A.  That is correct. | | |
| | 28:01       d'Estais | | |
| | 28:02  Q.  So shortly after becoming head of | | |
| | 28:03       CIB, you learned that Sudanese government | | |
| | 28:04       entities were clients of BNPP and ECEP? | | |
| | 28:05  A.  That is correct. | | |
| | 28:06  Q.  How did you come to learn that in | | |
| | 28:07       2006? | | |
| | 28:08  A.  Because there were discussion at | | |
| | 28:09       the time at the bank about the interpretation | | |
| | 28:10       that the bank had about US sanctions program | | |
| | 28:11       concerning various countries for US | | |
| | 28:12       derivative transactions. | | |
| 33:10 - 33:23 | **D Estais, Jacques 2022-08-05** | 00:00:42 | **DJ3.12** |
| | 33:10  Q.  What were your responsibilities as | | |
| | 33:11       head of CIB? | | |
| | 33:12  A.  I was responsible for managing the | | |
| | 33:13       series of businesses that I mentioned earlier | | |
| | 33:14       on. | | |
| | 33:15  Q.  And how did you carry out those | | |
| | 33:16       responsibilities? | | |
| | 33:17  A.  Sorry.  Can you repeat the | | |
| | 33:18       question? | | |
| | 33:19  Q.  How did you carry out those | | |

Defs.' Objection: 28:6-12: Hearsay (801)
: *objection overruled*

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 33:20 | responsibilities? | | |
| | 33:21 | A. Every day. | | |
| | 33:22 | Q. What did you need to do in order to | | |
| | 33:23 | carry out those responsibilities? | | |
| 33:24 - 34:15 | **D Estais, Jacques 2022-08-05** | | 00:00:57 | **DJ3.13** |
| | 33:24 | A. It's just managing businesses | | |
| | 33:25 | supported by all different businesses and | | |
| | 34:01 | d'Estais | | |
| | 34:02 | functions. | | |
| | 34:03 | Q. When you were head of CIB were you | | |
| | 34:04 | also a member of the BNPP executive | | |
| | 34:05 | committee? | | |
| | 34:06 | A. Correct. | | |
| | 34:07 | Q. And is that also called Comex, | | |
| | 34:08 | C-O-M-E-X? | | |
| | 34:09 | A. Called Comex, yes. | | |
| | 34:10 | Q. What was the role of the executive | | |
| | 34:11 | committee? | | |
| | 34:12 | A. It was a formal meeting every week | | |
| | 34:13 | of the mid-level managers of the group, | | |
| | 34:14 | discussing businesses of the, you know, the | | |
| | 34:15 | various businesses of the group. | | |
| 34:19 - 35:02 | **D Estais, Jacques 2022-08-05** | | 00:00:33 | **DJ3.14** |
| | 34:19 | Q. When you were head of CIB, who else | | |
| | 34:20 | was a member of the executive committee? | | |
| | 34:21 | A. The chairman was Baudouin Prot, the | | |
| | 34:22 | CEO of the group. Members, George de | | |
| | 34:23 | Courcel, myself. The head of the other | | |
| | 34:24 | businesses of the group, like Alain Papiasse, | | |
| | 34:25 | the main head of functions I believe, a group | | |
| | 35:01 | d'Estais | | |
| | 35:02 | of approximately ten people. | | |
| 35:04 - 35:21 | **D Estais, Jacques 2022-08-05** | | 00:01:24 | **DJ3.15** |
| | 35:04 | A. (Continuing) Mr. Prot, P-R-O-T, CEO | | |
| | 35:05 | of the group. George de Courcel, D-E, | | |
| | 35:06 | C-O-U-R-C-E-L, and Alain Papiasse, | | |
| | 35:07 | P-A-P-I-A-S-S-E, that was the main heads of | | |
| | 35:08 | businesses. And the main heads of functions | | |
| | 35:09 | were there as well. Approximately 10 to 15 | | |
| | 35:10 | people. I don't remember precisely. | | |

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 35:11  Q.  Is it fair to say that the BNPP | | |
| | 35:12       executive committee was the highest authority | | |
| | 35:13       within the management of BNPP? | | |
| | 35:14  A.  It was the highest level committee | | |
| | 35:15       within the group. | | |
| | 35:16  Q.  Who had higher authority than that | | |
| | 35:17       executive committee? | | |
| | 35:18  A.  The CEO of the group. | | |
| | 35:19  Q.  CEO of the group was a member of | | |
| | 35:20       the exec committee, correct? | | |
| | 35:21  A.  The chairman of the committee, yes. | | |
| 35:22 - 36:16 | **D Estais, Jacques 2022-08-05** | 00:00:46 | **DJ3.16** |
| | 35:22  Q.  In 2009 you became the head of | | |
| | 35:23       investment solutions for BNPP, correct? | | |
| | 35:24  A.  Correct. | | |
| | 35:25  Q.  Did you remain a member of the | | |
| | 36:01       d'Estais | | |
| | 36:02       executive committee at that time? | | |
| | 36:03  A.  That is correct. | | |
| | 36:04  Q.  And in December of 2011 you became | | |
| | 36:05       deputy chief operating officer of BNPP, | | |
| | 36:06       correct? | | |
| | 36:07  A.  That is correct. | | |
| | 36:08  Q.  And as deputy chief operating | | |
| | 36:09       officer, did you remain a member of the | | |
| | 36:10       executive committee? | | |
| | 36:11  A.  Correct. | | |
| | 36:12  Q.  What were your responsibilities as | | |
| | 36:13       deputy chief operating officer? | | |
| | 36:14  A.  I was in charge of the business | | |
| | 36:15       line called IFS, international financial | | |
| | 36:16       services. | | |
| 37:08 - 37:12 | **D Estais, Jacques 2022-08-05** | 00:00:12 | **DJ3.17** |
| | 37:08  Q.  Until when did you hold the role of | | |
| | 37:09       deputy chief operating officer? | | |
| | 37:10  A.  Sorry, the line was bad at the | | |
| | 37:11       beginning.  Until when? | | |
| | 37:12  Q.  Until when? | | |
| 37:13 - 37:22 | **D Estais, Jacques 2022-08-05** | 00:00:28 | **DJ3.18** |
| | 37:13  A.  Until I retired from the group at | | |

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 37:14    the end of last year in 2021, November 2021. | | |
| | 37:15  Q. At the end of 2021 you became | | |
| | 37:16    executive advisor to the general management | | |
| | 37:17    of BNPP correct? | | |
| | 37:18  A. Correct.  This new position started | | |
| | 37:19    early 2022, 2022. | | |
| | 37:20  Q. And that's the role you continue to | | |
| | 37:21    hold today, correct? | | |
| | 37:22  A. That is correct. | | |
| 45:19 - 45:22 | **D Estais, Jacques 2022-08-05** | 00:00:09 | **DJ3.19** |
| | 45:19  Q. And in any of your positions at | | |
| | 45:20    BNPP did your responsibilities include US | | |
| | 45:21    dollar clearing? | | |
| | 45:22  A. No. | | |
| 53:02 - 53:09 | **D Estais, Jacques 2022-08-05** | 00:00:25 | **DJ3.20** |
| | 53:02  Q. And as global head of CIB, did you | Pls.' Objection: 55:11-20, 56:24-57:3, 57:5-8, and 58:7-25 401/402: Violates Court Order on MIL precluding evidence of other banks violating sanctions (9/3/25 Tr. at 31-32); 59:12-16, 59:18-60:and 60:6-7 - 401/402: Violates Court Order on MIL precluding evidence that BNPP didn't have the intent to violate U.S. sanctions (9/3/25 Tr. at 23-27) | |
| | 53:03    ever have occasion to meet any of BNPP's | | |
| | 53:04    clients directly? | | |
| | 53:05  A. In BNPP globally? | | |
| | 53:06  Q. Yes. | *Overruled* | |
| | 53:07  A. Yes, of course. | | |
| | 53:08  Q. And did you ever have occasion to | | |
| | 53:09    meet any Sudanese clients with BNPP? | | |
| 55:11 - 55:20 | **D Estais, Jacques 2022-08-05** | 00:00:47 | **DJ3.21** |
| | 55:11  Q. What do you recall about the ABN | Pls.' Objection: 55:11-20, 56:24-57:3, 57:5-8, and 58:7-25 - 401/402: Violates Court Order on MIL precluding evidence of other banks violating sanctions (9/3/25 Tr. at 31-32); 59:12-16, 59:18-60:and 60:6-7 - 401/402: Violates Court Order on MIL precluding evidence that BNPP didn't have the intent to violate U.S. sanctions (9/3/25 Tr. at 23-27) *Overruled* | |
| | 55:12    AMRO situation? | | |
| | 55:13  A. I remember at the time ABN was | | |
| | 55:14    fined by the US authorities for having, not | | |
| | 55:15    following the embargoes, something around | | |
| | 55:16    that.  I don't remember specifically what it | | |
| | 55:17    was. But the situation with ABN led us to | | |
| | 55:18    look at how this applied to us as a European | | |
| | 55:19    bank like ABN and whether we may have | | |
| | 55:20    misinterpreted the US rules. | | |
| 56:24 - 57:03 | **D Estais, Jacques 2022-08-05** | 00:00:12 | **DJ3.22** |
| | 56:24  Q. And those discussions that you | Pls.' Objection: 55:11-20, 56:24-57:3, 57:5-8, and 58:7-25 - 401/402: Violates Court Order on MIL precluding evidence of other banks violating sanctions (9/3/25 Tr. at 31-32); 59:12-16, 59:18-60:and 60:6-7 - 401/402: Violates Court Order on MIL precluding | |
| | 56:25    remember were that BNPP had been doing | | |
| | 57:01    d'Estais | | |
| | 57:02    similar things to what ABN AMRO had been | evidence that BNPP didn't have the intent to violate U.S. sanctions (9/3/25 Tr. at 23-27) *overruled* | |

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 57:03 doing, correct? | | |
| 57:05 - 57:08 | **D Estais, Jacques 2022-08-05** | 00:00:15 | **DJ3.23** |

57:05  A.  I don't have any recollection of
57:06  exactly how it compared with ABN at the time,
57:07  but clearly the ABN situation led us to
57:08  rethink and to review what we had been doing

Pls. Objection: 55:11-20, 56:24-57:3, 57:5-8, and 58:7-25 - 401/402: Violates Court Order on MIL precluding evidence of other banks violating sanctions (9/3/25 Tr. at 31-32); 59:12-16, 59:18-60:and 60:6-7 - 401/402: Violates Court Order on MIL precluding evidence that BNPP didn't have the intent to violate U.S. sanctions (9/3/25 Tr. at 23-27)

| 58:07 - 58:25 | **D Estais, Jacques 2022-08-05** | 00:00:21 | **DJ3.24** |

Overruled

58:07  Q.  And what did BNPP do to deal with
58:08  this situation?
58:09  A.  After assessing the situation, the
58:10  decision was taken to stop any transaction in
58:11  dollars with those countries that were under
58:12  US sanctions.  So we basically understood
58:13  that our understanding of whether or not we
58:14  were concerned by this, by these sanctions,
58:15  had to change, because we had misinterpreted
58:16  the spectrum of the US sanctions program
58:17  until then.  So we decided to stop all
58:18  transaction in dollars with these countries.
58:19  Q.  When was it that you decided to
58:20  stop those transactions in dollars?
58:21  A.  I wasn't the one deciding this, so
58:22  when you say "you," it's not me; it is the
58:23  group.  This -- my recollection is that this
58:24  decision was taken sometime in the first half
58:25  of 2007.

Pls.' Objection: 55:11-20, 56:24-57:3, 57:5-8, and 58:7-25 - 401/402: Violates Court Order on MIL precluding evidence of other banks violating sanctions (9/3/25 Tr. at 31-32); 59:12-16, 59:18-60:and 60:6-7 - 401/402: Violates Court Order on MIL precluding evidence that BNPP didn't have the intent to violate U.S. sanctions (9/3/25 Tr. at 23-27)

overruled

| 59:12 - 59:16 | **D Estais, Jacques 2022-08-05** | 00:00:17 | **DJ3.25** |

59:12  Q.  I think it's a question.  Is it
59:13  fair to say that it took the bank more than a
59:14  year to evaluate and finally take action from
59:15  the time that it first learned that it may be
59:16  violating US sanctions?

Pls. Objection: 55:11-20, 56:24-57:3, 57:5-8, and 58:7-25 - 401/402: Violates Court Order on MIL precluding evidence of other banks violating sanctions (9/3/25 Tr. at 31-32); 59:12-16, 59:18-60:and 60:6-7 - 401/402: Violates Court Order on MIL precluding evidence that BNPP didn't have the intent to violate U.S. sanctions (9/3/25 Tr. at 23-27)

| 59:18 - 60:04 | **D Estais, Jacques 2022-08-05** | 00:00:31 | **DJ3.26** |

Overruled

59:18  A.  I think it was not that clear at
59:19  the time that the US sanctions were actually
59:20  covering European banks, so it took a little
59:21  time to analyze the situation.  Yes, it did
59:22  take some time to analyze the situation, of
59:23  course.

**DJ3 - D'Estais, Jacques designaitone art 09-17-25**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|

| | 59:24 | Q. And during the time that BNP was | | |
| | 59:25 | analyzing the situation, it was continuing to | | |
| | 60:01 | d'Estais | | |
| | 60:02 | transact business in US dollars with Sudan | | |
| | 60:03 | and other countries that were under US | | |
| | 60:04 | sanctions, correct? | | |
| | **D Estais, Jacques 2022-08-05** | | 00:00:04 | DJ3.27 |
| | 60:06 | A. At the time it was not clear | | |
| | 60:07 | whether we were subject to the US sanctions. | | |

Pls. Objection: 55:11-20, 56:24-57:3, 57:5-8, and 58:7-25 - 401/402: Violates Court Order on MIL precluding evidence of other banks violating sanctions (9/3/25 Tr. at 31-32); 59:12-16, 59:18-60:and 60:6-7 - 401/402: Violates Court Order on MIL precluding evidence that BNPP didn't have the intent to violate U.S. sanctions (9/3/25 Tr. at 23-27)

*Sustained* (handwritten)

Pls. Objection: 55:11-20, 56:24-57:3, 57:5-8, and 58:7-25 - 401/402: Violates Court Order on MIL precluding evidence of other banks violating sanctions (9/3/25 Tr. at 31-32); 59:12-16, 59:18-60:and 60:6-7 - 401/402: Violates Court Order on MIL precluding evidence that BNPP didn't have the intent to violate U.S. sanctions (9/3/25 Tr. at 23-27)

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 61:17 - 61:21 | **D Estais, Jacques 2022-08-05** | | 00:00:20 | DJ3.28 |
| | 61:17 | Q. And as head of CIB, did you glean | | |
| | 61:18 | an understanding about the history of the | | |
| | 61:19 | bank's relationship with that country? | | |
| | 61:20 | A. I have no recollection of exactly | | |
| | 61:21 | that, but it was not a recent relationship. | | |
| 62:07 - 62:23 | **D Estais, Jacques 2022-08-05** | | 00:01:01 | DJ3.29 |
| | 62:07 | Q. At the time that you were head of | | |
| | 62:08 | CIB, did you know that there were human | | |
| | 62:09 | rights violations occurring in Sudan? | | |
| | 62:10 | A. I read the press, sir. | | |
| | 62:11 | Q. What did you read in the press | | |
| | 62:12 | about Sudan? | | |
| | 62:13 | A. I do not have any recollection, | | |
| | 62:14 | precise recollection of any articles or | | |
| | 62:15 | documentary or -- that I saw or read at the | | |
| | 62:16 | time. | | |
| | 62:17 | Q. But you have a general | | |
| | 62:18 | understanding of having read the press | | |
| | 62:19 | reports of human rights violations occurring | | |
| | 62:20 | in Sudan? | | |
| | 62:21 | A. Yes. | | |
| | 62:22 | Q. And at the time that you were head | | |
| | 62:23 | of CIB had you heard of the Darfur genocide? | | |
| 62:25 - 62:25 | **D Estais, Jacques 2022-08-05** | | 00:00:02 | DJ3.30 |
| | 62:25 | A. Yes. | | |
| 64:06 - 65:14 | **D Estais, Jacques 2022-08-05** | | 00:02:04 | DJ3.31 |
| | 64:06 | Q. Did it ever concern you, sir, that | | |
| | 64:07 | BNPP was doing business with Sudan? | | |
| | 64:08 | A. The bank operates within what we | | |

Defs.' Objection: 62:7-21: Calls for Speculation (602/701) and Hearsay (801)
62:22-25: Unfair Prejudice (403)

*Overruled* (handwritten)

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 64:09 | understand are laws and regulations in every | | |
| | 64:10 | country we operate in. | | |
| | 64:11 | Q. Well, did the bank actually operate | | |
| | 64:12 | within the law in the case of Sudan? | | |
| | 64:13 | A. At the time, our understanding is | | |
| | 64:14 | that, yes, we were operating within the laws | | |
| | 64:15 | and regulations concerning Sudan.  Clearly we | | |
| | 64:16 | misinterpreted the rules and regulations as | | |
| | 64:17 | far as the US program is concerned at the | | |
| | 64:18 | time. | | |
| | 64:19 | Q. And aside from whether you were | | |
| | 64:20 | complying with the law, did it ever concern | | |
| | 64:21 | you that BNPP was doing business with Sudan? | | |
| | 64:22 | A. We have no, we never had any | | |
| | 64:23 | indication, or I never had any indication, | | |
| | 64:24 | when I was head of CIB at the beginning, | | |
| | 64:25 | before we start the business with Sudan, I | | |
| | 65:01 | d'Estais | | |
| | 65:02 | never had any indication.  Or even since | | |
| | 65:03 | then, that our business with Sudan was in any | | |
| | 65:04 | way linked to human rights violations in this | | |
| | 65:05 | country. | | |
| | 65:06 | Q. Did you do anything, as head of | | |
| | 65:07 | CIB, to determine whether your business in | | |
| | 65:08 | Sudan was in any way linked to human rights | | |
| | 65:09 | violations there? | | |
| | 65:10 | A. I had no indication, as head of CIB | | |
| | 65:11 | or prior to that, that there was a linkage | | |
| | 65:12 | between the -- business connection between | | |
| | 65:13 | the business we were doing in Sudan and human | | |
| | 65:14 | rights violation in this country. | | |
| 82:02 - 82:13 | **D Estais, Jacques 2022-08-05** | | 00:00:29 | DJ3.32 |
| | 82:02 | Q. Let's take about the KYC procedures | | |
| | 82:03 | of the bank.  It's part of those procedures | | |
| | 82:04 | to understand the ownership structure of | | |
| | 82:05 | BNPP's clients, isn't it? | | |
| | 82:06 | A. The ownership structure is | | |
| | 82:07 | discussed at the KYC meetings, yes. | | |
| | 82:08 | Q. And so if a state-owned oil company | | |
| | 82:09 | was owned by the government of Sudan, and | | |

Pls.' Objection: 64:6-18: Relevance (401/402) Prejudice (403); Inconsistent with Court rulings that non-U.S. sanctions regimes are relevant

*Overruled*

Defs.' Objection: Vague and Unfair Prejudice, Misstates Testimony (403) Calls for Speculation (602/701), 82:8-15: Compound (611)

*Overruled*

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 82:10    that's where its money was flowing, that | | |
| | 82:11    would be something that the bank would want | | |
| | 82:12    to know about, as part of its KYC process, | | |
| | 82:13    correct? | | |
| 82:15 - 82:15 | **D Estais, Jacques 2022-08-05** | 00:00:01 | DJ3.33 |
| | 82:15   A.   The answer is yes. | | |
| 88:15 - 89:04 | **D Estais, Jacques 2022-08-05** | 00:00:56 | DJ3.34 |
| | 88:15   Q.   If US sanctions on Sudan prevented | | |
| | 88:16    banks from providing US dollar financial | | |
| | 88:17    services to Sudan, then those US sanctions | | |
| | 88:18    would be relevant -- would have been relevant | | |
| | 88:19    to your work in fixed income, correct? | | |
| | 88:20   A.   If -- let me answer.  If the bank | | |
| | 88:21    considers that the business in a given | | |
| | 88:22    currency with any counterparty in a given | | |
| | 88:23    country is subject to embargo, it would | | |
| | 88:24    concern any business the bank does with any | | |
| | 88:25    of the counterparties in that country, for | | |
| | 89:01    d'Estais | | |
| | 89:02    all business of the bank.  So all my | | |
| | 89:03    businesses, fixed income businesses, would | | |
| | 89:04    have been concerned, yes. | | |
| 91:13 - 91:18 | **D Estais, Jacques 2022-08-05** | 00:00:27 | DJ3.35 |
| | 91:13   Q.   Do you have an understanding about | | |
| | 91:14    the importance of the US dollar to an oil | | |
| | 91:15    exporting country like Sudan? | | |
| | 91:16   A.   I understand that, yes.  The oil | | |
| | 91:17    business is largely dealing in dollars, I | | |
| | 91:18    believe, worldwide. | | |
| 92:06 - 92:10 | **D Estais, Jacques 2022-08-05** | 00:00:15 | DJ3.36 |
| | 92:06   Q.   Well, would it make any sense at | | |
| | 92:07    all to have US Government sanctions on | | |
| | 92:08    dealing in US dollars with the government of | | |
| | 92:09    Sudan, if European banks were perfectly free | | |
| | 92:10    to provide those same US dollars? | | |
| 92:13 - 92:21 | **D Estais, Jacques 2022-08-05** | 00:00:39 | DJ3.37 |
| | 92:13    Our job as bankers is to apply | | |
| | 92:14    sanctions programs whenever they apply to us | | |
| | 92:15    in, in every country where we operate. | | |

Defs.' Objection: Vague and Unfair Prejudice, Misstates Testimony (403) Calls for Speculation (602/701) 82:8-15: Compound (611)"

*overruled*

Defs.' Objection: 88:15-89:4; Relevance (401/402), Unfair Prejudice (403) and Calls for Speculation (602/701)

*overruled*

Defs.' Objection: Lacks Foundation and Lacks Personal Knowledge (602/701)

*overruled*

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 92:16  Q.  But that's not what -- | | |
| | 92:17  A.  I know, but it's a position as | | |
| | 92:18      simple as that.  We are not, it's not our job | | |
| | 92:19      to question whether sanctions are warranted | | |
| | 92:20      or not.  They are what they are, and we apply | | |
| | 92:21      those sanctions. | | |
| 93:11 - 93:16 | D Estais, Jacques 2022-08-05 | 00:00:32 | DJ3.38 |
| | 93:11  Q.  And Mr. D'Estais, if you had known, | | |
| | 93:12      as head of CIB, that the Sudanese government | Defs.' Objection: Relevance (401/402) | |
| | 93:13      was a client of the bank and was engaged in | Unfair Prejudice (403) | |
| | 93:14      human rights abuses, would you have stopped | Calls for Speculation (602/701) | |
| | 93:15      dealing with that client, whether or not it | 93:11-95:18, 95:24-96:10: | |
| | 93:16      violated sanctions? | Compound (611) | |
| 93:18 - 94:17 | D Estais, Jacques 2022-08-05 | 00:01:50 | DJ3.39 |
| | 93:18  A.  Our client, from what I understand | | |
| | 93:19      today, was the Central Bank of Sudan.  When | | |
| | 93:20      the link -- the money the government has, so | *Sustained* | |
| | 93:21      here I'm talking about the government, not | | |
| | 93:22      about the central bank, can be spent in many | | |
| | 93:23      things. | | |
| | 93:24      And as far as Sudan is concerned, I | | |
| | 93:25      have no idea that, I had no idea how the | Defs.' Objection: Relevance (401/402) | |
| | 94:01      d'Estais | Unfair Prejudice (403) | |
| | 94:02      money was spent.  Could be on infrastructure, | Calls for Speculation (602/701) | |
| | 94:03      schools, education, medication, whatever. | 93:11-95:18, 95:24-96:10: | |
| | 94:04      But your question, if we are aware | Compound (611) | |
| | 94:05      through the process otherwise that a | | |
| | 94:06      counterparty we are dealing with does not fit | | |
| | 94:07      with the requirements of the bank, in terms | *Sustained* | |
| | 94:08      of quality of counterparty, then it's by | | |
| | 94:09      nature the objective of the KYC review to | | |
| | 94:10      decide to stop or not do business with such a | | |
| | 94:11      client. | | |
| | 94:12  Q.  And if you were, if the information | | |
| | 94:13      you received, through the KYC review or | | |
| | 94:14      otherwise, indicated that indeed you had a | | |
| | 94:15      client connected to human rights abuses, is | | |
| | 94:16      it your understanding that the bank would | | |
| | 94:17      want to stop dealing with that client? | | |
| 94:20 - 95:08 | D Estais, Jacques 2022-08-05 | 00:01:00 | DJ3.40 |

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 94:20  A. If there was a situation where it's | | DJ3.40 |
| | 94:21      clearly identified that the counterparty | | |
| | 94:22      we're dealing with is directly involved in | | |
| | 94:23      activities that do not fit with the bank | | |
| | 94:24      internal roles and that would include human | | |
| | 94:25      rights violations, the KYC process would | | Defs.' Objection: Relevance (401/402) |
| | 95:01      d'Estais | | Unfair Prejudice (403) |
| | 95:02      normally stop such activities. | | Calls for Speculation (602/701) |
| | 95:03  Q. And if notwithstanding the KYC | | 93:11-95:18, 95:24-96:10: Compound |
| | 95:04      process, it came to the attention of the bank | | (611) |
| | 95:05      that the client or counterparty of the bank | | |
| | 95:06      was connected to human rights abuses, then is | | Sustained |
| | 95:07      it your understanding that the bank would | | |
| | 95:08      stop dealing with such a counterparty? | | |
| 95:10 - 96:06 | **D Estais, Jacques 2022-08-05** | 00:01:28 | DJ3.41 |
| | 95:10  A. The bank would be -- the manager of | | |
| | 95:11      the bank, you mentioned the bank, the bank is | | |
| | 95:12      an entity where we're talking about people. | | |
| | 95:13      If the bank, by a KYC review, found that such | | |
| | 95:14      a situation happens, I very much consider | | |
| | 95:15      that, yes, the manager for the bank would ask | | Defs.' Objection: Relevance |
| | 95:16      to stop the certain business today.  And I | | (401/402) |
| | 95:17      would like to add that most probably the KYC | | Unfair Prejudice (403) |
| | 95:18      review itself would have done that already. | | Calls for Speculation (602/701) |
| | 95:19  Q. And you said before, you want to | | 93:11-95:18, 95:24-96:10: |
| | 95:20      know if a counterparty is directly involved | | Compound (611) |
| | 95:21      in human rights violations, but what do you | | |
| | 95:22      mean by "directly"? | | Sustained |
| | 95:23  A. I mean directly. | | |
| | 95:24  Q. Well, do you think it's possible | | |
| | 95:25      for a client to be connected to human rights | | |
| | 96:01      d'Estais | | |
| | 96:02      abuses, even if it's not the one that is out | | |
| | 96:03      committing them on people? | | |
| | 96:04      In other words, a client of the | | |
| | 96:05      bank could be providing the financing for | | |
| | 96:06      those human rights abuses, correct? | | |
| 96:08 - 96:10 | **D Estais, Jacques 2022-08-05** | 00:00:10 | DJ3.42 |
| | 96:08  A. I believe that if a direct link | | Defs.' Objection: Relevance (401/402) |
| | 96:09      connection is established, we would consider | | Unfair Prejudice (403) |
| | | | Calls for Speculation (602/701) |
| | | | 93:11-95:18, 95:24-96:10: Compound |
| | | | (611)   Sustained |

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 96:10  that's as a direct. | | |
| 179:25 - 182:21 | **D Estais, Jacques 2022-08-05**   *Sustained* | 00:03:38 | DJ3.43 |

|  | | |
|---|---|---|
| | 179:25 | MR. LANDAU: I am introducing |
| | 180:01 | d'Estais |
| 🔗 P162.1 | 180:02 | another exhibit, and it is Exhibit 227. |
| | 180:03 | It is BNP-KASHEF-00014655 through 58. |
| | 180:04 | (Exhibit 227, E-mail chain, Bates |
| | 180:05 | Nos. BNP-KASHEF-00014655 through |
| | 180:06 | BNP-KASHEF-00014658, marked for |
| | 180:07 | identification, this date.) |
| | 180:08 | MR. LANDAU: Tell me when you can |
| | 180:09 | see that document. |
| | 180:10 | THE WITNESS: I can see it, yes. |
| | 180:11 Q. | And it appears to be a series of |
| | 180:12 | e-mail messages? |
| | 180:13 A. | Yes. |
| 🔗 P162.1.2 | 180:14 Q. | And if you look at the bottom |
| | 180:15 | e-mail in this chain, and starts at the |
| | 180:16 | bottom of the first page and continues on to |
| | 180:17 | the second, that's an e-mail that you |
| | 180:18 | received on September 26th of 2006, correct? |
| | 180:19 A. | Yes. |
| | 180:20 Q. | And it was also sent to Vivien |
| | 180:21 | Levy-Garboua? |
| | 180:22 A. | Yes. |
| | 180:23 Q. | He was the head of group compliance |
| | 180:24 | at this time? |
| | 180:25 A. | Correct. |
| | 181:01 | d'Estais |
| | 181:02 Q. | And it was sent to Michel Konczaty? |
| | 181:03 A. | Yes. |
| | 181:04 Q. | What was his role at this time? |
| | 181:05 A. | He was the head of risk. |
| | 181:06 Q. | Okay. And it was also sent to |
| | 181:07 | Dominique Remy? |
| | 181:08 A. | Yes. |
| | 181:09 Q. | He was the global head of ECEP? |
| | 181:10 A. | Yes. |
| | 181:11 Q. | And he reported directly to you, |
| | 181:12 | correct? |

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 181:13 A. That is correct. The document is | | |
| | 181:14 dated September '06, yes, that's correct. | | |
| | 181:15 Q. Okay. And it was also, a copy was | | |
| | 181:16 sent to Mr. Prot, the CEO, correct? | | |
| | 181:17 A. Yes. | | |
| | 181:18 Q. And Mr. de Courcel? | | |
| | 181:19 A. Yes. | | |
| | 181:20 Q. What was his role at the time? | | |
| | 181:21 A. He was COO of the group. | | |
| | 181:22 Q. And John Clamon also received the | | |
| | 181:23 e-mail, correct? | | |
| | 181:24 A. That's correct. | | |
| | 181:25 Q. And what was Mr. Clamon's role at | | |
| | 182:01 d'Estais | | |
| | 182:02 this time? | | |
| | 182:03 A. In September '06, I do not | | |
| | 182:04 remember. | | |
| | 182:05 Q. But fair to say that this e-mail | | |
| | 182:06 went to the most senior management of the | | |
| | 182:07 BNPP group at the time, correct? | | |
| | 182:08 A. All the names mentioned are senior | | |
| | 182:09 people within the managers of the group. All | | |
| | 182:10 the managers of group in this case, probably | | |
| | 182:11 not, but the names here mentioned are senior | | |
| | 182:12 managers. | | |
| | 182:13 Q. And it's redacted here, but do you | | |
| | 182:14 know who authored this e-mail? | | |
| | 182:15 A. I don't. I don't. Risque Pays is | | |
| | 182:16 a team that analyzes the risks of a given | | |
| | 182:17 country. | | |
| | 182:18 Q. And that's a team based in Paris, | | |
| | 182:19 correct? | | |
| | 182:20 A. Based on this document, the address | | |
| | 182:21 is 6 Boulevard des Capucines in Paris, yes. | | |
| 183:08 - 183:17 | **D Estais, Jacques 2022-08-05** | 00:00:33 | DJ3.44 |
| 🔗 P162.1.3 | 183:08 Q. The subject of the e-mail is | | |
| | 183:09 "Sudoan-confidential update," correct? | | |
| | 183:10 "Actualisation confidentielle"? | | |
| | 183:11 A. Yeah. | | |
| | 183:12 Q. And the author writes that the | | |

Defs.' Objection: 182:5-12: Calls for
Speculation (602/701)

*overruled*

Defs.' Objection: 183:12-17: Relevance
(401/402), Hearsay (801)

*overruled*

### DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 183:13    update follows from a well-documented | | |
| | 183:14    confidential country profile from April 2006, | | |
| | 183:15    correct? | | |
| | 183:16   A.   It is what is written in the | | |
| | 183:17    document, yes. | | |
| 183:18 - 183:24 | **D Estais, Jacques 2022-08-05** | 00:00:19 | **DJ3.45** |
| | 183:18   Q.   Would you have received that | | |
| | 183:19    well-documented country profile? | | |
| | 183:20   A.   I don't have any recollection of | | |
| | 183:21    that. Maybe I did. | | |
| 🔗 P162.1.4 | 183:22   Q.   And it says here that that profile | | |
| | 183:23    described a serious derailing of the peace | | |
| | 183:24    project in Sudan, correct? | | |
| 184:06 - 184:18 | **D Estais, Jacques 2022-08-05** | 00:00:48 | **DJ3.46** |
| | 184:06   A.   You said something, and I just read | | |
| | 184:07    the French, the French, because I don't have | | |
| | 184:08    the English version. It seemed a little bit | | |
| | 184:09    different, but I just wanted -- | | |
| | 184:10   Q.   Okay. Maybe just tell me your | | |
| | 184:11    understanding of that sentence. How would | | |
| | 184:12    you describe it? | | |
| | 184:13   A.   That it was a risk of further | | |
| | 184:14    degradation, it was, it was further worsening | | |
| | 184:15    of the sociopolitical situation in this | | |
| | 184:16    country in a default. That's what -- I'm | | |
| | 184:17    sorry, maybe the translator can give us his | | |
| | 184:18    version. | | |
| 184:25 - 185:18 | **D Estais, Jacques 2022-08-05** | 00:00:54 | **DJ3.47** |
| | 184:25   Q.   I'm going to ask you about that | | |
| | 185:01    d'Estais | Defs.' Objection: Hearsay (801) | |
| | 185:02    one, too. So let's make sure we have the | 184:25-185:21: Calls for Speculation | |
| | 185:03    same understanding about both. | (602/701) | |
| | 185:04    The first of those sentences has to | 185:16-186:4: Vague and Unfair | |
| | 185:05    do with a serious derailing of the peace | Prejudice (403) | |
| | 185:06    process in Sudan, correct? | 185:16-21, 186:8-12: Relevance | |
| | 185:07   A.   Yes. | (401/402) | |
| | 185:08   Q.   And the second sentence has to do | 186:8-187:12: Calls for Speculation | |
| | 185:09    with the risk of degradation of the | (602/701) and Hearsay (801) | |
| | 185:10    sociopolitical situation, correct? | 186:17-187:5: Lacks Foundation and | |
| | 185:11   A.   That's correct. | Calls for Speculation (602/701) and | |
| | | Misstates Testimony (403) | |

*Overruled*

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 🔗 P162.1.5 | 185:12  Q.  And specifically the sociopolitical<br>185:13      situation of this oil-producing country,<br>185:14      correct?<br>185:15  A.  In paragraph 4, yes.<br>185:16  Q.  And as illustrated by this e-mail,<br>185:17      BNPP kept up to date on the sociopolitical<br>185:18      situation of Sudan, correct? | | |
| 185:20 - 186:02 | **D Estais, Jacques 2022-08-05**<br>185:20  A.  It is what is written in the<br>185:21      document.<br>185:22  Q.  And in fact it was the<br>185:23      responsibility of this particular department<br>185:24      on risky countries to keep up to date on the<br>185:25      sociopolitical situation of those risky<br>186:01      d'Estais<br>186:02      countries, correct? | 00:00:17 | **DJ3.48** |
| 186:04 - 186:20 | **D Estais, Jacques 2022-08-05**<br>186:04  A.  Yes.<br>186:05  Q.  And this, this department was<br>186:06      within CIB, right?<br>186:07  A.  It was at the time, yes. | 00:01:01 | **DJ3.49** |
| 🔗 P162.1.6 | 186:08  Q.  The e-mail then says that the<br>186:09      update memorandum reviews the disturbing<br>186:10      developments of recent weeks, correct?<br>186:11  A.  It is what is written on the<br>186:12      document, yes.<br>186:13  Q.  And the risks on the humanitarian<br>186:14      front that were reported in the international<br>186:15      press on a daily basis.  Do you see that?<br>186:16  A.  Yes, I can see that.<br>186:17  Q.  And those daily press reports,<br>186:18      that's what you were referring to earlier<br>186:19      when you said that you would read about Sudan<br>186:20      in the news? | | |
| 186:22 - 187:03 | **D Estais, Jacques 2022-08-05**<br>186:22  A.  I was referring to documents that<br>186:23      possibly that I had read.  Whether they are<br>186:24      the same ones that were mentioned in this<br>186:25      document or not, I can't tell.<br>187:01      d'Estais | 00:00:12 | **DJ3.50** |

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 187:02  Q.  Because there were many such press | | |
| | 187:03      reports at the time, correct? | | |
| 187:05 - 187:05 | **D Estais, Jacques 2022-08-05** | 00:00:02 | **DJ3.51** |
| | 187:05  A.  I do not know that. | | |
| 187:06 - 187:12 | **D Estais, Jacques 2022-08-05** | 00:00:28 | **DJ3.52** |
| 🔗 P162.1.7 | 187:06  Q.  This e-mail that you and the other | | |
| | 187:07      senior leaders of BNPP received concludes by | | |
| | 187:08      saying that it recalls the growing opprobrium | | |
| | 187:09      heaped by a large part of the international | | |
| | 187:10      community on the behavior of the country's | | |
| | 187:11      authorities, right? | | |
| | 187:12  A.  Yes, it does, yes. | | |
| 187:21 - 188:14 | **D Estais, Jacques 2022-08-05** | 00:00:53 | **DJ3.53** |
| | 187:21  Q.  Was BNPP concerned about the | | |
| | 187:22      behavior of Sudan's government? | | |
| | 187:23  A.  It is what is written on this | | |
| | 187:24      document, yes. | Defs.' Objection: Calls for Speculation (602/701) | |
| | 187:25  Q.  And proprietary concerned about the | 187:21-188:5: Relevance (401/402) | |
| | 188:01      d'Estais | 188:6-14: Lacks Personal Knowledge (602/701), Unfair Prejudice (403) and | |
| | 188:02      growing opprobrium or criticism in the | Hearsay (801) | |
| | 188:03      international community about Sudan? | | |
| | 188:04  A.  It is what is written in the | | |
| | 188:05      document. | *overruled* | |
| 🔗 P162.1.8 | 188:06  Q.  And did you see that Mr. Remy | | |
| | 188:07      forwarded this e-mail to some others? | | |
| | 188:08  A.  I can see that, yes. | | |
| | 188:09  Q.  And he wrote, "It will start to | | |
| | 188:10      create some internal problems," right? | | |
| | 188:11  A.  Yes. | | |
| | 188:12  Q.  Actually he wrote that in English, | | |
| | 188:13      didn't he? | | |
| | 188:14  A.  As you say. | | |
| 189:02 - 191:20 | **D Estais, Jacques 2022-08-05** | 00:03:48 | **DJ3.54** |
| | 189:02  Q.  Did you ever discuss this issue | | |
| | 189:03      with Mr. Remy around this time? | | |
| | 189:04  A.  This was the time of the, of the | | |
| | 189:05      discussions, internal discussions on what to | Defs.' Objection: Unfair Prejudice (403) | |
| | 189:06      do in this country.  I don't remember exactly | Calls for Speculation (602/701) | |
| | 189:07      when we decided to start, but probably not | Hearsay (801) | |

*overruled*

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 189:08 | long after that -- and I would of course have | | |
| | 189:09 | had discussions with Dominique on the | | |
| | 189:10 | implication of this, this note on the | | |
| | 189:11 | business. | | |
| | 189:12 | Q. And do you recall what you and | | |
| | 189:13 | Mr. Remy would have discussed about that? | | |
| | 189:14 | A. I don't recall the occasion on | | |
| | 189:15 | which we could have had that discussion. | | |
| | 189:16 | Q. Do you recall, what was Mr. Remy's | | |
| | 189:17 | general view on whether the bank should be | | |
| | 189:18 | continuing to do business with Sudan? | | |
| | 189:19 | A. My recollection is that Dominique | | |
| | 189:20 | was embarrassed by the situation and wanted | | |
| | 189:21 | to see whether there was a way or not of | | |
| | 189:22 | continuing to do business, given the | | |
| | 189:23 | deterioration of the situation in Sudan. But | | |
| | 189:24 | again, this project or the decision process | | |
| | 189:25 | on what to do in Sudan was handled much | | |
| | 190:01 | d'Estais | | |
| | 190:02 | higher in the group, up to Baudouin Prot and | | |
| | 190:03 | the management of the group. | | |
| | 190:04 | Q. But this was the business that | | |
| | 190:05 | Mr. Remy and his group, it was their | | |
| | 190:06 | business, wasn't it? | | |
| | 190:07 | A. What do you mean, the business with | | |
| | 190:08 | Sudan? | | |
| | 190:09 | Q. Sudan was part of ECEP, and | | |
| | 190:10 | Mr. Remy was the global head of ECEP, right? | | |
| | 190:11 | He was responsible. | | |
| | 190:12 | A. That is correct. | | |
| | 190:13 | Q. And when you say that he was | | |
| | 190:14 | embarrassed, what do you mean by that? | | |
| | 190:15 | A. He was -- to me, the wording | | |
| | 190:16 | embarrassed is a French meaning that -- so | | |
| | 190:17 | concerned. | | |
| | 190:18 | (Interpreter clarification.) | | |
| | 190:19 | THE INTERPRETER: He was worried. | | |
| | 190:20 | THE WITNESS: He was worried. | | |
| | 190:21 | THE INTERPRETER: Or bothered. | | |
| | 190:22 | THE WITNESS: Bothered, yeah. | | |
| | 190:23 | Q. What was it that he was bothered | | |

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 190:24  about or worried about, as expressed to you? | | |
| | 190:25  A.  Well, he was bothered that the | | |
| | 191:01  d'Estais | | |
| | 191:02  deteriorating situation in Sudan was going to | | |
| | 191:03  have an impact.  He would have to, we would | | |
| | 191:04  have to take a decision on what to do.  And | | |
| | 191:05  he worried, he was bothered -- bothered is | | |
| | 191:06  not even the right name [French language]. | | |
| | 191:07  THE INTERPRETER: He was annoyed. | | |
| | 191:08  A.  He was annoyed. | | |
| | 191:09  THE INTERPRETER: Bothered. | | |
| | 191:10  A.  He was bothered.  We couldn't find | | |
| | 191:11  -- in French we couldn't find the exact | | |
| | 191:12  translation.  [French language]. | | |
| | 191:13  THE INTERPRETER: He was bothered. | | |
| | 191:14  A.  He was bothered. | | |
| | 191:15  Q.  He was bothered that he might have | | |
| | 191:16  to lose the Sudanese business, right? | | |
| | 191:17  A.  He was bothered that we'd have to | | |
| | 191:18  change tack on this country, that's all.  A | | |
| | 191:19  business line never likes to stop a business, | | |
| | 191:20  but if it's necessary, we do it. | | |
| 231:12 - 231:13  P353.1  Defs.' Objection to PX: Relevance (401/402) Unfair Prejudice (403) 232:07 Subsequent Remedial Measures (407)  *overruled* | **D Estais, Jacques 2022-08-05**  231:12  MR. LANDAU:  I'm going to mark  231:13  another document.  This will be  **D Estais, Jacques 2022-08-05**  231:14  Exhibit 229 and it is  231:15  BNPP-KASHEF-00014481 through 84.  Please  231:16  tell me when you are able to see that.  231:17  (Exhibit 229, E-mail dated  231:18  5/28/2007, Bates Nos.  231:19  BNPP-KASHEF-00014481 through  231:20  BNPP-KASHEF-00014484, marked for  231:21  identification, this date.)  231:22  A.  Yes.  229? Yeah.  231:23  Q.  229.  231:24  A.  I can see it, yes.  231:25  Q.  And this appears to be a series of  232:01  d'Estais  232:02  e-mails? | | |

*overruled*

Defs.' Objection: Defendants object that Plaintiffs did not designate 232:21-236:2 and 243:8-246:1; 246:6-20 on July 31, 2025 (the agreed upon deadline by both parties for submitting deposition designations), nor did they recommend its inclusion in the final joint pre-trial order on August 28 (See Dkt. 934-3).

Defendants object to the untimely designation of additional testimony. Plaintiffs have refused to withdraw. Defendants maintain that unilaterally adding testimony 40 days after the agreed upon deadline is untimely, improper, and prejudicial.

Defendants object that the designated testimony concerns meetings the witness did not participate in and emails he did not remember.

Defendants also lodge the following objections to these lines:

Hearsay (801)
Lacks Foundation and Calls for Speculation (602/701)
Relevance (401/402)
Subsequent Remedial Measures (407) Vague and Misleading, Unfair Prejudice (403); Pls.' Response: No prejudice to Defendants

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 232:03  A.  Yes. | | |
| P353.1.1 | 232:04  Q.  The bottom e-mail is one that you | | |
| | 232:05      received from Mr. Remy on May 28, 2007, | | |
| | 232:06      correct? | | |
| | 232:07  A.  Yes. | | |
| 232:21 - 236:02 | **D Estais, Jacques 2022-08-05** | 00:03:27 | DJ3.57 |
| | 232:21      And Mr. Remy is writing to you and | | |
| | 232:22      Mr. de Courcel and Mr. Levy-Garboua, correct? | | |
| | 232:23  A.  It's what's on this document yes. | | |
| | 232:24  Q.  And the subject of the e-mail is | | |
| | 232:25      Sudan? | | |
| | 233:01      d'Estais | | |
| | 233:02  A.  Yes. | | |
| P353.1.2 | 233:03  Q.  He refers to various meetings held | | |
| | 233:04      in the prior week? | | |
| | 233:05  A.  Yes, he does. | | |
| | 233:06  Q.  Were you a participant in any of | | |
| | 233:07      those meetings? | | |
| | 233:08  A.  I don't think so. | | |
| | 233:09  Q.  He writes that the metier proposes | | |
| | 233:10      to end all relationships with Sudan, correct? | | |
| | 233:11  A.  In two steps. | | |
| P353.1.3 | 233:12  Q.  In two steps.  The first step was | | |
| | 233:13      an immediate cessation to US dollar | | |
| | 233:14      transactions, correct? | | |
| | 233:15  A.  Yes. | | |
| | 233:16  Q.  And a more progressive cessation | | |
| | 233:17      for transactions in other currencies, right? | | |
| | 233:18  A.  That's what's written in this | | |
| | 233:19      document, yes. | | |
| | 233:20  Q.  And that was to give the bank more | | |
| | 233:21      time to speak to its partners and bank or | | |
| | 233:22      commercial clients, right? | | |
| | 233:23  A.  This is what's written in the | | |
| | 233:24      document, yes. | | |
| P353.1.4 | 233:25  Q.  And the next day, May 29, 2007, | | |
| | 234:01      d'Estais | | |
| | 234:02      Mr. Remy forwarded that e-mail to some | | |
| | 234:03      others, do you see that? | | |
| | 234:04  A.  Yes. | | |

**Defs.' Objection:** Defendants object that Plaintiffs did not designate 232:21-236:2 and 243:8-246:1; 246:6-20 on July 31, 2025 (the agreed upon deadline by both parties for submitting deposition designations), nor did they recommend its inclusion in the final joint pre-trial order on August 28 (See Dkt. 934-3).

Defendants object to the untimely designation of additional testimony. Plaintiffs have refused to withdraw. Defendants maintain that unilaterally adding testimony 49 days after the agreed upon deadline is untimely, improper, and prejudicial.

Defendants object that the designated testimony concerns meetings the witness did not participate in and emails he did not remember.

Defendants also lodge the following objections to these lines:

Hearsay (801)
Lacks Foundation and Calls for Speculation (602/701)
Relevance (401/402)
Subsequent Remedial Measures (407)
Vague and Misleading, Unfair Prejudice (403); Pls.' Response: No prejudice to Defendants

*Sustained*
*Fed. R. Evid.*

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| P353.1.5 | 234:05 | Q. | And he writes that following a | | |
| | 234:06 | | presentation to the group executive committee | | |
| | 234:07 | | the day before BNPP decided to withdraw from | | |
| | 234:08 | | Sudan, correct? | | |
| | 234:09 | A. | That's what is written on the | | |
| | 234:10 | | document, yes. | | |
| | 234:11 | Q. | You were a member of the executive | | |
| | 234:12 | | committee at that time? | | |
| | 234:13 | A. | Yes, I was. | | |
| | 234:14 | Q. | And you participated in that | | |
| | 234:15 | | meeting where the decision was made? | | |
| | 234:16 | A. | What it says here, that the metier | | |
| | 234:17 | | decided to stop its activities on the first | | |
| | 234:18 | | e-mail? | | |
| | 234:19 | Q. | Yes. And then the next day he | | |
| | 234:20 | | reports that the group has decided withdraw | | |
| | 234:21 | | all in a presentation at the executive | | |
| | 234:22 | | committee, right? | | |
| | 234:23 | A. | Yes. | | |
| | 234:24 | Q. | So you were a member of the | | |
| | 234:25 | | executive committee at that time? | | |
| | 235:01 | | d'Estais | | |
| | 235:02 | A. | Yes, I was. | | |
| | 235:03 | Q. | And did you participate in that | | |
| | 235:04 | | meeting where the decision was made? | | |
| | 235:05 | A. | Probably, yes. I can't remember | | |
| | 235:06 | | the specific discussion, but there was a | | |
| | 235:07 | | number, and if I attended this Comex, I would | | |
| | 235:08 | | have been party to that, yes. | | |
| P353.1.6 | 235:09 | Q. | And Mr. Remy writes that this will | | |
| | 235:10 | | be done in two phases. The first will be | | |
| | 235:11 | | immediate cessation of US dollar payments, | | |
| | 235:12 | | right? | | |
| | 235:13 | A. | This is what's written on the | | |
| | 235:14 | | document, yes. | | |
| | 235:15 | Q. | And what's also written in that | | |
| | 235:16 | | then there would be a progressive cessation | | |
| | 235:17 | | of all other activity, correct? | | |
| | 235:18 | A. | Yes. | | |
| | 235:19 | Q. | And that would include letters of | | |
| | 235:20 | | credit and foreign currency payments; that | | |

*Handwritten annotation:* Sustained Fed. R Evid. 1002

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 235:21 | would happen more gradually, right? | | |
| | 235:22 A. | This is what's on the document, | | |
| | 235:23 | yes. | | |
| | 235:24 Q. | Do you know how long it took to | | |
| | 235:25 | stop all that other activity? | | |
| | 236:01 | d'Estais | | |
| | 236:02 A. | I do not know. | | |
| 242:25 - 243:08 | **D Estais, Jacques 2022-08-05** | | 00:00:18 | **DJ3.58** |
| ✎ | 242:25 Q. | If you look, you should now see | | Defs.' Objection: Defendants object |
| | 243:01 | d'Estais | | that Plaintiffs did not designate |
| 🔗 P190.1 | 243:02 | Exhibit 231, and 231 is BNPP-KASHEF-00012026 | | 232:21-236:2 and 243:8-246:1; |
| Defs.' Objection to PX: | 243:03 | through 28. Please tell me when you can see | | 246:6-20 on July 31, 2025 (the agreed |
| | 243:04 | that document. | | upon deadline by both parties for |
| Relevance (401/402) | 243:05 | (Exhibit 231, E-mail dated 5/29/07, | | submitting deposition designations), |
| Unfair Prejudice (403) | 243:06 | Bates Nos. BNPP-KASHEF-00012026 through | | nor did they recommend its inclusion |
| *Overruled* | 243:07 | BNPP-KASHEF-00012028, marked for | | in the final joint pre-trial order on |
| | 243:08 | identification, this date.) | | August 28 (See Dkt. 934-3). |
| 243:09 - 245:22 | **D Estais, Jacques 2022-08-05** | | | **DJ3.59** |
| | 243:09 A. | It is, the -- okay. | | Defendants object to the extremely |
| 🔗 P190.1.1 | 243:10 Q. | It's 231, the exhibit. Do you see | | designation of additional testimony. |
| | 243:11 | it? | | Plaintiffs have refused to withdraw. |
| | 243:12 A. | 231, yes I can see it. | | Defendants maintain that unilaterally |
| | 243:13 Q. | This is an e-mail that you received | | adding testimony 49 days after the |
| | 243:14 | on May 29th of 2007, correct? | | agreed upon deadline is untimely, |
| | 243:15 A. | Yes. | | improper, and prejudicial. |
| | 243:16 Q. | And the e-mail is from NPR-E33, who | | |
| | 243:17 | we understand is Mr. Remy, correct? | | Defendants object that the designated |
| | 243:18 A. | You told me that. I don't know. I | | testimony concerns meetings the |
| | 243:19 | don't have the table to connect numbers and | | witness did not participate in and |
| | 243:20 | names. | | emails he did not remember. |
| | 243:21 Q. | We understand from your counsel | | |
| | 243:22 | that that's Mr. Remy. | | Defendants also lodge the following |
| | 243:23 | So Mr. Remy forwarded you an e-mail | | objections to these lines: |
| | 243:24 | from someone else whose name has been | | |
| | 243:25 | redacted here; do you see that? | | Hearsay (801) |
| | 244:01 | d'Estais | | Lacks Foundation and Calls for |
| | 244:02 A. | I'm a bit confused with the top of | | Speculation (602/701) |
| | 244:03 | the page. NPR-E33 is Dominique Remy, is it? | | Relevance (401/402) |
| | 244:04 Q. | Yes. And NPR-E49 is | | Subsequent Remedial Measures (407) |
| | 244:05 | Mr. Levy-Garboua. | | Vague and Misleading, Unfair |
| | | | | Prejudice (403); Pls.' Response: No |
| | | | | prejudice to Defendants |
| | | | | *Overruled* |

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 244:06  A.  Okay. | | |
| | 244:07  Q.  So Mr. Remy is forwarding you an | | |
| | 244:08  e-mail and also forwarding it to | | |
| | 244:09  Mr. Levy-Garboua? | | |
| | 244:10  A.  Okay. | | |
| | 244:11  Q.  Do you know, by the way, who | | |
| | 244:12  authored the e-mail that Mr. Remy is | | |
| | 244:13  forwarding? | | |
| | 244:14  A.  Can you repeat the question to make | | |
| | 244:15  sure I understood what the question is? | | |
| | 244:16  Sorry. | | |
| | 244:17  Q.  Do you know who it is who's written | | |
| | 244:18  this e-mail at the bottom of the chain? | | |
| | 244:19  A.  Who is Mr. VPR -- no, I don't. I | | |
| | 244:20  don't even -- I can't see who signed the | | |
| | 244:21  first e-mail, actually. | | |
| | 244:22  Q.  It's redacted there. | | |
| | 244:23  A.  I don't know. | | |
| | 244:24  Q.  Okay.  And the subject is "SD," do | | |
| | 244:25  you see that? | | |
| | 245:01  d'Estais | | |
| | 245:02  A.  Yes. | | |
| | 245:03  Q.  Do you understand that to mean | | |
| | 245:04  Sudan? | | |
| | 245:05  A.  I think, in the context of this | | |
| | 245:06  e-mail, you can assume that it means Sudan, | | |
| | 245:07  yes. | | |
| 🔗 P190.1.2 | 245:08  Q.  And the author writes that he | | |
| | 245:09  managed to contact the governor of a Sudanese | | |
| | 245:10  bank, do you see that? | | |
| | 245:11  A.  Yes. | | |
| | 245:12  Q.  And the author had called the bank | | |
| | 245:13  governor to communicate BNPP's decision to | | |
| | 245:14  withdraw from Sudan? | | |
| | 245:15  A.  It is what is written on this | | |
| | 245:16  document, yes. | | |
| | 245:17  Q.  And according to this document, his | | |
| | 245:18  e-mail, he mentioned the political reasons | | |
| | 245:19  for the withdrawal, do you see that? | | |
| | 245:20  A.  "Political" is in brackets, yes. | | |
| | 245:21  Q.  What do you -- well, do you what | | |

*Sustained* (handwritten annotation with bracket marking lines 244:11–244:23)

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 245:22  those political reasons were? | | |
| 245:24 - 246:02 | **D Estais, Jacques 2022-08-05** | 00:00:07 | **DJ3.60** |

245:24 Q. What do you understand the reasons
245:25    to have been for BNPP's withdrawal from
246:01    d'Estais
246:02    Sudan?

Defs.' Objection: Defendants object that Plaintiffs did not designate 232:21-236:2 and 243:8-246:1; 246:6-20 on July 31, 2025 (the agreed upon deadline by both parties for submitting deposition designations), nor did they recommend its inclusion in the final joint pre-trial order on August 28 (See Dkt. 934-3).

| 246:06 - 246:20 | **D Estais, Jacques 2022-08-05** | 00:00:50 | **DJ3.61** |

246:06 Q. Is that how you would describe
246:07    BNPP's reasons for withdrawing from Sudan, as
246:08    political reasons?
246:09 A. It's not what I would have said.
246:10 Q. Why is it not what you would have
246:11    said?
246:12 A. Because I would have, the decision
246:13    was taken by the -- the management of ECEP
246:14    and the group Comex, and the decision taken
246:15    based on the previous document doesn't say
246:16    it's for political reasons. So I wouldn't
246:17    have said, invented something like that. I
246:18    would have stuck to the reasons for the
246:19    decision of the group Comex which, again, do
246:20    not specify for particular reasons.

Defendants object to the untimely designation of additional testimony. Plaintiffs have refused to withdraw. Defendants maintain that unilaterally adding testimony 49 days after the agreed upon deadline is untimely, improper, and prejudicial.

Defendants object that the designated testimony concerns meetings the witness did not participate in and emails he did not remember.

Defendants also lodge the following objections to these lines:
Hearsay (801)
Lacks Foundation and CDU (602)
Speculation (602/701)
Relevance (401/402)
Subsequent Remedial Measures (407)
Vague and Misleading, Unfair Prejudice (403); Pls.' Response: No prejudice to Defendants **overruled**

| 254:14 - 254:21 | **D Estais, Jacques 2022-08-05** | 00:00:33 | **DJ3.62** |

254:14 Q. So even though the decision had
254:15    been made in May 2007 to organize a plan for
254:16    stopping to do business in the country, for
254:17    all the reasons that were laid out in that
254:18    analysis, including the situation in Darfur,
254:19    that didn't compel you or others at the bank
254:20    to want to end all business immediately, did
254:21    it?

Defs.' Objection: Argumentative and Compound (611) Unfair Prejudice (403) Calls for Speculation (602/701) **overruled**

| 254:23 - 255:13 | **D Estais, Jacques 2022-08-05** | 00:00:46 | **DJ3.63** |

254:23 A. The proposition made by
254:24    Levy-Garboua, head of compliance, it was to
254:25    stop the dollar business, as we could see
255:01    d'Estais
255:02    from the extract that you showed us early on,
255:03    to stop doing the business in dollars and
255:04    have it gradually phase out euros. And this

Defs.' Objection: Argumentative and Compound (611) Unfair Prejudice (403) Calls for Speculation (602/701) **overruled**

**DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 255:05   was the decision.  We followed his proposal, | | |
| | 255:06   at ECEP and at group level, as you could see | | |
| | 255:07   from the fact of the group Comex minutes. | | |
| | 255:08  Q.  And no one at the executive | | |
| | 255:09   committee in the course of this discussion | | |
| | 255:10   said, wait a minute.  If this country is | | |
| | 255:11   doing such terrible things, why would we do | | |
| | 255:12   it gradually, why wouldn't we get out | | |
| | 255:13   immediately?  No one said that? | | |
| 255:15 - 255:15 | **D Estais, Jacques 2022-08-05** | 00:00:03 | **DJ3.64** |
| | 255:15  A.  I have no recollection of that. | | |
| 272:16 - 272:18 | **D Estais, Jacques 2022-08-05** | 00:00:06 | **DJ3.65** |
| ☒ Clear | 272:16  Q.  Do you believe that you share any | | |
| | 272:17   responsibility for BNPP's admitted criminal | | |
| | 272:18   conduct? | | |
| 272:20 - 273:05 | **D Estais, Jacques 2022-08-05** | 00:00:27 | **DJ3.66** |
| | 272:20  A.  As the ultimate head of CIB, I do | | |
| | 272:21   have a share of such a responsibility, as we | | |
| | 272:22   discussed earlier on. | | |
| | 272:23  Q.  In connection with the government | | |
| | 272:24   investigation, BNPP conducted a disciplinary | | |
| | 272:25   review, correct? | | |
| | 273:01   d'Estais | | |
| | 273:02  A.  That is correct. | | |
| | 273:03  Q.  And a number of BNPP employees | | |
| | 273:04   received discipline? | | |
| | 273:05  A.  This is my understanding, yes. | | |
| 275:10 - 275:20 | **D Estais, Jacques 2022-08-05** | 00:00:30 | **DJ3.67** |
| | 275:10  Q.  Did you receive any discipline | | |
| | 275:11   yourself? | | |
| | 275:12  A.  My bonus was reduced. | | |
| | 275:13  Q.  How much -- by how much was your | | |
| | 275:14   bonus reduced? | | |
| | 275:15  A.  My recollection it was a | | |
| | 275:16   significant amount, maybe 50 percent, | | |
| | 275:17   something like that. | | |
| | 275:18  Q.  And what did that 50 percent bonus | | |
| | 275:19   reduction mean to you, in terms of how much | | |
| | 275:20   money you actually lost? | | |

Defs.' Objection: Argumentative and Compound (611)
Unfair Prejudice (403)
Calls for Speculation (602/701)

*Sustained*

Defs.' Objection: 255:16-18 and 272:20-273:5:
Relevance (401/402), Unfair Prejudice (403),
Calls for Speculation (602/701)
272:16-22: Relevance (401/402), Vague and
Misleading, Unfair Prejudice (403), Calls for
Speculation (602/701), Calls for Specialized
Knowledge/Legal Conclusion (701)

*Sustained*

Defs.' Objection: Relevance (401/402)
Unfair Prejudice (403)

*Sustained*

### DJ3 - D'Estais, Jacques deisgnaitons cut 09-17-25

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 275:22 - 275:25 | **D Estais, Jacques 2022-08-05** | 00:00:16 | **DJ3.68** |
| | 275:22  A.  This bonus reduction was decided by | | |
| | 275:23      Mr. Bonnafj.  I accepted it. | | |
| | 275:24  Q.  And -- well, how much was your | | |
| | 275:25      bonus in that year? | | |
| 276:06 - 276:11 | **D Estais, Jacques 2022-08-05** | 00:00:18 | **DJ3.69** |
| | 276:06  A.  My bonus, in these ages, was in the | | |
| | 276:07      region of around a half million euros. | Defs.' Objection: Relevance (401/402) | |
| | 276:08  Q.  So does that mean that the | Unfair Prejudice (403) | |
| | 276:09      discipline that you received was a penalty of | Subject to MIL on Evidence and | |
| | 276:10      750,000 euros? | Argument Concerning BNPP's Financial | |
| | 276:11  A.  In the region of, yes. | Condition. | |

Sustained

| | | |
|---|---|---|
| Kashef Designations | 00:43:14 | |
| BNP Counters | 00:11:04 | |
| **TOTAL RUN TIME** | **00:54:17** | |

Documents linked to video:

P162

P190

P353