UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF, et al., *Plaintiffs*, -against - BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP. (f/k/a BNP PARIBAS NORTH AMERICA, INC.), *Defendants.* | No. 1:16-cv-03228-AKH-JW Hon. Alvin K. Hellerstein |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ADMIT AUTHENTICATED DOCUMENTS AS OPPOSING PARTY'S STATEMENTS AND OFFER OF PROOF**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of Maxim Price, exhibits attached thereto, and all of the prior pleadings and proceedings in this action, Plaintiffs, through their undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, on such date as the Court will determine, at 500 Pearl Street, New York, New York 10007, for an Order admitting 16 documents attached to the Declaration of Maxim Price as evidence in the ongoing Trial.

Dated: September 26, 2025                                Respectfully submitted,

*/s/ Kathryn Lee Boyd*                                   */s/ Michael D. Hausfeld*
Kathryn Lee Boyd                                         Michael D. Hausfeld
David L. Hecht                                           Scott A. Gilmore
Maxim Price                                              Amanda E. Lee-DasGupta
Michael Eggenberger                                      Claire A. Rosset
HECHT PARTNERS LLP                                       Mary S. Van Houten Harper
125 Park Avenue, 25th Floor                              Percy Metcalfe
New York, NY 10017                                       HAUSFELD LLP
(646) 502-9515                                           1200 17th Street, Suite 600
lboyd@hechtpartners.com                                  Washington, DC 20036
dhecht@hechtpartners.com                                 (202) 540-7200

mprice@hechtpartners.com
meggenberger@hechtpartners.com

Kristen Nelson
HECHT PARTNERS LLP
2121 Avenue of the Stars
Los Angeles, CA 90067
(646) 490-2408
knelson@hechtpartners.com

Greg G. Gutzler
Carrie A. Syme
DICELLO LEVITT LLP
485 Lexington Ave., Ste 1001
New York, NY 10017
(646) 933-1000
ggutzler@dicellolevitt.com
csyme@dicellolevitt.com


Kenneth P. Abbarno
Mark A. DiCello
Robert F. DiCello
DICELLO LEVITT LLP
8160 Norton Parkway, Third Floor
Mentor, Ohio
(440) 953-8888
kabbarno@dicellolevitt.com
mdicello@dicellolevitt.com
rfdicello@dicellolevitt.com

Adam J. Levitt
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
(312) 214-7900
alevitt@dicellolevitt.com

*Co-Counsel for Plaintiffs*

mhausfeld@hausfeld.com
sgilmore@hausfeld.com
alee@hausfeld.com
crosset@hausfeld.com
mvanhouten@hausfeld.com
pmetcalfe@hausfeld.com

James D. Gotz
HAUSFELD LLP
One Marina Park Dr., Suite 1410
Boston, MA 02210
(617) 207-0660
jgotz@hausfeld.com


Cyril V. Smith
ZUCKERMAN SPAEDER LLP (Baltimore)
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444
csmith@zuckerman.com


Aitan D. Goelman
ZUCKERMAN SPAEDER LLP (DC)
1800 M Street, Suite 1000
Washington, DC 20036
(202) 778-1996
agoelman@zuckerman.com