**GIBSON DUNN**

Barry H. Berke
Partner
T: +1 212.351.3860
M: +1 917.543.4823
bberke@gibsondunn.com

September 28, 2025

VIA ECF

Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:   *Kashef v. BNP Paribas S.A.*, No. 16 Civ. 3228

Dear Judge Hellerstein:

We write to provide an update to the Court regarding the plans for Tuesday, and to request that we not sit for the scheduled half-day of trial on Wednesday, October 1.

The parties have agreed to stipulate to the admissibility of PX 60, PX 84, and PX 207. As a result, Plaintiffs no longer intend to call Philippe Maillard in their case in chief on Tuesday. Instead, Plaintiffs intend to rest after the Court resolves the admissibility of the unsponsored documents that were the subject of Plaintiffs' September 26 motion (ECF 974), as well as the admissions raised in Plaintiffs' letter of today (ECF 976).

As we previously indicated, following the close of Plaintiffs' case and Defendants' Rule 50 motion, Defendants plan to call BNP Paribas' Chief Operating Officer, Philippe Maillard, as their first witness. We anticipate his testimony should last until the afternoon on Tuesday.

Based on the concerns we raised last week, we unfortunately are facing challenges with having additional witnesses to testify after Mr. Maillard on Tuesday and on Wednesday. Pursuant to the parties' agreement to identify exhibits for witnesses that will be called 48 hours in advance, Plaintiffs had identified exhibits on September 15 for Suliman Baldo, their expert

**GIBSON DUNN**

September 28, 2025
Page 2

witness on Sudanese human rights violations, who we anticipated would provide lengthy testimony on direct and cross-examination. Plaintiffs also identified their medical experts Drs. Barry Rosenfeld and Allen Keller as expected witnesses. In addition, Plaintiffs indicated they were considering calling the ex-wife of Plaintiff Turjuman Turjuman and the wife of Plaintiff Abulgasim Abdalla.

We have extensive email communications with Plaintiffs going back to last weekend, where we had told Plaintiffs that we need to know their remaining witnesses so we could make travel plans for our witnesses to fly to New York City from London, Paris, and other locations. Throughout last week, Mr. Abbarno assured us each day that Plaintiffs' team was meeting after court, and he would tell us their remaining witnesses that night so we could plan accordingly. Each night, the promise was not met, and we continued to tell him that we needed to know whether we had to arrange for our witnesses to be in town to testify for Friday, October 3 (when that was still a scheduled trial day) or Monday, October 6. Mr. Abbarno never told us that they may rest as soon as Tuesday or to ignore the exhibits noticed for the anticipated expert, Mr. Baldo. Indeed, in court on Friday, Mr. Abbarno said that they may have as many as four additional witnesses, or as few as one witness. It was not until the end of the day on Friday that Mr. Abbarno first told us that Plaintiffs will rest on Tuesday.

For these reasons, we respectfully request that we not sit for the scheduled half-day of court on Wednesday to give our witnesses sufficient time to travel to New York for their anticipated testimony.

**GIBSON DUNN**

September 28, 2025
Page 3

Thank you for your consideration.

Respectfully submitted,

Barry H. Berke
GIBSON, DUNN AND CRUTCHER LLP