

8160 NORTON PARKWAY   THIRD FLOOR   MENTOR, OHIO  44060

KENNETH ABBARNO
KABBARNO@DICELLOLEVITT.COM
440.953.8888

September 29, 2025

<u>VIA CM/ECF</u>

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, Courtroom 14D
New York, NY 1007-1312

      Re:    *Kashef, et al., v. BNP Paribas SA,* **No. 16-cv-3228 (AKH),**
             **Plaintiffs' Response to Defendants' September 28, 2025 Letter (978)**

Dear Judge Hellerstein:

      Plaintiffs' counsel informed Defendants' counsel on Friday, September 26, that Plaintiffs would be concluding their case on Tuesday, September 30. There is no excuse for Defendants to not be prepared, and certainly no reason to blame Plaintiffs for Defendants' claimed inability to present their case.

      Plaintiffs have done their best to pare the case down so as not to waste the Court's and the jury's time. Indeed, I exchanged emails with counsel on September 10, 12, 13, 15, 21, 23, 24, 25, and 26 regarding witness order. Also, counsel have been engaged in numerous in-person and telephonic conferences regarding witness order. In addition, I spoke with counsel on the evening of September 25 and advised that we had not yet determined what additional witnesses we would call at that time and explained that an answer would be provided on September 26. As this Court is aware, the witness timeline evolved, and I continued to communicate that in real time to defense counsel. On Friday, September 26, I said in open court that we would advise defense counsel by the end of the day what our intention was with respect to the remaining witnesses. We did exactly that.

In that email, I stated that we would not be calling any witnesses other than Defendants' witness, Mr. Maillard. A copy of that email is attached for reference.

There is simply no reason for blaming Plaintiffs' counsel for the supposed need to cancel the October 1 proceedings. In fact, this would delay the proceedings and needlessly extend this jury's service time.

Respectfully submitted,

*Kenneth P. Abbarno*

Kenneth Abbarno

Attachment

**Elena Hauck**

| | |
|---|---|
| **From:** | Kenneth Abbarno |
| **Sent:** | Friday, September 26, 2025 5:00 PM |
| **To:** | Berke, Barry H. |
| **Subject:** | RE: Kashef v. BNPP - Witnesses for the Upcoming Week |

Barry,

We are still planning to call Mr. Maillard on Tuesday on Tuesday. We would agree not to call Mr. Maillard if the defendants agree not oppose the admission of certain exhibits which we will identify to you shortly.

No other witnesses, other than Mr. Mailliard as noted above, will be called by Plaintiffs on Tuesday, however, before Plaintiffs rest we need to deal with the admission of the unsponsored documents, RFAs, any other exhibit items and any other housekeeping items.



Kenneth Abbarno
Partner

**DICELLO LEVITT LLP**

440.953.8888

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Kenneth Abbarno
**Sent:** Thursday, September 25, 2025 9:03 PM
**To:** Berke, Barry H. <BBerke@gibsondunn.com>
**Subject:** RE: Kashef v. BNPP - Witnesses for the Upcoming Week

Barry,

As of tonight, we can let you know that we have decided that we will not be calling Clara Tabor, Asha Arbab Matar and Robert Williams.

Will Mr. Maillard be available first thing Tuesday morning for testimony?

As with today we will provide you with a further update after trial tomorrow.



Kenneth Abbarno
Partner

**DICELLO LEVITT LLP**

1

440.953.8888

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Berke, Barry H. <BBerke@gibsondunn.com>
**Sent:** Thursday, September 25, 2025 8:28 PM
**To:** Kenneth Abbarno <kabbarno@dicellolevitt.com>
**Subject:** Re: Kashef v. BNPP - Witnesses for the Upcoming Week

Ken,

I'm following up for disclosure of plaintiffs' remaining witnesses as promised. Our witnesses are waiting to hear from us to make travel arrangements.

Barry

**Barry H. Berke**
Partner

T: +1 212.351.3860
BBerke@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Berke, Barry H. <BBerke@gibsondunn.com>
**Sent:** Wednesday, September 24, 2025 9:14:21 PM
**To:** Kenneth Abbarno <kabbarno@dicellolevitt.com>
**Subject:** Re: Kashef v. BNPP - Witnesses for the Upcoming Week

Ken,

We are trying to figure out how many other witnesses you are calling so we know if we need to arrange for witnesses to fly in for next Friday or the following Monday. Can you tell us. Thank you.

Barry

**Barry H. Berke**
Partner

T: +1 212.351.3860
BBerke@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

2

**From:** Kenneth Abbarno <kabbarno@dicellolevitt.com>
**Sent:** Wednesday, September 24, 2025 9:04:56 PM
**To:** Berke, Barry H. <BBerke@gibsondunn.com>
**Subject:** RE: Kashef v. BNPP - Witnesses for the Upcoming Week

Barry,

In looking at timing we believe Mr. Fogarty and Mr. Abdalla. That may take up tomorrow. If not, we would likely then play Cozine. Friday will be Mr. Cozine video and then Ms. Kashef. Our estimate at this point is the Ms. Kashef could continue until Tuesday. Thereafter Mr. Maillard will be the next witness. We are looking to see what the order will be after that understanding that next Wednesday will be a ½ day.  We will provide a further update tomorrow night as well.



Kenneth Abbarno
Partner

**DICELLO LEVITT LLP**

440.953.8888

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Berke, Barry H. <BBerke@gibsondunn.com>
**Sent:** Wednesday, September 24, 2025 1:53 PM
**To:** Kenneth Abbarno <kabbarno@dicellolevitt.com>
**Subject:** RE: Kashef v. BNPP - Witnesses for the Upcoming Week

Thanks Ken.

**Barry H. Berke**
Partner

T: +1 212.351.3860

BBerke@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Kenneth Abbarno <kabbarno@dicellolevitt.com>
**Sent:** Wednesday, September 24, 2025 1:51 PM
**To:** Berke, Barry H. <BBerke@gibsondunn.com>
**Subject:** RE: Kashef v. BNPP - Witnesses for the Upcoming Week

3

Barry,

I should have word for you later today.

Thanks for your patience.



Kenneth Abbarno
Partner

**DICELLO LEVITT LLP**

440.953.8888

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Berke, Barry H. <BBerke@gibsondunn.com>
**Sent:** Wednesday, September 24, 2025 12:59 PM
**To:** Kenneth Abbarno <kabbarno@dicellolevitt.com>
**Subject:** Re: Kashef v. BNPP - Witnesses for the Upcoming Week

Ken,

I'm following up again. We have to give guidance to our witnesses as to when they need to travel here. Thank you.

Barry

**Barry H. Berke**
Partner

T: +1 212.351.3860
BBerke@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Berke, Barry H. <BBerke@gibsondunn.com>
**Sent:** Tuesday, September 23, 2025 3:44:00 PM
**To:** Kenneth Abbarno <kabbarno@dicellolevitt.com>
**Subject:** Re: Kashef v. BNPP - Witnesses for the Upcoming Week

Ken,

I'm just following up on our discussion and your team meeting after court on Monday. After Fogarty and the plaintiffs, who will be next among the two doctors and Baldo (with Maillard also next week)? And will you be calling any other witnesses? We of course need to know so we can have our witnesses in town. Thanks.

4

Barry

**Barry H. Berke**
Partner

T: +1 212.351.3860
BBerke@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Kenneth Abbarno <kabbarno@dicellolevitt.com>
**Sent:** Sunday, September 21, 2025 4:30:28 PM
**To:** Berke, Barry H. <BBerke@gibsondunn.com>
**Subject:** RE: Kashef v. BNPP - Witnesses for the Upcoming Week

Barry,

Thank you. Anniversary weekend was nice.

Plan for tomorrow is the videos and Fogarty. We do not believe the videos fill up 10-1.

Thursday and Friday are the Plaintiffs. Looking at the transcript of Turjaman, his testimony took a while and each of the remaining Plaintiffs may be double given that there will be the need for an interpreter.



Kenneth Abbarno
Partner

**DICELLO LEVITT LLP**

440.953.8888

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Berke, Barry H. <BBerke@gibsondunn.com>
**Sent:** Sunday, September 21, 2025 8:55 AM
**To:** Kenneth Abbarno <kabbarno@dicellolevitt.com>
**Subject:** Kashef v. BNPP - Witnesses for the Upcoming Week

Good morning Ken. I hope the anniversary celebration has been good.

I wanted to check in about the witness schedule for this week. I understand the plan for tomorrow is to play two videos until we are done.  For Thursday and Friday, is your plan still to call the other two plaintiffs?  And who would be the additional witness(es)?  Thanks.

5

Let me know if you want a brunch recommendation for this morning.

Barry

**Barry H. Berke**
Partner

T: +1 212.351.3860

BBerke@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.