UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF *et al.*,<br><br>                              Plaintiffs,<br><br>         -against-<br><br>BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP.,<br><br>                              Defendants. | No. 16 Civ. 3228 (AKH)<br><br>Hon. Alvin K. Hellerstein |

### NOTICE OF DEFENDANT BNP PARIBAS S.A.'S
### RULE 50(A) MOTION FOR JUDGMENT AS A MATTER OF LAW

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of Defendant BNP Paribas S.A.'s ("BNPP") Rule 50(a) Motion for Judgment as a Matter of Law, dated October 10, 2025, and upon the prior pleadings and proceedings herein, BNPP, by and through its undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom 14D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined, for judgment as a matter of law as to all Plaintiffs and all claims.

Dated: New York, New York                                           Respectfully submitted,

October 10, 2025

<div style="display: flex;">

*/s/ Barry H. Berke*  
Barry H. Berke  
Dani R. James  
Michael Martinez  
Matt Benjamin  
David P. Salant  

GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
New York, New York 10166  
T: (212) 351-4000  
bberke@gibsondunn.com  
djames@gibsondunn.com  
mmartinez2@gibsondunn.com  
mbenjamin@gibsondunn.com  
dsalant@gibsondunn.com  

*/s/ Carmine D. Boccuzzi, Jr.*  
Carmine D. Boccuzzi, Jr.  
Abena Mainoo  

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
One Liberty Plaza  
New York, New York 10006  
T: (212) 225-2000  
cboccuzzi@cgsh.com  
amainoo@cgsh.com  

*Counsel for Defendant BNP Paribas S.A.*

</div>

2