UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ENTESAR OSMAN KASHEF, ABULGASIM SULEMAN ABDALLA, and TURJUMAN ADAM,

       Plaintiffs,

-against-

BNP PARIBAS S.A.

       Defendant.

------------------------------------------------------------ x

**VERDICT SHEET**

16 Civ. 3228 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

1. Has Plaintiff Entesar Osman Kashef proved by a preponderant likelihood that Defendant BNP Paribas S.A. is liable to Plaintiff Entesar Osman Kashef?

    Yes __✓__   No _____

    (a) If so, how much do you award Plaintiff Entesar Osman Kashef in damages?

    $ __7,300,000__

2. Has Plaintiff Abulgasim Abdalla proved by a preponderant likelihood that Defendant BNP Paribas S.A. is liable to Plaintiff Abulgasim Abdalla?

    Yes __✓__   No _____

    (a) If so, how much do you award Plaintiff Abulgasim Abdalla in damages?

    $ __6,700,000__

**PROCEED TO NEXT PAGE**

3. Has Plaintiff Turjuman Ramadan Turjuman proved by a preponderant likelihood that Defendant BNP Paribas S.A. is liable to Plaintiff Turjuman Ramadan Turjuman?

    Yes __✓__ No _____

    (a) If so, how much do you award Plaintiff Turjuman Ramadan Turjuman in damages?

    $ __6,750,000__

You have reached a verdict. The jury foreperson should sign and date this form and advise the court security person only that a verdict has been reached. Do not tell them the verdict or give them the verdict sheet. You will be called into court to read the verdict and produce the verdict sheet.

__[signature]__
Signature of foreperson

__10/17/25__
Date

**END OF FORM**