UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ENTESAR OSMAN KASHEF, ABULGASIM
SULEMAN ABDALLA, and TURJUMAN
ADAM,

                              Plaintiffs,                    16 **CIVIL** 3228 (AKH)

     -against-                                          **JUDGMENT**

BNP PARIBAS S.A.,

                              Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Alvin K. Hellerstein, United States District Judge, Plaintiff Entesar Osman Kashef has judgment in the amount of $7,3000,000.00 as against the defendant BNP Paribas S.A.; Plaintiff Abulgasim Abdalla has judgment in the amount of $6,700,000.00 as against the defendant BNP Paribas S.A.; Plaintiff Turjuman Ramadan Turjuman has judgment in the amount of $6,750,000.00 as against the defendant BNP Paribas S.A, with costs to be taxed by the Clerk.

DATED: New York, New York
            October **22** , 2025

                                                               **TAMMI M. HELLWIG**

So Ordered:                                              **Clerk of Court**

*/s/ Alvin K. Hellerstein*              BY:   *K. Mango*

U.S.D.J.                                                **Deputy Clerk**