UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ENTESAR OSMAN KASHEF et al.,                :
                                                                          :
                                Plaintiffs,       :       **ORDER REGULATING**
     -against-                                                  :       **PROCEEDINGS**
                                                                          :
BNP PARIBAS SA,                                           :       16 Civ. 3228 (AKH)
                                                                          :
                            Defendant.       :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On October 17, 2025, the jury issued a verdict in this proceeding. Thereafter the following deadlines were set for the parties: Motions for a new trial or for a judgment as a matter of law pursuant to Rule 50 of the Fed. R. Civ. Pro. shall be filed by November 14, 2025. Any opposition by December 5, 2025. Any reply shall be submitted by December 19, 2025. The parties shall appear in-person on January 7, 2026, at 11:00 a.m. in Courtroom 14D.

        No later than January 5, 2026, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    October 24, 2025                /s/ Alvin K. Hellerstein
             New York, New York         ALVIN K. HELLERSTEIN
                                                      United States District Judge