UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF, et al., *Plaintiffs*, -against- BNP PARIBAS S.A., *Defendant*. | No. 1:16-cv-03228-AKH-JW<br><br>Hon. Alvin K. Hellerstein |

## PLAINTIFFS' NOTICE OF MOTION FOR PREJUDGMENT INTEREST AND CORRECTION OF CLERICAL ERROR

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all the prior pleadings and proceedings in this action, Plaintiffs, through their undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, on such date as the Court will determine, at 500 Pearl Street, New York, New York 10007, for an Order adding prejudgment interest to the October 22, 2025 Judgment, pursuant to Swiss law, and correcting a clerical error.

Dated: October 27, 2025

Respectfully submitted,

*/s/ Kathryn Lee Boyd*
Kathryn Lee Boyd
David L. Hecht
Maxim Price
Michael Eggenberger
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
(646) 502-9515
lboyd@hechtpartners.com
dhecht@hechtpartners.com
mprice@hechtpartners.com

*/s/ Michael D. Hausfeld*
Michael D. Hausfeld
Scott A. Gilmore
Amanda E. Lee-DasGupta
Claire A. Rosset
Mary S. Van Houten Harper
Percy Metcalfe
HAUSFELD LLP
1200 17th Street, Suite 600
Washington, DC 20036
(202) 540-7200
mhausfeld@hausfeld.com

meggenberger@hechtpartners.com

Kristen Nelson
HECHT PARTNERS LLP
2121 Avenue of the Stars
Los Angeles, CA 90067
(646) 490-2408
knelson@hechtpartners.com

Greg G. Gutzler
Carrie A. Syme
DICELLO LEVITT LLP
485 Lexington Ave., Ste 1001
New York, NY 10017
(646) 933-1000
ggutzler@dicellolevitt.com
csyme@dicellolevitt.com

Kenneth P. Abbarno
Mark A. DiCello
Robert F. DiCello
DICELLO LEVITT LLP
8160 Norton Parkway, Third Floor
Mentor, Ohio
(440) 953-8888
kabbarno@dicellolevitt.com
mdicello@dicellolevitt.com
rfdicello@dicellolevitt.com

Adam J. Levitt
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
(312) 214-7900
alevitt@dicellolevitt.com

*Co-Counsel for Plaintiffs*

sgilmore@hausfeld.com
alee@hausfeld.com
crosset@hausfeld.com
mvanhouten@hausfeld.com
pmetcalfe@hausfeld.com

James D. Gotz
HAUSFELD LLP
One Marina Park Dr., Suite 1410
Boston, MA 02210
(617) 207-0660
jgotz@hausfeld.com

Cyril V. Smith
ZUCKERMAN SPAEDER LLP (Baltimore)
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444
csmith@zuckerman.com

Aitan D. Goelman
ZUCKERMAN SPAEDER LLP (DC)
1800 M Street, Suite 1000
Washington, DC 20036
(202) 778-1996
agoelman@zuckerman.com

## CERTIFICATE OF SERVICE

I certify that on October 27, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record.

*/s/ Michael D. Hausfeld*
Michael D. Hausfeld
