UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
ENTESAR OSMAN KASHEF et al.,                                   :
                                                               :
                                 Plaintiffs,                   :     ORDER REGULATING
                                                               :     PROCEEDINGS
            -against-                                          :
                                                               :     16 Civ. 3228 (AKH)
BNP PARIBAS SA,                                                :
                                                               :
                                 Defendant.                    :
-------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant presents allegations of unethical conduct in a letter dated October 30, 2025. Plaintiff presented opposition in a letter dated October 31, 2025. The matter will be heard on the existing papers on November 12, 2025, at 11:00 a.m., in Courtroom 14D. Defendant shall identify by page and line in transcript, in direct and cross examination, and other documents as necessary, information in connection with any claim of tainted testimony. The parties shall provide hard copies and emailed copies of relevant documents in advance of hearing.

        SO ORDERED.

Dated:    November 3, 2025              /s/ Alvin K. Hellerstein
           New York, New York        ALVIN K. HELLERSTEIN
                                         United States District Judge