**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ENTESAR OSMAN KASHEF, et al.,

      *Plaintiffs,*

      -against -

BNP PARIBAS S.A.,

      *Defendant.*

No. 1:16-cv-03228-AKH-JW

Hon. Alvin K. Hellerstein

~~[PROPOSED]~~ **ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE MOTION**
**FOR ATTORNEYS' FEES AND OTHER RELATED NONTAXABLE EXPENSES**

Upon consideration of Plaintiffs' Motion to Extend Time to File Motion for Attorneys' Fees and Other Related Nontaxable Expenses, dated November 3, 2025 (the "Motion"), it is hereby

**ORDERED:**

1. That Plaintiffs' Motion is **GRANTED**; and

2. That Plaintiffs' motion for attorneys' fees and related nontaxable expenses shall not be due until thirty (30) days after such a time as the United States Court of Appeals for the Second Circuit issues a mandate affirming the judgment in this class bellwether case.

**IT IS SO ORDERED.**

DATED:    November **4**, 2025
           New York, New York

_____
United States District Judge