UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP., <br><br> Defendants. | No. 16 Civ. 3228 (AKH) <br><br> Hon. Alvin K. Hellerstein |

### NOTICE OF DEFENDANT BNP PARIBAS S.A.'S MOTION TO REQUIRE ATTENDANCE OF WITNESSES TO PLAINTIFFS' COUNSEL'S MISCONDUCT AT EVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of Defendant BNP Paribas S.A.'s ("BNPP") Motion to Require Attendance of Witnesses to Plaintiffs' Counsel's Misconduct at Evidentiary Hearing, dated November 6, 2025, and upon the prior pleadings and proceedings herein, BNPP, by and through its undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom 14D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined, to require the attendance of attorneys who made witnessed or have relevant knowledge about the Hecht's firm's alleged misconduct at the November 12, 2025 evidentiary hearing (*see* ECF No. 1017).

1

Dated: New York, New York                                    Respectfully submitted,

November 6, 2025

<table>
<tr><td>

_/s/ Barry H. Berke_
Barry H. Berke
Dani R. James
Michael Martinez
Matt Benjamin
David P. Salant

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
T: (212) 351-4000
bberke@gibsondunn.com
djames@gibsondunn.com
mmartinez2@gibsondunn.com
mbenjamin@gibsondunn.com
dsalant@gibsondunn.com

</td><td>

_/s/ Carmine D. Boccuzzi, Jr._
Carmine D. Boccuzzi, Jr.
Abena Mainoo

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: (212) 225-2000
cboccuzzi@cgsh.com
amainoo@cgsh.com

_Counsel for Defendant BNP Paribas S.A._

</td></tr>
</table>