UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF, et al.,<br><br>*Plaintiffs*,<br><br>-against -<br><br>BNP PARIBAS S.A. and BNP PARIBAS US WHOLESALE HOLDINGS, CORP. (f/k/a BNP PARIBAS NORTH AMERICA, INC.),<br><br>*Defendants*. | No. 1:16-cv-03228-AKH-JW<br><br>Hon. Alvin K. Hellerstein |

### [PROPOSED] ORDER GRANTING MOTION TO STRIKE RESPONSE OF HAUSFELD LLP CONCERNING ALLEGATIONS AGAINST KATHRYN LEE BOYD

The Court, having considered the Motion to Strike Response of Hausfeld LLP Concerning Allegations Against Kathryn Lee Boyd ("Motion"), hereby GRANTS the Motion and ORDERS as follows:

1. ECF 1028 is stricken pursuant to Federal Rule of Civil Procedure 12(f) and this Court's inherent authority to strike any filing that is abusive or otherwise improper.

IT IS SO ORDERED.

Dated: November _____, 2025

_____
HON. ALVIN K. HELLERSTEIN
United States District Judge