**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ENTESAR OSMAN KASHEF, et al.,

     *Plaintiffs*,

     - against -

BNP PARIBAS, S.A.,

     *Defendant*.

No. 1:16-cv-03228-AKH-JW

Hon. Alvin K. Hellerstein

## NOTICE OF MOTION OF CO-LEAD CLASS COUNSEL MICHAEL D. HAUSFELD TO APPOINT ADAM LEVITT AS THIRD CO-LEAD CLASS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Michael D. Hausfeld, Co-Lead Class Counsel for Class Plaintiffs, submits this Motion to Appoint Adam Levitt of DiCello Levitt LLP as Third Co-Lead Class Counsel.

Dated: <u>November 14, 2025</u>

Respectfully submitted,

<u>/s/ Michael D. Hausfeld</u>
Michael D. Hausfeld
HAUSFELD LLP
1200 17th Street, Suite 600
Washington, DC 20036
(202) 540-7200
mhausfeld@hausfeld.com

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on November 14, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record.

*<u>/s/ Michael D. Hausfeld</u>*
Michael D. Hausfeld
