UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF *et al.*,<br><br>                 Plaintiffs,<br><br>-against-<br><br>BNP PARIBAS S.A.,<br><br>                 Defendant. | No. 16 Civ. 3228 (AKH)<br><br>Hon. Alvin K. Hellerstein |

**NOTICE OF DEFENDANT BNP PARIBAS S.A.'S
RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR,
ALTERNATIVELY, MOTION FOR A NEW TRIAL OR TO AMEND THE JUDGMENT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of Defendant BNP Paribas S.A.'s ("BNPP") Renewed Motion for Judgment as a Matter of Law, or Alternatively, Motion for a New Trial or to Amend the Judgment, dated November 14, 2025, and upon the prior pleadings and proceedings herein, BNPP, by and through its undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom 14D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined, for judgment as a matter of law in favor of BNPP as to all Plaintiffs and all claims, or alternatively, for a new trial or to amend the judgment.

1

Dated: New York, New York                                  Respectfully submitted,

November 14, 2025

| | |
|---|---|
| */s/ Barry H. Berke*<br>Barry H. Berke<br>Dani R. James<br>Michael Martinez<br>Matt Benjamin<br>David P. Salant<br><br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166<br>T: (212) 351-4000<br>bberke@gibsondunn.com<br>djames@gibsondunn.com<br>mmartinez2@gibsondunn.com<br>mbenjamin@gibsondunn.com<br>dsalant@gibsondunn.com | */s/ Carmine D. Boccuzzi, Jr.*<br>Carmine D. Boccuzzi, Jr.<br>Abena Mainoo<br><br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>T: (212) 225-2000<br>cboccuzzi@cgsh.com<br>amainoo@cgsh.com<br><br>*Counsel for Defendant BNP Paribas S.A.* |