UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF *et al.*,<br><br>                    Plaintiffs,<br><br>-against-<br><br>BNP PARIBAS S.A.,<br><br>                    Defendant. | No. 16 Civ. 3228 (AKH)<br><br>Hon. Alvin K. Hellerstein |

**NOTICE OF DEFENDANT BNP PARIBAS S.A.'S
MOTION FOR ENTRY OF FINAL JUDGMENT UNDER RULE 54(B)**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law in support of Defendant BNP Paribas S.A.'s ("BNPP") motion for entry of final judgment under Rule 54(b), dated November 14, 2025, and upon the prior pleadings and proceedings herein, BNPP will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom 14D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, by and through the undersigned counsel, on a date to be determined, for a ruling directing entry of final judgment under Rule 54(b) as to the October 22, 2025 judgment, ECF No. 1006, should this Court deny BNPP's Renewed Motion for Judgment as a Matter of Law or, Alternatively, Motion for a New Trial or to Amend the Judgment.

1

|  |  |
|---|---|
| Dated: New York, New York<br>November 14, 2025 | Respectfully submitted, |
| */s/ Barry H. Berke*<br>Barry H. Berke<br>Dani R. James<br>Michael Martinez<br>Matt Benjamin<br>David P. Salant<br><br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166<br>T: (212) 351-4000<br>bberke@gibsondunn.com<br>djames@gibsondunn.com<br>mmartinez2@gibsondunn.com<br>mbenjamin@gibsondunn.com<br>dsalant@gibsondunn.com | */s/ Carmine D. Boccuzzi, Jr.*<br>Carmine D. Boccuzzi, Jr.<br>Abena Mainoo<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>T: (212) 225-2000<br>cboccuzzi@cgsh.com<br>amainoo@cgsh.com<br><br>*Counsel for Defendant BNP Paribas S.A.* |