UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ENTESAR OSMAN KASHEF, et al., <br><br> *Plaintiffs*, <br><br> -against - <br><br> BNP PARIBAS S.A., <br><br> *Defendants*. | No. 1:16-cv-03228-AKH-JW <br><br> Hon. Alvin K. Hellerstein |

## NOTICE OF CROSS-MOTION OF PLAINTIFFS AND THE CLASS TO APPOINT KATHRYN LEE BOYD AND HECHT PARTNERS LLP AS SOLE CLASS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of David L. Hecht, exhibits attached thereto, Declaration of Kathryn Lee Boyd, exhibits attached thereto, Declaration of Michael Eggenberger, Declaration of Turjuman Turjuman, and all of the prior pleadings and proceedings in this action, Plaintiffs, through their undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, on such date as the Court will determine, at 500 Pearl Street, New York, New York 10007, for an Order appointing Kathryn Lee Boyd and Hecht Partners LLP as sole Class Counsel.

Dated: November 18, 2025

/s/ *Kathryn Lee Boyd*
Kathryn Lee Boyd
David L. Hecht
Maxim Price
Michael Eggenberger
Lori Feldman
Michael Liskow
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
(646) 502-9515

lboyd@hechtpartners.com
dhecht@hechtpartners.com
mprice@hechtpartners.com
meggenberger@hechtpartners.com
lfeldman@hechtpartners.com
mliskow@hechtpartners.com

Kristen Nelson
HECHT PARTNERS LLP
2121 Avenue of the Stars
Los Angeles, CA 90067
(646) 490-2408
knelson@hechtpartners.com

*Co-Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This will certify that a true and accurate copy of the foregoing has been served via ECF, on this **18th day of November 2025,** to all parties of record.

>  */s/ Kathryn Lee Boyd*
>  Kathryn Lee Boyd