UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF, et al., *Plaintiffs*, -against - BNP PARIBAS S.A., *Defendans*. | No. 1:16-cv-03228-AKH-JW  Hon. Alvin K. Hellerstein |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION TO APPOINT KATHRYN LEE BOYD AND HECHT PARTNERS LLP**
**AS SOLE CLASS COUNSEL**

The Court, having received Plaintiffs' Motion to appoint Kathryn Lee Boyd and Hecht Partners LLP as Class Counsel for Plaintiffs in the above-captioned case, and having considered all papers submitted in connection with the Motion, and the Court finding it appropriate under Rule 23(g) to modify the leadership structure of Class Counsel, it is hereby:

**ORDERED, ADJUDGED, AND DECREED as follows:**

1. **Appointment of Class Counsel.**

Attorney Lee Boyd ("Boyd") and her law firm Hecht Partners LLP ("HP") are hereby appointed as Class Counsel for Plaintiffs ("Class Counsel").

2. **Authority of Class Counsel.**

Class Counsel shall have full authority and responsibility to set litigation policy for Plaintiffs and the Class; direct, supervise, and coordinate the work of all Plaintiffs' counsel (including "Special Counsel" as defined herein); and negotiate any settlement, subject to approval

1

by the Plaintiffs and the Court. Any agreement reached between Class Counsel and counsel for Defendants shall be binding on all Plaintiffs' counsel and Special Counsel.

    3. **Power and Responsibilities of Class Counsel**.

Class Counsel shall have the authority to:

    a. coordinate and direct the preparation of pleadings, including any appeals;

    b. coordinate and direct briefing and argument of all motions, including any appeals;

    c. coordinate and direct discovery and all pre-trial, trial, and post-trial proceedings;

    d. coordinate the selection of counsel to act as spokesperson at Court conferences and serve as the primary contact with the Plaintiffs and Class Representatives;

    e. convene meetings of Special Counsel as necessary and appropriate;

    f. conduct all settlement negotiations with counsel for Defendants;

    g. coordinate and direct trial preparation and trial, including assigning tasks to Special Counsel as appropriate; and

    h. coordinate and direct all other matters relating to the prosecution or resolution of this certified class action.

    4.    **Modification of Prior Leadership Appointments.**

Hausfeld LLP and Michael Hausfeld are removed from their prior roles as Class Counsel. Going forward, Hausfeld LLP shall serve solely as Special Counsel in this litigation.

    5.    **Appointment of DiCello Levitt as Special Counsel.**

DiCello Levitt shall serve as Special Counsel and Co-Trial Counsel, assisting Class Counsel at trial and in other matters as assigned by Class Counsel, with approval from the class representatives chosen for trial.

6. **Appointment of Zuckerman Spaeder LLP as Special Counsel.**

The law firm of Zuckerman Spaeder LLP shall serve as Special Counsel.

7. **Meetings and Participation of Special Counsel.**

Class Counsel shall schedule and hold regular meetings with Special Counsel to provide work assignments, receive updates, and discuss litigation strategy.

- **Invitations for Special Counsel to all such meetings shall be mandatory**; and
- **Special Counsel's timely attendance and good-faith, collegial participation is required** unless excused by Class Counsel for good cause.

This structure ensures accountability while permitting efficient decision-making.

8. **Assistance from Special Master or the Court.**

Class Counsel may seek the assistance of Special Master Capra or the Court as necessary to resolve disputes, enforce this Order, or promote the efficient administration of this litigation.

Dated: November ___, 2025
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge