Gutzler Decl.

# EXHIBIT 1

# Greg Gutzler

| | |
|---|---|
| **From:** | David Hecht <dhecht@hechtpartners.com> |
| **Sent:** | Wednesday, June 18, 2025 8:24 AM |
| **To:** | Mark DiCello; Greg Gutzler |
| **Cc:** | Lee Boyd; Maxim Price |
| **Subject:** | DL/HP - Next steps |
| **Attachments:** | 2025.05.20 - Transcipt (Status Conference).pdf |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Completed |

Mark, Greg, thanks for the call yesterday.  Lee and I are excited, and we'd like to proceed with some focus groups with you.

As I mentioned to Greg, the Court has made clear the upcoming trial is NOT a class trial:

*THE COURT: This is not a class action trial; this is
a trial of three individuals. And I'm going to determine, with
the jury, the rights of these three individuals. And then how
that affects others will be a subject of later discussion.*

The transcript is attached.  We see this as a potential opening for your inclusion (we've also used the narrowing as the rationale to sideline Danya's firm, given their great up-front expense).

If this case is settled as a partial class / partial mass tort (on the ~10k opt-ins for non-class enhanced damages), we'd be entitled our share 1/3 of the mass tort component according to our engagement agreements.  We were supposed to split that amount with Hausfeld under a co-counsel agreement, but we've recently declared a breach of the agreement and the old man has not, and will not, take any steps to cure the breach.

We also have POAs for all the representatives, including the three plaintiffs.  Notwithstanding the POAs, the plaintiffs have explicitly stated that they want Lee to represent them.  This is now their case.

We also welcome your thoughts about how the refocus of trial to the three plaintiffs opens the door to your involvement, and how we might structure it.

**David L. Hecht**
Hecht Partners LLP

125 Park Ave. 25th Floor
New York, NY 10017
E: dhecht@hechtpartners.com
P: (212) 851-6821
C: (646) 266-8753

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.