UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

ENTESAR OSMAN KASHEF ET AL.,                        :
                                                    :
                          Plaintiffs,               :    **ORDER REGULATING**
                                                    :    **PROCEEDINGS**
              -against-                              :
                                                    :
BNP PARIBAS S.A.,                                   :    16 Civ. 3228 (AKH)
                                                    :
                          Defendant.                :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The pending motions by each class counsel to disqualify the other shall be heard December 4, 2025, 10:30 am, in Courtroom 14D, 500 Pearl Street, NYC 10007.

By noon, December 2, 2025, class counsel separately shall produce to the court for *in camera* inspection:

1.  All agreements and memoranda of understanding between them;
2.  All agreements with third parties based on, or involving, the financing of, or investments in, the class litigation;
3.  All retainer and fee agreements, and all powers of attorney, with plaintiffs and with members of the class; and
4.  An estimate of their total fees and expenses thus far incurred.

         SO ORDERED.

Dated:      November 26, 2025                    /s/ Alvin K. Hellerstein
            New York, New York                   ALVIN K. HELLERSTEIN
                                                 United States District Judge