December 2, 2025

**V**IA **E**MAIL AND **ECF**
Professor Daniel Capra
Fordham Law School
150 West 62nd Street
New York, New York 10023
dcapra@law.fordham.edu

      Re:    *Kashef v. BNP Paribas S.A.*, No. 16-cv-3228 (AKH) (JW)

Dear Special Master Capra,

      Co-Lead Class Counsel Kathryn Lee Boyd and Michael D. Hausfeld respectfully recommend three plaintiffs from among the remaining 16 Class Representatives,[1] listed below,[2] for the second trial of individual Class Representatives in 2026 ("Second Trial Recommended Representatives").

      The Court's selection process will provide representatives who can establish facts crucial to both their individual case-in-chief and the class's overarching claims against BNPP. They are percipient witnesses to the campaign that engendered a reasonable fear of persecution that forcibly displaced the members of the class and caused individual personal injuries.

      We submit the following three individuals:

      ***Fatima Abdelrahman*** (chosen as an alternate by the Court for the first trial)

      ***Nyanriak Tingloth***

      ***Hamdan Juma Abakar*** (chosen as an alternate by the Court for the first trial)

      We believe the Second Trial Recommended Representatives are the strongest choices to advance both the individual and, if necessary, the common class claims through the current trial structure. These Recommended Representatives are a reflection of the broad spectrum of tribes, ethnic groups, and geographic regions from which the class is drawn and will foster cohesion within the class.

---

[1] Should BNPP renew its request to select plaintiffs from outside the 16 remaining Class Representatives, or again seek to exercise sole selection authority, *see, e.g.*, ECF No. 641, that request should be rejected as running contrary to the Court's directives, undermining judicial economy, and violating Federal Rule of Civil Procedure 23.

[2] For the Court's convenience, Exhibit A to this letter reattaches the two-page summaries for the three, Second Trial Recommended Representatives, and also enclosed as a separate file, are the two-page summaries for all remaining 16 Class Representatives.

Special Master Daniel Capra
December 2, 2025
Page 2

Respectfully submitted,

Kathryn Lee Boyd                                    Michael D. Hausfeld

CC:    Hon. Alvin K. Hellerstein
       Counsel of Record

Enclosure (via e-mail)

# EXHIBIT A

5. **Fatima Abdelrahman**

| Summary | |
|---|---|
| **Gender** | Female |
| **Ethnicity** | Fur |
| **Religion** | Muslim |
| **Refugee Status** | Refugee (Principal Applicant) |
| **Timeframe of Harm(s)** | 2003-2005 |
| **Location of Harm(s)** | Darfur; Khartoum |
| **Type of Harm(s)** | Village Attack; Assault; Sexual Assault; Arrest/Detention; Torture, Disappearance and Wrongful Death of Loved Ones; Forced Displacement; Long-Term Physical and Psychological Injuries; Property Loss |
| **Perpetrator(s)** | GOS Military; Janjaweed; National Intelligence and Security Service ("NISS") |

Representative Plaintiff Fatima Abdelrahman ("Ms. Abdelrahman") was born in 1969 in Nyala, the capital of Southern Darfur. She grew up in a wealthy family, owning homes, rental properties, cattle, farms, and a market. Ms. Abdelrahman is of Fur ethnic origin, a group targeted by the Government of Sudan ("GOS"), and is a Muslim. She lived in Marla and had an imported goods business with her husband.

One day in November 2003, when Ms. Abdelrahman was around 34 years old and pregnant, she woke up to the sound of gunshots and screams. She saw her father and uncle lying dead on the ground in their home. A large group of Sudanese Armed Forces ("SAF") soldiers and Janjaweed militia ("devils on horseback") were raiding Marla.

The SAF soldiers wore camouflage uniforms and drove camouflage-colored vehicles with guns mounted on top. They were joined by a circling camouflage helicopter. Janjaweed, a GOS militia, came on horseback and on foot, dressed in long galabia robes. She saw the SAF and Janjaweed fighters open fire and scream in Arabic, "Kill the slaves!" as their vehicles roamed the neighborhood. The attackers burned down her home and neighborhood. According to Plaintiffs' experts, the GOS would use its military and the Janjaweed in concert to attack villages.

Not knowing where her husband was, Ms. Abdelrahman fled her village with her mother and her young children. They ran into a valley but were caught by the SAF and Janjaweed forces raiding the town. An attacker beat her four-year-old daughter with the butt of a gun, breaking her arm. They beat her son on the head.

Ms. Abdelrahman and her mother were each gang raped by soldiers in GOS military uniforms. One of the rapists called them "slaves." Plaintiffs' experts describe how rape and humiliation were standard practices for GOS forces against perceived enemies of the regime and the targeted populations. The international community and the U.S. government also identified the GOS's deliberate use of sexual violence as a pervasive means of perpetrating the campaign of persecution. Moreover, in Sudanese culture, rape carries an enormous stigma. Rarely, if ever, do Sudanese women report their rapes or seek medical treatment.

After the attack, Ms. Abdelrahman and her family relocated to the Kalma camp for internally displaced persons, where she met Dutch UN official Jan Pronk. As described by Plaintiffs' expert Dr. Suliman Baldo, Pronk was known for being outspoken about GOS atrocities and was eventually expelled by the Bashir regime in October 2006.

While still in Sudan, Pronk hired Ms. Abdelrahman to work as a housekeeper in Khartoum. On the evening of February 28, 2005, while she was working for Pronk, she was arrested by men in plain clothes with handguns holstered at their hips. They announced that they were from the GOS Security Service. As Plaintiffs' experts describe, the GOS Security Service, or NISS, would make arrests at night to terrorize targeted civilians, make it easier for them to disappear, and to make sure arrests went unnoticed by neighbors.

The Security Service detained Ms. Abdelrahman in a "ghost house"—a GOS torture center where those who survive are ghosts of their former selves—and severely tortured her. She was stripped naked and beaten all over her body with sticks and long black plastic truncheons. She was punched and kicked in the pelvis. They burned her with a hot iron. The GOS Security Service agents "box[ed]" her in the face and slammed her against the wall. Her interrogators ordered her to become an informant and spy on her employer, Jan Pronk. She was released after three days.

When she returned to work and told Mr. Pronk about her detention, he told her that her "life is in danger." She agreed, and on or about June 2, 2005, Ms. Abdelrahman and her mother and children were able to escape Sudan. With Pronk's aid, they fled to Egypt. It was in Egypt that she reunited with her husband, whom she had not seen since the attack on Marla.

Plaintiffs' experts, U.S. government documents, and international reports show Ms. Abdelrahman's reports of the village attack, gross sexual assault, destruction, displacement, detention, torture, harassment, and persecution that she experienced in Darfur and Khartoum are consistent with the common practices and *modus operandi* of the GOS's widespread campaign of persecution carried out against the regime's perceived opponents and against groups it deemed undesirable.

She was admitted to the United States as a refugee on September 24, 2007 with her mother and children, following an agency determination that she "fled or was displaced" from Sudan.

Evaluated by Plaintiffs' medical and psychological experts, Ms. Abdelrahman suffers physical and psychological symptoms. She carries scars of her abuse. A triangular scar marks her right forearm where she was burned with an iron. Her lower legs, ankles and feet have scars from running through the woods to escape her burning village. She has symptoms of degenerative joint disease that was caused or exacerbated by her physical trauma. She has symptoms of pain, headaches, dizziness, and stomach pain that worsen when she is under stress or reminded of the abuses she suffered. She has hypertension and diabetes, both of which began following her abuses in Sudan. Her blood pressure is volatile and dangerous, especially when recalling the events of her trauma—her deposition was paused due to a hypertensive crisis that put her in the emergency room.

Ms. Abdelrahman currently suffers from severe symptoms of PTSD and a major depressive episode, beginning after her village was attacked and her father was killed. She has frequent intrusive recollections, sleep disturbances, a sense of shame, a persistent depressed mood, frequent crying, appetite disturbance, and she feels cut-off from others.

Ms. Abdelrahman also suffered property loss due to her abuse and displacement. She lost extensive land, farms, home, a grain market, future resort and livestock. She currently lives in San Diego, California, where she has worked as a caregiver and would grow and sell produce in a community garden, and now volunteers in schools.

### 15. Nyanriak Tingloth

| Summary | |
|---|---|
| **Gender** | Female |
| **Ethnicity** | Dinka |
| **Religion** | Christian |
| **Refugee Status** | Refugee (Derivative Applicant) |
| **Timeframe of Harm(s)** | 2002-2004 |
| **Location of Harm(s)** | Khartoum, Abyei |
| **Type of Harm(s)** | Arrest/Detention (of her husband); Harassment; Village attack; Wrongful Death; Forced Displacement; Long-Term Physical and Psychological Injuries; Property Loss |
| **Perpetrator(s)** | National Intelligence and Security Service ("NISS"), Sudanese Armed Forces, GOS Militia |

Representative Plaintiff Nyanriak Tingloth ("Ms. Tingloth") is a U.S. citizen born in 1970, in Abyei, a disputed region claimed by both Sudan and South Sudan and an area of significant conflict over control of oil fields. She is of Dinka ethnic origin and is a Christian. The Government of Sudan ("GOS") specifically targeted both Dinka and Christian people for persecution. Ms. Tingloth's family in Abyei were farmers of corn and other grains and they kept cattle. Growing up, she lived with her family in Abyei, consisting of her father, her mother, her four siblings, and her grandmother. In her words, her family was "comfortable" for the area. After an attack on Abiyei in 1987, which Ms. Tingloth attributes to a GOS militia, killed her father, she moved to the relative safety of Khartoum. In 1994, Ms. Tingloth met her husband, Kuol Shbur, another plaintiff in this action. To support themselves, Mr. Shbur worked as a security guard and had a business selling various items, while Ms. Tingloth sold household goods that she made herself.

In 2002, when she was approximately 32, armed GOS Security Service, or NISS, officers forcibly entered Ms. Tingloth's house. She was at home with her children. She recognized that they were the GOS Security Service—as Plaintiffs' experts describe, only GOS officials and agents like the GOS Security Service officers were able to openly carry firearms in the city.

The GOS Security Service officers falsely arrested her husband and detained him, torturing and holding him for several weeks. Until he was released, Ms. Tingloth feared that her husband had been killed. Mr. Shbur's ordeal is described in a separate Representative Plaintiff Summary.

After Ms. Tingloth's husband's release, he fled to Egypt while Ms. Tingloth remained behind. Ms. Tingloth recalled that the GOS Security Service came to her home three times while her children were inside and asked her where her husband was.

Following this harassment, she became afraid and moved away with her children. She stayed for several months with her cousin in Ombada before moving back to Abyei to live in her mother's house with her brothers and her grandmother.

In April 2004, Ms. Tingloth was in Abyei when a GOS militia, also known as Mujahideen, attacked the region. She understood that these attacks were intended to "clear out" people from the area so the GOS could exploit the oil reserves. During this first attack, members of these militia shot and killed one of Ms. Tingloth's brothers.

Later that same month, the GOS militia again attacked the area of Abyei where Ms. Tingloth's family lived. During this second attack, the GOS militia killed her other brother, whose bloodied body

she later found. Ms. Tingloth reports that during the second attack, Antonov aircraft dropped bombs from above and the area was burned. Unable to flee, Ms. Tingloth's grandmother was burned alive in her house. Ms. Tingloth could do nothing except watch as her grandmother died in front of her. The house in which Ms. Tingloth was living was also burned down.

During both attacks, the GOS militia men stole livestock and kidnapped children for sale into slavery, including relatives of Ms. Tingloth. Ms. Tingloth was only able to escape being killed in these attacks by running into the forest for cover. On one occasion, Ms. Tingloth witnessed children approximately 8- or 9-years old jumping into a branch of the Nile River to escape capture; they drowned in front of her as she escaped with her own children.

According to Ms. Tingloth, it was widely known that the militia that carried out these attacks was part of the GOS forces. Ms. Tingloth had even observed their training camp.

Plaintiffs' experts, U.S. government documents and international reports show the attacks Ms. Tingloth witnessed and experienced are consistent with the existence and means and methods of the GOS's use of ground and air military forces alongside a GOS militia to attack rural villages of targeted communities as part of its widespread campaign of persecution. Her reports of her experiences in Abyei are consistent with the coordinated attacks on civilian settlements that experts identify as the GOS strategy to secure control of oil-producing regions.

Soon after these attacks, Ms. Tingloth left Abyei and returned to Khartoum. After she discovered that her house had been taken and converted into a Quranic school, she decided to leave Sudan and rejoin her husband. She arrived in Egypt on December 26, 2004. Ms. Tingloth was admitted to the U.S. on April 27, 2005, as a derivative refugee after an agency determined that she had "fled or was displaced" from Sudan.

Evaluated by Plaintiffs' medical and psychological experts, Ms. Tingloth continues to suffer physical and psychological symptoms resulting from the abuses described. Ms. Tingloth has scars on her legs, ankles, and feet that are consistent with her account of having been injured while fleeing from the attacks on her village. According to these experts, Ms. Tingloth's psychological state is indicative of ongoing PTSD, with symptoms including intrusive memories and somatic symptoms, such as neck pain that can last for days.

Ms. Tingloth lost the land and home she owned in Haj Youssif (Khartoum), a gold necklace, her share of her family's farmland in Abyei, and significant livestock holdings.

Ms. Tingloth lives in Phoenix and works as an elder caregiver. She and her husband have four children.

3. **Hamdan Abakar**

| Summary | |
|---|---|
| **Gender** | Male |
| **Ethnicity** | Masalit |
| **Religion** | Muslim |
| **Refugee Status** | Refugee (Principal Applicant) |
| **Timeframe of Harm(s)** | 2003-2006 |
| **Location of Harm(s)** | Darfur |
| **Type of Harm(s)** | Village Attacks; Assault; Wrongful Death of Loved Ones; Forced Displacement; Long-Term Physical and Psychological Injuries; Property Loss |
| **Perpetrator(s)** | Sudanese Armed Forces ("SAF"); Janjaweed |

Representative Plaintiff Hamdan Abakar ("Mr. Abakar") was born in 1977 in Abu Daheia, a village in Western Darfur. Like most in Abu Daheia, Mr. Abakar is of Masalit ethnic origin, a group targeted by the Government of Sudan ("GOS"), and is a Muslim. Like his family before him, he farmed the land and owned livestock.

In February 2003, when he was about 26 years old, Mr. Abakar was tending cattle outside Abu Daheia. The Janjaweed ("devils on horseback"), a GOS militia on horses and camels, and the Sudanese army in Land Cruisers attacked the village by the hundreds. Some of the Janjaweed wore khaki military uniforms. They were all armed with the same types of weapons used by the GOS military – machine guns, Kalashnikovs, and DShKs. He recognized the GOS army's vehicles, their camouflage green color uniforms, and the insignia on their shoulders and hats from an earlier encounter with the army. According to Plaintiffs' experts, the GOS would use its military and the Janjaweed militia in concert to attack villages.

The Janjaweed opened fire on villagers, burned the village and stole the livestock, all common methods of persecution by the GOS in Darfur. The attackers shot Mr. Abakar's grandfather in the head. The Janjaweed shot Mr. Abakar in the leg. He required hospitalization and surgery to remove the bullet, which was identified as coming from a Kalashnikov rifle. After three weeks in the hospital, he required another three months to fully recover.

Several months later, Mr. Abakar witnessed another attack by the GOS army and Janjaweed, on the nearby village Danajour. In the early morning hours, three camouflage green helicopters emblazoned with the Sudanese flag bombed the village. As Plaintiffs experts explain, the SAF frequently used helicopters in their attacks on Darfuri communities. BNPP documents, contextualized by Plaintiffs' experts, establish that BNPP directly supported aerial attacks by financing the GOS agency that operated the air bases from which such attacks were launched, despite OFAC listing the CAA as a sanctioned entity, and also by financing the import of armored truck components to Sudan's state-owned manufacturer of armored vehicles.

The Janjaweed attacked on horse and camelback. The attack killed 45 people, including Mr. Abakar's aunt. He helped collect the dead and prepare them for burial.

After moving to Habila and the following birth of his first child, he saw a GOS Antonov airplane circling the city several times before dropping bombs. The results were horrific. His father was killed instantly. He witnessed four women, including a woman pregnant with twins, ripped apart by bombs. Pieces of their bodies were strewn into a tree. Of everything he witnessed and suffered in Sudan, this is the image that haunts him the most.

In all, 51 people were killed in the first day of the Habila attack. His wife suffered shrapnel injuries on her face. The following day, as Mr. Abakar helped to bury the dead, Janjaweed and GOS soldiers attacked by the hundreds. According to Plaintiffs' experts, the GOS would coordinate return attacks for when villagers would bury their loved ones, maximizing carnage and its emotional impact.

The Janjaweed rode on horse- and camel-back. The GOS soldiers drove Land Cruisers. The combined forces shot people, looted, and burned houses. They dragged a Masalit man named Yaakob through the streets behind a horse. Mr. Abakar vividly remembers Yaakob twisting on the ground, his skin scraping off. Following this second day of carnage, Mr. Abakar's family was forced to live in a temporary makeshift structure.

In November 2003, Mr. Abakar went to visit his sister in a nearby city, Simbila. The morning after his arrival, the SAF attacked, driving trucks with mounted machine guns. With three tanks and two camouflage green helicopters, they murdered people and destroyed buildings. The Janjaweed joined the attack, wearing a mix of GOS military uniforms and traditional dress.

Plaintiffs' experts, U.S. government documents, and international reports show the attacks Mr. Abakar witnessed and experienced are consistent with the existence and means and methods of the GOS's use of ground and air military forces alongside the Janjaweed to attack rural villages of targeted communities as part of its widespread campaign of persecution.

After the attack on Simbila, the fourth attack he experienced at the hands of the GOS, he fled with his family to the Nuba Mountains. They were moved around by non-governmental agencies, eventually ending up the Kakuma refugee camp in Kenya around 2006.

He was admitted to the United States as a refugee on February 5, 2014 with his wife and their children, following an agency determination that he "fled or was displaced" from Sudan.

Evaluated by medical and psychological experts, Mr. Abakar suffers physical and psychological symptoms. He has a surgical scar on his left thigh from the gunshot. He has a surgical scar on his left knee from falling on a piece of metal. Several scars on his right leg mark where he fell to the ground after being shot. Mr. Abakar currently suffers from PTSD. When memories are triggered, the thoughts linger. He feels pain and anger. He does not enjoy social events like he used to—when he tries, memories intrude. He feels heart palpitations and headaches as well.

Mr. Abakar also suffered property loss due to his abuse and displacement. He lost his home, consisting of three brick and hay huts and a large salon. He lost his farmland, measuring approximately 10 mukhmas and used to plant beans, peanuts and sorghum. In livestock, he lost 96 cows, 20 goats and 20 sheep.

He currently lives in San Diego, California, where he works as a security guard at construction sites. He is a lawful permanent resident in the process of becoming a U.S. citizen.