UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
ENTESAR OSMAN KASHEF ET AL.,

                          Plaintiffs,

  -against-

BNP PARIBAS S.A.,

                          Defendant.
------------------------------------------------------------ x

**ORDER REGULATING PROCEEDINGS AND APPOINTING TRIAL CLASS COUNSEL**

16 Civ. 3228 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court held a hearing on December 4, 2025, to hear arguments on class counsel's pending cross-motions to modify the current structure of their appointment.

    I deny both motions and instead ruled on the record as follows:

1. The status of Kathryn Lee Boyd and Michael Hausfeld as Co-Lead Class Counsel for Plaintiffs' shall continue subject to the conditions stated in paragraph 2.

2. Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the Court appoints Robert F. "Bobby" DiCello and DiCello Levitt LLP, as Trial Counsel, with sole discretion over trial strategy and tactics, but not over settlement negotiations.

3. Fees and allowances for Trial Counsel shall be determined by the Court. *See* Fed. R. Civ. P. 23(h).

    The Clerk shall terminate ECF Nos. 971, 973, 977, 979, 987, 992, 1001, 1013, 1029, 1030, 1031, 1032, 1038, and 1049.

SO ORDERED.

Dated:    December 4, 2025
              New York, New York

ALVIN K. HELLERSTEIN
United States District Judge