# APPENDIX

# ELEMENT 1

**ELEMENT 1 – ILLICIT ACT (CAMPAIGN OF PERSECUTION)**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| **Campaign Against Black Africans** | Verhoeven, Trial Tr. (Sept. 16, 2025) at 449:9-21 | **As Dr. Verhoeven explained, the violent persecution of Black Africans and perceived opponents was one of the pillars of support of the Bashir regime.**<br><br>"So this regime from the onset would really rely on two instruments to stay in power. One was brute force, state terror. As I said, from the onset, they suspended all civilian institutions. They disappeared opposition politicians, judges, journalists, human rights activists, and many others who either opposed the regime or they believed to be opposing the regime, and they continued to do that for the next 30 years." |
| | Kashef, Trial Tr. (Sept. 26, 2025) at 987:23-988:1 | **Plaintiffs were called slaves.**<br><br>"Q. Did they call you names? A. Yes. They were telling us that we are slaves. We are slaves, dark skin, and we've been looking for you for a long time, and we are going to eliminate you one by one." |
| | Abdalla, Trial Tr. (Sept. 25, 2025) at 930:21-931:1 | **Plaintiffs were told the GOS did not want Masalit, Fur, Zaghawa, Midot.**<br><br>"[A]nd they were telling us some awful words like you are slave, we don't want you here. We want this land clear of all of you. This is the Bashir government want you all away from here. They said they don't want Masalits or Furs or Zaghawa or Bedou." |
| | PX-397, Colin Powell Testimony Before the Senate Foreign Relations Committee, *The Crisis in Darfur*, Sept. 9, 2004 | **Scorched earth policy towards African civilian population in Darfur.**<br><br>"The government of Sudan supported the Janjaweed directly and indirectly as they carried out a **scorched earth policy toward the rebels and the African civilian populations in Darfur . . .**"[1] |

---

[1] Unless otherwise noted throughout the document, all bold emphasis in quotations is added.

**ELEMENT 1 – ILLICIT ACT (CAMPAIGN OF PERSECUTION)**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| **ACTORS** | | |
| **NISS/Secret Police/Military Intelligence** | Verhoeven, Trial Tr. (Sept. 17, 2025) at 574:24-575:1 | "There was not a single item or sector in which there was more money spent by the regime than security services." |
| | Elbagir, Trial Tr. (Sept. 16, 2025) at 433:16-21 | **NISS does the GOS dirty work.**<br><br>National intelligence, or "secret police," "do most of the dirty work. The threats, the roughing up, the disappearing, the torture." |
| | Turjuman, Trial Tr. (Sept. 18, 2025) at 673:18-674:3; 692:6-16 | **Military intelligence and NISS are different and both committed torture, including renditioning Plaintiff to Khartoum via military plane to NISS facility.**<br><br>"Q. By whom were you arrested? A. By the military intelligence Q. Is that different from the national security? A. Yes, it is very different. Q. How did you know it was military intelligence? A. Because they took me to the military barracks. Q. And how did you know the military barracks? A. It's well known in Wau."<br><br>"A. I been taken by military cargo plane with two, you know, guards. Then when we landed over there, we find out there is another vehicle, national security waiting. They took me to one of their facility, it's not far from the airport. Q. What do you mean facility? Who owned the facility? A. The national security, they have in Khartoum, so many places, you know, to arrest people, detain people, and torture people. Something like that." |
| **GOS coordinated with and weaponized the Janjaweed** | PX 389, U.S. Dept. of State Cable, "Violence Escalating in Darfur: Fur Tribe Accuses GOS," Dec. 11, 2003 | **GOS trying to divide African tribes in Darfur and Arabize western Darfur.**<br><br>"The GOS is making a deliberate attempt to divide the African tribes in Darfur and to 'Arabize' the western region . . . . GOS attacks in Darfur are increasing and are targeting civilians. . . . He characterized the present situation as 'critical,' claiming that the GOS and GOS-sponsored Jinjaweed militia had killed 8,716 Fur tribe members since August." |

**ELEMENT 1 – ILLICIT ACT (CAMPAIGN OF PERSECUTION)**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | PX 390, U.S. Dept. of State Cable, "The Jinjaweed (Corrected)," Mar. 6, 2004 | **The GOS engaged a proxy force—the Janjaweed.**<br><br>"[T]he GOS engaged a proxy force of Arab militia which, because they ride horses and camels, are known as the Jinjaweed. While the Air Force has bombed towns, the Jinjaweed, working in concert with the Army, have continued on the rampage. The U.N. told us on March 4 that the Jinjaweed had killed over 100 civilians in a recent attack on Tawila west of El Fasher. There are numerous accounts by IDP's, Darfur tribal leaders, and NGO's of Jinjaweed abuses of non-Arabs in Darfur. Apparently as a part of a strategy to defeat the SLA by removing its support base, the GOS has provided support to the Jinjaweed. At the same time, the Jinjaweed are able to loot whatever they can and have been promised prime land at the expense of non-Arab farmers. . . . In addition to attacks, the Jinjaweed, according to IDP's, also extort money from towns, abduct people for ransom, target males during operations, destroy irrigation systems, require payment of up to SD 4,000 per month for people to return to their homes an[d] land, and prohibit freedom of movement. The government, according to IDP's, NGO's, and Darfur political leaders in Khartoum, makes no attempt to curb Jinjaweed abuses nor to maintain order. . . . However, the government has been arming and encouraging them since mid-2003, and this has shifted the balance of tribal power in Darfur. . . . It also appears that the Jinjaweed have been expanding their attacks . . . using more brutal tactics . . . including mass rapes and killings of defenseless civilians (especially displaced people)." |
| | Hudson, Trial Tr. (Sept. 11, 2025) at 153:3-10 (explaining statements in PX 390) | **GOS decision to ethnically cleanse Darfur of African tribes via Janjaweed.**<br><br>"Q. And in the next sentence there is a reference to Bashir launching his Darfur initiative on February 9. What is that? . . . . A. The Darfur initiative is essentially the Bashir regime's decision to destroy the SLA and to ethnically cleanse the land of the Darfur region of African tribes by using the Janjaweed militia." |

**ELEMENT 1 – ILLICIT ACT (CAMPAIGN OF PERSECUTION)**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | PX 406, Comprehensive Peace in Sudan Act of 2004, Pub. L. 108-497, 118 Stat. 4012 (2004) | **Genocide has been committed in Darfur; GOS and Janjaweed bear responsibility.**<br><br>"The government of the United States, in both the executive branch and Congress, has concluded that genocide has been committed and may still be occurring in the Darfur region, **and that the government of Sudan and militias supported by the government of Sudan, known as the Janjaweed, bear responsibility for the genocid**e. . . Evidence collected by observers in the Darfur region between February 2003 and November 2004 indicate a coordinated effort to target African Sudanese civilians in a scorched earth policy similar to that which was employed in southern Sudan that has destroyed African Sudanese villages, killing and driving away their people, while Arab Sudanese villages have been left unscathed. . . As a result of this genocidal policy in the Darfur region, an estimated 70,000 people have died, more than 1,600,000 people have been internally displaced, and more than 200,000 people have been forced to flee to neighboring Chad. . . Reports further indicate the systemic rape of thousands of women and girls, the abduction of women and children, and the destruction of hundreds of ethnically African villages, including the poisoning of their wells and the plunder of their crops and cattle upon which the people of such villages sustain themselves." |
| | Elbagir, Trial Tr. (Sept. 16, 2025) at 418:21-24 | **Money drop suitcase paid by government to Janjaweed.**<br><br>Musa Hilal was given a "money drop" suitcase by "a Sudanese military intelligence officer, your Honor, and the head of Sudan's Sixth Infantry Division was part of the delegation of officers who were transporting that money." |
| | Elbagir, Trial Tr. (Sept. 16, 2025) at 424:3-10; PX 951-953 (GIAD trucks and mounted guns) | **Commander Hemedti's garrison was full of GOS weaponry and trucks, including GIAD, and ammunition from Yarmouk.**<br><br>Hemedti's garrison had "an array of Sudanese government trucks, artillery, weaponry. We filmed Sudanese Army trucks that had the logo GIAD, which at that point was already sanctioned by the U.S. government. It is a military industrial company that produced weaponry, that manufactured trucks and |

**ELEMENT 1 – ILLICIT ACT (CAMPAIGN OF PERSECUTION)**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | cars, military trucks and cars that were used in the war in Darfur. And the U.S. had already sanctioned GIAD. So for us, it was a direct link to the government." |
| **METHOD** | | |
| **Oilfield clearing** | PX 405, 2003 Sudan Peace Act Report, Apr. 21, 2003 | "The bulk of the reports indicate that the Government's counterinsurgency operation to protect its oil development and infrastructure **has had a severe and cumulative impact on indigenous populations. Large areas of formerly populated areas near the oilfields and pipeline have been cleared of any inhabitants . . . .** the Government of Sudan made use of helicopter gunships, beginning in January 2003, to support attacks by its armed forces and associated militias in the area of Western Upper Nile, the principal locus of hostilities in southern Sudan in the period since October 21. The World Food Program has reported that helicopter gunships supported Sudanese ground forces in an attack on Rank and Tam, in the Western Upper Nile, on January 3." |
| | Verhoeven, Trial Tr. (Sept. 17, 2025) at 496:24-197:14 | "There were tens of thousands of people living in those areas [the oil fields]. And typically what happened is that you had Antonov planes, some helicopter gunships, and infantry and artillery targeting both the rebels and the civilian populations there and waging a campaign of scorched earth. Meaning that once you move into an area, you destroy the animals and the fields there. You poison the wells, so even if you lose the area again, people can't actually live there. They can't reestablish their life. And this campaign in military terms was successful. The oil fields were indeed cleared at immense human costs; a cost extensively documented even at that time by the United Nations as well as by a range of civil society organizations and foreign embassies that most authoritatively by the U.N. documented what happened there roughly between 1996 and 1999." |
| **Aerial bombardment** | Kashef, Trial Tr. (Sept. 26, 2025) at 968:8-16 | **Used army helicopters to destroy homes.** "It is the helicopters, not really big planes. Small plane that would take about ten or eight people. And we know that they belong to the Army, and they are planes that would camouflage, they had camouflaged" that would "throw |

**ELEMENT 1 – ILLICIT ACT (CAMPAIGN OF PERSECUTION)**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | grenade on the houses. And they have and they let to of those kind of weapons, those long weapons." |
| | Abdalla, Trial Tr. (Sept. 25, 2025) at 923:25-924:5 | **Bombs dropped on villages.**<br><br>"Drop them on our village and after it finished dropping them on our village, it went immediately to the nearby village. . . . All of them were Masalit." |
| | Abdalla, Trial Tr. (Sept. 25, 2025) at 921:8-25 (questions removed) | **Antonov used with barrel bombs.**<br><br>"I heard sounds of weapons, and there was an airport, an Antonov airplane circling above the village. . . . I was sure there was another attack because it was same as the one before. There was sounds of weapons, and there was smoke, the same as it happened during the first attack. . . . I arrived in Doweit, and I found out that it was burned like before. . . . I found my house was burned like before. I saw the people, and I saw the Antonov firing. . . . It was a very large plane. It was white. It looked different than the helicopter, and it was dropping barrels. Those barrels was disturbing -- was throwing pieces of metal that is breaking the houses and the trees." |
| **Burning and looting villages** | Elbagir, Trial Tr. (Sept. 16, 2025) at 403:11-404:8 | **Villages of Black African tribes were burned in Darfur.**<br><br>"Q. You mentioned you were **traveling around Darfur**, these months, two weeks out of the month. Tell us what you were seeing in general? A**. Smoke from burnt villages**. THE COURT: Where is this now?| [...] **THE WITNESS: Yes. So El Fasher, Kutum, the route towards El Geneina as you go west to the border with Chad.** And then going south to Nyala. And just a lot of what I described stopped just south of Nyala because that's where you had some of the settled Arab tribes. **So those villages there was some impact, but obviously they were not as impacted as the Black African tribes. I would -- I saw bodies. Bodies of Black Africans**. I remember once arriving just after an attack had finished and the mass grave was quite fresh and there was an arm sticking out of it. And around the mass grave, as you kind of, as I walked towards it, there were the bodies of Black African young men naked from the waist down, their hands tied with their own belts, and bullet holes in their backs." |

**ELEMENT 1 – ILLICIT ACT (CAMPAIGN OF PERSECUTION)**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | Abdalla, Trial Tr. (Sept. 25, 2025) at 910:23-911:8, 916:4-11 | **1999 Doweit village burned and looted.**<br><br>"Q. I'm going to direct your attention to 1999. What, if anything, happened that year? A. We were living in peace, and suddenly came the government and the Janjaweed, and they attacked the village. I was in the market, and I heard guns, sounds of guns, and there were people running, and there was smoke, smoke covering the whole area. It was really difficult, and I was running towards the village, and I found the village was all burned down. … Q. Did you see your own house? A. I saw it covered in smoke, and it was burning. Q. Did you see your animals? A. No. They took the animals before they set the house on fire. They were divided. Some group of them takes the animals. Another group takes the agriculture products, and the other group, they burn the houses after they take the agriculture products and the animals." |
| | Kashef, Trial Tr. (Sept. 26, 2025) at 967:9-18 | **2003 Kutum village burned.**<br><br>"Q. What happened? A. There was war at that time, and the civilians were victims, they were being bombed from above. And the girls, the young girls, they were being raped, they were being raped by men. It was, it was -- and people were also dead on the ground. **And there were fires**. And the **elderly people who were like 50 years old, 60 years old, 70 years old, 90 years old who were not able to run away were burned, and those who were able to run away would run away barefoot, and there would be wounds on the feet.** All you want to do is run someplace where they can hide." |
| **Torture /ghost houses** | Turjuman, Trial Tr. (Sept. 18, 2025) at 692:15-16 | **Ghost houses used.**<br><br>"In Sudan they call it the ghost house, because a lot of bad things happen over there." |
| | Turjuman, Trial Tr. (Sept. 18, 2025) at 662:3-11, 664:10-12, 669:2-5, 670:15-22, 680:1-681:24, 687:10-688:2 | **Plaintiff was interrogated, beaten with whip, burned with hot rods, tied up, and falsely accused of being rebel.**<br><br>"Q. How did the men enter -- excuse me. Did they enter your home? A. They just, even without knocking the door, the door was like half opened. They pushed the door, you know, with their Kalashnikovs in hand. And then I came |

**ELEMENT 1 – ILLICIT ACT (CAMPAIGN OF PERSECUTION)**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | out of the room, and they asked me we want you for a while.  Q. They asked you what? I'm sorry. A. They told me we want you for a while. Go us with us to the office for a while. We want you there. . . . Q. And what happened when you arrived at the headquarters A. They just starting, you know, **beating me, taking me to the cell, torturing me, treating me like an animal**. . . . Q. You mentioned that they would use instruments on I think you pointed to your knuckles. Could you tell us what happened to you during those three days? A. You know, like beating with a sawt, whip. . . . .Q. What other instruments were used to torture you during those three days? A. They have, they have **rod, you know, they make it hot and they put in your body** also. You know to, you know, make you shout and cry. Q. What was the word you used? A rod? A. Yeah, very hot rod. And also a **cigarette butt**, you know, they put." <br><br> "THE COURT: Were they torturing you to get information? THE WITNESS: They, they accused me, just falsely, that I'm loyal to the rebels. Always they like illegal arrests like that, the first thing that they will accuse you is you are with the rebels. THE COURT: So was the torture to get information for you or torture - THE WITNESS: Torture to, you know, scare me from, you know, raising any or filing any claim against any government or the military personnel something like that. . . . Q. Did they tie your feet? A. Yeah, both together, you know. Foot and legs, they tied them and tried to bring them together so that you will be like this. So they call it tayara gamet. Always they do that to, especially the military intelligence, they call it tayara gamet and that was very painful. Q. That word means plane is taking off? A. The plane is taking off. Like this. Q. How did this -- how were you feeling? A. It's too bad. It's very painful." |
| | Kashef, Trial Tr. (Sept. 26, 2025) at 988:2-14, 989:4-10, 992:24-993:17, 995:7-17 | **Plaintiff was interrogated, beaten, food and water withheld, cigarette burns, tied upside-down, slashed with knife.** <br><br> "Q. How many men were in the room with you? A. At the beginning, there were six of them. Then there were three, and then another three came. One of them was asking the question. Another one was recording, writing down the answers. I don't know what he was writing. And the third was just hitting. He was just hitting and stomp on my feet with a boot. Q. Where was he hitting |

**ELEMENT 1 – ILLICIT ACT (CAMPAIGN OF PERSECUTION)**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | you? A. They were not any particular place, all over the body. They were hitting with the guns, with the butt of the guns, and some of them were using a whip, lashing me with the whips on my back. And even I fell to the ground, and I was begging for some water to drink. They said, what water? You will drink water in hell….”<br><br>“Q. If you could estimate, how long did they beat you? A. So I was arrested twice, and so the first time I don’t remember much because I was in a dark room, no light, not aware of days or months or weeks. You wouldn’t know whether it was daytime or nighttime. And there are times where they would bring you food and other times would not. . . .”<br><br>“Q. Now, at the time you were in the hospital after your first arrest, did you have any scars or injuries on your body at that time? A. **All my body is marked. If I could show you -- if I’m able to show you my body right now, it has marks all over and even from putting out cigarettes on my body. My right side here, it’s all marked as if I was like a little toy that they were playing with. And even there were signs on my legs from where they were tying me by the legs**. Q. When they tied you by the legs, what did they do with you? A. **They had -- this was a kind of torture, and they had a certain time where they would do this torture. They would tie me by the legs and hoist me upside down**. Q. Any other marks on your body that you can describe besides the cigarette burns? A. **Yes. I have some marks from slashes using a pocket knife, and there was also some times they would take the belt buckle, heat it up, and burn me on the body with those heated belt buckles**.”<br><br>“Q. Did there come a time when you were released after being arrested the second time? A. Yes. … they told me if I talked about anything that happened to me in there, you will not be alive again. **This is your last chance**. The only life left for you, **you talk, you will not be alive anymore**.” |
| **Other torture or physical abuse not in center/ghost house** | Abdalla, Trial Tr. (Sept. 25, 2025) at 930:17-931:5, 931:15-19 | **Plaintiff was beaten until he lost consciousness.** |

**ELEMENT 1 – ILLICIT ACT (CAMPAIGN OF PERSECUTION)**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | "Q. What else happened at this time? A. They beat us mercilessly, and this, after they took us away into the forest. **And they beat me with a butt end of the rifle, and I still have marks from this beating over here and over here. And they beat me on my legs with a whip and they were cussing at us and they were telling us some awful words like you are slave,** we don't want you here. We want this land clear of all of you. This is the Bashir government want you all away from here. They said they don't want Masalits or Furs or Zaghawa or Bedou. And they hit me mercilessly and I lost consciousness. And to this day, I have pains in my legs. Q. Mr. Abdalla, what were they hitting you with? A. They were hitting me with a whip and with a butt end of rifles."<br><br>"Q. **Now, how many times can you estimate that they hit you with the butt of the gun? A. So many times, I did not count. I lost consciousness. Q. How many men were hitting you with the gun? A. There were so many, I was not able to count them.**" |
| **Rape** | Elbagir, Trial Tr. (Sept. 16, 2025) at 404:10-20 | **Handed a book by elder of list of women raped in Kutum in 2003.**<br><br>"In Kutum, where I said we arrived, I arrived with the humanitarian needs assessment. I remember going looking for the village, the tribal elder. I found him, he, his jalabiya, the caftan-like robes that men wear, was streaked and dirty. I remember it because as a **tribal elder**, he would normally never greet outsiders like that. And I -- he thought I was an aid worker. I had to stop him and explain I was a journalist and he said, okay, good. **And went back into the shop, brought out an A5 notebook and he said, handed it to me. It was the names of all of the young women who had been raped.**" |
| | Kashef, Trial Tr. (Sept. 26, 2025) at 970:22-24 | **Sheik in Kutum keeping records of raped women.**<br><br>"Q. Do you know after the attack [in Kutum] if any of the sheikhs kept a record of the girls raped? A. Yes." |
| | Elbagir, Trial Tr. (Sept. 16, 2025) at 415:14-16 | **Commander Musa Hilal dismisses rapes of "slaves."** |

**ELEMENT 1 – ILLICIT ACT (CAMPAIGN OF PERSECUTION)**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | "I told [Musa Hilal] his men were raping systematically across North Darfur. And he said to me, They're slaves. You can't rape slaves. Slaves don't have honor." |
| | Kashef, Trial Tr. (Sept. 26, 2025) at 967:6-22 | **Rape by GOS.**<br><br>A. At that time [2003], I could only say that was hell at that time as if it was end of the world at that time. Q. What happened? A. There was war at that time, and the civilians were victims, they were being bombed from above. **And the girls, the young girls, they were being raped, they were being raped by men.** . . . Q. **Ms. Kashef, who were the men raping the girls? A. They were Army people . . . ."** |
| | Kashef, Trial Tr. (Sept. 26, 2025) at 992:1-4 | **Plaintiffs endured daily multiple rapes by multiple GOS men.**<br><br>"For somebody to be raped by three people or two people more than twice a day, nobody who went through this can be alive, but God gave me the will to live." |
| **TIMING** | | |
| **Attacks since 1997** | PX 405, 2003 Sudan Peace Act Report, Apr. 21, 2003 | **Civilian attacks in Upper Nile since 1997, and oilfield clearing.**<br><br>"Reliable observers, typically from non-governmental organizations, have consistently reported accounts of repeated attacks on civilians and forced displacement **of civilians from various areas of Western Upper Nile since 1997. Most affected have been villages flanking the all-weather road constructed, beginning in 1998, from Bentiu to Leer and now to Adok.** Construction of the pipeline, oil wells, and this road have not in themselves harmed the civilian population, indeed under different circumstances could, and should, have ushered in better living conditions. **However, from the start of construction, violence has accompanied it, with devastating consequences for the local populace. The bulk of the reports indicate that the Government's counterinsurgency operation to protect its oil development and infrastructure has had a severe and cumulative impact on indigenous populations. Large areas of formerly populated areas near the oilfields and pipeline have been cleared of any inhabitants."** |

**ELEMENT 1 – ILLICIT ACT (CAMPAIGN OF PERSECUTION)**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | PX 404, Sudan Peace Act, Pub. L. 107-245, Oct. 21, 2002 | **Plan to increase tempo and lethality.**<br><br>"The government of Sudan has repeatedly stated that it intends to use the expected proceeds from the future oil sales to increase the tempo and lethality of the war against the areas outside of its control." |
| **COMMON** | | |
| Forced displacement | PX 405, 2003 Sudan Peace Act Report, Apr. 21, 2003 | **Large populations cleared.**<br><br>"**Large areas of formerly populated areas near the oilfields and pipeline have been cleared of any inhabitants....**" |
| | PX 404,  Sudan Peace Act, Pub. L. 107-245, Oct. 21, 2002 | **Displacement of more than 4 million people.**<br><br>"(1) The Government of Sudan has intensified its prosecution of the war against areas outside of its control, which has already cost more than 2,000,000 lives and has displaced more than 4,000,000 people." |
| | Elbagir, Trial Tr. (Sept. 16, 2025) at 399:7-18, 399:22-400:3 | **Displacement in Darfur.**<br><br>"Q. If you could describe for the jury by using the map where you were on assignment that year [End of September, October-ish 2003]. A. **A lot of the fighting and displacement**, the forcing of people from the land, was at that point centered, so if you see on the map El Fasher." |
| | PX 842 (Turjuman)<br>PX 843 (Turjuman)<br>PX 854 (Abdalla)<br>PX 856 (Abdalla)<br>PX 699 (Kashef)<br>PX 700 (Kashef) | Plaintiffs' I-94, Green Card, Travel record immigration documents |
| | Turjuman, Trial Tr. (Sept. 18, 2025), e.g., at 695:4-5; 696:21-25 | "Q. Mr. Turjuman, you mentioned that you left with your family to Egypt. Did you take any property or belongings with you? A. No, I couldn't. I left everything behind. My homes, two homes were taken. The money that I made from -- you know, for a long time, work hard on, it was taken. **Everything was taken.**" |

**ELEMENT 1 – ILLICIT ACT (CAMPAIGN OF PERSECUTION)**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | "Q. Mr. Turjuman, how did you feel at that time leaving Sudan? A. **Everyone was crying. I feel like you left your life behind**." |
| | Abdalla, Trial Tr. (Sept. 25, 2025), e.g., at 943:9-21 | "Q. Did you consider going back to Sudan at this time? A. With such circumstances I will not go. I will not take my kids back there so they would suffer the same things that I have a suffered. I lost my land. Even the land that I had, there are new people who live in it at the time. And if I go there, they may kill me. Q. How did you feel leaving Sudan behind and coming to the United States? A. Extremely hard. I remember my family, I remember my life there. **All I had was ruined. I was having a good life. But they took my land, and many of the family members were killed**. And many left and they were scattered into different places and different countries." |
| | Kashef, Trial Tr. (Sept. 26, 2025), e.g., at 997:2-12 | "Q. Did you want to leave Sudan, at that time? A. I was looking for a place, for a refuge. That's why I got out of Sudan because I want to go to a place where I don't have to hear bullets or fires or airplanes, a place where you can simply just live and even drink. Q. Where did you live after Sudan? A. I went to Egypt. But before I got there, I did not know anywhere else but Sudan. I would hear people to talk about America. I knew nothing about America. I never thought I would be in America. I only thought that the only place that I knew was Sudan." |

# ELEMENT 2

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| **BNPP pled guilty to purpose of sanctions** | PX 939, Final Version of Bank's Stipulated Statement of Facts at 2 | "In November 1997, President Clinton . . . issued Executive Order 13067, which declared a national emergency with respect to the policies and actions of the Government of Sudan, '**including the prevalence of human rights violations, including slavery and the denial of religious freedom.**'" |
| **OFAC / sanctions knowledge** | PX 991, Dan Cozine Deposition Designations at 38:13-15 | "**[T]here was a mechanism to inform people as to evolutions of sanctioned -- or sanction activity.**" |
| | PX 554, OFAC Bulletin, Sudan, An Overview of U.S. Sanctions, Dec. 15, 1997 | Provides language of 1997 Sanctions and lists entities "owned or controlled by the Government of Sudan" meaning "[t]heir assets are blocked pursuant to the Executive Order." |
| | Hudson, Trial Tr. (Sept. 11, 2025) at 99:20-100:10 | "And so when OFAC, when the treasury department would publish that sanction, they would share it with bank compliance officers around the world, and there would be an annex to that very formal language that says, this specific prohibition applies to these people and to these companies, so that a bank would know if anyone by that name or with that corporate identity showed up at a bank to do business, they would be blocked from doing so. Q. How did the SDN list relate to loans or credit that would be extended to someone on that list? A. So anyone on that SDN list would be blocked or prohibited from obtaining financing from or through any U.S. financial institution. Q. With respect to Sudan, was it just people that were on the list? A. No, there were corporate entities on the list, companies." |
| | Trial Tr. (Sept. 30, 2025) at 1060:18-20 (RFA 13) | "On or shortly after October 13, 2006, the BNPP Defendants were aware that President George W. Bush had promulgated Executive Order 13142." |
| **Knowledge of human rights violations** | PX 939, Final Version of Bank's Stipulated Statement of Facts at 6 | "BNPP's central role in providing Sudanese financial institutions access to the U.S. financial system, despite the Government of Sudan's role in committing human rights abuses, was recognized by BNPP employees."<br><br>"In April 2006, a senior BNPP Paris compliance officer stated in a memorandum that '[t]he growth of revenue from oil is unlikely to help end the conflict [in Darfur], and it is probable that Sudan will remain torn up by insurrections and resulting repressive measures for a long time.'" |

16

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | PX 939, Final Version of Bank's Stipulated Statement of Facts at 10 | **"On certain occasions, senior compliance and legal personnel expressed concerns about BNPP's continued business with Sudanese Sanctioned Entities, but were rebuffed."** |
| | PX 939, Final Version of Bank's Stipulated Statement of Facts at 11 | In a September 2005 meeting re: Swiss compliance concerns, "**a senior BNPP Paris executive dismissed the concerns of the compliance officials and requested that no minutes of the meeting be taken**." |
| | PX 939, Final Version of Bank's Stipulated Statement of Facts at 12 | "BNPP's willingness to engage in U.S. dollar transactions involving Sudan significantly undermined the U.S. embargo and provided the Sudanese government and Sudanese banks with access to the U.S. financial system that they otherwise would not have had." |
| | PX 336, BNPP-KASHEF-00014036-EN | Sudan is **"marked by a humanitarian tragedy"** but nonetheless there are a **"substantial volume of assets placed on our books"**. |
| | PX 162, BNPP-KASHEF-00014655_EN | "We have been working **since the beginning in a delicate humanitarian environment which has its media flare-ups from time to time…**" <br><br> "**This update outlines the worrying developments of the last few weeks and the humanitarian risks that are reported daily in the international press**. It recalls the growing opprobrium that a large part of the international community is casting on the behavior of the country's authorities." |
| | PX 139, BNPP-KASHEF-00000210_EN | **2006 Compliance Memo** <br><br> **"The centralization of oil revenue at BNPP Geneva automatically gives the Bank a dominant position in Sudan's foreign trade."** <br><br> **"The growth in oil revenue is unlikely to contribute to ending the conflicts and it is likely that Sudan will remain torn apart for a long time by insurrectionist movements and the resulting repressive measures. This situation can only lead to further (even if intermittent) attention being paid by international public opinion and NGOs to anything that is seen to help the rulers in power and contribute to furthering the suffering endured by the civilian population."** |

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | "Aside from the fact that it would shine a light on the role of BNPP, any decision along these lines **would affect the Bank more than any other institution.**" |
| | PX 174, BNPP-KASHEF-00048093_EN | "Sudan's political situation is relatively unstable . . . and the country is on the U.S. list of terrorist countries. Since 1983, government forces (mainly Muslim and from the North) have been in conflict with rebel movements from the South (Christian-animist populations). . . . Over the past two years, the situation in the Darfur region of western Sudan has deteriorated significantly. **The problem between the Arab populations affiliated with the government in Khartoum and the African populations of Darfur is now based on ethnicity.**" |
| | PX 990, Louis Bazire Deposition Designations at 87:16-19, 88:3-6, 174:4-6, 204:12-15 | "[T]he only thing I remember of this situation of almost civil war in Sudan was lasting for -- between Christians and Muslims, it was happening since, I don't know, 20 years."<br><br>"From what I remember, the intensity of communication about Darfur was higher in the years 2006, 2007. There were demonstrations in the street, et cetera."<br><br>"It was the Middle East, not easy country with kind of civil war, not easy, under embargo."<br><br>"December 2006, yes, I remember that there was demonstrations, et cetera, information in the newspapers on what was happening in Darfur". |
| | PX 988, Patrice de Saint Andre Deposition Designations at 85:15-20 | Information on the Darfur conflict "was an information you can find easily in newspaper." |
| | PX 987, Jacques D'Estais, Deposition Designations at 62:7-10 | "Q. At the time that you were head of CIB, did you know that there were human rights violations occurring in Sudan? A. **I read the press, sir.**" |
| | Philippe Maillard, Trial Tr. (Oct. 6, 2025) at 1181:10-12, 1184:4-9 | "The Court: And you knew when you were doing the financing that the government of Sudan was guilty of human rights violations? The Witness: Yes, your honor." |

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | "THE COURT: I don't think you've answered the question, Mr. Maillard. The question was at the time you were providing financing services to the government of Sudan, did you know that the government of Sudan was engaged in a genocide in Da[r]fur? THE WITNESS: Yes, your Honor." |
| | PX 991, Dan Cozine Deposition Designations at 253:7-14 | 2006 was a "timeframe where there was tremendous press coverage of the war in Sudan. The allegations against the government. The ongoing peace process. It was a highly visible global issue, so a lot of scrutiny on the country and; therefore, a lot of scrutiny on institutions that were active in the country." |
| | PX 939, Final Version of Bank's Stipulated Statement of Facts at 2 | "**The international community also recognized the threat posed by the policies and actions of the Government of Sudan**." |
| | Hudson, Trial Tr. (Sept. 15, 2025) at 198:1-6 | "Q. And could you help us understand the quantity or quality of open source information on Sudan in 2000 to 2004? A. So there was a massive volume of information at the time." |
| | PX 47, BNPP-KASHEF-00014451_EN<br><br>PX 336, BNPP-KASHEF-00014036-EN<br><br>PX 77, BNPP-KASHEF-00014632_EN<br><br>PX 195, BNPP-KASHEF-00028707_EN | **Bank employees traveled to Sudan and were in contact with Sudanese counterparts.**<br><br>• (PX 47) BNPP record of "Visit to Khartoum (Sudan) June 10 to 12, 2003"<br><br>• (PX 336) June 2004 Meeting in London office with representative of Central Bank of Sudan and Philippe Blavier<br><br>• (PX 77) Meeting in Washington on Oct. 1, 2004 with Nasri Malhame and representative of the Central Bank of Sudan<br><br>• (PX 195) Email re: "Visit to Khartoum June 9-11, 2007" |

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | PX 113, BNPP-KASHEF-00000066_EN | • (PX 113) "I see that certain questions are resurfacing concerning how we process these transactions. I recall that back when you introduced me to the Sudanese Finance Minister and the President of the Central Bank, together with Jacques-Olivier Thomann and Fakhri Hejazi, it was specified that all business activity, with which, by the way, the Minister and the President were very pleased, had received the full support of our General Management in Paris." |
| | PX 939, Final Version of Bank's Stipulated Statement of Facts at 6 | "[I]n 2004, a manager at BNPP Geneva described in an email the political environment in Sudan as 'dominated by the Darfur crisis' and called it a 'humanitarian catastrophe.'" |
| | PX 991, Dan Cozine Deposition Designations at 254:19-23 | "Q. This is a concern that the outside world would look unfavorably for BNPP for being a banker to Sudan at a time when the international opinion was as we just discussed? A. That's how I read it, yes." |
| | PX 939, Final Version of Bank's Stipulated Statement of Facts at 6<br><br>PX 139, BNPP-KASHEF-00000210_EN | **Bank records show that BNPP was aware that what it was doing can be understood as supporting the regime in place.**<br><br>• (PX 939) 2007 email: "In a context where the International Community puts pressure to bring an end to the dramatic situation in Darfur, no one would understand why BNP Paribas persists [in Sudan] which could be interpreted as supporting the leaders in place."<br><br>• (PX 139) BNPP 2006 Compliance Memo: "This situation can only lead to further (even if intermittent) attention being paid by international public opinion and NGOs to anything that is seen to help the rulers in power and contribute to furthering the suffering endured by the civilian population." |

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | PX 980, BNPP-KASHEF-00005363 | • (PX 980) Minutes BNPP Paribas General Management Credit Committee, 18 July 2006: "However, BNPP's place is too exclusive in a complicated political context which is mobilizing international opinion." |
| | PX 939, Final Version of Bank's Stipulated Statement of Facts at 6 | **Bank records show the Bank was aware that the state banks with which it conspired were pillars of support for the regime.**<br><br>"In March 2007, another senior BNPP Paris compliance officer reminded other high-level BNPP compliance and legal employees that certain Sudanese banks with which BNPP dealt 'play a pivotal part in the support of the Sudanese government which ... refuses the United Nations intervention in Darfur.'" |
| | PX 77, BNPP-KASHEF-00014632  EN | Within weeks of U.S. Secretary of State Powell declaring genocide in Darfur in 2004, **BNPP planned a Sudan "on site . . . visit"**. And even though  it is **"a difficult political environment. . . [b]usiness development is very positive and promising."** |
| | PX 923, U.S. Department of State, Remarks on New Economic Sanctions Against Sudan by Secretary of State Madeline K. Albright, Nov. 4, 1997<br><br>PX 441, Executive Order 13067, Nov. 3, 1997 | **The U.S. Government openly and specifically recognized the link between the Sudanese government's oil industry and its perpetration of violence.**<br><br>• (PX 923) Secretary Albright press conference: "The purpose of the sanctions is to deprive the regime in Khartoum of the financial and material benefits of US trade and investment, including investment in Sudan's petroleum sector."<br><br>• (PX 441) 1997 Sanctions:  "I, William J. Clinton, President of the United States of America, find that the policies and actions of the Government of Sudan, including continued support for international terrorism; ongoing efforts to destabilize neighboring governments; and the prevalence of human rights violations, including slavery and the denial of religious freedom . . . ." |

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | PX 442, Executive Order 13400, Apr. 26, 2006 | • (PX 442) 2006 sanctions due to "the persistence of violence in Sudan's Darfur region, particularly against civilians and including sexual violence against women and girls." |
| | PX 404, Sudan Peace Act, Pub. L. 107-245, Oct. 21, 2002 | • (PX 404)  2002 Sudan Peace Act: "The government of Sudan has repeatedly stated that it intends to use the expected proceeds from the future oil sales to increase the tempo and lethality of the war against the areas outside of its control." |
| | Hudson, Trial Tr. (Sept. 15, 2025) at 278:9-21 | • (Hudson Trial Tr.)  "It was the view of the United States government that there was a causal link between oil revenue going to the government of Sudan and human rights abuses being committed by that same government." |
| | Hudson ,Trial Tr. (Sept. 15, 2025) at 244:9-12 | • (Hudson Trial Tr.) "The goal [of U.S. policy in the 1990s towards Sudan] . . . was to end human rights abuses, it was to end persecution in the country." |
| | PX 397, U.S. Department of State, The Crisis in Darfur Testimony Before the Senate Foreign Relations Committee by Secretary Colin L. Powell, Sept. 9, 2004 | • PX 397, "When we reviewed the evidence compiled by our team, and then put it beside other information available to the State Department and widely known throughout the international community, widely reported upon by the media and by others, we concluded, I concluded, that genocide has been committed in Darfur and that the Government of Sudan and the Jingaweit bear responsibility". |
| | PX 22, BNPP-KASHEF-00014129_EN | **Knowledge since 1997.**<br><br>Nov. 10, 1997 UOB Memo regarding Reuters article "Sudan cuts U.S. bank transactions after sanctions" |
| | Verhoeven, Trial Tr. (Sept. 17, 2025) at 474:2-6 | "The funding that had been coming from these Institutions [International Monetary Fund and the World Bank] to Sudan stopped coming throughout the 1990s, and on top of that, on top of the fact that you had the gulf countries cutting off their support and the IMF and the World Bank . . ." |

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| **Facilitating billions of USD transactions with Sudan** | Fogarty, Trial Tr. (Sept. 22, 2025) at 799:23-25; 800:18-22. | "Q. And approximately how much in terms of U.S. dollars was that impermissible categorization worth? A. **That section was about 10 billion out of the 81 billion.**"<br><br>"We know from this that $10 billion was sent by the Geneva branch of BNPP to Sudan between January 1, 2002, and December 31, 2007, that violated U.S. sanctions. Is that fair? THE WITNESS: Yes." |
| **Sanctions evasion** | PX 939, Final Version of Bank's Stipulated Statement of Facts at 5, 9 | "**In 1997, shortly after the imposition of U.S. sanctions against Sudan, BNPP Geneva agreed to become the sole correspondent bank in Europe for Sudanese Government Bank 1, which, as noted above, was designated by OFAC as an SDN.** Sudanese Government Bank 1 then directed all major commercial banks located in Sudan to use BNPP Geneva as their primary correspondent bank in Europe."<br><br>"BNPP Geneva's methods of evading U.S. sanctions against Sudan-including the omission of references to Sudan from wire messages involving Sanctioned Entities and the use of satellite banks to process transactions for sanctioned Sudanese banks were known to and condoned by senior compliance and business managers at both BNPP Geneva and BNPP Paris." |
| | DX AX (PX 107), BNPP-KASHEF-00000034 | "In 1997, when the UN first imposed sanctions (subsequently lifted), [Sudanese Bank] appointed BNP Paribas, because of its historic links, as its sole correspondent bank in Europe (LORO accounts). It then asked all the commercial banks to do likewise." |
| **Wire stripping** | PX 939, Final Version of Bank's Stipulated Statement of Facts at 4, 7 | "BNPP followed instructions from co-conspirator Sanctioned Entities not to mention their names in U.S. dollar payment messages sent to BNPP New York and other financial institutions in the United States. BNPP removed information identifying Sanctioned Entities from U.S. dollar payment messages in order to conceal the involvement of Sanctioned Entities from BNPP New York and other financial institutions in the United States."<br><br>"Indeed, until 2004, BNPP's internally published policy for processing U.S. dollar payments involving Sudan stated: 'Do not list in any case the name of |

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | Sudanese entities on messages transmitted to American banks or to foreign banks installed in the U.S.'" |
| | PX 23, BNPP-KASHEF-00014196_EN | Nov. 13, 1997 wire transfer, within days of the sanctions being imposed, stated: "IN CONSIDERATION TO THE RECENT AMERICAN EMBARGO VIS-A-VIS SUDAN YOU ARE KINDLY REQUESTED TO MENTION YR. REFS AND THE NEGOTIATING BANKS' REFS. WITHOUT ANY REFERENCE TO OUR PART AS ISSU[I]NG BANK REGARDING REIMBURSEMENT OF OUR L/CS ISSUED IN US DOLLARS." |
| | PX 32, BNPP-KASHEF-00000106_EN | 2002 wire transfer stated: "DUE TO THE US EMBARGO ON SUDAN, PLEASE BY DEBITING OUR USD A/C . . . . TO UBAF PARIC WITHOUT MENTIONING OUR NAME IN YOUR PAYMENT ORDER . . ." |
| | Koch, Trial Tr. (Sept. 18, 2025) at 604:12-20, 608:18-609:9 | "So, the bank agreed with parties in Sudan to omit references to Sudan in payment messages. The bank engaged in something called wire stripping," which is when "some party will delete a reference in a payment message, so that the bank's filters don't see it. It is a way to disguise or conceal the fact, in this case, that there is a Sudanese connection." <br><br> "A payment message might have been stopped in New York and sent back to Geneva, typically. And Geneva calls the client, and the client initiates a second set of instructions, identical to the first, except that the name Sudan has been taken out. And Geneva waits a day or two, and then resubmits it, and it goes through, because the offending references have been deleted." |
| | Strombelline, Trial Tr. (Sept. 16, 2025) at 377:8-15 | **No filter for resubmissions.** <br><br> "Q. Are you aware, sir, of a process that was put in place to attempt to find and stop such resubmissions? A. I'm aware of the —— within the bank —— setting up filters to catch transactions that went through and address them accordingly. Q. Are you aware, sir, of a filter specifically designed to catch resubmissions? A. No, not resubmissions." |

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| **JP Morgan** | PX 939, Final Version of Bank's Stipulated Statement of Facts at 9-10 | "In 2004, two senior BNPP Paris executives and BNPP Geneva executives met in Geneva to discuss how "embargoes against sensitive countries (Sudan)" affected BNPP's business and operational issues with respect to sensitive countries. At that meeting, the executives decided to switch to an unaffiliated bank in the United States ("U.S. Bank l") to process payments for countries subject to U.S. sanctions. Following that meeting, BNPP Geneva employees were instructed to have U.S. dollar payments involving Sanctioned Entities cleared through U.S. Bank 1 instead of BNPP New York." |
| | PX 80, BNPP-KASHEF-00000043_EN | "There have been some changes to payments in USD to SYRIA/CUBA/SUDAN/IRAN. Covers must now be done through JP MORGAN CHASE NEW YORK, following issues encountered by BNP NY with the US authorities." |
| | Koch, Trial Tr. (Sept. 18, 2025) at 617:16-619:14 | "**[I]nstead of BNP Paribas New York branch being in the middle of that wire to provide access to the dollars, it was decided in Paris that the U.S. dollar transactions for Sudan would be shifted to JPMorgan Chase, so that the New York branch wasn't participating in the scheme**." |
| **Book to book** | BNPP-KASHEF-00000210_EN | **2006 Compliance Memo**<br><br>**"While a portion of the transactions are denominated in USD, we must take into account the fact that a significant proportion of Sudanese bank transactions are executed via book-to-book within BNPP (traders, Geneva clients purchasing oil, pay the central bank, which supplies the commercial banks that pay for imports)."** |
| | Koch, Trial Tr. (Sept. 18, 2025) at 616:9-617:4 | "[B]ook or book-to-book, they're the same thing. . . . Two different accounts, two different customers in the same branch, in the same legal entity. So instead of a wire message going out, it is just like an electronic journal entry moving money from one account to a second account in the same branch. Q. Why did you include book-to-book transfers in your list of sanctions evasion methods? A. Because sometimes that first account is a Sudanese account, and so they can't send money out or bring dollars in. The second account is a satellite bank, which is fine, so Geneva would make that electronic book transfer from Sudan to the satellite bank, all in the same" |

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | branch, and then the satellite bank would initiate a wire, and that's all New York would see. They would see the satellite bank." |
| **Satellite banks** | PX 939, Final Version of Bank's Stipulated Statement of Facts at 8-9 | "BNPP Geneva utilized the satellite banks in a two-step process designed to enable BNPP Geneva's Sudanese clients to evade U.S. sanctions. In the first step, a Sudanese bank seeking to move U.S. dollars out of Sudan transferred funds internally within BNPP Geneva to a BNPP Geneva account specifically maintained by a satellite bank to facilitate U.S. dollar transfers from Sudan. In the second step, the satellite bank transferred the money to the Sudanese bank's intended beneficiary through a U.S. bank without reference to the Sudanese bank. As a result, to the U.S. bank, it appeared that the transaction was coming from the satellite bank rather than a Sudanese bank." <br><br> **The satellite banking structure "had no business purpose other than to help BNPP's Sudanese clients evade the U.S. embargo."** <br><br> "Moreover, in order to further disguise the true nature of the satellite bank transactions, employees at BNPP Geneva frequently worked with the satellite banks to wait between one and two days after the internal transfer before making a dollar-for-dollar, transaction-by-transaction clear of funds through the United States, artificially delinking the U.S. transfer of funds from the prior transfer involving the satellite banks so that financial institutions in the United States and U.S. authorities would be unable to link the payments to the involved sanctioned Entity. In fact, BNPP employees internally proposed getting the satellite banks "accustom[ed] ... to spacing out the gap between covers they execute with their U.S. correspondents to the extent possible." |
| | PX 110, BNPP-KASHEF-00000086_EN | **Clearing Transactions for Sudanese Banks.** <br><br> "From what I understand, we have a number of banks from the Arab world (9 identified) in our books that only carry out clearing transactions for Sudanese banks in dollars. . . . This practice places us in the position of participating in a circumvention of the U.S. embargo on US-dollar |

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | denominated transactions carried out by Sudan. . . . Again we are in the position of circumventing the embargo." |
| | Koch, Trial Tr. (Sept. 18, 2025) at 613:10-25, 615:17-616:8 | "The use of satellite banks conceals the actual bank that is sending or receiving a message. That actual bank may be in Sudan, which is prohibited, it may be a designated -- an SDN in Sudan, which is prohibited. But New York will never see that, because the name of the satellite bank has been substituted in."<br><br>Q. BNPP's use of these satellite banks as you described, did that make the transaction happen any faster than it would have otherwise? A. It would have probably made the transaction slower. Q. Would it have made the transaction more efficient to use a satellite bank? A. No. . . . Q. Does using a satellite bank for the transactions you described make that transaction any cheaper because there are fewer fees, for example? A. . . . . [I]t's more expensive." |
| | PX 991, Dan Cozine Deposition Designations at 195:19-196:2 | Agreeing that BNPP used "book-to-book transfers that were close in time, but gave a gap in order for there to be no detection of sanction violations." |
| **Handled all of Sudan's oil revenue** | PX 47, BNPP-KASHEF-00014451_EN | **Visit to Khartoum (Sudan) June 10-12, 2003**<br><br>"BNPP has been their sole banker since the first barrel in August 2000, worth around USD 600M of L/Cs p.a., which we open on their behalf. 85% of the Sudanese share is financed directly by us (on behalf of our clients). The remaining 15%, for non-clients, is mandatorily housed on our books." |
| | PX 139, BNPP-KASHEF-00000210_EN | **2006 Compliance Memo**<br><br>"The centralization of oil revenue at BNPP Geneva automatically gives the Bank a dominant position in Sudan's foreign trade." |
| | PX 174, BNPP-KASHEF-00048093_EN | "We are the main banker of the country, with Sudanese revenues from oil, petroleum products, telephone fees, gold and agricultural products on our books. . . . In addition, it should be noted that there are no other banks involved in this transaction and that we are therefore the only ones financing these equipment purchases." |

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| Currency reserves | Verhoeven, Trial Tr. (Sept. 17 2025) at 487:5-18 | **BNPP protected Sudan's U.S. dollar currency reserves from being blocked by U.S. embargo**<br><br>"THE WITNESS: The most important service that was provided was a safe place to deposit the foreign exchange earnings, the hard U.S. dollars that the Sudanese government was getting from selling the oil and which it shouldn't have had access to as per the U.S. sanctions. U.S. sanctions were meant to make it impossible for the Sudanese government to get its hands on those dollars and to be able to spend them as they liked. **The bank provided a safe place to deposit that money and to withdraw from it as it saw fit. That, in my expert opinion, was the single most important service that was provided out of which then followed other services, including, your Honor, what you described as the trade finance, the letters of credit, everything that was associated with that.**" |
| Letters of credit | PX 939, Final Version of Bank's Stipulated Statement of Facts at 5 | "In addition to processing U.S. dollar transactions, in 2000, BNPP Geneva also developed a business in letters of credit for the Sudanese banks." |
| | Trial Tr. (Sept. 30, 2025) at 1060:8-9 (RFA 82) | "BNP Paribas SA issued letters of credit covering the export of oil from Sudan." |
| | Trial Tr. (Sept. 30, 2025) at 1060:10-13 (RFA 87) | "BNP Paribas Suisse S.A. maintained an account for the Central Bank of Sudan and BNP Paribas Suisse S.A. issued letters of credit covering the export of oil and involving the Central Bank of Sudan." |
| | Trial Tr. (Sept. 30, 2025) at 1060:14-17 (RFA 90) | "Deposits in account held by Sudanese entities at BNP Paribas Suisse S.A. served as collateral for letter of credit during at least a portion of the period from January 1, 2002 to December 31, 2009." |
| | Trial Tr. (Sept. 30, 2025) at 1059:14-17 (RFA 50) | "During the period January 1, 2002 to December 31, 2009, BNP Paribas Suisse S.A. requested approval from BNP Paribas S.A.'s CCDG to issue letters of credit relating to Sudan." |
| | PX 989, Philippe Blavier Deposition Designations at 112:10-16, 114:15-24 | A letter of credit is "an instrument that the bank is issuing to a beneficiary so that a commercial transaction can be effected." It is "a very, very common tool of international commerce and trade" and "gives the beneficiary the assurance that ultimately it's going to be paid, if he presents the rights documents to the bank." |

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | PX 991, Dan Cozine Deposition Designations at 214:24-215:25 | "Q. Going back to the translation of the memo, I don't think there were emails in those days, what do you understand this grace period of 30 days concerning opening LCs to mean? A. So there were some -- I'm assuming that loading means from a trade perspective, if goods are in transit, so that they were within 30 days of that. And that they were to be completed by December 4th, '97. They would allow for those transactions to go forward on an exceptional basis. **Q. So this predecessor bank, UOB, was already issuing Letters of Credit for Sudan? A. Yes. Q. And issuing Letters of Credit in U.S. dollars? A. Yes. Q. For some sort of loading and offloading. What do you understand that to mean? A. Again, many trade transactions are based upon the product being loaded or delivered, so it could be cotton. It could be petroleum. It could be any kind of commodities.** So generally the LCs refer to loading or offloading of the product, and that's when an LC is executed and payment is made." |
| | Verhoeven, Trial Tr. (Sept. 17 2025) at 487:22-488:7 | **BNPP LOC's were vital to GOS's oil industry.**<br><br>"Q. What is a letter of credit, please. A. So a letter of credit is a guarantee that helps underwrite import and export transactions. It's essentially a guarantee to the party that is going to export, in this case, for instance, **oil**, that the moment the barrels of oil leave Sudan that they will receive that money. **As you can imagine, because of the value of the commodity that is being traded here, having some kind of guarantee that you will be paid for this very valuable cargo that you are sending on is important. A letter of credit is a guarantee provided by a financial institution that the party buying it will honor its commitment and has the resources available to pay for the goods**." |
| | PX 991, Dan Cozine Deposition Designations at 203:16-204:6 (Re: PX 15) | "Q. When you say 'LC,' you're talking about Letters of Credit? **A. Letters of Credit where the client, BNP Paribas client, French Corporate 1 was paying to Sudanese Corporate 2, which ended up being an SDN for the purchase of crude oil by the French client. It was executed under cover payment which did not reference the Sudanese SDN as a beneficiary, and so therefore was – the transaction went through.** Q. Okay. So Sudanese Corporate 2 ended up being an SDN, you said. And this amount of |

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | payment on this particular transaction was 8.63 million on 22nd September, 2006; is that fair to say? A. Yes." |
| **Chinese weapons** | Elbagir, Trial Tr. (Sept. 16, 2025) at 430:13-23 | Describing "Chinese-made mortars . . . in the Janjaweed camp . . . contained in a box with the lettering and logo of the Al Yarmook military industrial complex." |
| | PX 69, BNPP-KASHEF-000057000_EN, Client Profile - Company | BNPP Client Profile for Chinese National Petroleum Company |
| | PX 991, Dan Cozine Deposition Designations at 160:3-15 | BNPP facilitated accounts allowing USD "to go either way . . . in and out" with China and had no way to know what USD would be purchasing. |
| **Dual use / Blurred lines** | PX 84, BNPP-KASHEF-00024440, Report Outstanding as at 31/12/2004 | Noting exposure re GIAD / Renault. |
| | PX 207, BNPP-KASHEF-00027592, Report Outstanding as at 31/07/2007 | Noting exposure to GIAD / Renault. |
| | PX 980, BNPP-KASHEF-00005363 | "Some merchandise may appear harmless, but will require, if it is not already the case, <u>your prior consent</u>. More precisely, this means anything having to do with telecommunications, civil aviation equipment, heavy vehicles unrelated to the oil business, etc. **The idea is to avoid financing equipment which, even indirectly, could be used by the army or for military purposes, bearing in mind that in Sudan, the distinction between civil and military is very blurred.**" |
| | Elbagir, Trial Tr. (Sept. 16, 2026) at 409:16-18, 410:8-11, 416:17-18 | "I was instructed to go to Sudan, Khartoum's airport. So the airport in Khartoum is divided, there is a civilian side and then there is a military entrance."<br><br>"Q. Did the military and civilian planes use the same airport? A. Yes, yes, they did. Q. Did they use the same airstrip? A. Yes, they did."<br><br>"Q. You mentioned you flew into El Fasher Airport? A. Yes. Q. Was that a military or civilian airport? A. Again, it functions as both." |

**ELEMENT 2 – CONSCIOUS ASSISTANCE**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| **BNPP's SDN clients** | PX 60, BNPP-KASHEF-00003542, Export Finance, Outstanding risk on 03/31/2004 | Listing some of BNPP's Sudan clients, including the government and SDNs:<br>• Ministry of Defense<br>• Ministry of Finance<br>• Civil Aviation Authority<br>• Omdurman National Bank |
| **Support past 2007** | PX 174, BNPP-KASHEF-00048093_EN, 2001 BNPP Internal Memorandum | "Centralization of [CAA] flying fees on our books in 2001 completed the already existing domiciliation for the country's principal foreign exchange earnings, namely oil, oil products, telephone fees, gold revenues and agricultural products."<br><br>"We are the main banker of the country, with Sudanese revenues from oil, petroleum products, telephone fees, gold and agricultural products on our books. . . . In addition, it should be noted that there are no other banks involved in this transaction and that we are therefore the only ones financing these equipment purchases." |
|  | PX 939, Final Version of Bank's Stipulated Statement of Facts at 12 | "It was not until this [May 2007] intervention by OFAC that BNPP made the decision, in June 2007, to stop its U.S. dollar business with Sudan." |
|  | PX 215, BNPP-KASHEF-00024869_EN | In December 2007, BNPP was **feeding the Sudanese government" millions to "keep things running in Khartoum**."<br><br>"**This means that BNPP Geneva represents, month after month, 10% of the revenue of a government which, for a large part, is not made with nice people**."<br><br>BNPP "**would still have paid about half a billion dollars to Sudan after having officially stopped its activity there**." |
|  | PX 353, BNPP-KASHEF-00014481_EN | Ordering a "**more gradual halt to operations in other currencies, to give us time to talk to our banking and commercial contacts and customers**." |
|  | Jacques D'Estais Deposition Designations at 190:9-191:19 | "**A business line never like to stop a business . . . .**" |

# ELEMENT 3

**ELEMENT 3 – CAUSATION**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| **NATURAL CAUSATION** | | |
| **1997—Sudan facing financial ruin** | Verhoeven, Trial Tr. (Sept. 16, 2025) at 451:24-452:5 | "It [GOS] continued to try to put its hand on what little of foreign aid was coming into Sudan. So it was searching in those early years for resources. Because in order to carry out its very bold plans, it needed them, but it very much struggled to do so. In many ways, as my own interviews as many of their decision-makers taught me, it was running government on a shoestring." |
| | Verhoeven, Trial Tr. (Sept. 17, 2025) at 461:12-25, 470:18-471:1-6, 474:2-6, 489:16-490:13, 491:24-495:5, 578:2-6 | Ability to procure weapons "was limited. The Sudanese government, the military Islamist regime I was talking about, did its very best to procure all kinds of weapons because at that point in time Sudan was mired in civil war, as indeed it had been since 1983. One of the promises that the regime had made was to intensify that war and to win that war, but there were clear constraints on its ability to do so. And one of those constraints was that the government budget was very limited, and the defense budget in particular in the early '90s was a couple of hundred million dollars for absolutely everything, for the weapons purchasing you are asking about, for salaries, for pensions, for equipment, for food, for uniforms, for absolutely everything."

"[T]he idea that the regime was going to fall at that moment in time [prior to 1997] was really not something that was hypothetical or that people were exaggerating about. There was this real fear in Khartoum, in the regime, that this could be the end of the road."

In 1997, "the regime was desperate, of course, for resources at this moment in time. . . . As it is facing this military threat in 1997 -- 1996, 1997, it, of course, wants more resources to have more weapons, to have more ammunition, to bring more, to motivate people to fight, to persuade different ethnic groups to join the government in its attempts at pushing back this military advance. This was a very bleak, a very bleak moment from the standpoint of the government."

"The funding that had been coming from these Institutions [International Monetary Fund and the World Bank] to Sudan stopped coming |

**ELEMENT 3 – CAUSATION**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | throughout the 1990s, and on top of that, on top of the fact that you had the gulf countries cutting off their support and the IMF and the World Bank . . ."<br><br>"I was just going to add that two of those specific goods that are worth highlighting in this case are on the one hand oil, as I just pointed out. But secondly, and also very important, given what we know about the political and military situation in Sudan, arms. The arms trade, like the oil trade, is overwhelmingly conducted in U.S. dollars…"<br><br>"Well, from November 1997 onward, it [Central Bank of Sudan] faced a huge problem, an existential problem, namely that the Sudanese economy is very heavily dollarized. If Sudan and some of these entities should no longer have access, as per the U.S. sanctions, to U.S. dollars, this is a huge problem for this bank, which is tasked by the state, in this case by the military Islamist regime, in helping to ensure economic survival."<br><br>BNPP's support "allowed the military Islamist regime in Sudan to escape many of the effects of U.S. sanctions. It thereby bolstered its grip on power and allowed them to pursue its strategic objectives which I outlined earlier were state terror . . ." |
| | PX 891 |  |

**ELEMENT 3 – CAUSATION**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| **BNPP provided billions for GOS** | PX 991, Dan Cozine Deposition Designations at 184:02-185:05, 189:15-189:19, 214:24-215:25 | Agreed that there were over $81 billion in "vostro" (interbank) transactions from 2002 to 2009 "involving Sudanese entities."<br><br>"Q. Going back to the translation of the memo, I don't think there were emails in those days, what do you understand this grace period of 30 days concerning opening LCs to mean? A. So there were some -- I'm assuming that loading means from a trade perspective, if goods are in transit, so that they were within 30 days of that. And that they were to be completed by December 4th, '97. They would allow for those transactions to go forward on an exceptional basis. Q. So this predecessor bank, UOB, was already issuing Letters of Credit for Sudan? A. Yes. Q. And issuing Letters of Credit in U.S. dollars? A. Yes. Q. For some sort of loading and offloading. What do you understand that to mean? A. Again, many trade transactions are based upon the product being loaded or delivered, so it could be cotton. It could be petroleum. It could be any kind of commodities. So generally the LCs refer to loading or offloading of the product, and that's when an LC is executed and payment is made." |
|  | PX 939, Final Version of Bank's Stipulated Statement of Facts at 4-5 | "The Sudanese SDN transactions processed by BNPP had a value of approximately $4 billion, and the vast majority of these SDN transactions involved a financial institution owned by the Government of Sudan ('Sudanese Government Bank 1'), despite the Government of Sudan's role in committing human rights abuses during this time period."<br><br>"In 1997, shortly after the imposition of U.S. sanctions against Sudan, BNPP Geneva agreed to become the **sole correspondent bank** in Europe for Sudanese Government Bank 1, which, as noted above, was designated by OFAC as an SDN. Sudanese Government Bank 1 **then directed all major commercial banks located in Sudan to use BNPP Geneva as their primary correspondent bank in Europe**."<br><br>"As a result of BNPP's conduct, the Government of Sudan and numerous banks connected to the Government of Sudan, including SDNs, were able to access the U.S. financial system and engage in billions of dollars'" |

**ELEMENT 3 – CAUSATION**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | worth of U.S. dollar-based financial transactions, significantly undermining the U.S. embargo." <br><br> "Due to its role in financing Sudan's export of oil, BNPP Geneva took on a central role in Sudan's foreign commerce market." |
| | Verhoeven, Trial Tr. (Sept. 17, 2025) at 4875-14 | "The most important service that was provided was a safe place to deposit the foreign exchange earnings, the hard U.S. dollars that the Sudanese government was getting from selling the oil and which it shouldn't have had access to as per the U.S. sanctions. U.S. sanctions were meant to make it impossible for the Sudanese government to get its hands on those dollars and to be able to spend them as they liked. The bank provided a safe place to deposit that money and to withdraw from it as it saw fit. That, in my expert opinion, was the single most important service that was provided." |
| | PX 341, BNPP-KASHEF-00013594_EN, BNP Paribas General Management Credit Committee, July 17, 2001 | Concerning "Annual Meeting of Sudanese Banks," discussion of "credit lines" for "specific and long-standing activities of Raw Materials and Energy" |
| | Fogarty, Trial Tr. (Sept. 22, 2025) at 793:5-8, 795:18-797:2, 796:14-798:1, 799:23-25; 800:1-10, 18-22 | BNP Paribas Geneva" calculated "the total amount that the bank moved in or out of Sudanese bank accounts from 2002 to 2007" to be "approximately $81 billion." <br><br> Does not include: (1) pre-2002; (2) non-USD currency support; and (3) support from non-Geneva branches of BNPP. <br><br> $10 billion admittedly violated US sanctions: "[T]hey were clear on that 10 billion and they were impermissible or violations." |
| | PX 174, BNPP-KASHEF-00048093_EN, 2001 BNPP Internal Memorandum | With the addition of "flying fees," BNPP "completed the already existing domiciliation" in BNPP's "books" of "the country's principal foreign exchange earnings, namely oil, oil products, telephone fees, gold revenues and agricultural products. . . . In addition, it should be noted that there are no other banks involved in this transaction and that we are therefore the only ones financing these equipment purchases." |

**ELEMENT 3 – CAUSATION**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | PX 47, BNPP-KASHEF-00014451_EN | Visit to Khartoum (Sudan) June 10-12, 2003: **"A war which is absorbing the country's foreign currency reserves . . ."** |
| **More money = More military** | PX 970, Sudan federal expenditures |  |
| | Fogarty, Trial Tr. (Sept. 22, 2025) at 822:23-823:9 | From 1999 to 2009, GOS received "$22.199 billion" from "oil exports by Sudan that was received into the accounts of the [GOS] on BNP's books," and spent "$15.178 billion" on "military expenditures." |
| | PX 971, Sudan oil exports & military expenditures |  |
| | Hudson, Trial Tr. (Sept. 11, 2025) at 108:14-20, 118:11-119:1 | Hudson found "[a] direct correlation between the amount of money that the government was earning and the level of atrocities that they were committing in the country."<br><br>As "the Sudan budget increases, so too does its ability to wage war." |

**ELEMENT 3 – CAUSATION**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| **Military Industrial Complex** | Elbagir, Trial Tr. (Sept. 16, 2025) at 424:2-10, 428:15-20, 429:17-20, 431:22-432:1 | "And in there, which was for us the most important thing, was an array of Sudanese government trucks, artillery, weaponry. We filmed Sudanese Army trucks that had the logo GIAD, which at that point was already sanctioned by the U.S. government. It is a military industrial company that produced weaponry, that manufactured trucks and cars, military trucks and cars that were used in the war in Dafur. And the U.S. had already sanctioned GIAD. So for us, it was a direct link to the government."<br><br>Hemedti's antiaircraft gun was "manufactured in Al Yarmouk . . . Sudan's weapons manufacturing plant."<br><br>"If it wasn't a technical, which is the one Toyota manufactured, then all the other vehicles that I saw were either manufactured at Al Yarmook or at GIAD, so both at Sudan's military industrial complex."<br><br>Noting Hemedti's men had "Sudanese manufactured AK-47s . . . manufactured at Al Yarmook." |
| | Verhoeven, Trial Tr. (Sept. 17, 2025) at 578:16-19 | Noting clients of the bank included the "Ministry of Defense" and "GIAD, which is an arm of the military industrial corporation of Sudan." |
| **Chinese weapons** | Elbagir, Trial Tr. (Sept. 16, 2025) at 430:13-23 | Describing "Chinese-made mortars . . . in the Janjaweed camp . . . contained in a box with the lettering and logo of the Al Yarmook military industrial complex." |
| | PX 69, BNPP-KASHEF-000057000_EN, Client Profile - Company | BNPP Client Profile for Chinese National Petroleum Company |
| | PX 991, Dan Cozine Deposition Designations at 160:3-15 | BNPP facilitated accounts allowing USD "to go either way . . . in and out" with China and had no way to know what USD would be purchasing. |
| **Dual use / Blurred lines** | PX 84, BNPP-KASHEF-00024440, Report Outstanding as at 31/12/2004 | Noting exposure re GIAD / Renault. |

**ELEMENT 3 – CAUSATION**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | PX 207, BNPP-KASHEF-00027592, Report Outstanding as at 31/07/2007 | Noting exposure re GIAD / Renault. |
| | PX 980, BNPP-KASHEF-00005363 | "Some merchandise may appear harmless, but will require, if it is not already the case, <u>your prior consent</u>. More precisely, this means anything having to do with telecommunications, civil aviation equipment, heavy vehicles unrelated to the oil business, etc. **The idea is to avoid financing equipment which, even indirectly, could be used by the army or for military purposes, bearing in mind that in Sudan, the distinction between civil and military is very blurred**." |
| **BNPP's SDN clients** | PX 60, BNPP-KASHEF-00003542, Export Finance, Outstanding risk on 03/31/2004 | Listing some of BNPP's Sudan clients, including SDNs:<br><br>• Ministry of Defense<br>• Ministry of Finance<br>• Civil Aviation Authority<br>• Omdurman National Bank |
| | PX 174, BNPP-KASHEF-00048093_EN, 2001 BNPP Internal Memorandum | "Centralization of [CAA] flying fees on our books in 2001 completed the already existing domiciliation for the country's principal foreign exchange earnings, namely oil, oil products, telephone fees, gold revenues and agricultural products."<br><br>"We are the main banker of the country, with Sudanese revenues from oil, petroleum products, telephone fees, gold and agricultural products on our books. . . . In addition, it should be noted that there are no other banks involved in this transaction and that we are therefore the only ones financing these equipment purchases." |
| **Increases in human rights abuses** | PX 406, Comprehensive Peace in Sudan Act of 2004, Pub. L. 108-497, 118 Stat. 4012 (2004) | "**Since seizing power through a military coup in 1989, the Government of Sudan repeatedly has attacked and dislocated civilian populations in southern Sudan in a coordinated policy of ethnic cleansing and genocide that has cost the lives of more than 2,000,000 people and displaced more than** |

**ELEMENT 3 – CAUSATION**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | **4,000,000 people. . . .** [GOS] refused to engage in any meaningful discussion with regard to its ongoing campaign of ethnic cleansing and genocide in the Darfur region of western Sudan."<br><br>"Evidence collected by observers in the Darfur region between February 2003 and November 2004 indicate a coordinated effort to target African Sudanese civilians in a **scorched earth policy, similar to that which was employed in southern Sudan, that has destroyed African Sudanese villages,** killing and driving away their people, while Arab Sudanese villages have been left unscathed." |
| | PX 405, 2003 Sudan Peace Act Report, Apr. 21, 2003 | "Reliable observers, typically from non-governmental organizations, have consistently reported accounts of **repeated attacks on civilians and forced displacement of civilians from various areas of Western Upper Nile since 1997. Most affected have been villages flanking the all-weather road constructed, beginning in 1998, from Bentiu to Leer and now to Adok. Construction of the pipeline, oil wells, and this road have not in themselves harmed the civilian population, indeed under different circumstances could, and should, have ushered in better living conditions. However, from the start of construction, violence has accompanied it, with devastating consequences for the local populace. The bulk of the reports indicate that the Government's counterinsurgency operation to protect its oil development and infrastructure has had a severe and cumulative impact on indigenous populations. Large areas of formerly populated areas near the oilfields and pipeline have been cleared of any inhabitants. . . .** the Government of Sudan made use of helicopter gunships, beginning in January 2003, to support attacks by its armed forces and associated militias in the area of Western Upper Nile, the principal locus of hostilities in southern Sudan in the period since October 21 . The World Food Program has reported that helicopter gunships supported Sudanese ground forces in an attack on Rank and Tam, in the Western Upper Nile, on January 3." |

**ELEMENT 3 – CAUSATION**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | Verhoeven, Trial Tr. (Sept. 17, 2025) at 496:24-197:14 | "**There were tens of thousands of people living in those areas [the oil fields]. And typically what happened is that you had Antonov planes, some helicopter gunships, and infantry and artillery targeting both the rebels and the civilian populations there and waging a campaign of scorched earth. Meaning that once you move into an area, you destroy the animals and the fields there. You poison the wells, so even if you lose the area again, people can't actually live there. They can't reestablish their life. And this campaign in military terms was successful. The oil fields were indeed cleared at immense human costs; a cost extensively documented even at that time by the United Nations as well as by a range of civil society organizations and foreign embassies that most authoritatively by the U.N. documented what happened there roughly between 1996 and 1999.**" |
| | Abdalla, Trial Tr. (Sept. 25, 2025) at 921:8-25 | "I heard sounds of weapons, and there was an airport, an Antonov airplane circling above the village. . . . I was sure there was another attack because it was same as the one before. There was sounds of weapons, and there was smoke, the same as it happened during the first attack. . . . I arrived in Doweit, and I found out that it was burned like before. . . . I found my house was burned like before. I saw the people, and I saw the Antonov firing. . . . It was a very large plane. It was white. It looked different than the helicopter, and it was dropping barrels. Those barrels was disturbing -- was throwing pieces of metal that is breaking the houses and the trees." |
| | Kashef, Trial Tr. (Sept. 26, 2025) at 968:8-16 | "It is the helicopters, not really big planes. Small plane that would take about ten or eight people. And we know that they belong to the Army, and they are planes that would camouflage, they had camouflaged" that would "throw grenade on the houses. And they have and they let to of those kind of weapons, those long weapons." |
| **ADEQUATE CAUSATION** | | |
| **Purpose of sanctions** | PX 441, Executive Order 13067, Nov. 3, 1997 | "I, William J. Clinton, President of the United States of America, find that the policies and actions of the Government of Sudan, including continued support for international terrorism; ongoing efforts to destabilize neighboring governments; and the prevalence of human rights violations, including slavery and the denial of religious freedom . . ." |

**ELEMENT 3 – CAUSATION**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | PX 923, U.S. Department of State, Remarks on New Economic Sanctions Against Sudan by Secretary of State Madeline K. Albright, Nov. 4, 1997; *see also* PX 22 | The purpose of the sanctions is to deprive the regime in Khartoum of the financial and material benefits of US trade and investment, **including investment in Sudan's petroleum sector**." |
| | Hudson, Trial Tr. (Sept. 11, 2025) at 105:9-22 | Albright's remarks were "a tactic of the U.S. government to promote the fact that this sanction had been released and was in effect. **They were trying to advertise the fact that this sanction was now public**." |
| | Hudson, Trial Tr. (Sept. 15, 2025) at 244:9-12, 278:9-21 | "The goal [of U.S. policy in the 1990s towards Sudan] was not to create necessarily wealth sharing in the country. It was to end human rights abuses, it was to end persecution in the country." <br><br> "Q. Did U.S. policy in 1997 recognize a link between Sudan getting U.S. dollars and Sudan's human rights violations? . . . . A. Yes, it did. Q. What was that link? . . . . A. **It was the view of the United States government that there was a causal link It was the view of the United States government that there was a causal link between oil revenue going to the government of Sudan and human rights abuses being committed by that same government**." |
| | PX 442, Executive Order 13400, Apr. 26, 2006 | 2006 sanctions due to "the persistence of violence in Sudan's Darfur region, particularly against civilians and including sexual violence against women and girls." |
| | PX 443, Executive Order 13412, Oct. 13, 2006 | Additional sanctions due to "certain policies and actions of the government of Sudan that violate human rights, in particular with respect to the conflict in Dafur, where the government of Sudan exercises administrative and legal authority and pervasive practical influence, and due to the threat of the national security and foreign policy of the United States posed by the pervasive role played by the government of Sudan in the petroleum and petrochemical industries in Sudan . . . " |

**ELEMENT 3 – CAUSATION**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | PX 404, Sudan Peace Act, Pub. L. 107-245, Oct. 21, 2002 | "**The government of Sudan has repeatedly stated that it intends to use the expected proceeds from the future oil sales to increase the tempo and lethality of the war** against the areas outside of its control."<br><br>"The Government of Sudan has intensified its prosecution of the war against areas outside of its control, **which has already cost more than 2,000,000 lives and has displaced more than 4,000,000 people**." |
| | PX 405, 2003 Sudan Peace Act Report, Apr. 21, 2003 | "**The government of Sudan states that oil revenues are placed in the central bank and pooled with other revenue sources and used for general government expenditures. The government's budgets have grown in direct proportion to oil revenue since 1999.** General budget expenditures indicate an increase in civil servant salaries, development projects, and other expenditures. Since the government of Sudan's line item budget and resource allocation, how oil revenues are spent versus tax or other revenues, are uncertain. It is assumed that an increase in government revenue translates into at least proportionally increased military expenditures." |
| **BNPP should have known its support would lead to increased hostility/violence** | PX 139, BNPP-KASHEF-00000210_EN, 2006 Compliance Memo | "The centralization of oil revenue at BNPP Geneva automatically gives the Bank a dominant position in Sudan's foreign trade."<br><br>"**The growth in oil revenue is unlikely to contribute to ending the conflicts** and it is likely that Sudan will remain torn apart for a long time by insurrectionist movements and the resulting repressive measures. This situation can only lead to further (even if intermittent) attention being paid by international public opinion and NGOs to anything that is seen to help the rulers in power and contribute to furthering the suffering endured by the civilian population." |
| | PX 215, BNPP-KASHEF-00024869_EN | In December 2007, BNPP was "**feeding the Sudanese government**" millions to "**keep things running in Khartoum.**"<br><br>"**This means that BNPP Geneva represents, month after month, 10% of the revenue of a government which, for a large part, is not made with nice people.**" |

43

**ELEMENT 3 – CAUSATION**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | BNPP "**would still have paid about half a billion dollars to Sudan after having officially stopped its activity there**." |
| | Hudson, Trial Tr. (Sept. 11, 2025) at 165:20-167:15, 168:16-169:7 | "We being the U.S. government, myself included as part of that, were negotiating with the government of Sudan to deploy U.N. peacekeepers into the country to help stop the violence that was occurring. They had filibustered and rejected the deployment -- the government of Sudan rejected the deployment of those peacekeepers, but two weeks after the imposition of these sanctions, they relented and allowed peacekeepers to come in but on the condition that we remove the sanctions. THE COURT: So what happened then? THE WITNESS: We did not remove the sanctions, and the peacekeepers deployed to the country." |

# ELEMENT 4

**ELEMENT 4 – DAMAGES**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| **TURJUMAN RAMADAN TURJUMAN** | | |
| **Torture** | Turjuman, Trial Tr. (Sept. 18, 2025), e.g., at 664:10-12, 669:2-5, 670:15-22, 680:1-681:24, 687:10-688:2 | Q. And what happened when you arrived at the headquarters A. They just starting, you know, **beating me, taking me to the cell, torturing me, treating me like an animal**. . . . Q. You mentioned that they would use instruments on I think you pointed to your knuckles. Could you tell us what happened to you during those three days? A. You know, like beating with a sawt, whip. . . . .Q. What other instruments were used to torture you during those three days? A. They have, they have **rod, you know, they make it hot and they put in your body** also. You know to, you know, make you shout and cry. Q. What was the word you used? A rod? A. Yeah, very hot rod. And also a **cigarette butt**, you know, they put." <br><br> "THE COURT: Were they torturing you to get information? THE WITNESS: They, they accused me, just falsely, that I'm loyal to the rebels. Always they like illegal arrests like that, the first thing that they will accuse you is you are with the rebels. THE COURT: So was the torture to get information for you or torture - THE WITNESS: Torture to, you know, scare me from, you know, raising any or filing any claim against any government or the military personnel something like that. . . . Q. Did they tie your feet? A. Yeah, both together, you know. Foot and legs, they tied them and tried to bring them together so that you will be like this. So they call it tayara gamet. Always they do that to, especially the military intelligence, they call it tayara gamet and that was very painful. Q. That word means plane is taking off? A. The plane is taking off. Like this. Q. How did this -- how were you feeling? A. It's too bad. It's very painful." |
| **Property** | Turjuman, Trial Tr. (Sept. 18, 2025), e.g., at 703-07 | Homes in Wau and Khartoum: between $300,000 and $4 million each <br><br> Bank Account: $300,000 |

**ELEMENT 4 – DAMAGES**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| Mental health | Turjuman, Trial Tr. (Sept. 18, 2025), e.g., at 702:18-23, 703:5-8 | "I'm always working. You know, I don't have any chance to go to [mental health] counseling."<br><br>"I lost my career. I lost the money that I saved all my life in the bank. I lost my homes, confiscated. I feel like my life is terminated since I left Sudan. I feel just like I'm someone who is dead walking, no life." |
| **ABULGASIM ABDALLA** | | |
| Aerial bombardment | Abdalla, Trial Tr. (Sept. 25, 2025), e.g., at 921:8-25 (questions removed) | "I heard sounds of weapons, and there was an airport, an Antonov airplane circling above the village. . . . I was sure there was another attack because it was same as the one before. There was sounds of weapons, and there was smoke, the same as it happened during the first attack. . . . I arrived in Doweit, and I found out that it was burned like before. . . . I found my house was burned like before. I saw the people, and I saw the Antonov firing. . . . It was a very large plane. It was white. It looked different than the helicopter, and it was dropping barrels. Those barrels was disturbing -- was throwing pieces of metal that is breaking the houses and the trees." |
| Harm to family | Abdalla, Trial Tr. (Sept. 25, 2025), e.g., at 924:15-925:2 | "Q. . . . When you reunited with your family, describe what they looked like. A. I came to a very difficult situation. The kids were hungry. They did not have clothes. They were on the street. There were no nearby bathrooms. . . . Q. In Mornay, can you describe the shelter that you had. A. They build the houses using their clothes and the toubs that the women wear and using cardboards. They were living on the street, and part of it also was made of plastic covers. Cardboard on the outside and clothing and plastic on the outside." |
| Personal injury | Abdalla, Trial Tr. (Sept. 25, 2025), e.g., at 931:15-19, 933:21-934:10, 944:24-945:7 | "Q. Now, how many times can you estimate that they hit you with the butt of the gun? A. So many times, I did not count. I lost consciousness. Q. How many men were hitting you with the gun? A. There were so many, I was not able to count them."<br><br>"Q. Do you still suffer today from the injuries on your head? A. Yes. To this day, I'm having issues with remembering small details. I can't remember some small details. And I had a surgery on my leg, and to this day, the leg did not go back to what it was. And I cannot stand for long periods of time |

**ELEMENT 4 – DAMAGES**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | because of the beating that I received on my foot with the butt of the guns. And sometimes even if I try to run, I feel the pains, I cannot, I'm not able to run. Q. Which leg was injured? A. The right -- the right foot and the bottom part of my right foot. Q. Where were you when they were hitting your right foot? A. When we were in the forest when they were hitting me at that time on the head, with a whip, and then hitting me on the leg."<br><br>"Q. And your health, did you ever have any health issues prior to the Janjaweed attacking your village in 1999? A. My health was excellent. I never spent a single day in a hospital before the Janjaweed came. I was never -- I was never sick. And I used to work 12 to 14 hours per day. Q. Today, how would you describe your health? A. Not very well. My eyes are not 100 percent. I cannot stand for a very long time. And that's why I decided to drive an Uber, because most of the time I'm sitting down." |
| **Mental health** | Abdalla, Trial Tr. (Sept. 25, 2025), e.g., at 945:14-25 | "Q. After your attack by the Janjaweed, did you have any problems with your sleep? A. Yes, when I remember I'm not able to sleep. Takes me a long while to sleep. Q. What are you thinking about when you're trying to fall asleep? A. When, you know, I think about all the atrocities that happened to us. I remember all the family members when we used to get together, the brothers and the sisters and the neighbors and the times when we would do the field and the things that I experienced and lived during my childhood. I would go through difficult time when I think about those things." |
| **Property** | Abdalla, Trial Tr. (Sept. 25, 2025), e.g., at 921:15-17 | "Q. Did you reach Doweit? A. I arrived in Doweit, and I found out that it was burned like before. Q. What else did you see? A. I found my house was burned like before."<br><br>"Q. Yes. My question is directing you to 1998 after you were married. Could you put a price on the livestock and the animals that you owned as a married man separate from your larger family? A. It could be up to a million because if it were left up to me, they could have propagated and became animals, and I would have more agriculture products.... In dollars because it's been over 20 years, and every year the cows would have more new baby cows." |

## ELEMENT 4 – DAMAGES

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| **ENTESAR KASHEF** | | |
| **Aerial bombardment** | Kashef, Trial Tr. (Sept. 26, 2025), e.g., at 967:4-10, 968:8-16 | "Q. So now I want to direct your attention to the year of 2003 and ask what, if anything, happened that year. A. At that time, I could only say that was hell at that time as if it was end of the world at that time. Q. What happened? A. There was war at that time, and the civilians were victims, they were being bombed from above."<br><br>"It is the helicopters, not really big planes. Small plane that would take about ten or eight people. And we know that they belong to the Army, and they are planes that would camouflage, they had camouflaged" that would "throw grenade on the houses. And they have and they let go of those kind of weapons, those long weapons." |
| **Torture** | Kashef, Trial Tr. (Sept. 26, 2025), e.g., at 987:23-988:1, 988:2-14, 989:4-10, 992:24-993:17, 995:7-17 | "Q. Did they call you names? A. Yes. **They were telling us that we are slaves**. We are slaves, dark skin, and we've been looking for you for a long time, and we are going to eliminate you one by one."<br><br>"Q. How many men were in the room with you? A. At the beginning, there were six of them. Then there were three, and then another three came. One of them was asking the question. Another one was recording, writing down the answers. I don't know what he was writing. And the third was just hitting. He was just hitting and stomp on my feet with a boot. Q. Where was he hitting you? A. They were not any particular place, all over the body. They were hitting with the guns, with the butt of the guns, and some of them were using a whip, lashing me with the whips on my back. And even I fell to the ground, and I was begging for some water to drink. They said, what water? You will drink water in hell…."<br><br>"Q. If you could estimate, how long did they beat you? A. So I was arrested twice, and so the first time I don't remember much because I was in a dark room, no light, not aware of days or months or weeks. You wouldn't know whether it was daytime or nighttime. And there are times where they would bring you food and other times would not. . . ." |

**ELEMENT 4 – DAMAGES**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | "Q. Now, at the time you were in the hospital after your first arrest, did you have any scars or injuries on your body at that time? A. **All my body is marked. If I could show you -- if I'm able to show you my body right now, it has marks all over and even from putting out cigarettes on my body. My right side here, it's all marked as if I was like a little toy that they were playing with. And even there were signs on my legs from where they were tying me by the legs**. Q. When they tied you by the legs, what did they do with you? A. **They had -- this was a kind of torture, and they had a certain time where they would do this torture. They would tie me by the legs and hoist me upside down**. Q. Any other marks on your body that you can describe besides the cigarette burns? A. **Yes. I have some marks from slashes using a pocket knife, and there was also some times they would take the belt buckle, heat it up, and burn me on the body with those heated belt buckles**." |
| **Rape** | Kashef, Trial Tr. (Sept. 26, 2025), e.g., at 992:1-4 | "For somebody to be raped by three people or two people more than twice a day, nobody who went through this can be alive, but God gave me the will to live." |
| **Property** | Kashef, Trial Tr. (Sept. 26, 2025), e.g., at 966:3-10 | "Q. Could you describe the land that you grew up on, that your grandmother owned? A. I can describe that by describing my childhood. It was very beautiful. And it was, you know, it was characterized by innocence. We were playing. It was a very large piece of land, and we used to grow -- and we have farms and also in there we used to grow fruit trees and vegetables. It was really, really beautiful piece of land." |
| **Harm to family** | Kashef, Trial Tr. (Sept. 26, 2025), e.g., at 980:10-25, 981:8-11-15 | "[My father] came out, and immediately they shot him twice in the head. And then my grandmother, the second she opened her mouth, they -- they, they hit her -- they fired at her immediately. You know, poor woman. You know, they fired at her, at the chest, on the chest area. So, my younger sister came out, and you know, she of course she was young, she didn't know much. And she cried and they immediately hit her on the head. . . . All my family, I have nobody.<br><br>Q. So Ms. Kashef, where were you when your sister, grandmother, and father were shot? A. I was hiding, I was hiding under a bed. Q. Could you see them when they were shot and fell to the ground? A. Yes. I did. I saw |

**ELEMENT 4 – DAMAGES**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | | them, but I was not able to do anything. Even my sister was extending her hands out for me to help her. But I wasn't able to help her. |
| **Mental health** | Kashef, Trial Tr. (Sept. 26, 2025), e.g., at 996:6-20, 1000:4 – 1001:1 | "Q. And what were you feeling at this time, Ms. Kashef? A. You know, many times I would think to myself why it's me. Why am I being subjected to all this kind of torture? I'm alone. I have no family, and all has been torture after torture after torture, and I just ask why, why it's me. And many times I thought about killing myself. So it would have been different if any member of my family had died an actual death, but my mother was still in the hands of the government. My father, my sister, my family was killed in the hands of the government. What all happened to me happened at the hands of the government. I'm just asking all of you here if any one of you went through what I went through, would any of you be able to live? That would be impossible. And I was just a simple, innocent child. Didn't have a chance to go to school."<br><br>Q. And as far as your health goes, do you have any health conditions that were a result of what happened to you in 2008? A. It's sleep. I am hoping -- I'm hoping that I would be able to sleep five or four hours complete. The second I close my eyes, I get nightmares, and I hear about the bullets and the fires. And now I start having headaches. I've been having migraine attacks at least three or four months, and, of course, I -- it could be three or four times in a month. And I suffer emotionally, and even all the doctors are perplexed as to why I was getting those migraines. And many times where I feel just -- I just want to be alone. You know, even when I'm with my kids, I wanted to stay alone, and if we are in any event with other people, I just all of a sudden take myself and I just wanted to be alone. I just lock myself alone. And I just want to understand why I am feeling this way, why am I continuing feeling that way. I have seen so many doctors here, and they will tell me that you have to, you know, you would heal yourself by yourself, but I couldn't do that. I can't do that because I have -- I have gone through so many things. And I do take medications, but medications, they do not work. I take medications for the migraines and medications for sleeping, but none of them are working." |

**ELEMENT 4 – DAMAGES**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| **FORCED DISPLACEMENT** | | |
| | PX 405, 2003 Sudan Peace Act Report, Apr. 21, 2003 | "Reliable observers, typically from non-governmental organizations, have consistently reported accounts of repeated attacks on civilians and forced displacement **of civilians from various areas of Western Upper Nile since 1997. Most affected have been villages flanking the all-weather road constructed, beginning in 1998, from Bentiu to Leer and now to Adok**. Construction of the pipeline, oil wells, and this road have not in themselves harmed the civilian population, indeed under different circumstances could, and should, have ushered in better living conditions. **However, from the start of construction, violence has accompanied it, with devastating consequences for the local populace. The bulk of the reports indicate that the Government's counterinsurgency operation to protect its oil development and infrastructure has had a severe and cumulative impact on indigenous populations. Large areas of formerly populated areas near the oilfields and pipeline have been cleared of any inhabitants**." |
| | PX 404, Sudan Peace Act, Pub. L. 107-245, Oct. 21, 2002 | "(1) The Government of Sudan has intensified its prosecution of the war against areas outside of its control, which has already cost more than 2,000,000 lives and has displaced more than 4,000,000 people" |
| | Elbagir, Trial Tr. (Sept. 16, 2025) at 399:7-18, 399:22-400:3 | "Q. If you could describe for the jury by using the map where you were on assignment that year [End of September, October-ish 2003]. A. **A lot of the fighting and displacement**, the forcing of people from the land, was at that point centered, so if you see on the map El Fasher." |
| | PX 842 (Turjuman) PX 843 (Turjuman) PX 854 (Abdalla) PX 856 (Abdalla) PX 699 (Kashef) PX 700 (Kashef) | Plaintiffs' I-94, Green Card, Travel record immigration documents |

**ELEMENT 4 – DAMAGES**

| SUBCATEGORY | CITE | EVIDENCE |
|---|---|---|
| | Turjuman, Trial Tr. (Sept. 18, 2025), e.g., at 695:4-5; 696:21-25 | "Q. Mr. Turjuman, you mentioned that you left with your family to Egypt. Did you take any property or belongings with you? A. No, I couldn't. I left everything behind. My homes, two homes were taken. The money that I made from -- you know, for a long time, work hard on, it was taken. **Everything was taken.**"<br><br>"Q. Mr. Turjuman, how did you feel at that time leaving Sudan? A**. Everyone was crying. I feel like you left your life behind**." |
| | Abdalla, Trial Tr. (Sept. 25, 2025), e.g., at 943:9-21 | "Q. Did you consider going back to Sudan at this time? A. With such circumstances I will not go. I will not take my kids back there so they would suffer the same things that I have a suffered. I lost my land. Even the land that I had, there are new people who live in it at the time. And if I go there, they may kill me. Q. How did you feel leaving Sudan behind and coming to the United States? A. Extremely hard. I remember my family, I remember my life there. **All I had was ruined. I was having a good life. But they took my land, and many of the family members were killed**. And many left and they were scattered into different places and different countries." |
| | Kashef, Trial Tr. (Sept. 26, 2025), e.g., at 997:2-12 | "Q. Did you want to leave Sudan, at that time? A. I was looking for a place, for a refuge. That's why I got out of Sudan because I want to go to a place where I don't have to hear bullets or fires or airplanes, a place where you can simply just live and even drink. Q. Where did you live after Sudan? A. I went to Egypt. But before I got there, I did not know anywhere else but Sudan. I would hear people to talk about America. I knew nothing about America. I never thought I would be in America. I only thought that the only place that I knew was Sudan." |