UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

ENTESAR OSMAN KASHEF, ABULGASIM
SULEMAN ABDALLA, and TURJUMAN
RAMADAN TURJUMAN,

                    Plaintiffs,

      -against-

BNP PARIBAS S.A.

                Defendant.

------------------------------------------------------------- x

**ORDER REGULATING
PROCEEDINGS**

16 Civ. 3228 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

Pursuant to ECF No. 1085, the Clerk shall terminate ECF No. 1011.

SO ORDERED.

Dated:     January 9, 2026             /s/ Alvin K. Hellerstein
           New York, New York       ALVIN K. HELLERSTEIN
                                  United States District Judge

1