SO ORDERED.

_Alvin K. Hellerstein_

U.S.D.J.

2/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENTESAR OSMAN KASHEF *et al.*,

                Plaintiffs,

        -against-

BNP PARIBAS S.A.,

                Defendant.

No. 16 Civ. 3228 (AKH)

Hon. Alvin K. Hellerstein

## NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Michael Martinez, and all prior pleadings and proceedings in the above-captioned case, Defendant BNP Paribas S.A. moves under Federal Rule of Civil Procedure 62(b) for approval of a supersedeas bond and to stay execution of the judgment against BNP Paribas S.A. and proceedings to enforce it until 30 days after the exhaustion of the appellate process and the entry of a final nonappealable order.

Respectfully submitted,

Dated: New York, New York
       February 4, 2026

/s/ *Barry H. Berke*
Barry H. Berke
Dani R. James
Michael Martinez
Matt Benjamin
David P. Salant

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
T: (212) 351-4000
bberke@gibsondunn.com
djames@gibsondunn.com
mmartinez2@gibsondunn.com
mbenjamin@gibsondunn.com
dsalant@gibsondunn.com

/s/ *Carmine D. Boccuzzi, Jr.*
Carmine D. Boccuzzi, Jr.
Abena Mainoo

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: (212) 225-2000
cboccuzzi@cgsh.com
amainoo@cgsh.com

*Counsel for Defendant BNP Paribas S.A.*

1

## CERTIFICATE OF SERVICE

I hereby certify this 4th day of February, 2026, that I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

/s/  *Barry H. Berke*
Barry H. Berke