UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENTESAR OSMAN KASHEF, *et al.*, | |
| Plaintiffs, | |
| -against- | No. 16 Civ. 3228 (AKH) |
| BNP PARIBAS S.A., | Hon. Alvin K. Hellerstein |
| Defendant. | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendant BNP Paribas S.A. appeals to the United States Court of Appeals for the Second Circuit from the judgments and orders entered in this case on January 8, 2026 and October 22, 2025, in favor of Plaintiffs Entesar Osman Kashef, Abulgasim Abdalla, and Turjuman Ramadan Turjuman, ECF Nos. 1006, 1085, as well as from all other adverse opinions, orders and rulings antecedent to or merged into these judgments and orders.  Defendant notices this appeal pursuant to the Court's order granting Defendant's Motion for Entry of Final Judgment Under Federal Rule of Civil Procedure 54(b), ECF No. 1085.

Dated: February 6, 2026

*/s/ Barry H. Berke*
Barry H. Berke
Dani R. James
Michael Martinez
Matt Benjamin
David P. Salant
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
T: (212) 351-4000
bberke@gibsondunn.com
djames@gibsondunn.com
mmartinez2@gibsondunn.com
mbenjamin@gibsondunn.com
dsalant@gibsondunn.com

Respectfully submitted,

*/s/ Carmine D. Boccuzzi, Jr.*
Carmine D. Boccuzzi, Jr.
Abena Mainoo
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: (212) 225-2000
cboccuzzi@cgsh.com
amainoo@cgsh.com

*Counsel for Defendant BNP Paribas S.A.*